

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IDEMA, et al.,                            :
                                          :
                    Petitioners,          :
                                          :
              -against-                   :
                                          :
RICE, et al.,                             :
                                          :
                    Respondents.          :
-----------------------------------------------------------x

ALVIN K. HELLERSTEIN, U.S.D.J.:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __5__
DATE FILED: 5/18/06

FILED

OCT 2 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER DENYING MOTION TO DISMISS AND TRANSFERRING VENUE**

CASE NUMBER  1:05CV02064

05 Civ        JUDGE: Emmet G. Sullivan

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 10/20/2005

Petitioners, who claim to be three United States citizens and an Afghan national

arrested in Afghanistan in July 2004, and incarcerated there currently, have filed a

petition for habeas corpus pursuant to 28 U.S.C. § 2241.  Respondents have filed a

motion to dismiss the petition for lack of territorial jurisdiction over respondents.  See

Rumsfeld v. Padilla, 124 S. Ct. 2711, 2722-27 (2004).  The Supreme Court, in Padilla,

focused on two requirements of habeas jurisdiction:  that the petition name the proper

respondent and that the district court have jurisdiction over that respondent.  Id. at 2717.

In addressing those requirements, the Court reaffirmed, respectively, the immediate

custodian rule and the district of confinement rule.  Id. at 2721-22.  As to the latter rule,

however, the Court noted that "we have...relaxed the district of confinement rule when

'Americans [sic] citizens confined overseas (and thus outside the territory of any district

court) have sought relief in habeas corpus.'  In such cases, we have allowed the petitioner

to name as respondent a supervisory official and file the petition in the district where the

respondent resides." Id. at 2725 n.16 (citations omitted).

A TRUE COPY
J. MICHAEL McMAHON, CLERK

BY _____
DEPUTY CLERK

1

MICROFILM  12:00 PM

MAY 2 5 2005

Section 1406(a) of Title 28 gives the district court discretion to transfer a case from a district where venue is improper to a district where venue is proper in the interest of justice. This statute has been applied to habeas cases. See, e.g., Gherebi v. Bush, 374 F.3d 727, 739 (9th Cir. 2004); see also Diallo v. Holmes, 288 F. Supp. 2d 442 (S.D.N.Y. 2003) (Koeltl, J.) (transferring, pre-Padilla, petition under 28 U.S.C. § 2241 that challenged detention by Bureau of Immigration and Customs Enforcement).

Gherebi involved a habeas petition filed by a foreign national detained at Guantanamo Bay. Following a vacating of its judgment and order of remand in light of Padilla, see Bush v. Gherebi, 124 S. Ct. 2932 (2004), the Ninth Circuit transferred the case to the District of Columbia. The Court of Appeals, relying on the "relaxed" rule quoted above, and applying it equally to alien detainees at Guantanamo, held that "[w]e do not read either Padilla or Rasul [v. Bush, 124 S. Ct. 2686 (2004)] as precluding us from exercising jurisdiction in this matter and transferring the proceedings to the appropriate forum. It appears to us that the proper venue for this proceeding is in the District of Columbia." Gherebi, 374 F.3d at 739 (citations omitted).

In the case before me, respondents state in their brief that "the United States District Court for the District of Columbia is the only district court with territorial jurisdiction over these Respondents for purposes of this habeas petition." Br. of Resp'ts, at 2. I hold that it would be inefficient to dismiss the case in these circumstances, for it could easily be started again in the District of Columbia. That district court is the most appropriate forum to examine the petition and to hear the jurisdictional objections raised by respondents in their motion, including the argument, reserved therein, that petitioners have failed to name proper respondents in this case.

Accordingly, I hereby deny respondents' motion without prejudice, and order that this case be transferred to the United States District Court for the District of Columbia. 28 U.S.C. § 1406(a); see also Padilla, 124 S. Ct. at 2717 n.7 (remarking that the word jurisdiction "is capable of different interpretations" and that the Court is using it "in the sense that it is used in the habeas statute, 28 U.S.C. § 2241(a), and not in the sense of subject-matter jurisdiction of the District Court").

