UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.K. IDEMA, EDWARD CARABALLO, BRENT BENNETT and ZORRO RASULI BANDERAS,<br><br>Petitioners,<br><br>v.<br><br>CONDOLEEZZA RICE<br>Secretary of State<br>Department of State<br>2201 C Street NW<br>Washington, DC 20520,<br><br>RONALD E. NEUMANN[1]<br>United States Ambassador to Afghanistan<br>United States Embassy<br>Great Massoud Road<br>Kabul<br>Afghanistan<br><br>and<br><br>ROBERT S. MUELLER<br>Director of the Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>935 Pennsylvania Avenue, NW<br>Washington, DC 20535,<br><br>Respondents. | No. 05 CV 2064 (EGS) |

**NOTICE OF APPEARANCE**

Please take notice that ORI LEV hereby enters his appearance as counsel for respondents in this action. Mr. Lev's contact information is set forth in the signature block below.

---

[1] The Petition names Ambassador Zalmay Khalilzad as a respondent. Ambassador Khalilzad is no longer the U.S. Ambassador to Afghanistan. Pursuant to Fed. R. Civ. P. 25(d)(1), Ambassador Neumann, the current Ambassador, is automatically substituted as the respondent in Ambassador Khalilzad's place.

Dated: January 20, 2006.	Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director


_____
ORI LEV, DC # 452565
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
Mail:  P.O. Box 883, Washington, DC  20044
Delivery:  20 Massachusetts Ave., NW, Rm 7330
          Washington, DC 20001
Tel:  (202) 514-2395
Fax:  (202) 318-7589
Email:  ori.lev@usdoj.gov

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that he has, this 20th day of January 2006, caused a copy of the foregoing **NOTICE OF APPEARANCE** to be served, via U.S. mail, postage prepaid, upon the following persons at the following addresses:

  John Edwards Tiffany
  PO Box 190
  55 Washington Street
  Bloomfield, NJ  07003

  *Attorney for petitioner Idema*
  *and asserted Next Friend of petitioners*
  *Caraballo, Bennett, and Banderas*

            _____/s/_____
             Ori Lev