# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDEMA et al., | : |
| Petitioners, | : |
| v. | : CIVIL CASE NO. 05-2064 (EGS) |
| RICE, et al., | : |
| Respondents | : |

## NOTICE OF ELECTRONIC FILING

Please take notice that attached herewith is a copy of a letter from Petitioner Idema's counsel (John Edwards Tiffany, Esq.) to Judge Emmet G. Sullivan, sent to chambers via facsimile on 2/9/06.

Dated February 9, 2006                                  Respectfully submitted,

                                                                        /s/
                                                        John Edwards Tiffany
                                                        Attorney for Petitioner
                                                        Jack Idema
                                                        55 Washington Street
                                                        P.O. Box 190
                                                        Bloomfield, NJ 07003
                                                        (973) 566-9300 Tel
                                                        (973) 566-0007 Fax
                                                        Jet4444@verizon.net Email