# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. K. Idema, Brent Bennett, Edward Caraballo, and, Zorro Rasuli Banderas,<br>    *Petitioners,*<br>vs.<br><br>Zalmay Khalilzad, Ambassador, *and*,[1]<br>Robert S. Mueller, Director of the FBI,<br>    *Respondents.* | NOTICE OF ELECTRONIC FILING OF EXHIBITS A THRU F OF PETITIONERS' EMERGENCY MOTION FOR TRO AND RULE 60 RELIEF<br><br>Case # 05 CV 2064 (EGS)<br><br>Judge: Hon. Emmet G. Sullivan<br>       US District Court Judge |

## NOTICE OF ELECTRONIC FILING

Please take notice that attached herewith are Exhibits A through F of Petitioners' Motion for an Emergency Temporary Restraining Order, and other relief, including Rule 60 Relief. Counsel for Petitioner Idema attempted to file these Exhibits contemporaneously, but was unable to get them to load in the ECF system at that time

Dated this 1st Day of March 2006,

_____S/_____
John Edward Tiffany,
Attorney (JT7322)
*For Petitioner Idema*
PO Box 190
55 Washington Street
Bloomfield, NJ  07003
Ph:  973/566-9300
Fax: 973/566-0007

---

[1] This is the correct caption. Petitioners DISMISSED Condoleezza Rice more than 9 months ago.