```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA


J.K. IDEMA, et al.,            :
                               : Docket No. CA-05-1334
         Plaintiffs,           :
                               :
         vs.                   :
                               :
UNITED STATES DEPARTMENT OF    :
STATE, et al.,                 :
                               : Washington, D.C.
         Defendants.           : Thursday, January 19, 2006
                               : 11:30 a.m.
. . . . . . . . . . . . . . .

               TRANSCRIPT OF A HEARING
       BEFORE THE HONORABLE EMMET G. SULLIVAN
            UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs:    JOHN EDWARDS TIFFANY, Esquire
                       55 Washington Street
                       Bloomfield, NJ 07003

For the Defendants:    ORI LEV, Esquire
                       UNITED STATES DEPARTMENT OF JUSTICE
                       20 Massachusetts Avenue, No. 883
                       Washington, DC 20044

Court Reporter:        Elaine A. Merchant, RPR, CRR
                       Official Court Reporter
                       333 Constitution Avenue, NW
                       Room 6822
                       Washington, DC 20001
                       (202)289-1571




Proceedings recorded by machine shorthand, transcript produced
by computer-aided transcription.
```

**Exhibit A**

1   With respect to the habeas, I have no problem with
2   Mr. Tiffany amending his petition. So Your Honor is aware,
3   this is the original petition. It is 70 pages. It contains
4   legal arguments.
5       THE COURT: Look, I'm going to tell counsel now if it
6   doesn't conform to our rules, I'm going to strike it without
7   waiting for a response from the government. I'm just going to
8   do it. And the case law is clear as to what a complaint should
9   contain and what it shouldn't contain.
10      MR. LEV: I appreciate that. And I would ask that
11  once we get an amended petition filed that we have 60 days to
12  respond to it.
13      THE COURT: Absolutely.
14      MR. LEV: I would point out to Your Honor, this is
15  not a typical habeas case in which the United States has an
16  individual in its custody.
17      THE COURT: And I think everyone agrees, he's not in
18  the custody of the United States. Although it sounds like the
19  plaintiffs are making an argument that he's in the custody of
20  agents of the United States.
21      Isn't that one of your arguments?
22      MR. TIFFANY: Yes, Judge.
23      MR. LEV: They're essentially asking Your Honor to
24  overturn two Afghani courts.
25      I'll get into that in the papers. If we have 60 days