

**WANTED BY THE FBI ON A SERIES OF CRIMINAL CHARGES**

# JONATHAN KEITH IDEMA

*ARMED AND DANGEROUS*
**SECURITY FORCES SHOULD DETAIN IF ENCOUNTERED
WANTED
FOR
INTERFERRING WITH MILITARY OPS/FORCE PROTECTION
CALL BDOC (DSN 237-1025)
AND
C2X (DSN 237-1303)
IMMEDIATELY**

**APPROACH WITH FORCE**

IDEMA is well connected within the Afghan society and he has dealings with key military, political and local authority figures, he has been working in Afghanistan for approx 3 years and has traveled extensively within the country.  IDEMA is wanted by the FBI.  He is known to travel with large and heavily armed soldiers from the illegal Northern Alliance.
**IF SEEN CONTACT THE FBI IMMEDIATELY.**

# Exhibit    B