**Examples of some of the several hundred boxes and letters that have been returned by Respondents illegally, and at taxpayer expense.**




**Exhibit C**