----- Original Message -----                                    **[All Emphasis Added]**
From: Kirincich, Elizabeth A
To: 'richardcaraballonewsmedia@salespresence.net'
Cc: Foo, Jenny J
Sent: Tuesday, May 10, 2005 4:07 PM
Subject: Edward Caraballo

Mr. Caraballo:

I apologize for not getting back to you sooner. I do want you to know that I followed up on our conversation and have spoken with Russel Brown via email.

Russel explained that there is no political angle to your brother's case. **Unfortunately, Mr Idema has indicated that there is a conspiracy against him by the FBI. There is however, no evidence of this.**

The political section has never been, and is not now, a part of this case. The Embassy's Front Office is only marginally involved (**now mostly because of the lawsuit that Mr. Idema filed against the Ambassador**). The Front Office played a larger role earlier in the case in trying to figure out what Mr. Idema had done and in trying to verify his claimed "ties" to the US Government - **it appears** that Mr. Idema was acting on his own with no US Government sanction.

Our embassy believes that there was no pressure put on the courts for any verdict, guilty or not. That continues to be the case. **This Embassy's view is that the trial was fair by Afghan standards.**

Finally, **our embassy reports that the defense counsel interviewed all witnesses in private meetings** between the judges, prosecution, and defense, though they may not have done so in court.

Finally, in answer to your question about evidence being confiscated, **the embassy is not aware that the FBI "confiscated" evidence as Mr Idema and his lawyers claim.**

I understand that you have asked the embassy to file the appeal with the Supreme Court. As you know, this is outside our consular role and responsibility, **and would amount to getting involved in a private legal case.** Your brother and his two co-defendents continue to have Afghan contacts who can file the appeal with the Supreme Court (as they reportedly did with the 1st Appellate court) or they can submit the paperwork through the prison authorities.

Mr Idema did, as you indicated, appoint himself legal counsel for all three in the Appellate court. Mr Bennett and your brother reportedly fired their court-appointed attorneys soon after they were appointed to them during the lower-court hearings.

We certainly understand your family's frustration and anguish at finding their brother in this situation. We will continue to work to his safety and to work within the bounds imposed on us by the situation in Afghanistan and the Afghan justice system.

I hope this is somewhat helpful. Please continue to remain in contact with Russel Brown and Jenny Foo if you have any further questions.

Betty

# Exhibit D