

**Confidential Pulacharke Prison Compound Design For GITMO Detainees and Extreme Interrogation**

**Exhibit   E**