**FBI Signature**
**On Dari Evidence sign-out Sheet**
**July 24, 2004**



- 'Cards -- 7 pieces'

[This refers to ID Cards]

- 'Pictures -- 3 pieces'

[This refers to 3 cases of pictures]

- 'Paper of E-mail'

[This refers to hundreds of emails between Idema and the DOD, FBI, CIA, ISAF, and other similar organizations]

- 'File in booklets and notes.'

[This refers to about 30 intelligence files containing highly exculpatory documents]

- 'Chair that has arms with all the documents in the bags.'

[This refers to a chair with bags of documents and photos sitting on it, also evidence]

- 'More than 500 pieces of paper which are written in English.'

[This refers to about 30 intelligence files containing highly exculpatory documents]

'CPO, two altogether.'

[This refers to laptop computers with highly exculpatory evidence on them]

Signature in English of 'Kevin Thuman'

Dated, July 24, 2004

**Exhibit F**