UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. K. Idema, Brent Bennett, )<br>Edward Caraballo, and, )<br>Zorro Rasuli Banderas, )<br>              *Petitioners,* )<br>   vs. )<br>)<br>Zalmay Khalilzad, Ambassador, *and*,[1] )<br>Robert S. Mueller, Director of the FBI, )<br>             *Respondents.* ) | NOTICE OF OBJECTIONS TO CLERK'S FAILURE TO FILE AND DOCKET PRO SE PETITIONERS BENNETT AND BANDERAS' MOTIONS FOR COUNSEL AND TRANSCRIPTS SUBMITTED BY J. K. IDEMA AS NEXT FRIEND<br><br>Case # 05 CV 2064 (EGS)<br><br>Judge:  Hon. Emmet G. Sullivan<br>          US District Court Judge |

**NOTICE OF OBJECTIONS & MOTION TO COMPEL**

Please take notice that Petitioner J.K. Idema hereby objects to the Clerk of Courts failure to file and docket Motions which were submitted by *pro se* co-Petitioners Captain Brent Bennett and Lieutenant Zorro Rasuli Banderas pursuant to LCvR 5.1(c). Counsel for Idema, submits this Notice of Objections and Motion to Compel, through counsel at the request of Mr. Idema who proceeds as *next friend* to Bennett and Banderas, and in that capacity, shows unto this Honorable Court, the following:

It is Mr. Idema's position that the Clerk of Courts may not fail to file, or refuse to file letters, motions, or other pleadings submitted by his *pro se* co-Petitioners. The Clerk's Office may not refuse these motions. <u>See</u> F.R.Civ.P Rule 5 (e): Service and Filing of Pleadings and Other Papers:

> "(e) Filing With the Court Defined. …The clerk shall not refuse to accept for filing any paper presented for that purpose solely because it is not presented in proper form as required by these rules or any local rules or practices."

Nor may the Clerk of Courts, or Court, require his co-Petitioners to file ECF, because they are in fact, **exempt from this requirement.** <u>See</u> Local Civil Rule 5.4(e)(3). All that

---

[1] This is the correct caption. Petitioners DISMISSED Condoleezza Rice more than 9 months ago.

being said, it is Mr. Idema's and his counsel's understanding, that Bennett and Banderas filed various motions (although they have not been seen by the undersigned) more than two weeks ago, and provided the Clerk of Courts with Motions for Counsel, Motions for Transcript, and Notices of ECF Filing, both in paper form, and in PDF form on disk to assist the Clerk of Court in properly filing and docketing these pleadings.

Counsel was informed that the documents were sent to the Court from a *next friend* of Banderas and Bennett in North Carolina by Next Day Air Mail and has attempted to find these pleadings to no avail, nor did counsel receive any electronic notification of the filing of these pleadings by Bennett and Banderas.

On or about May 24, 2005, counsel did file Motions for Court Appointed Attorneys for Bennett, Banderas, and Caraballo with the SDNY Clerk's Office. Those motions were apparently never docketed or heard. This Court ordered that Mr. Idema's co-Petitioners file their requests for counsel no later than March 1, 2006. At great expense Mr. Idema's co-Petitioners complied with the Court's Order on or about February 14, 2006, yet there is to counsel's knowledge, no record of these filings.

It is Mr. Idema's contention that numerous pleadings in this case have been lost in the past, and that any potential delinquency or transgression by any person should be investigated by the Clerk of Courts.

Mr. Idema has requested that counsel file these objections for him, because he is acting as *next friend*, but also asserts that the failure of the Clerk's Office to file pleadings from his co-Petitioners and failure to notice counsel through the ECF system (LCvR 5.4(d)(2)) also prejudices him, and therefore his counsel.

Counsel takes no position on the filing of any specific pleading by the co-Petitioners without having seen the pleading, but does have concerns about these unrepresented co-Petitioners being denied access to the courts by Respondents and/or their agents.

Mr. Idema also hereby informs the Court of his objection to ongoing retaliation by the United States government agents of the Respondents, whereby they have attempted to pressure the Afghan government to seize phones from them to prevent them from contacting counsel and this Court and further put their lives as risk. Petitioners expect to file a more detailed pleading in the near future related to this current wrongful ongoing conduct by Respondents and their agents.

Finally, the undersigned Counsel informs the Court that his position in this matter is that as Counsel for Mr. Idema, he can only represent and file pleadings for Mr. Idema, and must raise this concern to the Court. Considering Mr. Idema's concerns that the government could attempt to raise a conflict of interest issue in the future, counsel cannot represent the co-Petitioners with good conscience and ethics.

**WHEREFORE,** Idema, acting as *next friend*, hereby requests this Honorable Court direct the Clerk of Courts to expeditiously accept and file pleadings submitted by his *pro-se* co-Petitioners, including but not limited to, any recent motions or pleadings submitted by Bennett and Banderas through any *next friend*, and notify his counsel when filed by ECF on diskette or CD.

Dated this 2nd Day of March 2006,

_____S/_____
John Edward Tiffany,
Attorney (JT7322)
*For Petitioner Idema Only*
*Acting as Next Friend Only*
PO Box 190
55 Washington Street
Bloomfield, NJ  07003
Ph:  973/566-9300
Fax: 973/566-0007