# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
J. K. Idema, Brent Bennett,                )
Edward Caraballo, and,                     )
Zorro Rasuli Banderas,                     )
                        *Petitioners,*   )    **ORDER**
      *vs.*                                           )
                                               )    Case # 05 CV 2064 (EGS)
Zalmay Khalilzad, Ambassador, *and*,  )
Robert S. Mueller, Director of the FBI,  )
                        *Respondents.* )
_____)


## [PROPOSED] ORDER

Upon consideration of the objections and request for relief submitted by J. K. Idema acting as *next friend* to Banderas and Bennett, it is hereby ORDERED that:

1) The District of Columbia Clerk's Office shall accept and file any pleadings submitted by any of the *pro se* parties in this case, in any form received without delay;

2) That the pleadings will be docketed as soon as possible in the normal course of business; and,

3) That any pleadings not yet filed are Ordered filed on the actual date received by the Clerk's Office, and the Docket shall reflect such filing date.

    **SO ORDERED.**

                                                    _____
                                                  EMMET G. SULLIVAN
                                                United States District Judge