1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

J.K. IDEMA, et al.,            .
                               .  Docket No. CA-05-1334
        Plaintiffs,            .
                               .
     vs.                       .
                               .
UNITED STATES DEPARTMENT OF    .
STATE, et al.,                 .
                               .  Washington, D.C.
        Defendants.            .  Thursday, January 19, 2006
                               .  11:30 a.m.
. . . . . . . . . . . . . . .

TRANSCRIPT OF A HEARING
BEFORE THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:      JOHN EDWARDS TIFFANY, Esquire
                         55 Washington Street
                         Bloomfield, NJ 07003

For the Defendants:      ORI LEV, Esquire
                         UNITED STATES DEPARTMENT OF JUSTICE
                         20 Massachusetts Avenue, No. 883
                         Washington, DC 20044

Court Reporter:          Elaine A. Merchant, RPR, CRR
                         Official Court Reporter
                         333 Constitution Avenue, NW
                         Room 6822
                         Washington, DC 20001
                         (202)289-1571

Proceedings recorded by machine shorthand, transcript produced by computer-aided transcription.

 1   that issue as well. I'm happy to get into that. But they are
 2   incarcerated in Afghanistan. And the embassy there, as a
 3   service to them, as an accommodation, is willing to deliver
 4   mail to them that is mailed to the embassy. That is how I have
 5   served them and corresponded with them.
 6          THE COURT: I guess I just need some guidance from
 7   you, counsel. In the event I want to issue an order to them, I
 8   just need to know how to do that. If you wish to, I would
 9   invite you, or you both, to file something with the Court, just
10   a paragraph or two, with instructions on how the Court can
11   communicate with these individuals.
12          MR. LEV: Your Honor, if I may just predict we'll
13   have a bit of a dispute regarding that issue. The plaintiffs
14   in this case believe that they are entitled to receive mail via
15   the diplomatic pouch and have used the diplomatic pouch address
16   as the address on the signature block on their complaint. I
17   have filed with the Court, and I don't have my docket sheet
18   here, but it was a notice regarding service, in which I set
19   forth for the Court why I was serving them via U.S. mail care
20   of the embassy as opposed to using the pouch address, which is
21   not the appropriate use of the diplomatic pouch in which the
22   state department has informed them before this litigation any
23   mail sent to the pouch address will be returned to sender.
24          So I have informed the Court. I believe my filing
25   contains the address for the embassy. If not, I will

```
 1    from the amended petition, I would be grateful.
 2            Thank you.
 3            THE COURT:  All right.  Let's agree on a date then.
 4            I'll continue both cases for 60 days.  And then
 5    I'll -- that will take us to, I'm going to suggest the 24th of
 6    March at 11:00.  It's a status hearing on both cases.
 7            I'm not persuaded to use the diplomatic courier route
 8    to communicate with the individual plaintiffs.  And to the
 9    extent that the government has provided the plaintiffs with the
10    ability to communicate with the outside world, I'm going to use
11    the addresses that the government has given the plaintiffs to
12    tell people to communicate, to write them to.  Going the
13    diplomatic route doesn't make any sense.  They aren't
14    diplomats.
15            MR. TIFFANY:  The only issue, Judge, in terms of the
16    mail situation, and I know --
17            MR. CARABALLO:  If I may, Judge, I would like to
18    speak to that issue.
19            THE COURT:  Let me just be clear about this.
20            I'm going to give them a certain amount of days
21    within which to tell me they wish to proceed pro se.  And I'm
22    giving you both notice today I'm going to do that.  If I don't
23    hear from them by the date certain.  And the day certain will
24    be, given the logistical problems, the date certain will be 45
25    days from now or thereabouts.  That will take us to, let's see,
```