**2**

Case 1:05-cv-02064-EGS    Document 13-3    Filed 03/06/2006    Page 1 of 4

## 7 FAM 465.6  Mail

(CT:CON-093;  10-29-2004)

Letters and packages from home constitute a real lifeline for many prisoners, and their replies in turn help reassure anxious family members.  Given the importance mail has to the U.S. citizen or national prisoner, and the potential effects on mental well-being, you should do everything possible to help ensure a smooth flow of mail between prisoners and their family members:  Your assistance could include:

>    (1)    Make certain that prisoners and particularly family in the U.S. know exactly how to address mail to ensure delivery to the prisoner, and the international postage required;
>
>    (2)    Caution families that there is generally no assurance of privacy for mail to and from the prisoner.  Many prisons have elaborate censoring procedures, and most will at least open and examine packages and envelopes;

> **FYI: Some countries may severely restrict the personal effects and literature a prisoner may receive, and may confiscate goods or materials for local ethical or religious reasons that are often not well understood by the family members.**

>    (3)    Sometimes mail is inordinately delayed or confiscated because the prison authorities do not have the capacity to review correspondence in English.  If this problem develops, you may wish to advise families to try obtaining the services of a certifying translator in the United States who can attach a copy in the host country language to letters sent to the prisoner; and
>
>    (4)    When families are sending mail directly to the prison, try during your routine visits to determine with the prisoner what mail has been sent and received, so you can help the family identify letters or parcels that have gone astray,

or have been rifled or confiscated by local authorities.

## 7 FAM 465.6-1  Receiving Prisoner Mail At Post

(CT:CON-093;  10-29-2004)

a. There are instances when prisons do not offer mail service, or are delaying or improperly confiscating mail to the point where the family simply cannot rely on direct mail to the prison.

b. In such limited cases, and assuming there is no other workable alternative, such as sending mail to the prisoner's attorney, you may make arrangements with family members to send mail for the U.S. citizen or national prisoner through you under the following conditions and restrictions:

> (1)    The mail is to be addressed specifically to you, or another designated consular officer (ACS chief, ARRESTS officer, etc.) and **the prisoner's name should not appear on the outside of the envelope or package**;
>
> (2)    **The prisoner and family understand that you cannot accept and deliver any sealed mail.  You must examine all letters and parcels upon receipt**;
>
> (3)    You may limit the frequency of letters, and/or the size and number of packages, depending upon post resources;
>
> (4)    You will neither deliver nor return mail that contains contraband, items prohibited by prison authorities, or mail that encourages or outlines any extra-legal activity, such as escape plans;
>
> (5)    Funds must be transmitted through the OCS TRUST procedure.  You cannot accept cash by mail in these circumstances;
>
> (6)    You can deliver mail directly to the prisoner only if allowed to do so by prison authorities.  Mail may have to go through the

same screening and censoring procedures as if sent directly to the prison; and

(7) Depending upon the distance to the prison, you may not be able to arrange special trips just to deliver mail. **Mail received from family members may not be delivered until the next scheduled consular visit, and outgoing mail collected from the prisoner at the same time.**