**B**

35 of 102 DOCUMENTS

Copyright 2005 U.P.I.
All Rights Reserved
UPI

April 1, 2005 Friday  6:55 AM EST

**LENGTH:** 142 words

**HEADLINE:** Afghan court cuts US prisoners' sentences

**DATELINE:** KABUL, **Afghanistan,** April 1

**BODY:**

An Afghan court has cut the sentences of Jonathan **Idema** and two other U.S. citizens imprisoned for torturing Afghans at a **private** jail in Kabul.

The court rejected the **appeals of Idema,** Brent **Bennett** and Edward **Caraballo** to have their convictions overturned, the BBC reported.

The three were convicted last September after what has been described as a chaotic and confused trial.

**Idema's and Bennett's** 10-year sentences were reduced to five and three, respectively, and **Caraballo's** was cut from eight to two years, the report said. It was not clear why the sentences were reduced.

U.S. officials have denied **Idema's** claims that his efforts to capture and interrogate Taliban militants were approved by Afghan and U.S. authorities.

The Americans are confined in Kabul's Pul-e Charkhi **prison,** reportedly in a heated and carpeted cell with satellite television.

**LOAD-DATE:** April 2, 2005

37 of 102 DOCUMENTS

Copyright 2005 Associated Press
All Rights Reserved

The Associated Press

These materials may not be republished without the express
written consent of The Associated Press

March 31, 2005, Thursday, BC cycle

**SECTION:** International News

**LENGTH:** 380 words

**HEADLINE:** Afghan court upholds convictions, cuts sentences for Americans jailed for freelance terrorist hunt

**BYLINE:** By AMIR SHAH, Associated Press Writer

**DATELINE:** KABUL, **Afghanistan**

**BODY:**

   Three Americans jailed for torturing Afghans in a freelance hunt for terrorists have won shorter sentences but failed to persuade an **appeals** court to overturn their convictions.

   Jonathan **Idema,** Brent **Bennett** and Edward **Caraballo** appealed the rulings to the supreme court, **appeals** court Judge Abdul Latif said Thursday. Officials said it would be at least two weeks before the high court considers the case.

   At a closed session Tuesday, a four-judge **appeals** court in Kabul upheld the convictions for torture and operating a **private** jail, Latif told The Associated Press. The court quashed a charge that the three men entered the country illegally.

   **Idema's** sentence was reduced from 10 years to five; **Bennett's** was cut from 10 to three; and **Caraballo's** was cut from eight to two, Latif said.

   Michael Macey, a spokesman for the U.S. Embassy, confirmed the ruling.

   The Americans were arrested in July after Afghan security forces raided a house in Kabul and discovered eight Afghan men who said they had been abused. The three were convicted two months later.

   Latif said four Afghans convicted as accomplices were freed Tuesday because they bore little responsibility for the Americans' activities and had already spent eight months in jail.

   **Idema,** the alleged ringleader, a 48-year-old former soldier from Fayetteville, N.C., insists he and the other Americans were tracking terror suspects, including al-Qaida leader Osama bin Laden in close cooperation with American and Afghan security forces.

   The U.S. military acknowledges accepting a prisoner from **Idema** but insists it realized shortly afterward that he was an impostor. NATO peacekeepers also helped the Americans on three raids, later saying they also had been duped.

   Mohammed Ismail Habed, the presiding judge in the **appeal,** told the AP the charge of illegal entry was dropped because the Americans presented documents signed by Afghan defense officials.

   He said the three men were "very upset" when the court upheld the remaining convictions.

Page 2
Afghan court upholds convictions, cuts sentences for Americans jailed fo

The three Americans are being held at Kabul's Pul-e Charkhi **prison,** a facility notorious for horrific conditions and summary executions. Officials have lodged the Americans in a heated, carpeted room with satellite television and their own bathroom.

**LOAD-DATE:** April 1, 2005