**F**

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


J.K. IDEMA, et al.,          :
                             :  Docket No. CA-05-1334
         Plaintiffs,         :
                             :
         vs.                 :
                             :
UNITED STATES DEPARTMENT OF  :
STATE, et al.,               :
                             :  Washington, D.C.
         Defendants.         :  Thursday, January 19, 2006
                             :  11:30 a.m.
. . . . . . . . . . . . . .


                TRANSCRIPT OF A HEARING
         BEFORE THE HONORABLE EMMET G. SULLIVAN
              UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs:     JOHN EDWARDS TIFFANY, Esquire
                        55 Washington Street
                        Bloomfield, NJ 07003

For the Defendants:     ORI LEV, Esquire
                        UNITED STATES DEPARTMENT OF JUSTICE
                        20 Massachusetts Avenue, No. 883
                        Washington, DC 20044

Court Reporter:         Elaine A. Merchant, RPR, CRR
                        Official Court Reporter
                        333 Constitution Avenue, NW
                        Room 6822
                        Washington, DC 20001
                        (202)289-1571
```

Proceedings recorded by machine shorthand, transcript produced by computer-aided transcription.

| | |
|---|---|
| 1 | So what's your recommendation with respect to the |
| 2 | habeas insofar as your client is concerned, Mr. Idema? |
| 3 | MR. TIFFANY:  Well, the issue is the government has |
| 4 | got to file an answer.  Certainly we can amend, without leave |
| 5 | we can amend the petition without leave of the Court before the |
| 6 | government files an answer. |
| 7 | THE COURT:  Is that your pleasure? |
| 8 | MR. TIFFANY:  I think we're going to be amending, |
| 9 | yes, to bring it up to date.  Because there is a petition that |
| 10 | was filed back in March of last year. |
| 11 | THE COURT:  In New York? |
| 12 | MR. TIFFANY:  Yeah. |
| 13 | There's new developments and new facts, |
| 14 | unfortunately, because of the situation.  And I understand and |
| 15 | I appreciate it, but what people don't have a grasp of, and I |
| 16 | know Your Honor does, is that we're talking about individuals |
| 17 | who have been incarcerated for 18 months. |
| 18 | THE COURT:  Oh, I know. |
| 19 | MR. TIFFANY:  And calling into the Court. |
| 20 | While a part of me says we're in Federal Court and it |
| 21 | may not necessarily be the pleasure of the Court to be |
| 22 | entertaining calls that are coming in, some of the reactions |
| 23 | and discussions and the information I conveyed to the |
| 24 | government's attorney are a product of three individuals who |
| 25 | have been incarcerated 18 months.  And I will tell you, Judge, |

1     MR. TIFFANY:  I understand.
2     THE COURT:  But you plan to amend.  Why don't I just
3  grant you leave to amend now.
4     How much time do you need to amend your petition on
5  behalf of Mr. Idema only?  How much time do you need?
6     MR. TIFFANY:  I probably can amend it within three
7  weeks.
8     THE COURT:  Whatever your pleasure is, counsel.
9     MR. TIFFANY:  Three weeks.
10    THE COURT:  Three weeks from today?
11    Any objection?
12    Well, you have the right to do it anyway, regardless.
13 The government has not filed a responsive pleading, correct?
14    MR. TIFFANY:  Correct.
15    THE COURT:  All right.  I'll just formally grant you
16 leave to amend your complaint.
17    Today is the 19th.  Three weeks from today is --
18 let's just make it the 9th of February.  That's on behalf of
19 Mr. Idema only.
20    Now, have you signed up for electronic filing?
21    MR. TIFFANY:  No.  I plan when I go down today to
22 sign up.
23    THE COURT:  On behalf of Mr. Idema only.  Because I'm
24 going to issue orders in this case electronically.
25    And insofar as the FOIA case is concerned, your

1  recommendation is that you be afforded more of an opportunity
2  to continue your discussions with the government?
3      MR. TIFFANY: The government is in a different
4  position.
5      THE COURT: I'm just asking for your recommendation.
6      How much time do you need?
7      MR. TIFFANY: Three weeks.
8      THE COURT: All right. So February 9.
9      All right. Let me hear from government counsel.
10     Thank you, counsel.
11     Just on behalf of Mr. Idema only.
12     MR. LEV: Good afternoon, Your Honor.
13     I'll address first the FOIA case and then the habeas
14  case if that's all right with the Court.
15     With respect to the FOIA case, as Your Honor knows,
16  three and a half months ago you adjourned the hearing so that
17  we could get a written signed statement from Mr. Bennett and
18  Mr. Caraballo indicating that they wish to proceed pro se. And
19  I have no problem with them proceeding pro se. I have no
20  problem with Mr. Tiffany representing them. I certainly have
21  no problem with the Court finding them counsel. I just need to
22  know, obviously, who I'm dealing with.
23     THE COURT: It appears that the two individuals are
24  proceeding pro se now. It appears that Mr. Idema is
25  represented by counsel. That appears to be the record today.

1    With respect to the habeas, I have no problem with
2  Mr. Tiffany amending his petition. So Your Honor is aware,
3  this is the original petition. It is 70 pages. It contains
4  legal arguments.
5    THE COURT: Look, I'm going to tell counsel now if it
6  doesn't conform to our rules, I'm going to strike it without
7  waiting for a response from the government. I'm just going to
8  do it. And the case law is clear as to what a complaint should
9  contain and what it shouldn't contain.
10    MR. LEV: I appreciate that. And I would ask that
11  once we get an amended petition filed that we have 60 days to
12  respond to it.
13    THE COURT: Absolutely.
14    MR. LEV: I would point out to Your Honor, this is
15  not a typical habeas case in which the United States has an
16  individual in its custody.
17    THE COURT: And I think everyone agrees, he's not in
18  the custody of the United States. Although it sounds like the
19  plaintiffs are making an argument that he's in the custody of
20  agents of the United States.
21    Isn't that one of your arguments?
22    MR. TIFFANY: Yes, Judge.
23    MR. LEV: They're essentially asking Your Honor to
24  overturn two Afghani courts.
25    I'll get into that in the papers. If we have 60 days

1   hearing from an unsworn witness to hearsay information.
2       THE COURT: All right. I've said all I'm going to
3   say about notice. If I don't hear from them, they're out of
4   this case. And both of you have actual notice and you have
5   some relation with these individuals, so presumably you can
6   communicate that. And the Court will also issue an appropriate
7   written directive for them to notify the Court how they wish to
8   proceed by a certain date, and that will be March 1. And I'll
9   continue the case to the date that I previously indicated.
10      And you'll file your amended complaint on February 9,
11  is that correct?
12      MR. TIFFANY: Right. Thanks, Judge.
13      MR. LEV: Your Honor, just to clarify, does the
14  government have an obligation to respond to that petition?
15      THE COURT: No, I'll suspend that obligation to
16  respond, yes, for the time being. We'll talk about that at the
17  status hearing.
18      I guess the last question I have is this.
19      What about the attorneys who represented the other
20  two individuals during their criminal proceedings, are they
21  available?
22      MR. TIFFANY: One is in New York. Bob Fogelnest
23  represented Ed Caraballo. I can speak to Bob to see if he
24  could come aboard. Brent Bennett didn't have legal
25  representation. He asked the Afghanistan court to appoint