**G**

7 of 68 DOCUMENTS

Copyright 2006 Agence France Presse
All Rights Reserved
Agence France Presse -- English

March 1, 2006 Wednesday  3:41 PM GMT

**LENGTH:** 582 words

**HEADLINE:** Taliban-led revolt at Afghan jail 'over', fifth body found

**DATELINE:** KABUL, March 1 2006

**BODY:**

Police declared a four-day revolt at Afghanistan's main jail over late Wednesday after more than 1,350 inmates surrendered.

The riot erupted at Kabul's Pul-e-Charki jail late Saturday, allegedly instigated by about 300 Taliban and Al-Qaeda prisoners whom police said were trying to create chaos so they could escape.

"The violence is over," police rapid reaction force commander General Mahboob Amiri told AFP as the last of the prisoners were made to leave the riot-smashed cell block for more secure facilities.

"The prison is under full control of police," he said. Hundreds of extra police and soldiers deployed at the height of the standoff had left the complex on the outskirts of Kabul but 200 would remain, Amiri said.

He said a fifth body had been found in the evacuated block -- that of a man from the criminal wing who was killed Tuesday with what police said was a club fashioned from a metal bar, perhaps from a bedframe.

Clashes broke out among the prisoners late Tuesday after more than 1,000 inmates convicted of non-terrorist offences had declared their intention to call off their resistance early the following day.

The political prisoners apparently opposed their surrender. It had been expected they would resist being taken out from the block but they did not, Deputy Justice Minister Mohammad Qasim Hashimzai said.

"There was no use of force. The criminal wing surrendered and later the political wing also started to come out and surrender one by one," he said.

Police said that two of the four inmates killed in the first wave of violence after the riot erupted Saturday were Al-Qaeda members -- one from Pakistan and the other from Tajikistan.

Prisoners armed with makeshift weapons attacked guards, had set alight furniture and bedding and smashed windows and doors. Some chanted slogans against President Hamid Karzai and US President George W. Bush, witnesses said.

Guards opened fire to try to control the situation and the complex was surrounded by about 1,000 troops and police who occasionally fired into the building, witnesses said.

Five inmates were killed and around 30 wounded overall in four days of mayhem at the prison.

Among the inmates removed from the block Wednesday was US citizen Edward Caraballo, one of three Americans convicted in September 2004 of torturing suspects in a so-called private war on terror.

Hashimzai said authorities confiscated Caraballo's telephone and laptop because he had used them to "disseminate false information" about the riot. Caraballo said he was being held hostage but this was rejected by authorities.

Besides the criminal and 300 political prisoners, the block also held about 60 women, some with children, who were moved out late Tuesday.

Prison guards said some of the women, who included a Nepali convicted of drug smuggling, had told them they were raped. Several officials have dismissed the rape allegations but Amiri said they would be investigated.

Most Al-Qaeda suspects caught in Afghanistan after the US-led invasion that toppled the Taliban regime in late 2001 have been transferred to the US detention centre at Guantanamo Bay in Cuba or the US jail at Bagram Air Base near Kabul.

Some low-ranking Al-Qaeda and rank-and-file Taliban are still housed in Pul-e-Charkhi, officials say.

Prisoner representatives handed a list of demands to negotiators on Monday. The negotiators said some would be addressed, such as complaints over living conditions.

Others, including a review of all cases, were still being considered.

**LOAD-DATE:** March 2, 2006

**REUTERS** AlertNet
**FOUNDATION**
*Alerting humanitarians to emergencies*

Reuters websites ▼ | Search

Username: [          ] GET
Password: [          ] FORGOT YOUR
☐ Sign me in automatically

About AlertNet

You are here: Homepage > Newsdesk > Afghans said bloody Kabul prison siege over

HOME
Newsdesk
NGO Latest
EMERGENCIES
Africa
Americas
Asia
Europe
Middle East
COUNTRY PROFILES
Select a country ▼
TOPICS
Select a topic ▼
IMAGES
Reuters Pictures
Pictures Galleries
Satellite Images
Interactive Map
RESOURCES
NGO Directory
Training
Jobs
In the press
NGO SERVICES
Alerting

AlertNet Challenge
**Take the quiz...**

GO →

Tsunami AidWatch
**Global Pledge-o-meter**

# Afghans said bloody Kabul prison siege over

01 Mar 2006 13:03:55 GMT
Source: Reuters

**Background**

▸ CRISIS PROFILE: Afghanistan still the 'sick man' of Asia

MORE →

PUL-I-CHARKHI, Afghanistan, March 1 (Reuters) - A bloody prison siege in Afghanistan ended on Wednesday after all 1,300 prisoners involved in a riot that broke out at the weekend moved to a new block under police control, the government said.

"All the prisoners, including the political ones have been moved to another block," Deputy Justice Minister Mohammad Qasim Hashimzai told reporters.

"The agitation is over. The police are now in full control of the prison."

Up to five people died in the unrest led by Taliban prisoners at Pul-i-Charkhi jail on Kabul's outskirts that erupted after prisoners were issued uniforms to prevent a repeat of a January escape by seven Taliban who mingled with visitors.

AlertNet news is provided by **REUTERS**

Newsdesk   NGO Latest   Reuters Pictures

▸ India, U.S. seal nuclear cooperation deal *(1 hour ago)*
Source: Reuters

▸ Afghanistan: Conviction and Death Sentence of Former Intelligence Chief Flawed *(12 hours ago)*
Source: Human Rights Watch

▸ Bolivia and Peru grow more coca, says US *(13 hours ago)*
Source: Reuters

▸ AFGHANISTAN: World Bank offers US $30 million boost to health *(18 hours ago)*
Source: IRIN

▸ Pakistan forces hit militants on Afghan border *(19 hours ago)*
Source: Reuters

MORE →

Printable view | Email this article | Send comments

Emergencies a
▸ Afghan reconst

Countries
[map of Afghanistan] Kal AFGHANIST

↻ RESET
▸ Afghanistan pro
· View Kabul

2 of 68 DOCUMENTS

Copyright 2006 Los Angeles Times
All Rights Reserved
Los Angeles Times

March 2, 2006 Thursday
Home Edition

**SECTION:** MAIN NEWS; Foreign Desk; Part A; Pg. 6

**LENGTH:** 58 words

**HEADLINE:** IN BRIEF/ **AFGHANISTAN;**
**Prison** Inmates End Deadly Rebellion

**BYLINE:** From Times Wire Reports

**BODY:**

A four-day rebellion that left six inmates dead and exposed security flaws at Afghanistan's main prison ended after more than 1,000 inmates surrendered.

The prisoners were shifted out of a wrecked wing of Policharki prison in Kabul. The last to give up were about 100 Al Qaeda and Taliban militants, now confined to separate, higher-security quarters.

**LOAD-DATE:** March 2, 2006