UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| J. K. Idema, Brent Bennett, Edward Caraballo, and, Zorro Rasuli Banderas, <br>                 *Petitioners,* <br><br>     vs. <br><br> Zalmay Khalilzad, Ambassador, *and,*[1] Robert S. Mueller, Director of the FBI, <br>                 *Respondents.* | **NOTICE OF ECF FILING OF MOTION FOR CONTINUANCE** <br><br> Case # 05 CV 2064 (EGS) <br><br> JUDGE:    Hon. Emmet G. Sullivan |

---

**TO RESPONDENTS:**

**PLEASE TAKE NOTICE** that the proceedings in this case are scheduled in front of the judge presiding, for April 18, 2006, in the Courtroom of the Honorable Emmet G. Sullivan, United States District Judge, located at 333 Constitution Ave., NW, Washington, DC 20001.

Petitioners were to appear by phone from Afghanistan. Petitioner respectfully requests a continuance (LCvR 16.1 (b) and (c)) of at least two weeks based on the facts within the contemporaneously filed motion.

    Dated this 17th day of April 2006.

                                                                   _____S/_____
                                                                     John Edward Tiffany,
                                                                     Attorney (JT7322)
                                                                     PO Box 190
                                                                     55 Washington Street
                                                                     Bloomfield, NJ  07003
                                                                    Ph:  973/566-9300
                                                                    Fax: 973/566-0007

---

[1] This is the correct case caption.