# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. K. Idema, Brent Bennett, Edward Caraballo, and, Zorro Rasuli Banderas, *Petitioners*, vs. Zalmay Khalilzad, Ambassador, *and*,[1] Robert S. Mueller, Director of the FBI, *Respondents*. | MOTION FOR CONTINUANCE LCvR 16.1 (b) and LCvR 16.2  Case # 05 CV 2064 (EGS)  Judge:  Hon. Emmet G. Sullivan US District Court Judge |

## MOTION FOR CONTINUANCE

Please take notice that Petitioner J.K. Idema hereby respectfully requests a continuance in the above matter. *Pro se* co-Petitioners Captain Brent Bennett and Lieutenant Zorro Rasuli Banderas have consented to this motion and have no object to a continuance. Counsel for the Respondents was not able to be reached over the weekend but consented to this motion this morning. Counsel for Idema, shows unto this Honorable Court, the following in support of his motion:

1.   This matter is set for hearing on April 18, 2006 as is a related FOIA case, *Idema et al., vs. Department of State, et al.*, Case #No. 05 CV 01334 (EGS).

2.   As counsel for Idema I am the only attorney representing a petitioner, the other petitioners are appearing *pro se*. I am a sole practitioner residing in New York with offices in New Jersey. I am representing Idema completely *pro bono*.

3.   The previous hearing fell on a date during which my family had a long-planned vacation scheduled and I was unable to cancel the vacation due to financial losses that would have occurred. Notwithstanding the gravity and importance of this case, counsel

---

[1] This is the correct caption. Petitioners DISMISSED Condoleezza Rice more than 9 months ago.

has unavoidable conflicts which make his travel to Washington, DC and appearance on April 18, 2006 impossible, and requests this Honorable Court grant him consideration and understanding.

4. Counsel has notified the Court's deputy by phone of the filing of this motion, (LCvR 16.2 (c) (4)).

5. The basis for petitioner's and counsel's request for a continuance is as follows:

   a. Counsel has criminal matters scheduled which he has been unable to adjourn (LCvR 16.2).

   b. Counsel has court ordered depositions in two federal cases both of which must be concluded by April 21, 2006 by court order (LCvR 16.2).

   c. Counsel's birthday is April 18th and counsel was unaware until this weekend that his wife had planned a family event for early that evening, which would be impossible to attend based on my past experience with travel time returning from Washington, DC to New York on hearing dates (LCvR 16.2 (b) (4) and (c)(3)).

   d. Petitioners have sent counsel numerous documents and evidentiary materials which are needed for the hearing in the case and are direct evidence that respondents control the custody of petitioners, have blockaded mail, withheld drinking water as retaliation for filing this case, have directly suppressed evidence of innocence in petitioners' Afghan case, and have illegally subverted justice through bribes and threats of judges in Afghanistan. This physical evidence, tape-recordings, and signed statements are required for the next hearing. These items have not been received by counsel solely through the fault of respondents and their refusal to pick up legal mail from Idema and co-petitioners Bennett and Banderas (LCvR 16.2 (b) (4)). Apparently, the Embassy did drop off one of Mr. Lev's motions, but refused to meet and send mail back to this Court.

   e. Petitioners have attempted to send documents and evidence by other means and it is believed that these materials have been intercepted by respondents to prevent counsel from receiving them (LCvR 16.2 (b) (4)).

   f. After the February/March prison revolt at Pulacharke Prison, petitioners were without phone access, making communication with counsel virtually impossible for

several weeks.  The US Embassy has refused to provide any service whatsoever to Idema and Bennett in spite of DOS regulations to the contrary.  Mr. Idema also hereby informs the Court of his objection to ongoing retaliation by the United States government agents of the respondents, whereby they, and others, continue to pressure the Afghan government to prevent any communications with the outside world, counsel, and this Court (LCvR 16.2 (b) (4)).

      g.     Counsel sent petitioners a copy of the January 2006 Hearing transcript which opposing counsel provided, but respondents have not delivered this package after two months.  It was counsel's understanding that Mr. Lev sent respondents' pleadings and transcript to Bennett and that all of the petitioners could review this and work together on a response, but if it was sent respondents have failed to deliver Mr. Lev's package.

     6.     Any of one of these reasons would be grounds for a continuance of this matter, and there is certainly no prejudice at all to respondents in this matter.

**WHEREFORE,** petitioner Idema, and counsel, hereby respectfully request this Honorable Court allow this matter to be continued for two weeks in the interest of justice and judicial economy.  Mr. Ori Lev has consented but requested that the new date not be set for a Wednesday and petitioner's counsel consents to that.

     Dated this 17th Day of April 2006,

                                                          _____*S/*_____  
                                                        John Edward Tiffany,  
                                                         Attorney (JT7322)  
                                                         PO Box 190  
                                                         55 Washington Street  
                                                         Bloomfield, NJ  07003  
                                                         Ph:  973/566-9300  
                                                         Fax: 973/566-0007