# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. K. Idema, Brent Bennett, Edward Caraballo, and, Zorro Rasuli Banderas,  *Petitioners,*  vs.  Zalmay Khalilzad, Ambassador, *and*, Robert S. Mueller, Director of the FBI,  *Respondents.* | ORDER  Case # 05 CV 2064 (EGS) |

### [PROPOSED] ORDER

Upon consideration of petitioners' motion for a continuance submitted by counsel for J. K. Idema and stipulated to by Banderas and Bennett, it is hereby ORDERED that:

The April 18, 2006 Hearing in this case is continued until _____.

**SO ORDERED.**

_____
EMMET G. SULLIVAN
United States District Judge