*[Handwritten: Leave to File Granted. Sullivan (JS)]*

Edward Caraballo
c/o Richard Caraballo
60 Erie Street
Apt. 103
Jersey City, New Jersey 07302
(646) 667-4596

**RECEIVED**

JUN 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: Request for hearing postponement.
(Case #: 1:05-cv-02064-EGS
and 1:05-cv-01334-EGS)

June 19, 2006

The Honorable Emmet G. Sullivan
United States District Judge
US District Court for the
District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Sullivan,

I would very much like to be present in court for all proceedings in the above referenced cases before Your Honor. I understand that a June 20 status conference is now set for June 28.

Unfortunately, due to an important family court hearing regarding my young daughter in New York on that day, I will not be available on June 28th.

I've conferred with the attorneys in the case. Mr. Lev and Mr. Tiffany have confirmed that they would both be available on July 14th.

I hereby request a hearing postponement to July 14 or a later date.

Thank You

*[signature]*

~~Ed Caraballo~~
Plaintiff