## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| J.K. IDEMA, et al., | ) | |
| Plaintiffs, | ) | No. 05 CV 01334 (EGS) |
| v. | ) | |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) | |
| Defendants. | ) | |
| J.K. IDEMA, et al., | ) | |
| Petitioners, | ) | No. 05 CV 2064 (EGS) |
| v. | ) | |
| RONALD NEUMANN, et al., | ) | |
| Respondents. | ) | |

**DEFENDANTS/RESPONDENTS' UNOPPOSED MOTION
FOR CONTINUANCE OF AUGUST 16, 2006 HEARING**

Defendants/Respondents in these cases hereby move for a continuance of the motion hearing recently scheduled for August 16, 2006, because the undersigned counsel will be out of town during the week of August 14-18. Counsel for Plaintiff/Petitioner Idema has informed the undersigned that he does not object to this Motion, and that he will be unavailable from August 19-28. Pro se Plaintiff/Petitioner Caraballo has informed the undersigned that he does not object to this Motion and that he is available on any date in August or September other than September 29, 2006. Defendants/Respondents therefore request a continuance to a date after August 28, 2006.

Following a status conference held in both of the above-captioned cases, the Court scheduled a motions hearing for June 28, 2006, on Petitioners' Motion for Temporary Restraining Order filed in Idema v. Neumann, No. 05-cv-2064 (EGS).  See Order, May 5, 2006 (dkt no. 19) at 2.  By letter filed June 21, 2006, pro se Petitioner Caraballo sought a continuance of the hearing.  See Docket No. 21.  On that same date, the Court re-scheduled the motions hearing to August 2, 2006.  Subsequently, on July 27, 2006, the Court sua sponte rescheduled the hearing to August 16, 2006.

The undersigned will be out of town during the week of August 14-18, 2006, on a previously-planned vacation.  Accordingly, Defendants/Respondents respectfully request that the hearing be continued to a date after the 28th of August (when Plaintiff/Petitioner Idema's counsel returns from vacation).  Although Plaintiffs/Petitioners have sought numerous continuances in these cases, to date the Government has not sought a continuance.

WHEREFORE, Defendants/Respondents respectfully request that the instant motion be GRANTED and that the hearing scheduled for August 16, 2006 be continued to a date after the 28th of August.

A proposed order is attached for the Court's consideration.

Dated: July 28, 2006.                      Respectfully submitted,

                                                      PETER D. KEISLER
                                                      Assistant Attorney General

                                                      KENNETH L. WAINSTEIN
                                                      United States Attorney

                                                      VINCENT M. GARVEY
                                                     Deputy Branch Director

ELIZABETH J. SHAPIRO
Assistant Branch Director


 /s/ Ori Lev
ORI LEV, DC # 452565
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
Mail:  P.O. Box 883, Washington, DC  20044
Delivery:  20 Massachusetts Ave., NW, Rm 7330
           Washington, DC 20001
Tel:  (202) 514-2395
Fax:  (202) 318-7589
Email:  ori.lev@usdoj.gov

*Counsel for Defendants/Respondents*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
J.K. IDEMA, et al.,                )
                                   )
        Plaintiffs,                )    No. 05 CV 01334 (EGS)
                                   )
    v.                             )
                                   )
UNITED STATES DEPARTMENT OF STATE, )
et al.,                            )
                                   )
        Defendants.                )
_____)
J.K. IDEMA, et al.,                )
                                   )
        Petitioners,               )    No. 05 CV 2064 (EGS)
                                   )
    v.                             )
                                   )
RONALD NEUMANN, et al.,            )
                                   )
        Respondents.               )
_____)

[Proposed]
**ORDER**

THIS MATTER having come before the Court on Defendants/Respondents' Unopposed Motion for Continuance of August 16, 2006 Hearing, and good cause having been shown, it is hereby

ORDERED that Defendants/Respondents' Motion is GRANTED and it is further

ORDERED that the motion hearing currently scheduled for August 16, 2006 is hereby continued to [DATE] at [TIME].

**SO ORDERED.**

Dated: July __, 2006.                          _____
                                               EMMET G. SULLIVAN
                                               United States District Judge

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that he has, this 28th day of July 2006, caused a copy of the foregoing Defendants/Respondents' Unopposed Motion for Continuance of August 16, 2006 Hearing to be served, via U.S. mail, postage prepaid, upon the following persons at the following addresses:

    Brent Bennett c/o
    Consular Section
    Adrienne Harchik, Consul
    American Embassy
    Great Massoud Road
    Kabul, Afghanistan

    EDWARD CARABALLO
    60 Erie Street
    Jersey City, NJ 07302

    Petitioner Idema's counsel, John Tiffany, will be served via the Court's ECF system.

                                            _____/s/_____
                                              Ori Lev