No.05 CV 2064 (EGS)
Caraballo "Collateral" Memo
9/11/06
Exhibit 1

F.C.A §§ 430, 550, 655, 828, 1029

ORI No: NY030023J
Order No: 2006-002379
NYSID No: _____

At a term of the Family Court of the State of New York,
held in and for the County of New York, at 60 Lafayette
Street, New York, NY 10013, on July 17, 2006

PRESENT: Honorable Karen I. Lupuloff

In the Matter of a FAMILY OFFENSE Proceeding

File #      36001
Docket#   O-05939-06

Deanna Lee (DOB: 12/14/1962),
                     Petitioner,

- against -

Ed Caraballo (DOB: 11/16/1961),
                     Respondent.

**Temporary Order Of Protection**

**Both parties present in court**

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND
CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS
FOR CRIMINAL CONTEMPT, AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND
INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT.  IF YOU FAIL TO APPEAR IN
COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND
CONTINUE IN EFFECT UNTIL YOU APPEAR IN COURT.

A petition under Article 8 of the Family Court Act, having been filed on May 08, 2006 in this Court and good cause
having been shown,

**Now, therefore, it is hereby ordered**  that Ed Caraballo (DOB: 11/16/1961) observe the following conditions of behavior

[01] Stay away from:

  [A]     Deanna Lee (DOB: 12/14/1962) and Emma Caraballo (DOB: 08/08/2001);

  [B]     the home of Deanna Lee (DOB: 12/14/1962) and Emma Caraballo (DOB: 08/08/2001) at ███████████
          ████████████████████████████;

  [E]     the place of employment of Deanna Lee (DOB: 12/14/1962);

[14]     Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other means with
         Deanna Lee (DOB: 12/14/1962) and Emma Caraballo (DOB: 08/08/2001);

Pa
Docket No: O-0593
GF5 2

[02]    Refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation, threats or any criminal offense against Deanna Lee (DOB: 12/14/1962) and Emma Caraballo (DOB: 08/08/2001

**It is further ordered** that [13A] Ed Caraballo's (DOB: 11/16/1961) license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby suspended and [13C] Ed Caraballo (DOB: 11/16/1961) shall remain ineligible to receive a firearm license during the period of this order.

**It is further ordered** that this  Temporary Order Of Protection  shall remain in effect up to and including  October 05, 200

Dated:       July 17, 2006                              **ENTER**

                                                Honorable Karen I. Lupuloff

**The Family Court Act** provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a person who is alleged to have violated its terms and to bring him or her before the court to face whatever penalties may be imposed therefor.

**Federal law provides** that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if it is established that the person against whom the order is sought has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. §§2265, 2266).

**It is a federal offense to:** cross state lines to violate an order of protection; cross state lines to engage in stalking, harassment or domestic violence against an intimate partner or family member; possess, purchase, ship, transfer or receive a handgun, rifle, shotgun, or other firearm or ammunition following a conviction of a domestic violence misdemeanor involving the use or attempted use of physical force or a deadly weapon; or (except for military or law enforcement officers while on duty) possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition while an order of protection, issued after notice and an opportunity to be heard, that protects an intimate partner against assault, harassment, threatening and/or stalking, remains in effect  (18 U.S.C. §§922(g)(8), 922(g)(9), 2261, 2261A, 2262).

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE LAW GUARDIAN UPON THE APPELLANT, WHICHEVER IS EARLIEST.

**Check applicable box:**

[ ] Personal service executed [specify date(s)]:_____