

# Zalmay Khalilzad
Chief of Mission/US Ambassador to Afghanistan
Sept. 2003 - June 2005

**"I didn't come here to be a flower pot.
Our goal is to make sure problems are solved
and I will not sit still if I see a problem.
If that means that I personally or
as a representative of the U.S. --
we will do what is necessary."**

From "US Ambassador to Afghanistan:
'I Didn't Come Here to Be a Flower Pot'"
An exclusive interview with
Afghan Pajhwok News Agency's
Lailuma Sadid
November 8, 2004
[See page 6 of article source
document to read the full text.]

# "Khalilzad and Karzai go back a long time -- they studied together at the American University of Beirut in the 1970s."[6]



**1950s**
"Khalilzad was born 50 years ago in the northern Afghan city of Mazar-e Sharif, 70 miles south of the Soviet border. While still young, his family moved to the regional capital of Kabul, where his Pashtun father worked in the government, which was then a monarchy." [2]



**1975**
"After completing high school in Kabul, Khalilzad earned an undergraduate degree from the American University in Beirut, followed by a doctorate in political science from the University of Chicago in 1979 -- the same year the Soviets invaded his homeland." [2]



**1979**
"Khalilzad and Karzai go back a long time -- they studied together at the American University of Beirut in the 1970s. It was Khalilzad, as a foreign policy adviser to the National Security Council, who lobbied Washington to pick Karzai as head of a transitional government after the Taliban were overthrown." [6]



**1980-1989**
"In the early 1980s, he was an active supporter of the Afghan mujahedeen fighters in their struggle against the Soviet invasion. After joining the Reagan administration in 1985, Mr. Khalilzad and Mr. Wolfowitz were among a group of State Department policy-makers who argued successfully that Washington should arm the mujahedeen with Stinger missiles." [1]

**1950s**  **1980s**

---

[1]   "The Pashtun prophet who shapes U.S. policy" By BARRIE McKENNA, Globe and Mail, Canada (Mar. 1, 2003) [page 1]
[2]   From "Afghan Roots Keep Adviser Firmly in the Inner Circle" By Joe Stephens and David B. Ottaway, Washington Post Staff Writers (November 23, 2001) [page 2]
[6]   "U.S. Envoy Smoothes Way for Karzai Win in Afghan Poll" By Simon Cameron-Moore, Reuters (Oct 12, 2004) [page 9]

# "[Khalilzad] belonged to a small group of policymakers who successfully pressed the Reagan administration to provide arms -- including shoulder-fired Stinger missiles -- to anti-Soviet resistance fighters in Afghanistan."[2]

  

**1980s**
"He is the only White House official to have lived in Afghanistan, and he has a visceral feel for the region's tensions and history. His long-term influence on matters pertaining to Central Asia is made apparent by a photo in his office in the Eisenhower Executive Office Building. Snapped next door at the White House, it shows President Ronald Reagan and Khalilzad huddled in discussion with an Afghan leader, who at the time was battling to oust the Soviets." [2]

**1985-1989**
"From 1985 to 1989, Khalilzad worked at the State Department as a special adviser to the undersecretary of state, consulting on the Iran-Iraq War and on the Soviet war in Afghanistan. He belonged to a small group of policymakers who successfully pressed the Reagan administration to provide arms -- including shoulder-fired Stinger missiles -- to anti-Soviet resistance fighters in Afghanistan." [2]

**1980s**  **1989**

[2]   From "Afghan Roots Keep Adviser Firmly in the Inner Circle" By Joe Stephens and David B. Ottaway, Washington Post Staff Writers (November 23, 2001) [page 2]

# "[Khalilzad] is regarded as a protégé of U.S. Undersecretary of State Paul Wolfowitz, and a confidante of Defence Secretary Donald Rumseld and Vice-President Dick Cheney, the administration's leading foreign-policy hawks"[1]

    

**1989-1992**
"He then served as undersecretary of defense in the first Bush administration while it waged war against Iraq." [2]

**1992-1999**
"He worked as a senior political scientist at Rand, a consulting company that performs policy studies for the U.S. military. He directed strategy for Rand's Project Air Force and founded the corporation's Center for Middle Eastern Studies. [...] He also joined the board of the Washington-based Afghanistan Foundation, a nonprofit corporation dedicated to raising interest in the country." [2]

**2000**
"Mr. Khalilzad has toiled in the shadows for decades as a foreign-policy expert in the Republican administrations of Ronald Reagan and George Bush Sr. He is regarded as a protégé of U.S. Undersecretary of State Paul Wolfowitz, and a confidante of Defence Secretary Donald Rumseld and Vice-President Dick Cheney, the administration's leading foreign-policy hawks. When Mr. Bush became President in 2000, Mr. Khalilzad headed up Mr. Rumsfeld's transition team at the Pentagon. " [1]

**1989**                                                                                          **2000**

---

[1]   "The Pashtun prophet who shapes U.S. policy" By BARRIE McKENNA, Globe and Mail, Canada (Mar. 1, 2003) [page 1]
[2]   From "Afghan Roots Keep Adviser Firmly in the Inner Circle" By Joe Stephens and David B. Ottaway, Washington Post Staff Writers (November 23, 2001) [page 2]

