**[1]**
**The Pashtun prophet who shapes U.S. policy**

Topic: The External Factor

Archives: March 2003
Globe and Mail

Mar. 1, 2003

By BARRIE McKENNA

Washington - When U.S. President George W. Bush needed help on how to overthrow the Taliban, rebuild Afghanistan, plan for an Iraq without Saddam Hussein and arm-twist Turkey, Zalmay Khalilzad was there.

The Afghan-born Mr. Khalilzad, the highest-ranking Muslim in the Bush administration, has quietly emerged as a key architect of Washington's ambitious plans for remaking the political landscape of the Persian Gulf and Central Asia.

This week, Mr. Khalilzad led a historic U.S. mission into Kurdish- controlled northern Iraq for a summit of Iraqi opposition leaders. Making a dramatic arrival at the Kurdish resistance's mountain stronghold of Salahuddin, along with an entourage of heavily armed U.S. agents, he laid out the Bush administration's vision of a prosperous and democratic post- Saddam Iraq.
"The horrors of the past will become a memory," Mr. Khalilzad assured the 56 opposition delegates assembled there. "A new Iraq will join the family of nations."

Officially, Mr. Khalilzad, 52, is White House senior director for Persian Gulf, Southwest Asian and other regional issues, working directly for U.S. National Security Advisor Condoleezza Rice.

The title minimizes his growing influence as a strategist, emissary and troubleshooter for Mr. Bush's doctrine of pre-emption in the region.

Mr. Khalilzad, a Middle East scholar and former oil-industry consultant, is also working as a key negotiator with Turkey, which has been resisting U.S. pressure allow its troops to use Turkish soil as a key launch pad for invading Iraq.

Mr. Khalilzad has toiled in the shadows for decades as a foreign- policy expert in the Republican administrations of Ronald Reagan and George Bush Sr. He is regarded as a protégé of U.S. Undersecretary of State Paul Wolfowitz, and a confidante of Defence Secretary Donald Rumseld and Vice-President Dick Cheney, the administration's leading foreign-policy hawks. When Mr. Bush became President in 2000, Mr. Khalilzad headed up Mr. Rumsfeld's transition team at the Pentagon.

Mr. Khalilzad, a native Pashtun who came to the United States as a graduate student, moved over to work at the White House four months before the Sept. 11, 2001, terrorist attacks.

His remarkably prophetic pre- Sept. 11 warnings about the Taliban regime in Afghanistan, his early advocacy of over- throwing Mr. Hussein and his Muslim heritage have made him a respected voice within Mr. Bush's inner circle.

"Afghanistan is a haven for some of the world's most lethal anti-U.S. terrorists and their supporters," Mr. Khalilzad, then a political scientist at the Rand Corp., wrote along with colleague Daniel Byman in a winter, 2000, article.

"Bin Laden is only the most famous of a large and skilled network of radicals. . . . Owing to Taliban tolerance, the network bin Laden helped created flourishes in Afghanistan, where terrorists have a place to train, forge connections and indoctrinate others. They pose a threat to U.S. soldiers and civilians at home and abroad, to the Middle East peace process and to the stability of our allies in the region."

Warning against neglect, he and Mr. Byman urged the United States to undermine the Taliban regime by working with the Pashtun-led Northern Alliance, pressing Pakistan to cut off ties, providing humani- tarian relief and then organizing a grand

tribal council to plan a new government.

That strategy quickly became U.S. policy in the weeks after the terrorist attacks.

Mr. Khalilzad was similarly ahead of the curve on Iraq. In 1998, he joined Mr. Wolfowitz and others in signing an open letter to the Clinton administration, urging Mr. Hussein's overthrow. A decade earlier, he sparred with former secretary of state George Schultz by suggesting the United States should dump Iraq as a strategic partner in favour of closer ties with Iran.

Mr. Khalilzad's views have evolved considerably over his career, inside and outside government.

In the mid-1990s, while a consultant to U.S. oil company Unocal Corp., he worked on forging closer ties between the United States and the Taliban. Unocal had been seeking to build a $2-billion (U.S.) natural-gas pipeline through Afghanistan. As late as 1998, he was still urging the United States to "re- engage" the Afghan regime on the grounds that "the Taliban does not practise the anti-U.S. style of fundamentalism practised by Iran."

In the early 1980s, he was an active supporter of the Afghan mujahedeen fighters in their struggle against the Soviet invasion. After joining the Reagan administration in 1985, Mr. Khalilzad and Mr. Wolfowitz were among a group of State Department policy-makers who argued successfully that Washington should arm the mujahedeen with Stinger missiles.

As a young student in the 1970s, friends and associates said, he was overtly pro-Palestinian, a stance out of step with the current administration's staunch support of Israel.

< 'Afghanistan is backsliding on human rights' Afghanistan President delays India visit >

http://www.afgha.com/?af=article&sid=30778

(c) copyright 1998-2005 Afgha.com

**[2]**
washingtonpost.com
### Afghan Roots Keep Adviser Firmly in the Inner Circle
Consultant's Policy Influence Goes Back to the Reagan Era

By Joe Stephens and David B. Ottaway

Washington Post Staff Writers

Friday, November 23, 2001; Page A41

Four years ago at a luxury Houston hotel, oil company adviser Zalmay Khalilzad was chatting pleasantly over dinner with leaders of Afghanistan's Taliban regime about their shared enthusiasm for a proposed multibillion-dollar pipeline deal.

Today, Khalilzad works steps from the White House, helping President Bush and his closest advisers in attempts to annihilate those same Afghan officials.

From his perch as a member of the National Security Council and special assistant to the president, the Afghanistan native is one of the most influential voices on Afghan policy.

He is the only White House official to have lived in Afghanistan, and he has a visceral feel for the region's tensions and history. His long-term influence on matters pertaining to Central Asia is made apparent by a photo in his office in the Eisenhower Executive Office Building. Snapped next door at the White House, it shows President Ronald Reagan and Khalilzad huddled in discussion with an Afghan leader, who at the time was battling to oust the Soviets.

"Zalmay is the ideal man for Afghanistan, because he is an Afghan himself and he's grown up there and knows the country," said Richard Dekmejian, a specialist in Islamic fundamentalism at the University of Southern California and an acquaintance for more than a decade. "He brings firsthand knowledge of the country together with the

perspective of a policy expert. He's at the right place."

Since the 1980s -- as a Reagan administration policy planner, a consultant, a Pentagon strategist and a Rand Corp. scholar -- Khalilzad, a U.S. citizen, has been in contact with myriad squabbling Afghan warlords and political leaders.

