# A Quick Guide to relevant due process Afghan law.

LAWS OF AFGHANISTAN:
## RIGHT TO HAVE AN ATTORNEY PRESENT WHEN BEING QUESTIONED.

"Art. 38 Interim Criminal Code for Courts (Defence Counsel Presence)

1. The defence counsel has the right to be present at all times during the interrogation of the suspect.

2. The suspect and the defence counsel have the right to be present during searches, confrontations, line-up procedures and expert examinations as well as during the trial.

3. In the investigation phase the Saranwal and the judicial police shall notify the suspect and his defence counsel of searches, confrontations, line-up procedures and expert examinations in order to allow them to be present. This duty can be waived only when there is an urgent need to conduct the said operations, which is defined as when it is a flagrante delicto crime or there is a fear of the loss of evidential facts."

LAWS OF AFGHANISTAN:
## RIGHT TO HAVE IMPROPERLY-COLLECTED TESTIMONY OR EVIDENCE INVALIDATED.

Article 29 of Afghan Constitution,

"**Para. 1:** Any statement, testimony, or confession obtained from an accused or of another person by means of compulsion, is invalid;

**para. 2:** Confession to a crime is: a voluntary confession before an authorized court by an accused in a sound state of mind;"

**Interim Criminal Code for Courts, article 5:**

"Their [Suspect and Accused] statements shall be made in a condition of absolute moral freedom;"



LAWS OF AFGHANISTAN:
## RIGHT TO HAVE ADEQUATE TRANSLATION.

Art. 135 Afghan Constitution (Chapter 7, Art. 20)

If parties involved in a case do not know the language in which the trial is conducted, they have the right to understand the material and documents related to the case through an interpreter and the right to speak in their mother language in the court.

Art. 20 Interim Criminal Code for Courts (Interpreter)

1. The suspect or the accused who does not know the language used during the Investigations and the trials or who is deaf, dumb or deaf and dumb shall be given an interpreter for, at least, explaining to him the charge and the indictment and for assisting him during the interrogations and confrontations.

Art. 14 International Covenant on Civil and Political Rights

3. In the determination of any criminal charge against him, everyone shall be entitled to the following minimum guarantees, in full equality:

a. To be informed promptly and in detail in a language which he understands of the nature and cause of the charge against him;

f. To have the free assistance of an interpreter if he cannot understand or speak the language used in court;