# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. K. Idema, Brent Bennett, | **PETITIONERS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER** |
| *Petitioners,* | |
| vs. | |
| Zalmay Khalilzad, Ambassador, *and*, Robert S. Mueller, Director of the FBI, | **Case # 05 CV 2064 (EGS)** |
| *Respondents.* | **Assigned Judge:** Hon. Emmet G. Sullivan, US District Judge |

### LIFE & DEATH EMERGENCY MOTION

**NOW COMES,** Petitioner, J. K. Idema, through counsel, and Petitioner Brent Bennett, and move for an Emergency Temporary Restraining Order. In support thereof, Petitioners respectfully show unto this Court the following:

In February 2006, these petitioners moved for a TRO during the Pulacharke Prison Siege, it fell on deaf ears. In the last week, the Assistant to the Afghan Ambassador in Washington, DC stated that the case in Afghanistan was a "political problem" that can only be resolved by the United States Embassy, and admitted that these men had no crime and were innocent. He also admitted that the United States government was keeping them in Pulacharke Prison for "political reasons." Two weeks ago, the United States Consul ordered the Pulacharke Commandant, General Shamir Amapoor, to use deadly physical force to take Bennett into custody and deliver him to US custody. General Shamir refused and was fired from Pulacharke two days later, and transferred to Herat in the west of the Afghanistan. A new general, General Alhaj Ab Majeed Sadiqi, was brought in by the US Embassy, he admitted to Idema that his orders were to use whatever means necessary to put Bennett in US custody and was specifically told to use deadly physical force against Idema and Bennett. At this moment Brent Bennett has been taken a virtual hostage by forces loyal to Hamid Karzai; officials, ordered by the United States Embassy Consul to seize Bennett and Idema and put them in United States custody.

Bennett was taken during a dinner with the security commander, and then forces moved on Idema. As it stands at 11:30am EST, Idema's compound is burning, Bennett has been

1

forcibly separated and placed in an al-Qaida area where it is expected he will be tortured and beaten by Karzia's Intelligence agents, Idema is holding off forces under the direct control and command of the United States Embassy in Afghanistan, specifically the US Consul.  Shots have been fired, Idema is barricaded in, and the US Consul has ordered Afghan forces loyal to Hamid Karzai to "subdue Idema dead or alive."

The attached exhibit is a letter from a Senior Afghan Ambassador that says that Idema and his men are innocent.

I, as counsel in this case, implore this Court to take immediate action.  I do not believe this event, absent this Court's immediate intervention, can end in anything but a complete and useless waste of life.

**WHEREFORE,** Petitioners respectfully request this Honorable Court enter an Emergency Temporary Restraining Order preventing the Respondents, or their agents, 1) from interfering in the ongoing siege at Pulacharke Prison, 2) to immediately direct their forces to place Idema and Bennett back in their original area of confinement, and together, and that the US Consul withdraw the apprehend, and kill order for both Idema and Bennett without a valid indictment or warrant issued from a United States Judge (even still this is outside the jurisdiction and law), and 4) directing United States agents to remove themselves from Pulacharke Prison.

That the order stand in effect for at least 90 days so that: a) this case may be prosecuted without retaliatory interference by Respondents, and b) Respondents be ordered to cease retaliatory acts which have brought about armed conflict and are heading towards the illegal and wrongful loss of American lives.

This 28th Day of September 2006.

_____S/_____
John Edward Tiffany,
Attorney (JT7322)
*For Petitioner Idema*
PO Box 190
Bloomfield, NJ  07003
Ph:  973/566-9300
Fax: 973/566-0007
**EMERGENCY
MOBILE: 973/454-9633**

2

# EXHIBIT # 1

## Letter of the Afghan Ambassador- Jack Idema is Innocent



**Exhibit 1**

TRANSLATION OF THE LETTER EXHIBIT
FROM THE SENIOR AMBASSADOR AND ENVOY
FOR THE ISLAMIC STATE OF AFGHANISTAN

## Translation Starts:

Date:  13/5/85   [4 August 2006][36]

## *Embassy of the State of Afghanistan – Abu Dhabi*

To Excellency Honorable Azimi Saheb,[37]
Presidency of Honorable Supreme Court of Islamic State of Afghanistan:

Honorably!  Bearer[38] of this letter is closest friend of us.[39]  Him along with the great people with the white beards[40] [the elders of our nation] will come there to congratulate you and in same time he [implies "they"] will talk about an American officer who has been living for long time in prison without any kind of crime and sin.

I am expectant about [literal translation; which can also be "expecting"] the release of this officer because it is necessitated by our Afghan hospitality, that you order and command generous attention[41] to this.

       His Excellency Zekria Farid[42]
       Ambassador to the United Arab Emirates[43]

## Translation Ends.

---

[36] In Afghanistan, the most important and powerful letters between high officials, are written in longhand if it is expected they will be honored.  Typewritten letters are for documents of lesser importance or from a lower rank to a higher rank.  Handwriting implies personal importance.

[37] H.E. Azimi is the newly elected/appointed/approved Chief of the Afghan Supreme Court and replaces Sheik Shinwari, the Islamic Fundamentalist who was pro-Taliban and a close friend of US Ambassador and Anti-Northern Alliance Pashtun Zalmay Khalilzad

[38] The use of an unnamed Bearer implies the highest sensitivity of the matter and the highest level of importance

[39] Implying Massoud's UFMF, United Front Military Forces, which Idema, Bennett, and Banderas were officers in.

[40] Verbally it has been stated that the bearer, who must remain confidential at this point, will bring a group of White Beards from each of the anti-Taliban tribes to the meeting.

[41] The phrase "generous attention" in *Dari* means that it should be one of your first priorities, if not the first priority of your office (in this case, the Office of the Chief of the Supreme Court).

[42] H.E. Zekria is the senior diplomat and highest diplomatic Mission of Afghanistan. Hence the words on the Ambassadors Official Stamp in *Dari*: "The Great ("*Kabir"* - the greatest, the great, the first) Embassy of Afghanistan. The "Great stamp" is used on letters of the utmost importance.

[43] H.E. Zekria is also the Special Envoy to Oman.