UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| J.K. IDEMA, <u>et al.</u>, | ) | |
| | ) | |
| Petitioners, | ) | No. 05 CV 2064 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD NEUMANN, <u>et al.</u>,[1] | ) | |
| | ) | |
| Respondents. | ) | |

**RESPONDENTS' EXPEDITED MOTION FOR PRIVACY ACT ORDER**

On September 28, 2006, petitioners filed a Motion for Temporary Restraining Order making certain factual allegations regarding the U.S. Consul in Afghanistan and petitioners Jack Idema and Brent Bennet. That same day, the Court directed respondents to file a response to the Motion by noon on Friday, September 29, 2006. Part of respondents' anticipated opposition to the Motion will address the factual assertions set forth in the Motion, and provide additional relevant facts. Those additional facts relate to petitioners Idema and Bennett. In light of the time constraints imposed by the Court's Order, respondents are unable to make a final determination as to whether any or all of the facts they intend to rely upon might be covered by the Privacy Act, 5 U.S.C. § 552a, and, if covered, whether disclosing such facts in a filing with the Court would fall within an applicable routine use, <u>see</u> 5 U.S.C. § 552a(b)(3). Accordingly, out of an abundance of caution, and without conceding the applicability of the Privacy Act to the information at issue, respondents respectfully request that the Court enter the attached proposed

---

[1] Petitioners assert that Secretary of State Condoleezza Rice was dismissed as a respondent on May 24, 2005. Moreover, as previously noted, Ambassador Neumann is the current United States Ambassador to Afghanistan, and is automatically substituted as a Respondent in Ambassador Khalilzad's place.

order authorizing respondents to disclose such information as they deem necessary to respond to the instant motion in their opposition thereto.  See 5 U.S.C. § 552a(b)(11) (authorizing disclosure pursuant to Court Order).

    A proposed order is attached for the Court's consideration.

    Wherefore, respondents respectfully request that the instant Motion be GRANTED.

    Dated: September 29, 2006.    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

    KENNETH L. WAINSTEIN
    United States Attorney

    VINCENT M. GARVEY
    Deputy  Branch Director


    __/s/ Ori Lev_____
    ORI LEV, DC # 452565
    Senior Trial Counsel
    United States Department of Justice
    Civil Division, Federal Programs Branch
    Mail:  P.O. Box 883, Washington, DC  20044
    Delivery:  20 Massachusetts Ave., NW, Rm 7330
          Washington, DC 20001
    Tel:  (202) 514-2395
    Fax:  (202) 318-7589
    Email:  ori.lev@usdoj.gov

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that he has, this 29th day of September 2006, caused a copy of the foregoing Respondents' Motion for Privacy Act Order to be served, via U.S. mail, postage prepaid, upon the following persons at the following addresses:

  Brent Bennett c/o
  Consular Section
  Edward P. Birsner, Consul
  American Embassy
  Great Massoud Road
  Kabul, Afghanistan

  Edward Caraballo
  60 Erie Street
  Jersey City, NJ 07302

John Tiffany, attorney for Petitioner Idema, will be served via the Court's ECF system.

                 /s/ Ori Lev
                 Ori Lev