UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.K. IDEMA, et al., )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>RONALD NEUMANN, et al., )<br>)<br>Respondents. )<br>) | No. 05 CV 2064 (EGS) |

[Proposed]
**ORDER**

This matter having come before the Court on Respondents' Motion for Privacy Act Order, and good cause having been shown, it is hereby

ORDERED that Respondents may disclose such facts relating to petitioners as they deem necessary to respond to Petitioners' Motion for Temporary Restraining Order in their Opposition to that Motion and that such disclosure shall not constitute a violation of the Privacy Act, 5 U.S.C. 552a.

SO ORDERED.

Dated: September 29, 2006.     _____
                                EMMET G. SULLIVAN
                                United States District Judge