# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.K. IDEMA, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | Civil Action No. 05-2064 (EGS) |
| v. ) | |
| ) | |
| RONALD NEUMANN, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER

This matter having come before the Court on Respondents' Motion for Privacy Act Order, and good cause having been shown, it is hereby

**ORDERED** that Respondents may disclose such facts relating to petitioners as they deem necessary to respond to Petitioners' Motion for Temporary Restraining Order in their Opposition to that Motion and that such disclosure shall not constitute a violation of the Privacy Act, 5 U.S.C. 552a.

**SO ORDERED.**


**Signed:   EMMET G. SULLIVAN**
**         United States District Judge**
**         September 29, 2006**