# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. K. Idema, Brent Bennett, *et al,* | **PETITIONERS' REPLY TO BIRSNER DECLARATION REQUEST FOR MORE DEFINITIVE STATEMENT** |
| *Petitioners,* | |
| *vs.* | |
| Ambassador Ronald Neumann, *et al,* | **Case # 05 CV 2064 (EGS)** |
| *Respondents.* | **Assigned Judge:** Hon. Emmet G. Sullivan, US District Judge |

### REQUEST FOR MORE DEFINITIVE STATEMENT OF FACTS & NOTICE

**NOW COMES,** Petitioner, J. K. Idema, through counsel, and Petitioner Brent Bennett, through his next friend,[1] J. K. Idema, and makes this initial reply to Respondents' Response and Affidavit of US Consul Edward Birsner.  In support thereof, Petitioners respectfully show unto this Court the following:

This Honorable Court extended the courtesy and extraordinary expeditious consideration of Jack Idema and Brent Bennett's assertions in their Motion for Temporary Restraining Order.  In accordance with the Court's Order, Respondents replied today, with a Response and supporting declaration of US Consul Edward Birsner.  In accordance with the Court's Order today allowing 72 hours for a Reply, Petitioners will endeavor to file a Reply with supporting evidence and affidavits within <u>48 hours</u>, which is the fastest time possible due to time zones, and transmission time from Afghanistan.

The basis of Respondents' argument, is that everything in the motion was disingenuous at best, hyperbole, and fabricated.  Fortunately, this Court's initial Order, accomplished at least one important goal; all military and police officers surrounding Jack Idema were withdrawn at approximately 7:45am this morning, Afghan time (11:15pm EST) without further incident.[2]

---

[1]  Next friend, clarifies roll of counsel in this, and is common in *habeas corpus* proceedings.
[2] This is addressed more fully in affidavits by Jack Idema and others, which will be forthcoming.

Unfortunately, Respondents fail to answer the threshold question:  where is Brent Bennett now?  Precisely where, and in whose custody, in what location?

Bennett is not at Pulacharke, although the press was told Bennett was there throughout the day.  One journalist waited all day to see Bennett, obviously without success.[3]  All three men are registered with the International Red Cross as Prisoners of War, yet when the Red Cross questioned prison and Embassy officials today, they were told "we don't know" and then, Bennett had already flown to the United States and would be home in hours.

There are several other critical questions:

1.    Exactly what day was Bennett allegedly released in this un-provided amnesty order?

2.    If Bennett signed documents, where are they and why are they not attached?

3.    If Bennett is voluntarily leaving Afghanistan as a "free man," why is he not able to use a phone?  Why is his mobile phone (011-93-70054-200) in the custody of an English/Dari speaker who refuses to identify himself? And, why has Bennett not signed a declaration?  By Mr. Birsner's own admission, he has contact with Bennett.

4.    Who reported Jack Idema "locked himself in his cell," a curious allegation regarding a prisoner— that he solely controls access— or did someone deny Bennett's re-entry?

While Mr. Birsner alleges "the Embassy has no intentions of taking Mr. Bennett into custody," he conveniently excludes any mention of the US State Department or other US government agency.

While Mr. Birsner asserts that he did not "directly" order anyone to take the actions alleged, he does not exclude that his interpreter and consular assistant, Bashir Mamoon translated his speech and was actually the one that gave the orders to Afghan officials.[4]

Petitioners request Respondents answer these questions, and if not, respectfully request that the Court take notice of their failure.

---

[3] This is addressed more fully in an affidavit by a journalist present expected to be forthcoming.
[4] This is addressed more fully in affidavits by Afghan officers present which will be forthcoming.

Petitioners also respectfully request the Court consider the following; if Brent Bennett was so willing to leave Pulacharke and return to America, and if Bennett's transfer was so nice[5] and orderly and just business as usual, then why did Bennett leave the prison half-dressed, leaving his shirt behind, along with his computer, his DVD player, CD player, 100 music CDs, his books, all of his clothes, his personal possessions, family photographs, toiletry gear, shoes, socks, legal files, personal documents, and case files.

Finally, counsel will be filing affidavits and evidence over the next 48 hours as it comes in from Afghanistan and other areas.

**WHEREFORE,** Petitioners request clarification of these issues, amend their request for relief, and respectfully request this Honorable Court enter an Emergency TRO against Respondents, or their agents, 1) discontinuing any extradition or deportation of Bennett unless Bennett expressly agrees to it in writing, 2) directing that neither the US Consul, or his associates, translators, or subordinates take any further action in respect to Idema or Bennett without an order issued from a United States District Judge, 3) directing U.S. government employees are agents, from taking any further action against either Petitioner until this motion is decided.

This 29th Day of September 2006.

_____S/_____
John Edward Tiffany, (JT7322)
*Attorney For Petitioner Idema*
The Robert Treat Center
50 Park Place, 10th Floor,
Newark, New Jersey 07102
Tel: 973.242-3700
Fax: 973.242-3799
**MOBILE: 973/454-9633**

---

[5] Birsner simply reminded the Afghans he could help get Bennett a passport and plane ticket. Birsner Decl ¶5.