UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| J. K. Idema, Brent Bennett, | ) | NOTICE OF ELECTRONIC |
|     *Petitioners,* | ) | FILING OF AFFIDAVITS |
| vs. | ) | IN SUPPORT (Motion for TRO) |
| | ) | |
| Ambassador Ronald Neumann, | ) | Case # 05 CV 2064 (EGS) |
|     *Respondents.* | ) | Judge: Hon. Emmet G. Sullivan |
| | ) |        US District Court Judge |

**NOTICE OF ELECTRONIC FILING**

    Please take notice that attached herewith is the first of several affidavits in support of Petitioners' Motion for Emergency Temporary Restraining Order. Because of the delays in getting the affidavits from around the world counsel is filing supporting affidavits throughout the day as they become available. A taped statement has been taken from Captain Brent Bennett overseas and is en route for the Court. Bennett maintains he still believes he is in jeopardy of retaliation. Counsel is trying to arrange fax transmission for Bennett's affidavit today. They are apparently having communication problems in Afghanistan and Idema's affidavit should be transmitted shortly with the others to follow. Counsel expects the following documents to be filed this afternoon:

1. Affidavit of Viktoria Robertson – Filed herewith
2. Affidavit of Jack Idema
3. Affidavit of Lt. Wahid Rasuli Banderas
4. Affidavit of Cpt. Brent Bennett (and taped statement)
5. Affidavit of Max Bercher
6. Affidavit of Shaq Shaqib
7. Affidavit of Confidential Source in Afghan government

Dated this 2nd Day of October 2006,

                                                           _____s/_____
John Edward Tiffany, (JT7322), *Attorney*
The Robert Treat Center
50 Park Place, 10th Floor,
Newark, New Jersey 07102
Tel: 973.242-3700
Fax: 973.242-3799
MOBILE: 973/454-9633