UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

J. K. Idema, Brent Bennett, *et al*,

          *Petitioners,*

vs.

Ambassador Ronald Neumann, *et al,*

          *Respondents.*

Case # 05 CV 2064 (EGS)

Hon. Emmet G. Sullivan,
US District Judge

### AFFIDAVIT OF VIKTORIA ROBERTSON

I, Viktoria Robertson, (*aka* Viktoria RunningWolf) hereby make the following declaration with respect to the above-captioned matter.

1. I am the wife of Jack Idema. I have followed the events in this case since Jack Idema and Brent Bennett's arrest in July 2004. I was arrested in January 2005 on an expired and fraudulent warrant by the US Marshals, who brought me to the FBI at a local Sheriffs Office, for the sole purpose of being questioned by the FBI. I was repeatedly threatened and questioned about Jack Idema. While being questioned local law enforcement discovered there was no warrant, and demanded I be immediately released, and they brought me home.

2. Over the past two years, the United States Embassy in Kabul has repeatedly made false promises, lied to me, deceived me, and provided me with false information about the Americans at Pulacharke every time I have been in contact with them

3. Disgusted with the events surrounding this case in Afghanistan, in July 2006, a group of women formed a group known as Free Them Now, and put up a website called www.AfghanInjustice.com. On September 11, 2006, myself and several other women from around the United States traveled to Washington, DC to legally protest at the Afghan Embassy on Embassy Row.

4. The Afghan Ambassador refused to meet with us, we were threatened by Afghan intelligence agents, and we were told the Ambassador was not there. Once we chained ourselves to the Embassy, the Afghan Ambassador immediately called us in and spoke to us. Ambassador Sayed Jawad listened to us in his office. We presented him with a covertly made videotape which showed a full panel of Afghan Appeals Court judges

declaring Jack Idema, Brent Bennett, and their teammates completely innocent of all charges. On the tape it also said that the case was political, and alluded to the American Ambassador and US Embassy in Kabul controlling the case, by saying it was their hand behind the curtain that stopped their release after being found innocent. I also presented him with a letter from the Senior Afghan Ambassador that says that Jack and his men are innocent. A true and correct copy was attached to Petitioners' Motion for TRO.

5.  Ambassador Jawad told me that he thought the men were released last year and I explained to him that they were found innocent by not released. I explained that they keep being offered amnesty if Jack Idema will sign a statement against the Chief of Parliament and former Minister of Defense. I further explained that Jack and his men would never do that and wanted their innocence verdict made public. He promised to speak to President Karzai that week during his trip to New York. He said he would call me back. Last week his Chief of Political Affairs, Mr. Fazel Fazel, did call me and told me that the case was political and only the US Embassy in Kabul could authorize President Karzai to release the men but that the Ambassador was continuing to work on it.

6.  When I called him back Monday, September 29, 2006, he told me that the President had discussed it with the Ambassador, and said I had to contact the US Embassy for their release. He again stated that the case in Afghanistan was a "political problem" that can only be resolved by the United States Embassy, and admitted that these men had no crime and were innocent. He also told me that the United States government was keeping them in Pulacharke Prison for "political reasons."

7.  I called him again on Wednesday when the incident at Pulacharke happened. Previously, Mr. Fazel Fazel said I should go to the US Embassy in Afghanistan if I wanted them released. This time he said that he didn't know who was responsible, and he talked with the President who said he would talk to the person who is responsible for this case when he returned to Afghanistan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th Day of September 2006.

*(signature)*
Viktoria Robertson