**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

J. K. Idema, Brent Bennett, *et al,*

                      *Petitioners,*     Case # 05 CV 2064 (EGS)

*vs*.

                                     Hon. Emmet G. Sullivan,
Ambassador Ronald Neumann, *et al,*     US District Judge
                      *Respondents.*

### AFFIDAVIT OF JACK IDEMA

    I, Jack Idema (J. Keith Idema), hereby make the following declaration with respect to the above-captioned matter.

    1.  The facts of the pleadings being filed in this case by Petitioners are accurate.  This affidavit verifies them.  Over the past months, we have been repeatedly offered amnesty deals through the Karzai government and US Embassy if I signed a statement against Northern Alliance officials, including the Chief of Parliament, Yunis Qanooni, and General Mohammed Fahim, former Minister of Defense and former American ally.[1]  I did not sign the statements, or the prior statements, because they would not have been true.

    2.  Captain Brent Bennett, and Lieutenant Wahid Rasuli Banderas, have also refused to sign amnesty and sentence commutation documents, for the same reasons.  As I, they insisted that we be released under the prior finding of the Court of Appeals, declaring us innocent.  Upon personal knowledge, I can state as absolute fact, that the US Embassy ordered the Afghan government not to release us under our March 2005 innocent verdict.

    3.  Finally, in July 2006, in what was explained to us as an effort to solve the political problems between Massoud's United Front (Northern Alliance) and the Karzai government, the Afghan president commuted our sentences.  To make it look "politically correct" a special order was drafted to commute sentences of five years or less, which included all of us.  The order came to the prison.  I saw the order.  A release commission from the Karzai government consisting of several "former" Taliban officials, notified the US Embassy that I

---

[1] General (Field Marshal) Fahim, to my personal knowledge, personally remains a US ally in Afghanistan, although the US State Department admittedly does not regard him as one.

had 5 years, not ten years, as it appears everyone thought.  I was told by a senior Afghan official directly involved that after the US Embassy was notified they called both President Karzai and the Minister of Justice to stop my release.  It would not have mattered anyway; I cannot be officially released because I will not sign an admission of guilt or a statement against Massoud's United Front officials, as has always been President Karzai's requirement.

      4.   Roughly three months ago, the order was taken back and rewritten to exclude me by just a few weeks, possibly days (or so we have been told, although there is no evidence of this).  However, Bennett and Banderas were not excluded and the prison command took the position that even if they did not sign the papers from the President, the two of them were free to come and go as long as they returned to prison.  On numerous occasions between August 2006 and September 25, 2006, we were told to keep this secret from the US Embassy for several reasons.  First we were told that the US Embassy was successfully blocking the releases for a variety of different reasons.  Second, we were told that if the US Embassy found out, they would try to take us into custody again, and either put us back in the Saderat Interrogation (Torture) facility, or in US custody somewhere.  Third, we were warned by the Afghans that the US Embassy was going to try and seize Bennett and Banderas and bring them to the FBI's Embassy office if seen outside the prison.  During this time, officials in the United Front continued to try and negotiate a resolution for us.  One of those resolutions was the letter from the most senior Afghan diplomat abroad, the Ambassador to UAE.  This is Afghanistan's "Great Embassy."  A true and correct copy of that letter is attached hereto as **Exhibit 1**.  If Mr. Lev doubts its authenticity I implore him to summon the courage to bring formal charges against me, and I would look forward to a public trial in America.

      5.   Once the US Embassy did find out in early September 2006, they came to the prison to take us into custody.  We all refused to meet with them for many reasons.  First, because they falsify our statements to them; second, because they order (I do mean order, not ask) prison officials to take various illegal actions against us (such as asking them to stop all visitors, not allow papers in or out, and take away our phones), make statements designed to destroy our relationship with Afghan officials (such as accusing us of being traitors, terrorists, mercenaries, and assassins— it changes on a month to month basis at their whim).  Additionally, although Afghan officials repeatedly asked on our behalf, the Embassy refused

to tell us specifically who was present and why they wanted to meet. We did know that there were too many security officers and other people for it to be a friendly meeting.

