# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

J. K. Idema, Brent Bennett, *et al,*

<table>
<tr><td><em>Petitioners,</em></td><td><strong>Case # 05 CV 2064 (EGS)</strong></td></tr>
<tr><td><em>vs.</em></td><td>Hon. Emmet G. Sullivan,<br>US District Judge</td></tr>
<tr><td>Ambassador Ronald Neumann, <em>et al,</em><br><em>Respondents.</em></td><td></td></tr>
</table>

## AFFIDAVIT OF BRENT BENNETT

I, Brent Bennett, hereby make the following declaration with respect to the above-captioned matter.

1.      I apologize for the rushed nature of this statement.  Hopefully the Court understands the difficulty of it.  I dictated it in my own words as it happened.

2.      I have read Jack Idema's affidavit.  I will not take the Court's time repeating his statements, only to say that there is not any statement in Idema's affidavit that I object to or do not feel is accurate.  The statements made are accurate and factual.  I confirm and adopt all of the statements Jack Idema made relating to events prior to me going to dinner on September 28, 2006 as based on personal knowledge, and confirm the proceeding events either based on personal knowledge, information and belief or a hearsay exception, or actual collateral or independent evidence.

3.      On September 28, 2006, we were asked down to dinner by the Security Commandant at Pulacharke.  As stated by Idema, it was a common weekly event.  Often, as this time, the Security Commandant wanted to take pictures in front of his new flower gardens with Jack and I.  Many times he had other military commanders from around the country who either knew Jack or wanted to meet Jack.  This was the first time Jack did not go.  He was not feeling well, and I decided to go.  While I was there Nabi-Gul[1] kept asking the Security Commandant to call Jack to join us for dinner.  At the time it did not strike me as odd because the commanders are always calling us to meet them for one

---

[1] More fully described in the Affidavit of Jack Idema.

social reason or another. Afghans are in most part, and extremely social and hospitable culture.

4.      When dinner was over they still wanted to call for Jack. Then I said I should get back to check on things and I got up to walk back. I was told not to walk back, that I would be staying in block 1 that night, where the main riot had occurred last February/March. 2006. I asked why, and was told that it had been ordered to separate us and that we could visit once a day outside. I called Jack from one of our mobile phones. He said for me to try and make it back. I knew it wasn't possible. I called him again for help because I knew that there was not a single officer in Pulacharke that would ever lay a hand on him or fight with him. He had the same standing and respect as every Northern Alliance commander in Massoud's United Front. For two plus years I had seen these Colonels and below salute him out of respect, and I knew if I got him there we could avoid whatever bad situation was developing.

5.      But before he could get there, Nabi-Gul called on his radio for soldiers and from the sides of building and behind more than 25 soldiers stormed into the offices and there were another 20 or more outside. I did not recognize a single one of the soldiers. I had never seen any of them before and did not know where they were from. It was clear I was not going anywhere and it was a fight I could not win. I heard them talking between each other repeatedly talking about Safarat Amirika, *Dari* language for American Embassy. I also could hear American's speaking *Dari*, and I could identify the voice of US Embassy Consulate employee Bashir Mamoon who is the senior Afghan in the US Consul Office (he and his family have worked for the Embassy for many years, but he also worked for the Taliban when the U.S. pulled its diplomatic presence out of Afghanistan—two years ago he showed me a picture of himself during his Taliban days). There was absolutely no doubt that the United States Embassy was calling the shots and issuing the orders that night. Nabi-Gul was repeatedly on the phone with Bashir at the US Embassy. The Mullah commander had already headed towards where Jack was.

6.      Then I heard all heck breaking loose at Jack's and my block and Nabi-Gul ran towards our compound yelling on his radio for more soldiers to head there. I was

taken to Block 1 where I was put in a cell with about six officers; several Colonels, Lieutenant Colonels, Majors and a Captain. They kept me up until after 3am.

