UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| J.K. IDEMA, <u>et al.</u>,           )<br>                                               )<br>            Petitioners,           )<br>                                               )<br>            v.                            )<br>                                               )<br>RONALD NEUMANN, <u>et al.</u>,[1]  )<br>                                               )<br>            Respondents.         )<br>                                               ) | No. 05 CV 2064 (EGS) |

**RESPONDENTS' FURTHER FILING IN OPPOSITION TO
PETITIONERS' EMERGENCY MOTION
FOR TEMPORARY RESTRAINING ORDER**

Petitioners' latest filings – the affidavits of petitioners Jack Idema and Brent Bennett – demonstrate conclusively that Bennett is no longer imprisoned at Pol-e-Charkhi prison and is not in U.S. custody, and that there are no U.S. forces threatening Idema at Pol-e-Charkhi.[2] Accordingly, the instant motion is moot and should be denied. In addition, because, even according to Bennett, he is no longer incarcerated in Afghanistan and is not in U.S. custody, his habeas claim is likewise moot.

Petitioners' Motion was predicated on the allegation that respondents – and, specifically,

---

[1] Petitioners assert that Secretary of State Condoleezza Rice was dismissed as a respondent on May 24, 2005. Moreover, as previously noted, Ambassador Neumann is the current United States Ambassador to Afghanistan, and is automatically substituted as a Respondent in Ambassador Khalilzad's place.

[2] Respondents take issue with many of the factual assertions set forth in the affidavits filed by Idema, Bennett and Victoria Robertson. For purposes of petitioners' motion, however, the only relevant facts are ones that respondents do not dispute: Bennett is no longer incarcerated in Afghanistan and is not in U.S. custody, and there are no U.S. forces threatening Idema at Pol-e-Charkhi.

the United States Consul in Kabul – were planning on taking Brent Bennett into U.S. custody and had issued orders to use deadly force against Jack Idema. See Mot. at 1-2. Specifically, the Motion averred that Bennett was "taken a virtual hostage" by Afghan forces acting under "order[s]" from the "United States Embassy Consul" and that Idema "is holding off forces under the direct control and command of the United States Embassy in Afghanistan, specifically the US Consul." Id. at 1-2.

As Bennett's affidavit makes clear, he is no longer imprisoned at Pol-e-Charkhi and is not in the custody of the United States. Affidavit of Brent Bennett, ¶¶ 34, 37. Similarly, Idema's declaration makes clear that there are no forces under U.S. control or direction threatening him at Pol-e-Charkhi. Declaration of Jack Idema, ¶ 14. Accordingly, petitioners' motion is moot. Similarly, for the reasons set forth in Respondents' Supplemental Brief in Opposition to Petitioners' Motion For Temporary Restraining Order Addressing Mootness of Petitioner Caraballo's Claim (docket no. 20) (filed in response to petitioners' prior TRO), petitioner Bennett's habeas claim is also moot.

## CONCLUSION

For all of these reasons, as well as the reasons set forth in respondents' prior filings, petitioners' motion should be denied, and the Petition dismissed.

Dated: October 3, 2006.    Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director


   /s/ Ori Lev
ORI LEV, DC # 452565
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
Mail:  P.O. Box 883, Washington, DC  20044
Delivery:  20 Massachusetts Ave., NW, Rm 7330
       Washington, DC 20001
Tel:  (202) 514-2395
Fax:  (202) 318-7589
Email:  ori.lev@usdoj.gov

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that he has, this 3rd day of October 2006, caused a copy of the foregoing Respondents' Further Filing in Opposition to Petitioners' Emergency Motion for Temporary Restraining Order to be served, via U.S. mail, postage prepaid, upon the following persons at the following addresses:

      Edward Caraballo
      60 Erie Street
      Jersey City, NJ 07302

John Tiffany, attorney for Petitioner Idema, will be served via the Court's ECF system.

The undersigned has no current address for Petitioner Brent Bennett.

                                                          /s/ Ori Lev
                                                          Ori Lev