The clerk of the court shall transfer this case to the United States District Court for the District of Columbia for further proceedings.

SO ORDERED.

Dated:        New York, New York
              May __, 2005

                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge

CLOSED, HABEAS

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:05-cv-02947-AKH
## Internal Use Only

| | |
|---|---|
| Idema et al v. Rice et al | Date Filed: 03/17/2005 |
| Assigned to: Judge Alvin K. Hellerstein | Jury Demand: None |
| Cause: 28:2241 Petition for Writ of Habeas Corpus (federa | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**J.K. Idema**

represented by **John E. Tiffany**
Law Offices of John E. Tiffany, P.C.
55 Washington Street, P.O. Box 190
Bloomfield, NJ 07003
(973)759-7591
Fax: (973)566-0007
Email: jet4444@verizon.net
*LEAD ATTORNEY*

A TRUE COPY
J. MICHAEL McMAHON, CLERK

BY _____
DEPUTY CLERK

**Petitioner**

**Brent Bennett**

represented by **John E. Tiffany**
(See above for address)
*LEAD ATTORNEY*

**Petitioner**

**Edward Caraballo**

represented by **John E. Tiffany**
(See above for address)
*LEAD ATTORNEY*

**Petitioner**

**Zorro Rasuli Banderas**

represented by **John E. Tiffany**
(See above for address)
*LEAD ATTORNEY*

V.

**Respondent**

**Condoleezza Rice**
*secretary of state*

represented by **Danna Drori**
U.S. Attorney's Office, SDNY (86 Chambers St.)
86 Chambers Street
New York, NY 10007
212-637-2200
Fax: 212-637-2730

Email: Danna.Drori@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Zalmay Khalizad**
*ambassador*

represented by **Danna Drori**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Robert S. Mueller**
*director of the FBI*

represented by **Danna Drori**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2005 | 🔵 | SUMMONS ISSUED as to Condoleezza Rice, Zalmay Khalizad, Robert S. Mueller. (laq, ) (Entered: 03/18/2005) |
| 03/17/2005 | 🔵 | Magistrate Judge Andrew J. Peck is so designated. (laq, ) (Entered: 03/18/2005) |
| 03/17/2005 | 🔵1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2241. (Filing Fee $ 5.00, Receipt Number 537830).Document filed by J.K. Idema, Brent Bennett, Edward Caraballo, Zorro Rasuli Banderas. (laq, ) (Entered: 05/05/2005) |
| 04/01/2005 | 🔵2 | ENDORSED LETTER addressed to Judge Hellerstein from Danna Drori dated 4/1/05 re: counsel requests until May 31, 2005 to respond to the petition; Time is enlarged to 04/29/05, not as requested. Defendants shall determine by then, and before any second request for adjournment, what, if any, motions they propose to file; (Signed by Judge Alvin K. Hellerstein on 4/1/05) (djc, ) (Entered: 04/05/2005) |
| 04/01/2005 | 🔵 | Set Answer Due Date purs. to 2 Endorsed Letter, as to Condoleezza Rice answer due on 4/29/2005; Robert S. Mueller answer due on 4/29/2005. (djc, ) (Entered: 04/05/2005) |
| 04/28/2005 | 🔵3 | MEMORANDUM OF LAW in Support of Respondents' Motion to Dismiss for Lack of Habeas Jurisdiction. Document filed by Condoleezza Rice, Zalmay Khalizad, Robert S. Mueller. (mde, ) (Entered: 05/03/2005) |
| 05/06/2005 | 🔵4 | NOTICE OF MOTION Dismissing the Petition for Lack of Habeas Jurisdiction... Document filed by Condoleezza Rice, Zalmay Khalizad, Robert S. Mueller. (mde, ) (Entered: 05/11/2005) |
| 05/18/2005 | 🔵5 | ORDER denying [4] Motion to Dismiss for Lack of Jurisdiction. The clerk of the court shall transfer this case to the USDC for the District of Columbia for further proceedings. . (Signed by Judge Alvin K. |