"It was Khalilzad, as a foreign policy adviser to the National Security Council, who lobbied Washington to pick Karzai as head of a transitional government after the Taliban were overthrown."[6]




**2001**
"After Bush's victory last November, Khalilzad headed the Bush-Cheney transition team for the Defense Department. He also counseled Defense Secretary Donald H. Rumsfeld. In his current role, he answers directly to national security adviser Condoleezza Rice." [2]

**2002**
"It was Khalilzad, as a foreign policy adviser to the National Security Council, who lobbied Washington to pick Karzai as head of a transitional government after the Taliban were overthrown."[6]

**July 10, 2002**
"On the eve of the loya jirga, the White House special envoy in Kabul, Zalmay Khalilzad, openly demanded that Zahir Shah renounce his presidential candidacy to avoid a 'divisive' situation. Khalilzad confronted the king in a well-publicized meeting that one of the royal advisers described [...] as 'unpleasant.'"[3]

**July 12, 2002**
"The day before the loya jirga began here, President Bush's energetic special representative to Afghanistan dashed about town ? trying to reassure Afghans that the US government was firmly behind their fledgling democratic efforts. Zalmay Khalilzad, a longtime US State Department official, addressed some of the 1,501 delegates. He told them that the US would support their efforts to establish a government of their own."[3]

**2001**                                                                                                                    **2002**

---

[2]  From "Afghan Roots Keep Adviser Firmly in the Inner Circle" By Joe Stephens and David B. Ottaway, Washington Post Staff Writers (November 23, 2001) [page 2]
[3]  "Afghanistan - The Welcome is Going Sour" by Selig S. Harrison, International Herald Tribune (July 10, 2002) [page 4]
[6]  "U.S. Envoy Smoothes Way for Karzai Win in Afghan Poll" By Simon Cameron-Moore, Reuters (Oct 12, 2004) [page 9]

# "[Khalilzad] publicly brokered a truce between rival militia commanders after fighting in western Herat city in August"[9]



**2003**
"The Afghan-born Mr. Khalilzad, the highest-ranking Muslim in the Bush administration, has quietly emerged as a key architect of Washington's ambitious plans for remaking the political landscape of the Persian Gulf and Central Asia." [1]



**August 2004**
"He publicly brokered a truce between rival militia commanders after fighting in western Herat city in August and was seen as key in sidelining warlord Ismael Khan, who stepped down as the provincial governor in September." [9]

**2003**                  **August 2004**

[1]   "The Pashtun prophet who shapes U.S. policy" By BARRIE McKENNA, Globe and Mail, Canada (Mar. 1, 2003) [page 1]
[9]   US envoy to Afghanistan offers amnesty to Taliban by Agence France Presse (December 2, 2004) [page 14]

" [Khalilzad] told me to drop out of the elections, but not in a way to put pressure," Mohaqiq said.
He "then called my most loyal men [...] And he told my men to ask me what I need in return."[11]





**September 23, 2004**
Mohammed Mohaqiq says that he was getting prepared to participate in the October 9 presidential election when U.S. Ambassador Zalmay Khalilzad offered him a deal.

"He told me to drop out of the elections, but not in a way to put pressure," Mohaqiq said. "It was like a request."

"He left, and then called my most loyal men, and the most educated people in my party or campaign, to the presidential palace and told them to make me - or request me - to resign the nomination. And he told my men to ask me what I need in return." Mohaqiq added. [11]

**Oct 10, 2004**
"Afghans packed polling stations on Saturday for a historic presidential election that was blemished when all 15 candidates opposing U.S.-backed interim President Hamid Karzai withdrew, charging the government and the U.N. with fraud and incompetence." [7]

**Oct 10, 2004**
"Khalilzad was under pressure to move quickly because Bush, on his own campaign trail, was hailing last weekend's election as his foreign policy triumph and could not risk allegations of fraud jeopardizing the success story." [6]

**September 2004**                                                                 **October 2004**

[6]   "U.S. Envoy Smoothes Way for Karzai Win in Afghan Poll" By Simon Cameron-Moore, Reuters (Oct 12, 2004) [page 9]
[7]   "Karzai's Opponents Claim Fraud in Election" By PAUL HAVEN, Associated Press (October 10, 2004) [page 10]
[11] Candidates: U.S. hands seen in Afghan elections by Al Jazeera Publishing, Dubai, United Arab Emirates (9/23/2004) [page 15]

"The historic election on Saturday was nearly derailed when Karzai's 15 opponents threatened to boycott over suspicion of irregularities, but soon most of his main challengers had fallen into line and promised to respect the result -- thanks to a little word in their ear from the U.S. envoy."[6]

  

**Oct 10, 2004**
Khalilzad studiously avoided endorsing Karzai's candidacy in the run-up to the election. But few Afghans doubt a Karzai win is what Bush wants to hold up as a triumph of democracy before the Nov. 2 U.S. election. "Everybody knows who is calling the shots," said Hamidullah Tarzi, a former finance minister from one of the country's best-known political families. [6]

**Oct 11, 2004**
"Opposition candidates debated but discarded the use of violence Sunday as a means of forcing Afghan electoral officials to annul the nation's first presidential election and redress irregularities, one of the candidates said in an interview." [8]

**Oct 12, 2004**
"The flashing smile, the patrician wave of the hand for the cameras as he stepped into his bullet-proof car belonged to a man who had just won Afghanistan's presidential election. But not for himself.