Over the decades, he has evolved from a Cold War activist, celebrating the retreat of Soviet forces from his homeland, to a more moderate voice, calling for friendly persuasion with the Taliban. Now, he is a hawk urging the Taliban's destruction.

His evolving views are evident in a long string of journal articles, position papers and newspaper columns.

"The Taliban does not practice the anti-U.S. style of fundamentalism practiced by Iran," Khalilzad wrote four years ago in The Washington Post. "We should . . . be willing to offer recognition and humanitarian assistance and to promote international economic reconstruction. . . . It is time for the United States to reengage" the Taliban.

More recently, though, he began stressing that action against the Taliban "now is essential."

"The danger is growing," he wrote late last year with Daniel Byman of the Rand Corp. in Washington Quarterly, a policy magazine. "Soon the movement will be too strong to turn away from rogue behavior. It will gain more influence with insurgents, terrorists and narcotics traffickers and spread its abusive ideology throughout the region. . . . Alternatives to confrontation have little promise."

Khalilzad was born 50 years ago in the northern Afghan city of Mazar-e Sharif, 70 miles south of the Soviet border. While still young, his family moved to the regional capital of Kabul, where his Pashtun father worked in the government, which was then a monarchy.

"They certainly would have been people among the intellectual elite of the time," said Thomas E. Gouttierre, director of the Center for Afghanistan Studies at the University of Nebraska at Omaha. "They became Kabuli, the Parisians of Afghanistan: urbane, urbanized people."

Khalilzad's first glimpse of the United States came as a teenager, when he visited this country in a student exchange program run by the American Friends Service Committee, a Quaker charitable organization, Gouttierre recalled. Khalilzad went home with a passion for American culture, including basketball.

"He saw and played basketball while in the U.S.," said Gouttierre, who coached Khalilzad on a student team. "As it turned out, he was not a great player. I knew then he would be a better intellectual than a basketball player."

After completing high school in Kabul, Khalilzad earned an undergraduate degree from the American University in Beirut, followed by a doctorate in political science from the University of Chicago in 1979 -- the same year the Soviets invaded his homeland.

For the next decade, Khalilzad was an assistant professor of political science at Columbia University, also serving as executive director of the Friends of Afghanistan, a support group for the Afghan mujaheddin then battling the Soviets.

From 1985 to 1989, Khalilzad worked at the State Department as a special adviser to the undersecretary of state, consulting on the Iran-Iraq War and on the Soviet war in Afghanistan. He belonged to a small group of policymakers who successfully pressed the Reagan administration to provide arms -- including shoulder-fired Stinger missiles -- to anti-Soviet resistance fighters in Afghanistan.

He then served as undersecretary of defense in the first Bush administration while it waged war against Iraq. Later, he worked as a senior political scientist at Rand, a consulting company that performs

policy studies for the U.S. military. He directed strategy for Rand's Project Air Force and founded the corporation's Center for Middle Eastern Studies.

He also joined the board of the Washington-based Afghanistan Foundation, a nonprofit corporation dedicated to raising interest in the country. He became the primary author of a foundation position paper that urged U.S. officials to prod the Taliban and its opposition toward joining forces in a new, broad-based government.

During the mid 1990s, while at the for-profit Cambridge Energy Research Associates, Khalilzad conducted risk analyses for Unocal Corp., a U.S. oil company that hoped to construct gas and oil pipelines across Afghanistan. At the time, Unocal held signed business agreements with the Taliban.

In December 1997, Unocal brought top Taliban leaders to the United States to view its operations in Houston. Khalilzad joined Unocal officials at a reception for the visiting Taliban delegation. Over dinner, Khalilzad challenged the leaders on their treatment of women, whom the Taliban jailed for failing to cover their faces with veils. His debate with Amir Khan Muttaqi, Taliban minister of culture and information, escalated into a spirited dissection of the precise language of the Koran.

Khalilzad's wife, Cheryl Bernard, is an Austrian writer and feminist whose novels champion women's rights.

Over the years, Khalilzad has written and edited books with such titles as "Strategic Appraisal: The Changing Role of Information in Warfare," "United States and Asia: Toward a New U.S. Strategy and Force Structure" and "Aerospace Power in the 21st Century." He also co-wrote, with his wife, "The Government of God: Iran's Islamic Republic."

After Bush's victory last November, Khalilzad headed the Bush-Cheney transition team for the Defense Department. He also counseled Defense Secretary Donald H. Rumsfeld. In his current role, he answers directly to national security adviser Condoleezza Rice.

"He is scholarly, cool. Always a smile. Outgoing," Dekmejian said. "He's not a preacher type, one who goes out there and moves the masses. But he is very good at addressing small groups of people. He is not an arrogant government person. He has an open mind."

Gouttierre said the White House is lucky to have an expert in diplomacy and military affairs who also has a gut-level feel for the politics of Afghanistan.

"He's the right kind of a guy at the right place right now," he said.

(c) 2001 The Washington Post Company

------------------------------------------------

[3]
Published on Wednesday,
July 10, 2002 in the International Herald Tribune

### Afghanistan - The Welcome is Going Sour

by Selig S. Harrison

WASHINGTON Mounting anger over civilian casualties inflicted by U.S. forces is not the only reason why anti-American sentiment is growing in Afghanistan. More than 120 Afghan villagers were inadvertently killed or wounded by a C-130 gunship on June 30 in Oruzgan Province, a stronghold of the 10 million Pashtun tribesmen who are Afghanistan's largest ethnic group. But even before the Oruzgan tragedy, the Pashtun goodwill earned by the United States for sweeping away the Taliban had been replaced by resentment after U.S. pressure to block the re-emergence of a Pashtun-dominated regime at the recent loya jirga, or grand council, held in Kabul.

Pashtun domination has been the historical norm in Afghanistan. A Pashtun monarchy ruled from the birth of the nation in 1747

until a palace coup in 1973 in which the popular king, Zahir Shah, was deposed by a cousin.

When it hastily launched Operation Enduring Freedom last October, the United States cast its lot with a triumvirate of generals from the Tajik ethnic minority who helped to dislodge the Taliban and now dominate the government of Hamid Karzai, a largely powerless front man. This Tajik triumvirate controls not only the armed forces and police but also three hated secret police agencies. In Pashtun eyes, the secret police are dedicated to curbing Pashtun influence and were automatically suspect in last week's murder of Vice President Haji Abdul Qadir, although there is no evidence yet to support this suspicion. To counter Tajik control of the security apparatus and also Karzai's cabinet, Pashtun leaders wanted Zahir Shah to run for president of the new Transitional Authority at the loya jirga. He was to have critical but clearly limited powers, with Karzai as prime minister running the government. At 87, the ex-monarch is too old to wield day-to-day authority, but his presidential powers, it was argued, plus his commanding popularity among Pashtuns, would have enabled Karzai to bring the secret police under control.