6. Throughout this ordeal the United States Embassy in Kabul has repeatedly made false promises, lied to us, deceived us, and provided us with false information. As one example, we have US Embassy Consular officials on a tape-recorded conversation refusing to accept our applications for US passports more than one year ago.[2] So, Mr. Birsner's claims in his statement related to his assistance with passports, are complete utterly disgusting lies.

7. The US Embassy has repeatedly tried to separate us and turn us against each other. Their goal has remained dividing and conquering us, and they worked hard to separate us. This was their plan when they had the last sentence commutation order re-drafted in August 2006; to force Banderas and Bennett out and separate me. The Embassy always failed until they used excessive force. Five generals and commandants have been fired in two years, all within two or three days after they defended us against US Embassy officials (Zorodeen, Samad, Lol Mohammed, Mir Wardaq, Shamir Amirpoor) and a dozen other senior officers fired or put in prison for refusing Embassy orders (Saboor, Ahmed, Tawous, Latif, Parwana, Ibrahim, Said, and others). This is by no means an all encompassing list.

8. I also have been supplied with a copy of the governments statements filed on September 29, 2006. The statements submitted are not true for reasons set forth herein. With all due respect to the Court, and with an apology in advance for the language, the statements made by ~~Mr. Lev and~~ Mr. Birsner are disgusting lies,[3] which were designed to

---

[2] That tape, as with the others are now hidden in a foreign country to prevent seizure by the US Embassy and other US officials. Most conversations with the Embassy were tape-recorded. We were documenting their criminal conduct and we knew that an Embassy official would eventually lie in an affidavit, as Mr. Birsner so graciously did in his sworn statement.

[3] My attorney has insisted that I not make *ad hominem* attacks on Mr. Lev; however, I believe that Mr. Lev has knowingly filed false statements and is well aware of their falsity. If I am proven wrong, and Mr. Lev merely filed these statements based on the false assertions made by his clients, then I apologize, but Mr. Lev should have done his due diligence before he accused us of lying when he is 12, 000 miles away, and Mr. Lev should not be accusing me of forging documents when one phone call to the Afghan Ambassador in U.A.E. would satisfy his due diligence requirement. Lastly, there is no shortage of Assistant US Attorneys who have falsified evidence, destroyed evidence, and other wrongful acts. If anyone is responsible for a Rule 11 violation (as he craftily accused Mr. Tiffany of), it is Mr. Lev.

deceive the Court and which should be the subject of a criminal investigation. This is not a "he said, she said;" we have tapes to prove it (one of the reasons the US Embassy needs to take me into custody so badly— to get access to our evidence and property). As they learned after they took Bennett, I am willing to die to protect my rights, my team, and our property.

9.  A few weeks ago Bennett and I personally met with the Commander of National Prisons, General Salem Bashi (the highest ranking officer in the Ministry of Justice). Bennett explained to him that he did not want to return to the United States because he felt the US government would retaliate against him. He asked for political asylum, among other things, including dual citizenship to prevent the US Embassy and FBI from bringing newly fabricated charges against him. The General not only fully understood the situation, but fully agreed, and said he would use all of his power and contacts to help us get Bennett citizenship and protect him from the US Embassy. General Shamir was fired and transferred right around that time after he argued with the Embassy and refused to allow them to take us.