7.      Early the next morning after the Security Commandant came in and said we were going to the Ministry of Justice to get my Afghan passport. I asked what happened to Jack the previous night and they seemed scared to tell me. I went to bathroom and asked an officer I knew alone and he told me Jack was fine and it was all resolved.

8.      From there I was supposed to be driven to the Ministry of Justice to get my passport so that I could stay in Afghanistan with Jack and Lt. Banderas. They put me in the front of the car un-handcuffed to show me nothing was wrong.

9.      On the way there the US Embassy called the Security Commandant and I understood much of the Security Commandant's conversation and could hear part of the conversation on the other side. It was the Embassy calling them and giving them instructions so the US Embassy knew about me going to get my Afghan passport and citizenship.

10.     All of sudden they took the wrong turn and were driving towards the US Embassy. Then they made a call and next thing I knew we were at the gates and Bashir Mamoon was waiting there. Bashir insisted that I go into the Embassy but I refused to step on U.S. soil and I told Bashir that I believed it was a trick, and I did. Bashir made believe he didn't know what I was talking about. Bashir wanted the Afghans to bring me inside forcibly but they appeared very hesitant. I told the Security Commandant that there was no way I was going into the Embassy and on U.S. soil because I knew they were trying to "f#ck me." The Afghans saw how upset I was getting and I think they believed I might have been ready to fight, so they agreed that if I was refusing they would not force me physically. Bashir was extremely upset about it.

11.     Then US Embassy officials came across the street three times and talked to the Afghan officers and again wanted them to physically force me inside, but there were a lot of people watching and the Afghans were nervous and would not do it, especially in front of all those witnesses. It was also obvious by the way these Embassy officials were looking back at their security people they wanted them to do it but they also seemed

hesitant about all the witnesses seeing them drag me into the U.S. Embassy. The funny thing is that if an American in trouble, fleeing from terrorists, or robbers, or murderers, ran up to that Embassy and tried to get it, the Embassy guards would point their weapons at them and probably shoot them. So here is an Embassy that shoots to keep everyone out, probably even Americans, yet they wanted to drag in an American who refuses.

12.     Eventually a State Department employee came out and called over the Security Commandant to move away and they talked too far away for me to hear. Since I still refused to come in they brought me to a bulletproof window, but I wouldn't go inside. We talked through the window, they kept trying to get me inside, but I explained to the Afghans that I was the one afraid to go in, and pointed out that the Americans were the ones behind bulletproof glass. The Afghans say the humor in that.

13.     US Consul Edward Birsner said the Afghan government did not want me there. I told Birsner that the Afghan government had already agreed to grant me citizenship, and I was supposed to be picking up my Afghan passport that day.

14.     Birsner said he only needed me to meet him for ten minutes, and I did, outside, but it took almost two hours. Birsner kept telling me the Afghans wanted me out of the country, but I knew the Afghans were the ones that were agreeing to let me stay if the State Department did not object. Birsner kept ordering the Afghans around like animals and the Afghan Colonels all kept saying they were afraid of being fired. But even still, they didn't force me inside the US Embassy.

15.     Birsner told me to sign the papers and I would not sign anything unless he agreed to let me talk to the Ministry of Foreign Affairs for my passport. I could have called any number of high-ranking Afghan officials, all of their private numbers were in my phone, including the mobile numbers of every single Northern Alliance ambassador, but the Embassy ordered the Afghan officers not to give me my phone or personal items (ID, lighter, papers). Birsner and Bashir Mamoon were the ones ordering this and they said they would not allow me to speak to any Afghan officials. Birsner said in English that he had no control of the phone, but apparently he did not know I understood *Dari* and he kept telling them not to give me the phone while trying to be sneaky about it.

16.    They handed me a paper which they said was a travel voucher form with no amount marked and no travel plans and no information.  I did not want to sign but they said I had to sign or I would remain in solitary confinement at another prison until I did. I assumed they meant Saderat where we had been tortured before and that thought did not make me feel very good.  They were getting very upset about me not just signing it and speaking to me like a child telling me to fill it out.