| | | Hellerstein on 5/18/05) (cd, ) (Entered: 05/19/2005) |
|---|---|---|
| 05/18/2005 | ⌖ | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States District Court - District of Columbia. Sent original file along with documents numbered 1-5, certified copy of docket entries and transfer order.. (cd, ) (Entered: 05/19/2005) |
| 05/23/2005 | ⌖6 | MOTION to Amend [1] Petition for Writ of Habeas Corpus. Petitioner's Reply to Respondents' Motion to Dismiss attached. Document filed by J.K. Idema, Brent Bennett, Edward Caraballo. (ps, ) (Entered: 05/25/2005) |
| 05/24/2005 | ⌖10 | APPLICATION to Appoint Counsel pursuant to 18 U.S.C. 3006(A)(g) (Habeas Corpus Petition). Document filed by Edward Caraballo. (sac, ) (Entered: 06/06/2005) |
| 05/24/2005 | ⌖11 | NOTICE of Hearing on Motion TO APPOINT COUNSEL FOR PETITIONERS: Motion Hearing set for 6/1/2005 11:00 AM in Court Room 14-D, 500 Pearl Street, New York, NY 10007 before Judge Alvin K. Hellerstein. (jma, ) (Entered: 06/08/2005) |
| 05/24/2005 | ⌖12 | NOTICE of Voluntary Dismissal pursuant to Rule 41(a)(1) of the F.R.C.P. Document filed by Condoleezza Rice. (jma, ) (Entered: 06/08/2005) |
| 05/31/2005 | ⌖7 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Danna Drori dated 5/27/05; re: This case, having been transferred to the U.S. District of Columbia. Plaintiff's motion shall be transferred there. Responses by Respondents shall be regulated by that Court. Motion terminated: [6] MOTION to Amend/Correct [1] Petition for Writ of Habeas Corpus. (Signed by Judge Alvin K. Hellerstein on 5/27/05) (sac, ) (Entered: 06/01/2005) |
| 05/31/2005 | ⌖8 | MOTION for Protective Order. Document filed by J.K. Idema, Brent Bennett, Edward Caraballo, Zorro Rasuli Banderas. (cd, ) (Entered: 06/03/2005) |
| 06/02/2005 | | ***Motion(s) terminated: [8] MOTION for Protective Order. filed by J.K. Idema,, Brent Bennett,, Edward Caraballo,, Zorro Rasuli Banderas,. (db, ) (Entered: 06/03/2005) |
| 06/02/2005 | ⌖9 | ORDER: denying motion for reconsideration as further set forth in said Order. This action has been transferred to the District of Columbia, and all pending motions are hereby DENIED. (Signed by Judge Denise L. Cote, part I on 6/1/05) (db, ) (Entered: 06/03/2005) |
| 07/13/2005 | ⌖ | Mailed a copy of 9 Order to United States District Court of Columbia by Certified Mail # 7004 2510 0004 6508 3731 with Return Receipt Requested. (mbe, ) (Entered: 07/13/2005) |
| 07/25/2005 | ⌖ | Received Return Receipt of 9 Order as to US Courthouse, District of Columbia, which was served by Certified Mail # 7004 2510 0004 6508 3731, on 7/18/05. (lma, ) (Entered: 07/25/2005) |
| | | |

Case 1:05-cv-02064-EGS   Document 1   Filed 10/20/2005   Page 7 of 7

| 09/30/2005 | File is being transferred to the District of Columbia. File was never transferred out in May. Fed ex number 8481 3047 4347. (mbe, ) (Entered: 10/03/2005) |
| --- | --- |