U.S. Ambassador Zalmay Khalilzad, nicknamed 'the Viceroy' and familiarly known as Zal, had just helped to smoothe the path to almost certain victory for Afghanistan's President Hamid Karzai after meeting his chief rival.

The historic election on Saturday was nearly derailed when Karzai's 15 opponents threatened to boycott over suspicion of irregularities, but soon most of his main challengers had fallen into line and promised to respect the result -- thanks to a little word in their ear from the U.S. envoy."[6]

October 2004                                                                 October 2004

[6]   "U.S. Envoy Smoothes Way for Karzai Win in Afghan Poll" By Simon Cameron-Moore, Reuters (Oct 12, 2004) [page 9]
[8]   "Violence weighed in settling Afghan vote dispute" BY TOD ROBBERSON, The Dallas Morning News, (Oct. 08, 2004) [page 12]

# "US ambassador to Afghanistan Zalmay Khalilzad offered an olive branch to Taliban insurgents, calling on them to lay down their arms in return for an amnesty."[9]



**Oct 18, 2004**
"'Unfortunately the organizers of the election committed a coup and robbed the people's vote,' said Yunus Qanooni, the favourite of the anti-Taliban alliance of northern commanders, reviving charges of fraud which earlier threatened to derail the process." [5]



**November 10, 2004**
Khalilzad: "I'm happy that after 35 years of being away from Afghanistan, I could come back here and help the country toward progress and success. I was born in Afghanistan, my father is buried here, my mother lives here, and I studied here. [...] I don't see a problem being Afghan and now a U.S. ambassador." [4]

**November 10, 2004**
Khalilzad: "I didn't come here to be a flower pot. Our goal is to make sure problems are solved and I will not sit still if I see a problem. If that means that I personally or as a representative of the U.S. - we will do what is necessary."[4]



**December 2, 2004**
"US ambassador to Afghanistan Zalmay Khalilzad offered an olive branch to Taliban insurgents, calling on them to lay down their arms in return for an amnesty. Speaking at a news briefing in Kabul, he urged the Taliban to get in contact with tribal elders and the US-led coalition 'and declare their allegiance and lay down their arms and in return they will not be targeted.' [9]

**October 2004**                                                                                                     **December 2004**

[4]   "US Ambassador to Afghanistan: 'I Didn't Come Here to Be a Flower Pot'": An exclusive interview with Afghan Pajhwok News
       Agency's Lailuma Sadid (November 8, 2004) [page 6]
[5]   "Karzai rival claims fraud robbed him of victory in Afghan poll" by Agence France Press reporters (October 18,2004) [page 7]
[9]   US envoy to Afghanistan offers amnesty to Taliban by Agence France Presse (December 2, 2004) [page 14]

"Afghanistan's chief justice has written to US President George W. Bush pleading with him not to transfer US ambassador Zalmay Khalilzad to Iraq [...] Fazil Hadi Shinwary said the Afghan-born US diplomat was "needed more than ever" in his fatherland. "[10]





**April 4, 2005**
"Afghanistan's chief justice has written to US President George W. Bush pleading with him not to transfer US ambassador Zalmay Khalilzad to Iraq until after September's Afghan parliamentary polls. In an open letter prompted by reports Khalilzad would be moved to Baghdad and obtained by AFP on Monday, Fazil Hadi Shinwary said the Afghan-born US diplomat was "needed more than ever" in his fatherland. " [10]

**June 19, 2005**
The occasion was a groundbreaking ceremony for a U.S.-funded bridge, and U.S. Ambassador Zalmay Khalilzad rose to deliver his speech with the casual air of a man who has attended countless such events. But toward the end of his remarks Saturday, the expression on the face of the gregarious, Afghan-born diplomat became uncharacteristically grave. "The United States' commitment to Afghanistan remains unshakable," he said in Dari, stressing each word for emphasis as the Afghan president, Hamid Karzai, looked on. It seemed an apt time to offer reassurances: On Monday, Khalilzad vacates the post from which he has exercised extraordinary influence over Afghanistan's development to take up the job of U.S. ambassador to Iraq. [13]

**June 21, 2005**
"President George W. Bush and Vice President Dick Cheney meet with U.S. Ambassador to Iraq Zalmay Khalilzad in the Oval Office Monday, July 11, 2005. Ambassador Khalilzad was sworn in at the U.S. Embassy in Baghdad, Iraq, June 21, 2005." [12]

**April 2005**                                                                                              **June 2005**

[10] "Afghanistan begs Bush not to move US envoy to Iraq" by Agence France Press (April 4, 2005) [page 15]
[12] From whitehouse.gov, White House photo by Eric Draper [page 17]
[13] Departing Envoy Says Afghans on Right Path. By N.C. Aizenman, Washington Post (June 20, 2005) [page 17]