In the weeks before the loya jirga, Pashtun tribal delegations totaling 70,000 streamed into Kabul to pay homage to the king. This alarmed U.S. diplomats and generals, who have found Karzai a compliant partner and get along well with the Tajik military and secret police barons.

On the eve of the loya jirga, the White House special envoy in Kabul, Zalmay Khalilzad, openly demanded that Zahir Shah renounce his presidential candidacy to avoid a "divisive" situation. Khalilzad confronted the king in a well-publicized meeting that one of the royal advisers described to me as "unpleasant."

Khalilzad is now reviled as "the viceroy" by many Pashtuns, who refer to the once welcomed U.S. forces in Afghanistan as an "army of occupation."

The need to break the Tajik grip on the Afghan armed forces and intelligence services was one of the major conclusions of a recent conference of 38 diplomats, aid officials and nongovernment experts on Afghanistan from 20 countries convened by Francesc Vendrell of Spain, a former UN special representative for Afghanistan and now the European Union's special envoy for Afghan affairs.

Spain had organized the closed-door "brainstorming" meeting at Cordoba, Vendrell said, "in the hope that the international community will remain focused on Afghanistan and not repeat the mistakes of the past by disengaging prematurely." Participants attended as individuals, not as representatives of their governments, and authorized Vendrell to sum up the discussions.

In diplomatic language that avoided the use of the word "Tajik," the conference concluded that "it is necessary to overhaul the Afghan security services in order to depoliticize them, ensure that they are not dominated by any single ethnic group, bring them under civilian control and make them accountable to the central government as a whole."

"Many participants expressed awareness," Vendrell reported in his summary, "that a segment of the loya jirga had left with a feeling of disappointment at what they perceived as their exclusion from the decision-making process leading to the selection of the head of state, but it is too early to assess whether this will have a negative impact on the functioning of the Transitional Administration."

Among its 26 recommendations, the conference urged accelerated efforts to develop a new national army, emphasizing that it should be multiethnic in character.

At present, the United States plans to maintain a military presence until the projected new army is in the field. But building a new army from scratch could take many years. The recent debacle at Oruzgan, which is only the latest of many

similar incidents, underlines the urgent need to redefine the mission of U.S. forces.

There is no definitive cumulative estimate of Afghan civilian casualties, but a credible University of New Hampshire study suggests a figure of 3,742.

A redefined U.S. mission should focus on Al Qaeda remnants and phase out operations against what is left of the Pashtun Taliban guerrillas, like the raid at Oruzgan, in which it is impossible to distinguish the enemy from innocent tribesmen and their families.

Zahir Shah spoke out bluntly in a private Rome meeting in March with Italian aid agencies operating in Afghanistan. He thought the meeting was off the record, but a La Stampa reporter was present. As the war drags on, he said, it is becoming "stupid and useless - it causes me great pain, and the sooner it is ended the better."

The writer is director of the Asia Program at the Center for International Policy and author of "Out of Afghanistan: The Inside Story of the Soviet Withdrawal." He contributed this comment to the International Herald Tribune.

Copyright (c) 2002 the International Herald Tribune

------------------------------------------------
[4]
November 8, 2004

**US Ambassador to Afghanistan: 'I Didn't Come Here to Be a Flower Pot'**

by Lailuma Sadid

KABUL - Zalmay Khalilzad, the U.S. ambassador to Afghanistan, gave an exclusive interview to Pajhwok News Agency. He discussed his role in the reconstruction effort and the U.S. commitment to Afghanistan's future.

Pajhwok: How do you feel about being Afghan and representing the U.S.? What kind of conflicts do you face with this duality, and will you stay here after your post is completed?

Khalilzad: I'm happy that after 35 years of being away from Afghanistan, I could come back here and help the country toward progress and success. I was born in Afghanistan, my father is buried here, my mother lives here, and I studied here. I haven't decided what to do after I finish this job. I don't see a problem being Afghan and now a U.S. ambassador. But some, because of this, expect more from me. I feel the weight of this on my shoulders and I try my best on both sides.

Pajhwok: What do you and President Karzai talk about when you get together? Most Afghans think that you're actually the president of Afghanistan and he's a figurehead. What is your answer to the Afghan people?

Khalilzad: Mr. Karzai is now the chosen president of Afghanistan. I want to help the Afghan administration, and if there's a problem that I can help solve with the Afghan government, its various ministries and organizations, we will help. The goal is so that Afghanistan will not need our help, but while there is a need, we will be there.

Pajhwok: What kind of help have you provided? For example, it has been said that there has been a lot of meddling and you have rejected this idea. But in very sensitive moments, you have met with different leaders, such as [Mohammad] Mohaqiq, [Abdul Rashid] Dostum, Ismail Khan, and details of those meetings have not been public. This is a good opportunity for us to ask: what was said in those meetings?

Khalilzad: About the discussions you mentioned, it depended on the time, and sometimes we talked about security and disarmament and reconstruction and other issues that were important to the success of Afghanistan. But all the talks we've had were with the consultation of the Afghan government.

I didn't come here to be a flower pot. Our goal is to make sure problems are solved

and I will not sit still if I see a problem. If that means that I personally or as a representative of the U.S. - we will do what is necessary.

Pajhwok: The issue is the coalition government that Karzai does not want to have again. That could cause security problems if the militia commanders are not given a role in the new government. How much help can the U.S. offer to maintain security?

Khalilzad: We haven't discussed this yet. I went away for a few weeks. Karzai says he does not want to have a coalition, and the future government is up to them. He needs to come through with this promise, and that doesn't mean that only one ethnicity will be a part of that government. There's a need for a government that has national participation, including men and women, a government that will get the job done and one that has little corruption. The problems of the Taliban, warlordism, narcotics, and economics are important, but the type of government and the way it works is also important.

Pajhwok: How much can the United States government offer in military help if the militia commanders are ousted?

Khalilzad: The time of militia commanders is passing, warlordism is dying out, and the spinal cord of warlordism is being broken down. A successful Afghanistan is in need of one national army, law, government, and economy. Some of the warlords are paying attention to these structures, in order to take part in the reform process. This work is not done yet; it will take time, but the future is bright.

There were questions that the United States was supporting warlordism, but we've made it clear in the last year what politics we stand for. There shouldn't be any questions. Afghanistan is a region of strategic and military importance for the U.S. and so is its success.