10.  On or about September 27th 2006 I was asked to dinner by the Security Commandant at Pulacharke Prison. This was a common event, usually occurring on Thursday or Friday (Muslim holiday); no other "prisoners" have ever been invited to the commanders' dinner, ever, only us. But I was not feeling well after the afternoon drama where the Embassy, on speaker phone, threatened the new commandant telling him to do something about us faster ("*bisiar taz buro, taz taz*")[4] so Bennett went that night, not expecting an ambush; admittedly my fault for trusting certain people and underestimating how far the Embassy was willing to go. After Bennett was there, but before the ambush, I kept getting repeated calls to come to dinner. The plan was primarily designed to take me, this we now know for fact. We were later told this plan by senior Afghan officers that had been included in the plan by the US Embassy. Two solitary confinement rooms were prepared by the US Embassy at Tawab Keef Prison in Kabul near the Embassy. Rooms 2 and 10. The 20 Afghan prisoners in each room were cleared out two days before. The entire prison apparently knew we were coming, as referenced in Bennett's statement.

11.  That night, after dinner Bennett called me and said he was feeling an impending sense of an ambush; people were acting strange. I told him to try and make it back. He said

---

[4] Do this and "go very fast, fast, fast." Exact quote in *Dari*; all *Dari* statements are in italics.

he would.  Minutes later Bennett called[5] and said he wasn't being allowed and said he needed help.  I headed out of our area to him, but the new block commander, a former Taliban Mullah, had placed large locks on the gates; I had NEVER seen this done before.  I told him I needed to get to the commandant's office.  I heard the yelling over the radios and someone yelling "Go, go, *buro buro*!" in English (the only English ever spoken on those radios in the two years prior was Bennett and I).  Soldiers I had never seen before starting swarming into my block.  I heard Bennett yelling in the background and arguing in *Dari* and *Pashtu* over one of the radios.  During this time I repeatedly heard the American Embassy being mentioned in *Dari* language by soldiers.

12.  I did not know it at the time, but Bennett had been surrounded by about 25+ soldiers he had never seen before in the Security Commandant's office.  At the same time another 25+ unidentified soldiers were conducting an assault on me.  That number increased to about 40 as they made futile attempts to break through my inside gates.  Over the past years Taliban and al-Qaida terrorists have repeatedly tried to kill us, and left many bodies behind in their attempts. We stay in a continual state of alert and preparation for a terrorist assault, so we had procedures in place which successfully slowed down these attackers.

13.  As the new general's nephew Nabi-Gul, who is a civilian,[6] came up the stairs yelling for the soldiers to break through, his bodyguards raised their AK-47 (Kalashnikov) machineguns at me.  Nabi-Gul was clearly in command.  Two Molotov cocktails, un-ignited, went through the gate.  More soldiers crowded in and I kicked a large can of gas into the air and lit a Zippo lighter, along with another means of defense that is not relevant here.  As the gas poured down the stairs, Nabi-Gul, the leader ran and most of the soldiers followed.  The standoff lasted all night during which their continued violence was met with the force necessary to defend myself.  Other commanders[7] at the prison tried to intercede on my behalf to no avail.  Lt. Banderas had gotten out of the prison earlier to get help.  He started calling all the Northern Alliance generals and commanders, but everyone was in mosque that night for the Ramadan festivities or back in their villages far away.

---

[5] Mobile phone to mobile phone, something the Embassy has repeatedly complained about.
[6] He is NOT employed in any capacity by the Afghan government. Upon information and belief, he now works with the US Embassy.
[7] A series of longtime friends and good men who are loyal to the late Commander Massoud.

14. I spent the night sitting there waiting for next assault as the force outside grew through the night. The next morning Lt. Banderas was waiting at the national mosque where the top generals and leaders of the Northern Alliance would be. At around 0630 he made contact with several of them and briefed them on what was happening. After prayers they began making, in Banderas' words, "stern calls." About 15 to 30 minutes later, Pulacharke turned into a ghost town. The soldiers, army, and MOJ officers left quickly, all at once, and by about 7:45, as I recall, there was not a single officer of any type anywhere to be seen in any direction out any window. I expected a new assault, I was wrong, they all simply left.