17.    Birsner said to get everything situated would take ten days– later I found out it was so I could be interrogated by American agents; from what American agency I never found out.  It was not hard for me to completely comprehend that the State Department was calling all the shots and running the show.  Edward Birsner kept saying the Afghans wanted me out, but he refused to tell me who, what ministry, or show me any proof of that.

18.    The document they had me sign was not filled out in several areas and I asked them how much this was going to be and Bashir assured me it would not be more than $700 and at the most $800.  I told them I could not pay it back and they told me I would have to pay it back in two months.  Then I told them I had no intention of leaving Afghanistan and they could have it back when I got my Afghan passport later that day.

19.    The only reason I finally signed their papers was because they promised me that would have ten days to get my Afghan citizenship and resolve the problem with whoever it was that was wanting to throw me out.  I did finally get the State Department paperwork the next day when I was forced on a plane.  I found out it was double the amount, more than $1400 dollars.

20.    The State Department also added in words on the paper trying to make it look like I wrote it, but mistakenly put the wrong date on where they wrote in the amount (the next day) and then added a top heading on the copies which I do not believe was on the original I signed.  They also refused to give me copies of the other papers which said my passport was stolen, and Brisner lied when he said I stated my passport was lost at prison.  I never said this or anything like this.  I specifically told Birsner that my passport was stolen by the FBI (or the State Department) because it had visas and proof I was

innocent of several of the things I had been accused of by the Taliban court and by the State Department. Birsner's sworn statement about how the passport ending up missing is a complete lie, several documents in this case prove it is a lie; including our FOIA requests to the US Embassy, the actually application I filled out (which Birsner did not show the Court and probably withheld it on purpose), letters we have written to State Department about our passports, and tapes of conversations with DOS.

21.     Still reluctant to sign, Birsner again told me that if I did not sign the document he would direct the Afghans to place me in solitary confinement until I agreed to sign.  I had the choice of spending months in solitary probably in Tawab Kheef prison, near the Sadarat interrogation facility and facing the prospect of excruciating torture again, or being forced to fly out of Afghanistan and trying to resolve it later.

22.     I asked why I could not go to Raleigh, North Carolina, where I live near, and they said I "needed" to fly into Charlotte.  When we left I asked the Security Commandant if we could then go to the Ministry of Justice to get my Afghan passport. Bashir said I was going back to Pulacharke to stay.

23.     When we were walking to the car Bashir called again and I heard them talk about Pulacharke, so I assumed I was going back there.  I asked the Security Commandant and he told me we were going to the MOJ.  Then in the car they talked again and Bashir told him to take me to Pulacharke.  We weren't going to Pulacharke but I didn't realize it from the one-sided conversation I could hear over the noise driving until we turned into Tawab Kheef prison.  I thought we were going there to pick up the Block 1 Commander who had left the Embassy just prior to that.  Then they asked me if they could leave me at Tawab Kheef prison for the night so they could see their families and they would pick me up in the morning and back to Pulacharke.

24.     When I got to Tawab Kheef prison the prisoners starting calling me Jack and one guy was telling me how they had cleared the room out for me, and I said I wasn't Jack and he told me how a day and half before that he was told by prison officials that they had to clear out of their rooms because Jack was coming there.  When the

commanders realized he was talking to me about Jack they got him out of there right away.

25.     The Security Commandant said I wasn't a prisoner, I was just there to go to the Ministry the next day.  Well, luckily the Tawab Kheef prison commander was a friend of Jack's from the war and he started treating me like royalty.  Hundreds of prisoners in the huge area were all calling me Jack because they thought Jack was the one coming.  It was clear then that the Embassy's plan was to bring Jack there when we went down to the Pulacharke Security Commandant's for dinner.

26.     I was also shown both of the two rooms that had been cleared for me, and the 25 prisoners moved out of the room for Jack were all made to sleep on the floor in the hallway, because they were expecting Jack.   The prison had cleared out cells #2 and #10 the previous day.