Pajhwok: The U.S. has removed some American intelligence forces from Herat, Kandahar, and Mazar and taken out surveil-lance planes and sent them to Iraq. Has the attention of the U.S. people shifted toward Iraq and away from Afghanistan, or is there no need in Afghanistan for these forces?

Khalilzad: I don't know what you mean by these issues you've mentioned. Generally, saying that attention is more toward Iraq, and less toward Afghanistan, is wrong. Before getting involved in Iraq, the U.S. was helping Afghanistan, and is still doing so afterwards. I was personally involved in speeding up the process and getting $1.4 million added to the original budget. The number of soldiers has increased compared to the first couple of years of U.S. involvement here. If it is the reconstruction activities concerning security and economics, and even political issues, U.S. activities have increased. The United States can move forward in both countries, Afghanistan and Iraq.

Pajhwok: What about the U.S. report that was supposed to be published months ago on prisoners under United States control in Afghanistan? When is it actually being published? Human Rights Watch has commented on this issue.

Khalilzad: It's complete, but it has to be broadcast. It has to be. I will talk to those responsible in the military to find out.

(Pajhwok News Agency/Inter Press Service)

=====================
[5]
**Karzai rival claims fraud robbed him of victory in Afghan poll**

KABUL (AFP) Mon Oct 18, 2004 - Afghan leader Hamid Karzai soared ahead in his country's first election vote count as it surpassed the one million mark, but hopes that the outcome will be accepted by opposition candidates sank as his chief rival accused organisers of "robbing the people's vote."

"Unfortunately the organizers of the election committed a coup and robbed the people's vote," said Yunus Qanooni, the favourite of the anti-Taliban alliance of northern com-

manders, reviving charges of fraud which earlier threatened to derail the process.

Afghan presidential candidate Yunus Qanooni speaking to journalists in Kabul (AFP/Shah Marai -- Mon Oct 18, 6:17 AM ET)

Qanooni, who dropped boycott calls last week after agreeing to accept the findings of an international inquiry into alleged irregularities, said fraud occurred before, during and after the landmark October 9 ballot.

With one million ballots or 13 percent of the total vote counted so far, Qanooni lags far behind incumbent president Karzai, with 17.7 percent compared to Karzai's 62.6 percent.

But Qanooni, part of the powerful clique of Tajik strongmen from the Panjshir valley north of Kabul, said he should be polling three times that level.

"According to a survey we expected to get more than 58 percent of the people's vote," he said on Monday.

The fraud charges focus on the failure or misuse of indelible ink on the day of the vote. Voters were able to easily wash off ink which was meant to stain their fingers to prevent repeat voting.

Qanooni and 13 other candidates issued boycott calls over the ink problem, and alleged several other irregularities.

"The indelible ink issue was a small issue, it was not a big deal. But there were dozens of other fraud (cases) and irregularities...which I want to say (amounted to) a coup."

A three-person international panel, set up by the United Nations (news - web sites), began probing the alleged irregularities last week after receiving formal complaints from at least four candidates, including Karzai and Qanooni.

But neither Qanooni or any of the other 13 candidates have explicitly stated whether -- after accepting the panel's conclusions -- they would also accept the final results of the vote count.

"In principle we have announced our support (for the inquiry) but unfortunately since our first meeting no member of the panel has contacted us to inform us of its activities," he complained.

The allegations by Qanooni and others sparked fears that the landmark election, hailed worldwide for the enthusiastic voter turnout in the face of threatened Taliban violence, could fail in its key goal of uniting Afghans under a single, elected leader for the first time in history.

They are also meant to pave the way for more complicated parliamentary elections next April.

Qanooni said the election commission, jointly staffed by United Nations and Afghan officials, was "formed by the government and obviously was an organization depending on the government."

He also questioned why more ballots than registered voters were printed.

"You know better than me there were 10.5 million voters. The question is why more than 20 millions ballots were printed,...and it's not known where the other 10 million ballots have gone," he said.

Organisers say they printed extra ballots in case Afghan voters, electing a national leader for the first time in their lives and hence unfamiliar with ballot papers, ruined their papers in confusion.

Karzai has maintained a definitive lead since counting began late last week.

Final results are expected to take another fortnight.

============================================

**[6]**
**U.S. Envoy Smoothes Way for Karzai Win in Afghan Poll**

Tue Oct 12, 2004 01:02 PM ET

By Simon Cameron-Moore

KABUL (Reuters) - The flashing smile, the patrician wave of the hand for the cameras as he stepped into his bullet-proof car belonged to a man who had just won Afghanistan's presidential election.

But not for himself.

U.S. Ambassador Zalmay Khalilzad, nick-named "the Viceroy" and familiarly known as Zal, had just helped to smoothe the path to almost certain victory for Afghanistan's President Hamid Karzai after meeting his chief rival.

The historic election on Saturday was nearly derailed when Karzai's 15 opponents threatened to boycott over suspicion of irregularities, but soon most of his main challengers had fallen into line and promised to respect the result -- thanks to a little word in their ear from the U.S. envoy.

"They came to him asking for advice on ways to save face," said one Western official, describing the urgent consultations Khalilzad held with Yunus Qanuni, the main candidate from the ethnic Tajik minority. That was on Monday evening.

Qanuni later withdrew his boycott, citing national interests.

A day earlier, a visit from Khalilzad was followed by a decision by another key opponent -- Mohammad Mohaqiq from the Shi'ite Muslim Hazara minority -- to take back his threat to refuse to recognize the election.

On Tuesday, presidential contender General Abdul Rashid Dostum, an ethnic Uzbek commander from the north, was to meet the Afghan-born Khalilzad who is the face of President Bush in Kabul.

Most expect Karzai to win Saturday's historic vote, although three weeks of counting only begin on Wednesday.

It's no secret that Washington wants to see Karzai endorsed as president.

Khalilzad was under pressure to move quickly because Bush, on his own campaign trail, was hailing last weekend's election as his foreign policy triumph and could not risk allegations of fraud jeopardizing the success story.

Khalilzad, who has a doctorate from the University of Chicago and is a former professor at Columbia and long-time Republican, was appointed special envoy to Afghanistan after U.S. forces toppled the hardline Taliban regime in late 2001.

Many Afghans say Khalilzad has been engaged in political horse-trading on Karzai's behalf, possibly carrying offers of ministerial posts or provincial governorships.

"He's put pressure on them and they won't change their position free of charge," said one candidate, who believed the deals could backfire on Karzai.

OLD FRIENDS

Khalilzad and Karzai go back a long time -- they studied together at the American University of Beirut in the 1970s.