15. At approximately 11am, two prison commanders came up to my gates, the outside lock had been taken off, and they said good morning and asked how I was in an unusually cheery mood. I was pretty much taken back, and said "what the hell is going on?" mostly for my own benefit. They proceeded to tell me it was plan "on top of me" by the *Safarat Amrika*, the United States Embassy. They said everything was fine now and Brent was still at Pulacharke and they hoped he would be back soon.

16. Afghan commanders at Pulacharke have repeatedly told us that the US Embassy wanted to take actions against us, and the Embassy has in the past engaged in repeated illegal and wrongful conduct, often lying to, or threatening prison commanders, and getting them fired when they would help us or refused to help the Embassy, as in case of General Shamir Amirpoor, who was fired and sent to Herat right after he refused to force us into US Embassy custody roughly two weeks ago.

17. The new General, Sadiqi, under threat of arrest (his words to me) said he had to follow the US Embassy's orders and do exactly as they asked (also his words). His later defense was that he had gone to dinner with his family and didn't know it was going to happen or he would have warned me (something I do not believe, he had left before and gone to dinner, but would not have warned us). He blamed it on the other Commandant, who put it on the US Embassy, specifically Bashir Mamoon[8] of the US Consular Office taking orders from either the Consul (Mr. Birsener) or the Ambassador. He was not specific.

---

[8] Mamoon's family has a long history of US Embassy employment. His father worked for the Consul, and when he retired, Bashir went to work for them roughly ten years ago.

18. Later that day I learned that Bennett had been transferred to the US Embassy. He was not allowed to take any of his belongings and left half-dressed, leaving his shirt behind, along with his computer, his DVD player, CD player, 100 music CDs, his books, all of his clothes, all of his personal possessions, family photographs, toiletry gear, shoes, socks, legal files, personal documents, case files. At least 15 different Afghan commanders of varying ranks from Lieutenant Colonel to General admitted to me that the entire plan and my seizure and illegal transfer was ordered by the United States Embassy. Several gave me taped statements to that effect.

19. As of now, I have learned that even though Bennett was taken out of the country over the weekend, one empty solitary cell at Tawab Keef Prison has been kept ready under the orders of the United States Ambassador, Ronald Neumann. That solitary confinement cell, #10, is awaiting my arrival. Taweb Keef is just down the street from Karzai's Saderat Interrogation Facility. Saderat is where we were all tortured in July and August 2004. A source inside Taweb Keef Prison has told me that "the Americans want to be able to take you back and forth at night to Saderat when no one can see." The Department of Justice, through the FBI, finances and oversees the Saderat torture facility.[9]

20. Brent Bennett was not willing to leave Pulacharke and return to America, nor did he go willingly or happily, as has been reported. He left the prison under threat and US custody and US Embassy orders from Mr. Birsner and Bashir Mamoon, and that is clear for everyone here. Bennett's property, legal files, and personal belongings are at Pulacharke, where, if I fall, we were warned by two different senior Afghan officers it will be distributed

---

[9] It should be noted that NATO now acknowledges that Afghanistan has been plunged into a literal war; suicide and car bombers, such as the cell leaders we arrested, have thrown the entire country into a disaster where more people are dying on a daily basis than ever before in Afghan history. Daily average coalition force casualties now meet or exceed Soviet casualties during the height of the Mujahadeen resistance. The Karzai government is close to falling, America has abandoned the Northern Alliance—our only allies that can stop the Taliban insurgency, and the State Department has caused the release of thousands of Pakistani and Arab terrorists, many of which have rejoined the fight. Christian troops are being rejected by the people and as a result recruits are being driven to the Taliban cause. The US State Department's secret directive to withdraw support for our former allies has caused resentment while their oppressive demands on what was supposed to be a free and independent government have caused a massive underground resistance by former allies to fester, and less than five years later, in the cities where American soldiers were once greeted with flower petals, they are now greeted with RPG rockets.