27.     The next morning I thought I was going to the MOJ to get my passport and as we were getting ready to go, Bashir started calling with Ed Birsner and they were on the phone for about two hours and when we were driving the Afghans were on the phone nonstop talking to the State Department receiving their instructions and orders.  Then I hear the Afghans talking to the US Embassy again, next thing you know we are going the wrong way again I realize that we are on the way to the airport.  I told them my things are at Pulacharke in our rooms there and the officers told me that the Embassy said they were going to send all of my belongings to me.  Well, I knew that was a lie, for two years we haven't been able to get the Embassy to even send or receive birthday or Christmas cards for us.

28.     During this time I was handcuffed, and it wasn't because the Afghans wanted to handcuff me, they said I was a free man as far as they were concerned but the Embassy insisted I be handcuffed.

29.     When we get to the airport we go in a back area away from everyone and you can see my cuffs.  Right then the Embassy calls from inside and the commander puts a scarf over my hands so no one can see the handcuffs.  Then we start walking towards Bashir and he points down and they re-cover my hands re-adjusting my Afghan scarf and

then two State Department security agents show up and were put in charge of me.  They immediately started ordering me to sit down and shut up but the Afghans with guns didn't even come into the room.

30.     Then the US Embassy started taking my picture in custody of the State Department agents, while I was handcuffed.  They wanted a photo op with their "capture."  They didn't ask me, they just stood next to me and did it.  It reminded me of so many terrorist videos, posing with their hostages, which I basically was.  The cameraman went out of the room; he had handcuffs on his belt, so he sure wasn't a diplomat.  Before they took the picture, they noticed you could see my cuffs, so they adjusted the scarf over my hands to cover the cuffs, and then took pictures.  I did not have a choice about the pictures.

31.     Bashir was inside the room with two other State Department security officers with at least one weapon showing.  They again ordered me to sit down and relax.  When I said I wanted to call Jack they said that wasn't going to ever happen.  They were continually ordering me what to do over and over but at the same time saying everything was fine, and it was really starting to irritate me.  I just kept saying it wasn't fine, I was at the airport.

32.     Then Bashir and one agent walked out and downstairs, the plane lands and is on the ground for 45 minutes and Bashir comes into the room and I ask him what is going on and he says I don't have any answers for you.  I asked him for my phone and he said "I can't do that."  So I was supposed to be free, but was not allowed a single phone call.  I stayed in the upstairs room handcuffed and then they brought me through the terminal, with my cuffs covered of course.  The Afghans stayed outside and did not deal with me at all at this point and the Embassy and their security officers escorted me through.  When the State Department agents got ready to put me on the plane I started making loud complaints about my phone and finally it was brought to Bashir but he wouldn't actually give it to me.  They tried to take my Special Forces lighter but I became so upset about it that Bashir held that.

33.     We then went over to the next security area where Birsner was flanked by Americans with machineguns, and with more State Department guys with machineguns around him further away.  He ordered me to come to him.  And as I got closer he said, "these people do not want you in this country and you need to go now," and he was not going to let me use a phone to call anyone.  He just kept saying the Afghans didn't want me here, but it was only US machinegun-toting agents keeping me in custody, not Afghans.  Birsner gave my passport and plane ticket to another security officer and then Birsner took the phone and lighter from Bashir and handed it to security and said, "have a good flight and get out of my country."

34.     I knew the Afghans that had been American allies during the 2001/2002 war were trying to keep me in the country and here was DOS surrounding me with machineguns and putting me on the plane.  Birsner refused to give me anything and sent my passport, lighter, and papers to the crew chief in the cockpit through the security officer.  The handcuffs came off when I got on the plane.  I understand that AP News reported that I was un-handcuffed and escorted by Afghan security agents to the plane.  That was a complete false statement.  I was handcuffed until I stepped on the plane and escorted by either a State Department officer, or someone that was employed by the State Department.

35.     When I get to Dubai, the crew chief called another security officer who took my passport and phone and then escorted me to the immigration security office.  When I asked him for my passport and phone he said he was ordered by the US Embassy in Kabul to meet me and pick me up along with my passport and other items.  When we got to immigration he was supposed to call another number and have another agent meet me.  When I arrived at the immigration police office the DOS people were already waiting there with Dubai National Security.