It was Khalilzad, as a foreign policy adviser to the National Security Council, who lobbied Washington to pick Karzai as head of a transitional government after the Taliban were overthrown. Khalilzad says he has always been ready to act as a go-between, carrying messages between rival Afghan politicians, but denies direct interference in Afghanistan's domestic affairs.

Afghans fear U.S. impatience for a Karzai win may have resulted in a series of expedient deals and that could result in warlords and drug runners retaining a say in government.

Qanuni, Dostum and Mohaqiq are commanders of ethnic militias that fought the Soviet occupation and the hardline Taliban. Those same factions now fear they are being squeezed out of Afghanistan's political future as U.S. policy seeks to dissociate itself from warlords.

"It is important that the United States is not seen as pushing for deals that would be perceived by Afghans as maintaining the status quo, but rather for producing positive political change," said Andrew Wilder, director of the Afghanistan Research and Evaluation Unit.

"The legitimacy of the election result rests on who will be in the next cabinet," he said. "Afghans desperately want political change and whoever is elected should bring in new faces, more professional people into government."

Dumping leaders who rely on ethnic loyalties and armed militias is difficult, given the composition of the nation and a far from complete disarmament process. Moreover, the vote will demonstrate they represent constituencies too large to ignore.

Khalilzad studiously avoided endorsing Karzai's candidacy in the run-up to the election.

But few Afghans doubt a Karzai win is what Bush wants to hold up as a triumph of democracy before the Nov. 2 U.S. election.

"Everybody knows who is calling the shots," said Hamidullah Tarzi, a former finance minister from one of the country's best-known political families.

(c) Copyright Reuters 2004 .

===========================================

[7]
**Karzai's Opponents Claim Fraud in Election**
By PAUL HAVEN
Associated Press Writer

Sunday October 10, 2004 2:16 AM

AP Photo KAB112

KABUL, Afghanistan (AP) - Afghans packed polling stations on Saturday for a historic presidential election that was blemished when all 15 candidates opposing U.S.-backed interim President Hamid Karzai withdrew, charging the government and the U.N. with fraud and incompetence.

In the end, faulty ink - not Taliban bombs and bullets - threatened three years of painstaking progress toward democracy. The opposition candidates claimed the ink used to mark people's thumbs rubbed off too easily, allowing for mass deception.

Electoral officials rejected opposition demands that voting be stopped at midday, saying it would rob millions of people of their first chance to directly decide their leader, and the joint U.N.-Afghan panel overseeing the election would rule later on the vote's legitimacy.

Afghans braved the threat of violence to cast ballots country-wide.

``I am old, but this vote is not just for me. It is for my grandchildren,'' said Nuzko, 58, a widow who stood in line at a Kabul voting station. Like many Afghans, she uses only one name. ``I want Afghanistan to be secure and peaceful.''

But the controversy nonetheless cast a pall over what had been a joyous day in Afghanistan. Millions of ethnically diverse Afghan voters crammed polling stations for an election aimed at bringing peace and prosperity to a country nearly ruined by more than two decades of war. Men and women voted at separate booths in keeping with this nation's conservative Islamic leanings.

Karzai - who is widely favored to win - said the fate of the balloting was with electoral panel, but he added that, in his view, ``the election was free and fair ... it is very legitimate.''

``Who is more important, these 15 candidates, or the millions of people who turned out today to vote?'' Karzai said. ``Both myself and all these 15 candidates should respect our people - because in the dust and snow and rain, they waited for hours and hours to vote.''

Even if the vote is ultimately validated, Karzai's ability to unite this nation, fight rampant warlordism and crush a lingering Taliban insurgency in this nation of an estimated 25 million people might be fatally compromised if his opponents refuse to accept the results and insist that his rule is illegitimate.

Taliban rebels got into a skirmish with U.S. troops that left at least 25 insurgents dead, and managed to kill three Afghan policemen accompanying ballots back to a counting center after the vote. Eight more police and two civilians died when their vehicles ran over mines.

But the rebels did not muster anything approaching the massive attack they had threatened to derail the election.

The boycott was a blow to the international community, which spent almost $200 million staging the vote. At least 12 election workers, and dozens of Afghan security forces, died in the past few months as the nation geared up for the vote.

The chaos also threatened to become part of the debate in the U.S. presidential campaign. President Bush has held Afghanistan up as an example of flourishing democracy and a precursor to elections his administration insists will move forward in January in Iraq, despite continuing violence there.

In St. Louis, the president exulted in the Afghan vote as a ``marvelous thing'' and said his administration should receive at least partial credit.

``Freedom is powerful,'' Bush told a Republican breakfast fund-raiser. ``Think about a society in which young girls couldn't go to school, and their mothers were whipped in the public square, and today they're holding a presidential election.''

It was a starkly different scene in Kabul, where the opposition candidates met at the house of Uzbek candidate Abdul Satar Sirat and signed a petition saying they would not recognize the vote results.

Sirat, an ex-aide to Afghanistan's last king and a minor candidate expected to poll in the low single-digits, said all 15 challengers to Karzai agreed to the boycott.

``Today's election is not a legitimate election. It should be stopped and we don't recognize the results,'' Sirat said. ``This vote is a fraud and any government formed from it is illegitimate.''

Islamic poet Abdul Latif Padran, another minor candidate, said, ``Today was a very black day. Today was the occupation of Afghanistan by America through elections.''

Election officials acknowledged that workers at some voting stations mistakenly swapped the permanent ink meant to mark thumbs with normal ink meant for ballots but insisted the problem was caught quickly.

``Halting the vote at this stage is unjustified and would deny these people their right to vote,'' said Ray Kennedy, vice chairman of the joint U.N.-Afghan electoral panel. ``There have been some technical problems but overall it has been safe and orderly.''

Kennedy said it could take time for the electoral body to reach a decision on the vote's legitimacy. Initial results were not expected until late Sunday or early Monday, and anything approaching a full count could take two weeks.

About 10.5 million registration cards were handed out for the election, a staggering number that U.N. and Afghan officials say was inflated by widespread double registration. Organizers had argued that the indelible ink would prevent people from voting twice.

A 13-member U.S. observer team from the

bipartisan International Republican Institute described the polls as ``a triumph for the Afghan people.''

``It is not surprising that some of the candidates are raising the question (about the ink),'' said former U.S. Assistant Secretary of State Bernard Aaronson, the team's co-leader. ``Perhaps some of those who don't do so well are trying to provide an excuse for why they didn't do so well.''

The European Union and the Organization for Security and Cooperation in Europe sent observer missions as well.

U.S. Ambassador Zalmay Khalilzad arrived at the opposition camp to meet with Sirat, making no comment other than to say he was there ``only to help.''