as follows: 1) the US Embassy or their agents (FBI, DOS) will search and seize all documents, evidence, and tapes; 2) after the United States takes anything that is "a problem for them" the rest is to be left to General Sadiqi and his family, along with others who assist the Embassy for their personal use (we are not yet exactly sure who that is, but continue to probe).  In other words, the US Embassy has promised thousands of dollars in property (video players, CD/DVD players, televisions, laptop computers, printers, phones, a refrigerator, and other property) as a bribe or payment to the new General and Nabi-Gul to assist them.  While this may sound implausible, I have witnessed murderers buy their freedom with a $500+/- bribe, and it happens in this impoverished country on a regular basis.

      21. Finally, I do not believe that Bennett will return to the United States under these conditions, or will do everything possible to avoid that, including seeking asylum in any other country willing to accept him until this Honorable Court resolves this case.  As it stands now, by blocking Bennett's Afghan citizenship, restricting his passport and travel, and the implied threat[10] of arrest in Charlotte, the United States Consul has made Bennett a man without a country.

    I declare under penalty of perjury under the laws of the United States of America and Afghanistan that the foregoing is true and correct.

      Executed this 1st Day of October 2006.

_____
Jack Idema

---

[10] Mr. Birsner did not say the US government had no intention of taking Bennett into custody, Mr. Birsner said the "Embassy" had no intention of taking Bennett into custody.

# EXHIBIT # 1

## Letter of the Afghan Ambassador- Jack Idema is Innocent



**Exhibit 1**

TRANSLATION OF THE LETTER EXHIBIT
FROM THE SENIOR AMBASSADOR AND ENVOY
FOR THE ISLAMIC STATE OF AFGHANISTAN

**Translation Starts:**

Date: 13/5/85  [4 August 2006][36]

## *Embassy of the State of Afghanistan – Abu Dhabi*

To Excellency Honorable Azimi Saheb,[37]
Presidency of Honorable Supreme Court of Islamic State of Afghanistan:

Honorably!  Bearer[38] of this letter is closest friend of us.[39]  Him along with the great people with the white beards[40] [the elders of our nation] will come there to congratulate you and in same time he [implies "they"] will talk about an American officer who has been living for long time in prison without any kind of crime and sin.

I am expectant about [literal translation; which can also be "expecting"] the release of this officer because it is necessitated by our Afghan hospitality, that you order and command generous attention[41] to this.

                              His Excellency Zekria Farid[42]
                              Ambassador to the United Arab Emirates[43]

**Translation Ends.**

---

[36] In Afghanistan, the most important and powerful letters between high officials, are written in longhand if it is expected they will be honored.  Typewritten letters are for documents of lesser importance or from a lower rank to a higher rank.  Handwriting implies personal importance.

[37] H.E. Azimi is the newly elected/appointed/approved Chief of the Afghan Supreme Court and replaces Sheik Shinwari, the Islamic Fundamentalist who was pro-Taliban and a close friend of US Ambassador and Anti-Northern Alliance Pashtun Zalmay Khalilzad

[38] The use of an unnamed Bearer implies the highest sensitivity of the matter and the highest level of importance

[39] Implying Massoud's UFMF, United Front Military Forces, which Idema, Bennett, and Banderas were officers in.

[40] Verbally it has been stated that the bearer, who must remain confidential at this point, will bring a group of White Beards from each of the anti-Taliban tribes to the meeting.

[41] The phrase "generous attention" in *Dari* means that it should be one of your first priorities, if not the first priority of your office (in this case, the Office of the Chief of the Supreme Court).

[42] H.E. Zekria is the senior diplomat and highest diplomatic Mission of Afghanistan. Hence the words on the Ambassadors Official Stamp in *Dari*: "The Great ("*Kabir"* - the greatest, the great, the first) Embassy of Afghanistan. The "Great stamp" is used on letters of the utmost importance.

[43] H.E. Zekria is also the Special Envoy to Oman.