36.     I explained what was going on to Dubai immigration, and asked the man why I was being held in custody and why I couldn't have my cell phone, lighter, and papers.  When the Dubai immigration supervisor started not cooperating the US Embassy people the US agent told the immigration supervisor to ask me how long I had been in

jail and what for. At the time he was holding and reading a document from Birsner at the US Embassy in Kabul. The UAE immigration officer told him that deportees cannot fly on Emirates flights. When the DOS agent argued, the immigration supervisor said, "this is the United Arab Emirates, he is not in Afghanistan or America anymore, he is in a land of freedom, and in this country he has done no wrong." None of these DOS people would ever tell me exactly who they worked for. This agent just kept reading the paper and asking me about my case and what happened in Afghanistan. He made it clear I was still in the technical custody of Birsner and the US Embassy/State Department. The agent did not like what he was hearing from the immigration supervisor and they went to call a "supervisor."

37.    The immigration officer did not look surprised by the whole ordeal and he looked up my name, called an official in the UAE, and said yes I was there. He then explained that American agents were trying to hold me and were causing trouble with him. As his conversation was going on he shook his head a few times and then said "OK." It seemed like someone else was coming on the phone and he was talking Pashtu and then it sounded like he was talking the Northern Alliance Afghan Ambassador in the UAE. He ended with a very respectful goodbye, looked to see the DOS security agents were over to the side on the phone and quickly gave me my passport, phone and other papers and took me out the other door. I left while the DOS agents were trying to figure out what to do. Once we were out he gave me a special pass and took me through security around the side without any stopping or searching and put me onto a shuttle bus. He said goodbye, said that his people hated the United States Department of State, and wished me good luck. The pass turned out to be a VIP pass.

38.    Because of the US Embassy's threats and pressure, they forced the new general to do exactly what they asked (or they brought him in for this purpose). Because of these wrongful actions by the US Consul, and the State Department, I was forced to leave half-dressed, leaving my shirt behind, along with my computer, DVD player, CD player, 100 music CDs, an Xbox which was an expensive gift, my books, all of my clothes, my personal possessions, family photographs, toiletry gear, shoes, socks, legal files, personal documents,

case files, and even my dog?[2]  Several Afghan commanders basically confessed that the plan was ordered and supervised by the United States Embassy, *Safarat Amirika*.

39.    We live by the creed of "leave no man behind." It is a sacred promise to each other in war.  It has kept the three of us alive through times when most others would not have survived.  None of us would ever violate that oath while we still lived.  The United States Embassy and the Department of State, through subversion, deceit, and subterfuge, forced me to violate that oath.  It is a violation of honor which men like Edward Birsner and Bashir Mamoon will never understand and could never comprehend.  I do know that Jack Idema will defend himself against these people to the end.

40.    Jack is correct in his affidavit, I cannot return to the United States under these conditions, and I will do everything possible to avoid that, including seeking asylum in any other country willing to accept me unless this Honorable Court can help me.  I have been denied an unrestricted passport which is my birthright to possess, and for all intensive purposes been forced to forfeit all of my property. I was wrongfully detained by the US State Department after my release in Afghanistan, and I was forced to incur debt under threats of further wrongful imprisonment.  By preventing my request for Afghan citizenship, restricting my passport and travel, and using an implied threat of arrest or interrogation in Charlotte, the United States Consul seeks to make me a man without a country to go home to.


I declare under penalty of perjury under the laws of the United States of America and Afghanistan that the foregoing is true and correct.


Executed this 2nd Day of October 2006.


Brent Bennett

---

[2] I had rescued, then trained and raised a puppy named Nina for four months, and had already worked on her license and giving her shots to bring her back to the United States.  I would never have left my dog voluntarily, and I have repeatedly stated that my dog would return with me.  I lost everything I had left, was forced to leave my friends, and was forced to leave my dog.