Khalilzad, a naturalized U.S. citizen born in Afghanistan, has been widely criticized for perceived favoritism for Karzai and is seen by many Afghans as a puppet-master. Afghans gathered outside the house joked that a resolution to the crisis was near because ``the big man has arrived.''

Later, the ambassador issued a statement calling the elections ``a profound success.'' He said initial indications pointed to turnout that was ``extraordinarily high.''

``We recognize that some allegations remain and that there should be a process to address these allegations through a thorough and transparent investigation,'' Khalilzad said.

But he also warned, ``For Afghanistan to win, the losers in the election should not undermine the achievement of the Afghan people.''

The election was supposed to offer a stark contrast to Afghanistan's many forms of imposed rule in the past 30 years - monarchy, Soviet occupation, warlord fiefdoms and the repressive Taliban theocracy ousted by the U.S.-led invasion following the Sept. 11 terrorist attacks.

``In the line waiting with me, there were women from all the different groups: Pashtun, Tajik, Uzbek, Hazara,'' said Gul Sum, a 60-year-old housewife from Kabul. ``For the first time, women are having a say in the future of Afghanistan. We are fed up with war.''

---

Associated Press reporters Stephen Graham in Kandahar, Burt Herman in Mazar-e-Sharif and Amir Shah and Daniel Cooney in Kabul contributed to this report.

Guardian Unlimited (c) Guardian Newspapers Limited 2004

===========================
===========================
[8]
**Violence weighed in settling Afghan vote dispute**
BY TOD ROBBERSON

The Dallas Morning News

KABUL, Afghanistan, Fri, Oct. 08, 2004 - (KRT) - Opposition candidates debated but discarded the use of violence Sunday as a means of forcing Afghan electoral officials to annul the nation's first presidential election and redress irregularities, one of the candidates said in an interview.

Presidential candidate Hamayon Shah Asefi said he did not expect a return to violence, and he argued during a meeting with other presidential challengers Sunday that Afghans are tired after 25 years of warfare. But he noted that the two candidates who proposed using violence are known warlords with significant military backing. He declined to name them.

Fifteen opposition candidates are protesting Saturday's presidential election, while the 16th candidate, interim President Hamid Karzai, has supported the vote as free and fair. Millions of Afghans participated in the election and expressed pride in the process despite widespread reports of irregularities.

"I personally was angry" at the suggestion of violence, Asefi said. "I told them they

would only hurt their country. Personally, I don't think there will be violence because we've had a quarter century of it already. That's more than enough."

Afghan and U.N. electoral officials pledged to investigate the irregularities before placing a stamp of approval on the vote, but they indicated that an outright annulment was unlikely.

The fact that several opposition candidates carry the backing of powerful militias leaves open a possibility that the simmering election dispute could escalate into serious armed confrontation, political analysts said. At this stage, however, the possibility of violence remains remote. Nevertheless, the mere discussion of it underscores the need to resolve the election dispute quickly and fairly, the analysts said.

"It could happen. In the past, they didn't care about the people's wishes and well-being, so why should they start caring now?" said Meryem Aslan, country representative of the Netherlands Organization for International Development Cooperation. She and other analysts described the opposition candidates' protest as mere posturing.

Another candidate who participated in Sunday's meeting, Ahmad Shah Ahmadzai, refused to confirm or deny any discussion of violence but said the conclusion among candidates was that the election dispute must be resolved by peaceful means.

"We are not the enemies of Afghanistan. We had a discussion of what to do. ... My opinion is that now is not the time for violence. This is a time for discussion," said Ahmadzai, an ally of a powerful ethnic Pashtun warlord.

Asefi's remarks came after a day of meetings in which U.S. Ambassador Zalmay Khalilzad discussed options with opposition candidates and their representatives but failed to persuade them to withdraw their demand for a new election.

American and European election experts called for the vote to be respected and labeled as "unjustified" the opposition's demand that it be annulled.

On Saturday, the 15 opposition candidates denounced the election as too fraught with irregularities to be recognized as legitimate. Thirteen of them signed a statement withdrawing from the election even while voting was still taking place.

One of the candidates, Muhammad Muhaqiq, backed away from that position Sunday and agreed to await the outcome of an investigation by the U.N.-Afghan Joint Electoral Management Body. The others issued a statement Sunday reiterating their demands and refusing to back down despite intense international pressure. They agreed to continue discussions, however.

"I think they're backing off from the more confrontational approach" of Saturday, said Vikram Parekh, a senior analyst of the International Crisis Group. "That would indicate there is not much desire among them for military confrontation."

The main irregularity cited by election observers was the improper use of ink to mark the thumbs of voters and prevent them from voting more than once. Instead of using indelible ink, election workers in numerous provinces applied an ink that easily rubbed off.

"It is clear from the reports of our own teams and others that there were irregularities on election day, including but not limited to the issue of indelible ink," said a statement by the Organization for Security and Cooperation in Europe, which dispatched 40 election experts to evaluate the vote.

Independent monitoring groups had warned before the election that the potential for fraudulent balloting was high because of widespread evidence that individuals were obtaining multiple voting cards. The inking of voters' thumbs was designed to address those concerns.

The controversy risked alienating millions of

Afghans from a democratic process that they had clearly embraced with enthusiasm Saturday. With the nation's leadership split over how to resolve the dispute, Afghans faced the possibility of returning to the polls again in a few weeks, either to start the election again or to settle it with a runoff.

Although vote counting began Sunday, election officials warned that a result might not be known until Oct. 30.

Karzai, the only candidate defending the integrity of Saturday's election, is almost certain to win in a November runoff if he doesn't garner the 51 percent of votes required to win in the first round.

Karzai told the British Broadcasting Corp. Sunday that "the withdrawal of the candidates from the race is something that I strongly disapprove." He previously declared the vote "free and fair ... and very legitimate."

Parekh warned authorities not to discount the concern raised by candidates and voters over irregularities.

"There is absolute unanimity among all the candidates, besides Karzai, that there needs to be an investigation into the irregularities - and to do so in a credible way," Parekh said.

"To brush off these concerns is to push the candidates as well as voters away from the democratic process. The important thing in this first election is to build institutions and procedures that are enduring and bring confidence to the process."

---

(c) 2004, The Dallas Morning News.

Visit The Dallas Morning News on the World Wide Web at http://www.dallasnews.com

Distributed by Knight Ridder/Tribune Information Services.

**[9]**
**US envoy to Afghanistan offers amnesty to Taliban**
Thu Dec 2, 9:20 AM ET Politics - AFP

KABUL (AFP) - US ambassador to Afghanistan (news - web sites) Zalmay Khalilzad offered an olive branch to Taliban insurgents, calling on them to lay down their arms in return for an amnesty.

Speaking at a news briefing in Kabul, he urged the Taliban to get in contact with tribal elders and the US-led coalition "and declare their allegiance and lay down their arms and in return they will not be targeted".

Khalilzad called on Taliban militants "to lay down their arms, to stop using terror tactics. Continuation of armed resistance... is against the will of Afghan people and Islam," he said.

He added that the appeal was aimed at "non-criminal" Taliban and would not include "international terrorists" or those who have committed crimes against humanity within Afghanistan.

The hardline Islamic regime was ousted by a US-led military campaign in late 2001 but Taliban loyalists continue to stage attacks on government and US troops as well as on aid workers and civilians.

The US-led coalition has more than 18,000 troops mostly hunting Taliban and Al-Qaeda-linked militants in south and southeast Afghanistan.

President Hamid Karzai, who won the country's first election on October 9, had been in talks with Taliban leaders in the run-up to the polls, which went ahead without expected bloodshed and chaos despite repeated Taliban threats.

The US envoy said Karzai had been in talks with the Taliban and supported the US peace offer.

"This initiative has the support of the presi-

dent of Afghanistan. This is what we are offering in response to the many contacts that have been made," he added.

A source close to Karzai said the Afghan government felt the Taliban movement was a spent force.

"There are 50 to 100 of them that we want to bring to justice but most of the ones who do not have a criminal history are welcome to come back to normal life," he said.

Khalilzad is still widely regarded as having considerable influence over the Afghan government because the United States has the largest military force in the country.

"The American government and military is not irrelevant here. They fight against the Taliban so they have a say," a source close to the president said.

The highest ranking native Afghan and Muslim in President George W. Bush (news - web sites)'s administration, Khalilzad retained his status as special envoy to the country when he was appointed ambassador in September 2003.

He publicly brokered a truce between rival militia commanders after fighting in western Herat city in August and was seen as key in sidelining warlord Ismael Khan, who stepped down as the provincial governor in September.

Copyright (c) 2004 Agence France Presse. All rights reserved.

===========================
**[10]**
**Afghanistan begs Bush not to move US envoy to Iraq**

Mon Apr 4, 2005 South Asia - AFP

KABUL (AFP) - Afghanistan's chief justice has written to US President George W. Bush pleading with him not to transfer US ambassador Zalmay Khalilzad to Iraq until after September's Afghan parliamentary polls.

In an open letter prompted by reports Khalilzad would be moved to Baghdad and obtained by AFP on Monday, Fazil Hadi Shinwary said the Afghan-born US diplomat was "needed more than ever" in his fatherland.

No official White House announcement has been made on the new appointment and Khalilzad remains tight-lipped on the issue.

US media have said Khalilzad, who has been Bush's special envoy to Kabul since late 2001 and was made US ambassador to Afghanistan in 2003, will be nominated for a similar mission in Iraq in coming months.

Khalilzad was widely credited with saving Afghanistan's first presidential election from disaster in October after opposition candidates threatened to boycott the results following allegations of fraud.

Electoral staff had failed to mark voters fingers with indelible ink in some polling stations, leaving no guarantee against multiple voting.

"No one else can work as he has been doing or has done in the past," Shinwary wrote.

Khalilzad, who like President Hamid Karzai hails from Afghanistan's ethnic Pashtun majority, enjoys close ties with the US-backed president.

He is still widely regarded as having considerable influence over the Afghan government because the United States has the largest military force in the country. Copyright (c) 2005 Agence France Presse. All rights reserved.

Posted 4/4/2005 12:25 PM

===========================
**[11]**

**Candidates: U.S. hands seen in Afghan elections**
9/23/2004 8:00:00 PM GMT

Afghan candidates accuse U.S. Ambassador Zalmay Khalilzad of interfering in the election.

Mohammed Mohaqiq says that he was getting prepared to participate in the October 9 presidential election when U.S. Ambassador Zalmay Khalilzad offered him a deal.

"He told me to drop out of the elections, but not in a way to put pressure," Mohaqiq said. "It was like a request."

"He left, and then called my most loyal men, and the most educated people in my party or campaign, to the presidential palace and told them to make me - or request me - to resign the nomination. And he told my men to ask me what I need in return." Mohaqiq added.

The pressure

Mohaqiq said that the pressure was so intense that he agreed to quit under certain conditions. "I was very interested in taking part in the elections, but since many of my men were asking me to accept Khalilzad's ideas - and he was also telling me to do so - I didn't have much choice, and I was ready to agree," Mohaqiq said.

"But a good thing happened, and Karzai didn't agree with those terms," he added. "I don't know why."

Mohaqiq is one of many candidates who insist that the U.S. ambassador and his assistants are secretly pressuring the candidates to quit the elections and ensure the victory of President Hamid Karzai. The Americans deny the allegations.

"It is not only me," Mohaqiq said.

"They have been doing the same thing with all candidates. That is why all people think that not only Khalilzad is like this, but the whole U.S. government is the same. They all want Karzai - and this election is just a show."

Critical accusations

The accusations were echoed by many other candidates and their senior campaign staff. They expressed their anger over what many Afghans see as foreign intervention that could undermine the foundations of a democracy the U.S. promised to maintain.

Sayed Mustafa Sadat Ophyani, campaign manager for Younis Qanooni, Karzai's leading rival said; "Why is the U.S. government now looking to make people of Afghanistan accept whatever the U.S. government says?"

Also Younis Qanooni said that he and 13 other presidential candidates are expected to meet today in Kabul, to discuss the complaints about Khalilzad's interference.

In a statement released this week, Khalilzad denied the allegations that he and his aides were interfering in the upcoming election. He claimed that he "has never asked a candidate to withdraw - this is a decision for each candidate to make for him or herself."

Khalilzad has been called "the Viceroy" because his meddling in the Afghan government reminds some Afghans of the British colonialism.

Some of Karzai's rivals think that the ambassador has taken on a new role: presidential campaign manager.

This is not the first time that Khalilzad has been accused of interfering in Afghan politics. Delegates who named Karzai interim president in 2002 and authorized Afghanistan's new Constitution last December also accused the ambassador of interfering. He was also accused of paying delegates for their support. Khalilzad denies all charges.

The latest accusations are more critical because President Bush wants to use Afghan democracy as a foreign policy

success in his own election campaign.

Credibility problem

The Kabul-based AREU (Afghanistan Research and Evaluation Unit) has drawn attention to key challenges and recommendations to improve the credibility and perceived legitimacy of the presidential and parliamentary elections in Afghanistan.

"Fix the flaws to increase electoral legitimacy," warns an AREU report that was released this week, entitled "Free, Fair or Flawed: Challenges for Legitimate Elections in Afghanistan".

"The paper raises a number of challenges for legitimate elections ranging from questions of security, security of ballots, security of voters, security of polling stations." Thomas Muller, a communications and advocacy manager for AREU said.

Also Manoel de Almeida e Silva, a spokesman for the United Nations Assistance Mission in Afghanistan (UNAMA), said that; "security is among the major concerns of these organizations,"

He added that things could have been better if there had been an organized international response to securing and monitoring the elections. "It is too late to start asking for embassies to volunteer staff."

Copyright 1992-2006 Al Jazeera Publishing, Dubai, United Arab Emirates

[12]
**WHITE HOUSE PHOTO CAPTION:**
President George W. Bush and Vice President Dick Cheney meet with U.S. Ambassador to Iraq Zalmay Khalilzad in the Oval Office Monday, July 11, 2005. Ambassador Khalilzad was sworn in at the U.S. Embassy in Baghdad, Iraq, June 21, 2005. White House photo by Eric Draper

[13]

washingtonpost.com
**Departing Envoy Says Afghans on Right Path**
Khalilzad to Become U.S. Ambassador to Iraq

By N.C. Aizenman
Washington Post Staff Writer
Monday, June 20, 2005; A09

KABUL, Afghanistan, June 19 -- The occasion was a groundbreaking ceremony for a U.S.-funded bridge, and U.S. Ambassador Zalmay Khalilzad rose to deliver his speech with the casual air of a man who has attended countless such events.

But toward the end of his remarks Saturday, the expression on the face of the gregarious, Afghan-born diplomat became uncharacteristically grave. "The United States' commitment to Afghanistan remains unshakable," he said in Dari, stressing each word for emphasis as the Afghan president, Hamid Karzai, looked on.

It seemed an apt time to offer reassurances: On Monday, Khalilzad vacates the post from which he has exercised extraordinary influence over Afghanistan's development to take up the job of U.S. ambassador to Iraq.

He leaves behind a country that by his own description remains at "the fourth kilometer of its 10-kilometer journey" toward a stable democracy.

Three-and-a-half years after the extremist Islamic Taliban government was ousted from power, the country has its first democratically elected president, millions of Afghan girls are enrolled in school, and there are more than 20,000 members of an ethnically integrated national army.

But Khalilzad's departure also comes as Taliban fighters have launched a campaign of almost daily bombings and ambushes in the south and east, scaring aid workers from large swaths of the country and threatening to undermine parliamentary elections scheduled for September. Mean-

while, the ambassador's early policy of accommodating powerful regional warlords in the interest of stability is increasingly coming into question because of their role in Afghanistan's burgeoning heroin trade, which produced nearly 90 percent of the world's supply last year.

At a final news conference Thursday, Khalilzad -- dubbed "the viceroy" by Afghans -- expressed confidence that Afghanistan would succeed despite those challenges and said President Bush tapped him for the Iraq job because of "the belief that Afghanistan is on the right trajectory."

"The key thing is not the person of the ambassador," said Khalilzad, whose nominated successor, Ronald Newman, was an adviser to the previous ambassador to Iraq, John D. Negroponte. "The key is the strategic relationship . . . between the two countries."

Many Afghans are not convinced.

When word of Khalilzad's likely job change surfaced in April, the chief of Afghanistan's Supreme Court, Fazl Hadi Shinwari, sent a letter to Bush pleading with him to keep Khalilzad in his post until the parliamentary elections.

"No one else can work as he has been doing," Shinwari wrote.

And even some Afghans who complained that Khalilzad too often upstaged Karzai say they are sorry to see him go.

The burst of nostalgia is a testament to the unique combination of qualities Khalilzad brought to the assignment when he was first appointed U.S. envoy to Afghanistan in January 2002, and ambassador in November 2003.

A former university professor who has served in the State Department, the Pentagon and the National Security Council, Khalilzad had the connections and influence of a consummate Washington insider.

But his Afghan heritage and work supporting anti-Soviet fighters going back more than two decades afforded him a mastery in Afghan languages and tribal politics that few diplomats manage to acquire by the end of their tours.

Nader Nadery, a member of the Afghan Independent Human Rights Commission, recalled first seeing Khalilzad in action in 2001 at a conference in Bonn at which Afghanistan's disparate opposition groups hammered out a plan for an interim government.

"I thought, 'Wow, this guy is really capable of making people come to agreement,' " Nadery recalled. "It wasn't just that he could speak Dari or Pashto, but the way he could find the right words to sway the people between whom he was mediating."

In the years since, Khalilzad has used his negotiating skills to defuse numerous potential crises -- effectively forcing a Tajik warlord, Ismail Khan, to step down as governor of the western province of Herat last August after fighting broke out between Khan and a rival militia leader, for instance. More recently, he persuaded several losing candidates to drop their complaints of fraud in the October presidential election.

But Khalilzad also earned the resentment of various opposition figures, who complained that he had been too overt in supporting Karzai. Meanwhile, Khalilzad's high profile and energetic style often seemed to undermine the president's authority.

"Some of the pronouncements that he would make were things that you would expect to come from a government official, not a foreign representative," said Paul Fishstein, director of the Afghanistan Research and Evaluation Unit, a nonprofit research organization based in Kabul.

At the news conference Thursday, Khalilzad was unapologetic. "I'm here to help," he said. "I'm not a potted plant."

During a brief interview after the bridge ceremony on Saturday, however, he seemed more reflective on his early decision to

allow warlords with checkered pasts, such as Khan -- who has been appointed energy minister since his ouster from the governorship of Herat -- and Gen. Abdurrashid Dostum, an Uzbek strongman, to play a role in the formation of the government.

"Of course, I retain the right to change my mind down the road," he said, laughing. But he said that "at this point in time," he still felt it was the right move.

"It allowed for disarmament and reintegration to move forward without it becoming very violent and requiring the use of force," he said, referring to an official disarmament program under which 99 percent of registered strongmen have given up their declared weapons.

Fishstein countered that many former militia leaders retain hidden stockpiles and have only grown in power through profits from the drug trade. "Whether you could have neutralized the warlords back then is not clear," he said. "But it's certainly going to be harder to neutralize them now."

Khalilzad stressed that Afghanistan's setbacks measured up well against the challenge of building a nation from such an ethnically diverse population after years of conflict.

"I'm not saying the process is completed," he said. "But we've done things in terms of achieving those goals that in other places have taken hundreds of years."

(c) 2005 The Washington Post Company