# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

J. K. Idema, Brent Bennett, *et al,*
                              *Petitioners,*

*vs.*                                          **Case # 05 CV 2064 (EGS)**

Ambassador Ronald Neumann, *et al,*          Hon. Emmet G. Sullivan,
                              *Respondents.*   US District Judge

## AFFIDAVIT OF RHONDA SHIRLEY

I, Rhonda Shirley, hereby make the following declaration with respect to the above-captioned matter.

1.  My name is Rhonda Shirley. I have written this statement without any help from any attorney in my own words. I am a friend of Captain Brent Bennett and Jack Idema. I have been taking care of Brent's house for the last year, and I reside in the State of North Carolina.

2.  On Monday, September 11, 2006, I went to the Afghan Embassy in Washington, DC to protest with a group called **FREE THEM NOW**. Our website is **www.AfghanInjustice.com** which has information and documents about our movement and the case involving Jack Idema, Brent Bennett, and the other POWs that were or are at Pulacharke.

3.  At first we were threatened by Embassy officials who wanted us arrested. Apparently the Washington Metro Police, although they showed up, refused to arrest us because our protest was legal. When we asked to speak to the Ambassador we were told that the Ambassador was not there that day. Then we chained and handcuffed ourselves to the fences. Faced with the police refusing to arrest us, and us chained to the Embassy gates (but legally standing on the sidewalk) the Embassy quickly changed their mind, told us that the Ambassador was there, and invited us in to speak to the Ambassador personally.

4.      We met with Ambassador Said Jawad and told him about the Americans at Pulacharke Prison. We gave the Ambassador a videotape made secretly of the Afghan Appeals court judges holding a new trial, and then afterwards each of them saying that the men were completely innocent of all charges, which included Lieutenant Rasuli Banderas (an Afghan CIA officer), but none of them could be released because of political pressure. We told the Ambassador that the VHS tapes proved the Americans being held were found innocent. The Ambassador said he would view it as soon as possible and pass the information along.

5.      The Ambassador first said that there were no Americans in prison in Afghanistan, and said he thought Jack and Brent had been released in 2005. We told him he was wrong, this was not correct. We also gave him a letter from another Afghan Ambassador, the most senior Afghan Ambassador, who said that Jack was innocent of all crimes and should be released. It is my understanding that the same letter was already introduced to this Court.

6.      The Ambassador said he would speak to the President personally in New York City later that week and call us. We eventually received a call back from Mr. Fazel Fazel, the Ambassador's chief political officer who said that it was a "political problem" and the men could only be released with the permission of the United States Embassy in Kabul. When asked about his, Mr. Fazel said that it was up to the American Ambassador to decide, and if we wanted them released our demonstration should be at the American Embassy in Afghanistan, because that is where the problem was and that was who was holding Brent and Jack and Banderas in custody.

7.      Today I downloaded www.caosblog.com which is a news blog that has covered this case for almost two years. This particular section is about what really happened in the last three weeks. I can verify that a true and correct copy (I removed the lists of links to save pages, and inserted a new copy of one page because I could not get the picture to download right) is attached as **Rhonda Shirley Exhibit 1**. I can also verify the veracity of many of the statements as I was involved, and I can confirm

that the information about what happened there is correct to the extent that I was in phone contact with them at the prison and at several times hearing what was happening as it occurred. The pictures of the women in burkas are taken from our demonstration. I can also verify that the videos on www.AfghanInjustice.com are authentic and true copies of the original events, interrogations, Appeals trial verdict, and Chief judge declaring them innocent. I have also attached Afghan Bar Association articles we have on the www.AfghanInjustice.com website about Brent and Jack and the justice system in Afghanistan (**Rhonda Shirley Exhibit 2**). It seems extremely unusual and strange, that several days after our meeting, the Ambassador talks to President Karzai in New York and tells us he watched the videotape; a week after that, President Karzai meets with President Bush and the State Department; three days after that 100 soldiers whose identities are mysterious and not from Pulacharke Prison; take Brent Bennett by force; and attack Jack Idema; obviously so all their possessions can be taken by the State Department and they can be put in a prison known to be extremely violent and occupied by hundreds of violent terrorists who would love to kill Jack for the bin Laden reward on him, and would have the opportunity since at Tawaab Khef prison everyone is housed in a common area with no way to stop an attack. I hope this Court finds out why this happened, and why Brent, supposedly a free man, was forcibly put in that prison by American government employees, and handcuffed by American government employees. Thank you for your time.

    I declare under penalty of perjury under the laws of the State of North Carolina and the United States of America that the foregoing is true and correct.

    Executed this 4th Day of October 2006.

Rhonda Shirley



10/4/2006



### Jack Idema and Brent Bennett

By: Cao in: General, Task Force Sabre 7 | No Comments Yet | Permalink

For all those of you who are following the interesting, upsetting, baffling story of Jack Idema and Brent Bennett here, please save this link to your favorites and check back periodically. …And don't forget to refresh the page.

### For Brent

By: Cao in: General, Task Force Sabre 7 | Comments (1) | Permalink



**Exhibit did not Print Video-Placeholder
You Tube Video of Brent Bennett:**

**Video TITLE:
"For Captain Brent Bennett - The Dance"**

**Original Video Available online at:
www.youtube.com/watch?v=TonOgI1hB7k**



**Rhonda Shirley EXHIBIT 1**

### Brent Bennett's account -continued-

By: Cao in: General, Task Force Sabre 7 | Comments (1) | Permalink

**If you're looking for pieces on Jack Idema and his team, please click on this link.**

This is the latter part of Brent's affadavit which was submitted to the court in DC. The first part is here.

The next morning I thought I was going to the MOJ to get my passport and as we were getting ready to go, Bashir starting calling with Ed Birsner and they were on the phone for about two hours and when we were driving, the Afghans were on the phone nonstop talking to the State Department receiving their instructions and orders. When I hear the Afghans talking to the US Embassy again, next thing you know we are going the wrong way again and I realize that we are on the way to the airport. I told them my things are at Pulacharke in our rooms there and the officers told me that the Embassy said they were going to send me belongings to me. Well I knew that was a lie, for two years, we haven't been able to get the Embassy to

even send or receive birthday or Christmas cards for us.

During this time I was handcuffed, and it wasn't because the Afghans wanted to handcuff me, they said I was a free man as far as they were concerned, but the Embassy insisted I be handcuffed.

When we get to the airport we go in a back area away from everyone and you can see my cuffs. Right then the Embassy calls from inside and the commander puts a scarf over my hands so no one can see the handcuffs. Then we start walking towards Bashir and he points down and they re-cover my hands re-adjusting my Afghan scarf and then two State Department security agents show up and were put in charge of me. They immediately started ordering me to sit down and shut up but the Afghans with guns didn't even come into the room.

Then the US Embassy started taking my picture in custody of State Department agents, while I was handcuffed. They wanted a photo op with their 'capture'. They didn't ask me, they just stood next to me and did it. It reminded me of so many terrorist videos, posing with their hostages, which I basically was. The cameraman went out of the room; he had handcuffs on his belt, so he sure wasn't a diplomat. Before they took the pictures, they noticed you could see my cuffs, so they adjusted the scarf over my hands to cover the cuffs, and then took pictures. I didn't have a choice about the pictures.

Bashir was inside the room with two other State department security officers with at least one weapon showing. They again ordered me to sit down and relax. When I said I wanted to call Jack they said that wasn't ever going to happen. They were continually ordering me what to do over and over but at the same time saying everything was fine, and it was really starting to irritate me. I just kept saying it wasn't fine, I was at the airport.

Then Bashir and one agent walked downstairs, the plane lands and is on the ground for 45 minutes and Bashir comes into the room and I ask him what is going on and he says I don't have any answers for you. I asked him for my phone and he said "I can't do that". So I was supposed to be free, but was not allowed a single phone call. I stayed in the upstairs room handcuffed and then they brought me through the terminal, with my cuffs covered of course. The Afghans stayed outside and didn't deal with me at all at this point and the Embassy and their officers escorted me through. When the State Department agents got ready to put me on the plane I started making loud complaints about my phone and finally it was brought back to Bashir but he wouldn't actually give it to me. They tried to take my Special Forces lighter but I became so upset about it that Bashir held that.

We then went over to the next security area where Birsner was flanked by Americans with machineguns, and with more State Department guys with machineguns around him further away. He ordered me to come to him. And as I got closer, he said, "these people do not want you in this country and you need to go now," and he was not going to let me use a phone to call anyone. He just kept saying the Afghans didn't want me here, but it was only US machine-gun toting agents keeping me in custody, not Afghans. Birsner gave my passport and plane ticket to another security officer and then Birsner took the phone and lighter from Bashir and handed it to security and said, "have a good flight and get out of my country."

I knew the Afghans that had been American allies during the 2001/2002 war were trying to keep me in the country and here was the DOS surrounding me with machine guns and putting me on the plane. Birsner refused to give me anything and sent my passport, lighter, and papers to the crew chief in the cockpit through the security officer. The handcuffs came off when I got on the plane. I understand the AP news reported that I was un-handcuffed and escorted by Afghan security agents to the plane. That was a completely false statement. I was handcuffed until I stepped on the plane and escorted by either a State Department officer, or someone that was employed by the State Department.

When I get to Dubai, the crew chief called another security officer who took my passport and phone and then escorted me to the immigration office. When I asked him for my passport and phone he said he was ordered by the US Embassy in Kabul to meet me and pick me up along with my passport and other items. When we got to immigration he was supposed to call another number and have another agent meet me. When I arrived at the immigration police office the DOS people were already waiting there with Dubai National Security.

I explained what was going on to Dubai immigration, and asked the man why I was being held in custody and why I couldn't have my cell phone, lighter, and papers. When the Dubai immigration supervisor started not cooperating with the US Embassy people the US agent told the immigration supervisor to ask me how long I had been in jail and what for. At that time he was holding and reading a document from Birsner at the US Embassy in Kabul. The UAE Immigration officer told him that deportees could not fly on Emirates flights. When the DOS agents argued, the immigration supervisor said, "this is the United Arab Emirates, he is not in Afghanistan or America anymore, he is in a land of freedom and in this country he has done nothing wrong." None of these DOS people would ever tell me exactly who they worked for. This agent just kept reading the paper and asking me about my case and what happened in Afghanistan. He made it clear that I was still in the technical custody of Birsner and the US Embassy/State Department. The agent didn't like what he was hearing from the immigration supervisor and went to call a "supervisor".

The immigration supervisor did not look surprised by the whole ordeal and he looked up my name, called an official in the UAE, and said yes, I was there. He then explained that the American agents were trying to hold me and were causing trouble with him. As his conversation was going on he shook his head a few times and then said "OK". It seemed like someone else was coming on and he was talking Pashtu and then it sounded like he was talking with the Northern Alliance Afghan Ambassador in the UAE. He ended with a very respectful goodbye, looked to see the DOS security agents were over to the side on the phone and quickly gave me my passport, phone and other papers and took me out the other door. I left while the DOs agents were trying to figure out what to do. Once we were out he gave me a special pass and took me through security around the side without any stopping or searching and put me onto a shuttle bus. He said goodbye, said that his people hated the United States Department of State, and

wished me good luck. The pass turned out to be a VIP pass.

Because of the US Embassy threats and pressure, they forced the new general to do exactly what they asked (or they brought him in for this purpose). Because of these wrongful actions by the US Consul, and State Department, I was forced to leave half-dressed, leaving my shirt behind, along with my computer, DVD player, Cd player, 100 music CDs, an Xbox which was an expensive gift, all of my clothes, my personal possessions, family photographs, toiletry gear, shoes, socks., legal files, personal documents, case files, and even my dog. Several Afghan commanders basically confessed that the plan was ordered and supervised by the United States Embassy, *Safarat Amrika*.

We live by the creed of "leave no man behind". It is a sacred promise to each other in war. It has kept the three of us alive through times when most others would not have survived. None of us would ever violate that oath while we still lived. The United States Embassy and Department of State, through subversion, deceit, and subterfuge, forced me to violate that oath. It is a violation of honor which men like Ed Birsner and Bashir Mamoon will never understand or comprehend. I do know that Jack Idema will defend himself against these people to the end.

Jack is correct in his affadavit, I cannot return to the United States under these conditions, and I will do everything possible to avoid that, including seeking asylum in any other country willing to accept me unless this Honorable court can help me. I have been denied an unrestricted passport which is my birthright to possess, and for all intensive purposes have been forced to forfeit all of my property. I was wrongfully detained by the US State Department after my release in Afghanistan, and I was forced to incur debt under threats of wrongful imprisonment. By preventing my request for Afghan citizenship, restricting my passport and travel, and using an implied threat of arrest or interrogation in Charlotte, the United States Consul seeks to make me a man without a country to go home to.

Jo's Cafe linked with **Man Without A Country**



 **Free Jack Idema Blogburst**

By: Cao in: General, Task Force Sabre 7 | Comments (1) | Permalink

**If you're looking for pieces on Jack Idema and his team, please click on this link.**

The Free Jack Idema Blogburst

It's been an amazingly busy week in terms of developments in the campaign to free Jack Idema and Captain Brent Bennett, the U.S. Special Forces soldiers illegally imprisoned in Afghanistan. Not only has a great deal taken place since last Thursday, but there has also been a fair amount of misinformation given out in MSM. Accordingly, what I'd like to do is present an accurate timeline of events. All of the information below comes directly from Jack Idema himself, speaking via Cao's Blog and the SuperPatriots, who are U.S. Special Forces soldiers working in the campaign to help Jack and Brent.

**Tuesday 26th September:** Two cells, numbers 2 and 10, are cleared of Afghan prisoners at the Tawab Keef prison near the U.S. Embassy in Kabal. Everyone at Tawab Keef is informed that these cells are to be used to hold Jack and Brent, in solitary confinement and without the Northern Alliance guards who currently protect them at Pulacharke.

**Thursday 28th September:** Jack and Brent are invited to take their evening meal with the Commandant of Pulacharke prison. This isn't an unusual occurrence by itself, but Jack isn't feeling well and declines the invitation. This, oddly, sparks a flurry of phone calls to Jack, begging him to attend the dinner. Brent finally agrees to attend without Jack.

**When Brent arrives** at the dinner, he becomes suspicious, and calls Jack, telling him he has the feeling he's about to be ambushed. Jack tells Brent to just get up and leave.

**Brent calls Jack a second time,** telling him that he's now being prevented from returning to his quarters. Idema then tries to reach Brent, but finds himself locked in his quarters — An unusual occurrence, since the ordinary Northern Alliance guards usually trust Jack not to leave the prison.

**25 soldiers surround Brent** during the 'dinner' and arrest him.

**40 soldiers attempt to storm Jack's compound** at the prison. Having survived more than a dozen assassination attempts, however, Jack is prepared to defend himself. He kicks a large can of gasoline down the stairs toward the advancing troops and lights his Zippo. They quickly withdraw.

**Friday 29th September:** Luckily, Lieutenant Banderas was not in the prison at this time, and managed to contact a group of Northern Alliance generals. They, in turn, used their political muscle to force the troops surrounding Jack's compound to stand down. Brent Bennett, however, remains in custody, whereabouts unknown.

**Saturday 30th September:** The next we here from Brent is at this point, when the press begin reporting that he has been 'released' and is on his way back to the States, accompanied by US State Department officials. In *fact* Brent was in custody, handcuffed, and forced to leave Afghanistan and Jack Idema behind. The intention, it seems, was to transport Bennett, presumably back to the US, but certainly out of Afghanistan, and certainly against his will. This 'Plan B' was necessary because the State Department and Karzai had failed to capture Jack Idema — For their 'Plan A' to work, they needed both men locked down and silenced in Tawab Keef prison. Since this hadn't happened, they decided to force Brent out of the country, then, we presume, try again to capture Jack.

**When Brent and his handlers** arrived in Dubai, however, the immigration police refused to accept custody of Brent's passport and handed the documents from the State Department officials back to Brent. Brent Bennett then promptly gave his captors the slip and, according to Cao: 'Is now **somewhere**, but **not** on the way back to the US'.

Finally, there's this, from Dan at SuperPatriots:

> Bennett family: Brent is fine, no thanks to the US State Department. A teammate of ours spoke to him. He is no longer in State Department custody, *[at least no physical custody, although under the law he clearly is suffering exceptional liberty restraints],* and the information on Cao's blog can be confirmed. He says he cannot make contact right now for reasons we can't go into. Actually I should say he is not just fine, he is safe and continuing to support his teammates from an undisclosed location. Jack and Zorro are also fine, facing continued assaults by the State Department, but in good spirits and holding out while the dust settles. Rumor is that certain members of the Afghan govt are not happy about the State Department and FBI using Afghan forces for an illegal operation and attempted illegal extradition of Americans. **Kabul TV announced tonight that the Supreme Court admitted the men had been innocent all along.**

So, yes, it's been one hell of a week.



So what can we do? Well, anyone reading this with their own blog can sign up for the weekly **Free Jack Idema Blogburst** by emailing Cao or Rottweiler Puppy for details. I'd urge everyone to do this, as we're still terribly short on takers. If you want to know more about the story, Cao's Blog has a large section devoted to Jack Idema. There's also a timeline here, and, of course, a huge amount of information is available over at SuperPatriots, without whose work none of us would have learned about Jack's story.

[Brent Bennett's story; from the man himself](#)

By: Cao in: [General](#), [Task Force Sabre 7](#) | [Comments (2)](#) | [Permalink](#)

**If you're looking for pieces on Jack Idema and his team, please [click on this link](#).**

On September 28, 2006, we were asked to dinner by the Security Commandant at Pulacharke. As stated by Idema, it was a common weekly event. Often at this time, the security commandant wanted to take pictures in front of his new flower gardens with Jack and I. Many times he had other military commanders from around the country who either knew Jack or wanted to meet Jack. This was the first time Jack did not go. He was not feeling well, and I decided to go. While I was there Nabi Gul kept asking the Security Commandant to call Jack to join us for dinner. At the time it didn't strike me as odd because the Commanders are always calling us to meet them for one social reason or another. Afghans are in most part, an extremely social and hospitable culture.

When dinner was over they still wanted to call for Jack. Then I said I should get back to check on things and I got up to walk back. I was told not to walk back, that I would be staying in block 1 that night, where the main riot had occurred last February/March of 2006. I asked why, and was told it had been ordered to separate us and we could visit once a day outside. I called Jack from one of our mobile phones. He said for me to try and make it back. I knew it wasn't possible. I called him again for help because I knew there was not a single officer at Pulacharke that would ever lay a hand on him or fight him. He had the same standing and respect as every Northern Alliance Commander in Massoud's United Front. For two plus years I had seen these Colonels and below salute him out of respect, and I knew if I got him there we could avoid whatever bad situation was developing.

But before he could get there, Nabi-Gul called on his radio for soldiers and from the sides of the building and behind more than 25 soldiers stormed into the offices and there were another 20 or more outside. I didn't recognize a single one of the soldiers. I had never seen any of them before and don't know where they came from. It was clear I wasn't going anywhere and it was a fight I could not win. I heard them talking between each other repeatedly talking about Safarat Amrika, dari language for the American Embassy. I could also hear Americans speaking dari, and I could identify the voice of US Embassy Consulate Bashir Mamoon who is the senior Afghan in the US Consul office (he and his family have worked for the Embassy for many years, but he also worked for the Taleban when the U.S. pulled its diplomatic presence out of Afghanistan -two years ago he showed me a picture of himself during his Taleban days.).

There was absolutely no doubt that the American Embassy was calling the shots and issuing orders that night. Nabi-Gul was repeatedly on the phone with Bashir Mamoon at the US Embassy. The mullah commander had already headed towards where Jack was.

Then I heard all hell break loose at Jack's block and Nabi-Gul ran towards our compound yelling on his radio for more soldiers to head there. I was taken to block 1 where I was put in a cell with about 6 different officers; several Colonels, Lt. Colonels, Majors and a Captain. They kept me up until after 3 am.

Early the next morning after the Security Commandant came in and said we were going to the Ministry of Justice to get my passport. I asked what happened to Jack the previous night and they seemed scared to tell me. I went to bathroom and asked an officer I knew alone and he told me Jack was fine and it was all resolved.

From there I was supposed to be driven to the Ministry of Justice to get my passport so that I could stay in Afghanistan with Jack and Lt. Banderas. They put me in the front of the car un-handcuffed to show me nothing was wrong.

On the way there the US Embassy called the Security Commandant and I understood much of the Security Commandant's conversation and could hear part of the conversation on the other side. It was the Embassy calling them and giving them instructions so the US Embassy knew about me going to getting my passport and Afghan citizenship.

All of a sudden they took a wrong turn and were driving towards the US Embassy. Then they made a call and the next thing I knew we were at the gates and Bashir Mamoon was standing there. Bashir insisted that I go into the US Embassy but I refused to step on US soil and I told Bashir that I believed it was a trick, and I did. Bashir made believe he didn't know what I was talking about. Bashir wanted the Afghans to bring me inside forcibly but they were very hesitant. I told the Security Commandant that there was no way I was going into the Embassy and on US soil because I knew they were trying to "F*** me." The Afghans saw how upset I was getting and I think they believed I might have been ready to fight, so they agreed that if I was refusing they wouldn't force me physically. Bashir was extremely upset about it.

The US Embassy officials came across the street three times and talked to the Afghan officers and again wanted them to physically force me inside, but there were a lot of people watching and the Afghans were nervous and would not do it, especially in front of all those witnesses. It was also

obvious by the way these Embassy officials kept looking back at their security people they wanted them to do it but they also seemed hesitant about all the witnesses seeing them drag me into the US Embassy. The funny thing is, if an American in trouble, fleeing from terrorists, or robbers, or murderers, ran up to the Embassy and tried to get in, the Embassy guards would point their weapons at them and probably shoot them. So here is an Embassy that shoots to keep everyone OUT, probably even Americans, yet they want to drag in an American who refuses.

Eventually a State Department employee called over the Security Commandant to move away and they talked too far away for me to hear. Since I still refused to come in they brought me to a bulletproof window, but I wouldn't go inside. We talked through the window, they kept trying to get me inside, but I kept explaining to the Afghans that I was afraid to go in, and pointed out that the Americans were the ones behind bulletproof glass. The Afghans saw the humor in that.

US Consul Birsner said the Afghan government did not want me there. I told Birsner that the Afghan government had already agreed to grant me citizenship, and I was supposed to pick up my Afghan passport that day.

Birsner said he only needed me to meet him for ten minutes, and I did, outside, but it took almost two hours. Birsner kept telling me the Afghans wanted me out of the country, but I knew the Afghans were the ones that were agreeing to let me stay if the State Department didn't object. Birsner kept ordering the Afghans around like animals and the Afghan Colonels all kept saying they were afraid of getting fired. But even still, they didn't force me inside the US Embassy.

Birsner told me to sign the papers and I would not sign anything unless he agreed to let me talk with the Ministry of Foreign Affairs for my passport. I could have called any number of high-ranking Afghan officials, all of their private numbers were in my phone, including the mobile numbers of every single Northern Alliance Ambassador, but the Embassy ordered the Afghan officers not to give me my phone or personal items (ID, lighter, papers). Birsner and Bashir Mamoon were the ones ordering this and they said they would not allow me to speak to any Afghan officials. Birsner said in English that he had no control over the phone, but apparently he didn't know I knew dari and he kept telling them not to give me the phone while trying to be sneaky about it.

They handed me a paper which they said was a travel voucher form with no amount marked and no travel plans and no information. I didn't want to sign but they said I had to sign or I would remain in solitary confinement at another prison until I did. I assumed they meant Saderat where we had been tortured before and that thought didn't make me feel very good. They were getting very upset about me not signing it and speaking to me like a child telling me to fill it out.

Birsner said to get everything situated would take ten days-later I found it was so I could be interrogated by American agents; from what American agency I never found out. It was not hard for me to completely comprehend that the State Department was calling all the shots and running the show. Edward Birsner kept telling me the Afghans wanted me out, but he refused to tell me who, what ministry, or show me any proof of that.

The document they had me sign was not filled out in several areas and I asked them how much it was going to be and Bashir assured me it would not be more than $700 and at the most, $800. I told them I couldn't pay it back and they told me I would have to pay it back in two months. Then I told them I had no intention of leaving Afghanistan and they could have it back when I got my Afghan passport later that day.

The only reason I finally signed the papers was because they promised me that I would have ten days to get my Afghan citizenship and resolve any problem with whoever it was that wanted to throw me out. I DID finally get the State Department paperwork when I was forced on the plane. I found out it was more than double the amount, more than $1400 dollars.

The State Department also added in words on the paper trying to make it look like I wrote it, but mistakenly put the wrong date where they wrote in the amount (the next day) and then added a top heading on the copies which I don't believe was on the original I signed. They also refused to give me copies of the other papers which said my passport was stolen, and Birsner lied when he said I stated my passport was lost at prison. I specifically told Birsner my passport was stolen by the FBI (or the State Department) because it had visas and proof I was innocent of several things that I had been accused of by the Taleban court and by the State Department. Birsner's sworn statement about how the passport ended up missing is a complete lie, several documents in this case prove it is a lie; including our FOIA requests to the US Embassy, the actual application I filled out (which Birsner did not show the court and probably withheld it on purpose), letters we have written to the State Department about our passports, and tapes of our conversations with the DOS.

Still reluctant to sign, Birsner again told me if I didn't sign the document, he would direct the Afghans to put me in solitary confinement until I agreed to sign. I had the choice of spending months in solitary probably at Tawab Kheef prison near the Saderat interrogation facility and facing the prospect of excruciating torture or being forced to fly out of Afghanistan and trying to resolve it later.

I asked why I couldn't go to Raleigh, North Carolina, where I lived near, and they said "I needed" to fly into Charlotte. When we left I asked the Security Commandant if we could go to the Ministry of Justice to get my Afghan passport. Bashir said I was going back to Pulacharke to stay.

When we were walking to the car Bashir called again and I heard them talk about Pulacharke, so I assumed I was going back there. I asked the

Security Commandant and he told me we were going to the MOJ. Then in the car they talked again and Bashir told him to take me to Pulacharke. We weren't going to Pulacharke, but I didn't realize it from the one-sided conversation I could hear over the noise driving until we turned into Tawab Kheef prison. I thought we were there to pick up the Block 1 Commander who had left the Embassy prior to that. Then they asked them if they could leave me at Tawab Kheef prison for the night so they could see their families and they would pick me up in the morning and back to Pulacharke.

When I got to Tawab Kheef prison the prisoners started calling me Jack and one guy was telling me how they had cleared the room out for me, and I said I wasn't Jack and and he told me how a day and a half before that he was told by prison officials that they had to clear out of their rooms because Jack was coming there. When the commanders realized he was talking to me about Jack, they got him out of there right away.

The Security Commander said I wasn't a prisoner, I was just there to go to the Ministry the next day. Well, luckily the Tawab Kheef prison commander was a friend of Jack's from the war, and he started treating me like royalty. Hundreds of prisoners in the huge area we were all in called me Jack because they thought Jack was the one coming. It was clear that the Embassy's plan was to bring Jack when we went down to the Pulacharke Security Commander's for dinner.

I was also shown both of two rooms that had been cleared for me, and the 25 prisoners moved out of the room for Jack were all made to sleep on the floor in the hallway, because they were all expecting Jack. The prison had cleared out cells #2 and #10 the previous day.

*Note: There is more to this statement, [continue reading here.](#).*


Jo's Cafe linked with **Man Without A Country**
The Wide Awakes linked with **Brent Bennett's story; from the man himself**

10/2/2006
[cell #10](#)
By: Cao in: General, Task Force Sabre 7 | No Comments Yet | Permalink

**If you're looking for pieces on Jack Idema and his team, please click on this link.**

This just in and I may have to either update this post later, or put more thoughts together in another post.

At Tawab Keef prison near the US Embassy in Kabul, cells 2 and 10 await. The previous occupants, about 20 Afghans, were cleared out about two days prior to the dinner at Pulacharke with the Commandant. And everyone at Tawab Keef knew who the two Americans were who were about to arrive.

The dinner with the Commandant at Pulacharke was supposed to include Jack Idema. But Jack didn't feel well, after he'd been on the phone with the American Embassy and he'd been without sleep. So the dinner didn't go very well, because their guest of honor, never arrived. They repeatedly called him during the course of the evening, urging him to join them. Jack Idema was supposed to be at that dinner the night. Brent ended up going in Jack's place.

Brent had a nagging suspicion that he was about to be 'ambushed', and called Jack. Jack told him to try and make his way back. Brent called back, saying they wouldn't let him. Jack tried to leave and noticed there were big locks on the gates, put there by a Taleban mullah, the leader of the block. So he was unable to go and help his friend. And then…all hell broke loose. Brent was surrounded by about 25 soldiers that he'd never seen before, and soldiers started swarming into Jack's block.

Now, Kim Richter, a State Department representative, called Brent's family and said that Brent had their names taken off for the State Department to call. She said that Brent wasn't 'handed over to terrorists'. She said Brent's family is not getting 'correct information', that Brent had a plane ticket to go home, he was handcuffed by the Embassy because 'he had a loan from the Embassy.' In light of the following, I can only imagine that 'loan' was for his plane ticket home, considering that the Embassy has charged these men to receive mail from home. The State Department's story and version of events is highly suspect. Why they would further obfuscate the facts to a family awaiting word of their loved one is disturbing.

You see, these men were 'released' weeks and months before. Karzai has been trying to give them 'amnesty', but he's also been requiring Jack Idema to sign either a statement of guilt, or an affadavit denouncing the Northern Alliance and Massoud's United Front Military Forces, which he will not do. So there has been a lot of behind-the-scenes negotiating, with no success. It appears as though the American Embassy in Kabul is

determined to hand them from one prison to another, with absolutely no communication with their families as to their whereabouts or safety. One is not left to wonder why; they may never be heard from again.

In my opinion, this is absolutely cruel and unusual punishment directed at loved ones awaiting word in the United States.

The United States Embassy in Kabul ordered the Afghans to continue holding them after their March 2005 "innocent" verdict. The Afghan Embassy in Washington, D.C. told the women in blue burkas who demonstrated for their release this past September 11th that their continued imprisonment was 'political' and that the American Embassy would be responsible for their release. But the American Embassy had all along been denying them water, denying them attorney-client privileged correspondence, denying them mail to and from their families, and denied them passports when they were requested over a year ago. The American Embassy is treating them as though they're not even citizens; and what's worse; not giving them what is due them according to the Constitution, the Geneva Conventions, and all the rest. When I contemplate this story, I am appalled that we're talking about the American Embassy's treatment of United States citizens in a foreign country here. It doesn't seem possible. A United States Embassy in a foreign land is supposed to be a safe haven for United States citizens. But here, it simply isn't the case.

Now, apparently, because Banderas and Bennett wouldn't sign the 'amnesty' agreement, that Karzai has been offering- it was agreed with Afghan prison officials they could come and go from Pulacharke as long as they came back and slept there at night; a kind of 'loose' arrangement that I would imagine Martha Stewart would have. This was a trust agreement; although Banderas and Bennett would never leave Jack Idema; that much has become clear over time. These comings and goings weren't publicly acknowledged and were kept secret because if the American Embassy knew about it, they would be imprisoned, and some felt, taken back to Saderat Extreme Interrogation facility in Kabul–where they had spent their first four months tortured, starved, beaten, and as a result of those beatings, lost teeth, had torn rotators cuffs, torn retinas, endured dance with the scorpion, boiling water poured between their legs, and more.

Apparently this was the entire purpose of the dinner at the Commandant's. The Embassy had been to Pulacharke before to 'have a meeting' with Jack and Brent, but they knew, under the circumstances, there were way too many security personnel in attendance for it to be a 'friendly meeting'. They were there to 'take custody' of them. And as long as Jack and Brent are in Afghanistan, that can only mean one frightening thing: Saderat. I'll explain how we know this in a second.

So here are some of the events leading up to Brent's leaving Pulacharke prison under duresse.

Around September 27, Jack was invited to have dinner with the Security Commandant of the prison. This was a relatively common event for Jack, as he's been treated more or less like a celebrity since his arrival from Saderat. It usually occurs on Thursday or Friday, during the muslim holiday. What is unusual is that a prisoner would have dinner with the commandant. To my knowledge, this is not a common occurence at any prison. The prisoner is behind bars, the commandant is not. But as we've seen, these are unusual men, unusual circumstances, and the Northern Alliance has control of Pulacharke and are grateful for all that Jack and Brent have done for them and for Afghanistan. They were the ones that stopped the torture of these men at Saderat and brought them to Pulacharke, after their first 'guilty' verdict in September of 2004.

Now I'm confused as to the timing of this, or the day that it actually occurred–but Jack had been on the phone with the Embassy, and wasn't feeling up to par after listening to the Embassy threaten the Commandant 'to do something' about Jack and Brent 'faster'. So Brent went to dinner that night, in Jack's stead. Repeatedly Jack resisted the suggestion to join them at dinner, each time turning down the invitation. Brent somehow managed to call Jack, saying he had a strange feeling he was about to be 'ambushed', that people were acting strange. Jack told him to make his way back, and Brent called him back, saying they wouldn't let him. Jack tried to leave his cell block to get to Brent and help, and the gates had giant locks on them, put there by the new block commander, a former Taliban mullah. Jack heard someone yelling 'go, go *buro buro*!' in English. And that's when the proverbially shit hit the fan.

Brent was surrounded by soldiers he'd never seen before–about 25 of them. And while this was going on, and Jack was hearing Brent in pashtu and dari over the radio, and hearing "American Embassy" in dari from soldiers–another 25+ soldiers began swarming into Jack's cell block, the number growing to around 40, trying to break into the inside gates.

Having had over a dozen attempts on their lives by the Taleban and Al Qaeda in the past two years, Jack Idema had managed way beforehand to take some precautions to slow down someone who would break into his cell block with murder on his mind. The new General's nephew, Nabi-Gul went running up the stairs with his body guards pointing their AK-47's at Jack. Two unlit molotov cocktails were tossed through the gate. Then Jack kicked a large can of gasoline into the air and lit his zippo. As the gas poured down the stairs, Nabi-Gul and his goons ran like hell in retreat.

The standoff lasted all night. Banderas was outside the prison now, trying to get help. He finally reached some of the NA Generals at about 0630 at the national mosque, who, after prayers, made some 'stern phone calls', and Pulacharke immediately became a ghost town.

The plan, to take these men away from Pulacharke, unbeknownst to their families, to an undisclosed location, and leave their possessions as a reward or a bribe for General Sidiqi and Nabi-Gul, didn't pan out.

But wait. It's not an 'undislosed' location anymore. Because we now know, according to several reliable sources, that it is Tawab Keef prison near

the United States Embassy, where "the Americans want to take you back and forth at night to Saderat when no one can see," said one source inside the prison. The Department of Justice, through the FBI, finances and oversees Saderat torture facility.

One empty cell at Tawab Keef prison in Kabul is being kept ready for Jack Idema's arrival, on the orders of Ambassador Ronald Neumann.

It is solitary confinement cell #10.



10/1/2006


Wide Awakes is a google news source

By: Cao in: General, Task Force Sabre 7 | No Comments Yet | Permalink

Imagine my surprise tonight when I did a google search for Brent Bennett.



Cao's blog didn't make it, apparently (I'm assuming) because of the religious theme of the blog; but the Wide Awakes has…and it's featuring the news of the day; the only article that appears showing the truth about what's been happening in the Saga of Task Force Saber 7.

Even if Joe Cafasso aka Gerry Blackwood and Kathryn Cramer's friends at Google hurry up and get rid of that reference, I have it preserved both here and at the Wide Awakes for all time. Take that, Columbia Journalism School and whoever that prolific phonecalling editor is and Floyd Abrams' office!



[Where's Brent Bennett?](#)

By: Cao in: [General](#), [Task Force Sabre 7](#) | [Comments (2)](#) | [Permalink](#)

**If you're looking for pieces on Jack Idema and his team, please [click on this link](#).**



Look, I'm not in the mood for joking, but [I guess the Pats guys are.](#) ha, ha.



US State Department Security Agents lost Brent Bennett in Dubai. I'd bet they're frantically filling out forms about that. Think about this: If Bennett was free, then why would you issue him a one-way direct passport that expired in 4 days and restrict his travel to only one airport in the United States? Ok, you searched him, stripped him, cuffed him, had police hold his passport, and he only had the $100 bucks you gave him. What could have possibly gone wrong? Seems like you had it covered.

oops!

Seems as though this incident has the potential to backfire on the Bush Administration, the State Department, and a number of other government agencies.

The evidence that's been filed in US Federal Court in Washington DC over the past several days is disturbing and shocking. If proven true, and we

think that will happen, the US Consul and Hamid Karzai may find themselves explaining their actions in a US Federal Court and before Congress.

Think about this, too; the officials in the UAE were the ones who gave Brent back his passport and ID and allowed him to slip out the back way. Look again at these documents, in particular who the person was who signed the agreement in the translation below.

**Letter of the Afghan Ambassador- Jack Idema is Innocent**



In Afghanistan, the most important messages and letters between high powered officials are written in longhand if they are expected to be honored.

**Translation Starts:**

Date: 13/5/85  [4 August 2006][36]

### Embassy of the State of Afghanistan – Abu Dhabi

To Excellency Honorable Azimi Saheb,[37]
Presidency of Honorable Supreme Court of Islamic State of Afghanistan:

Honorably!  Bearer[38] of this letter is closest friend of us.[39]  Him along with the great people with the white beards[40] [the elders of our nation] will come there to congratulate you and in same time he [implies "they"] will talk about an American officer who has been living for long time in prison without any kind of crime and sin.

I am expectant about [literal translation; which can also be "expecting"] the release of this officer because it is necessitated by our Afghan hospitality, that you order and command generous attention[41] to this.

His Excellency Zekria Farid[42]
Ambassador to the United Arab Emirates[43]

**Translation Ends.**



[To Brent's family, particularly his mom](#)

By: Cao in: [General](#), [Task Force Sabre 7](#) | [Comments (3)](#) | [Permalink](#)

**If you're looking for pieces on Jack Idema and his team, please [click on this link](#).**

From Dan:

> Bennett family: Brent is fine, no thanks to the US State Department. A teammate of ours spoke to him. He is no longer in State Department custody *[at least no physical custody, although under the law he clearly is suffering exceptional liberty restraints]*, and the information on Caos blog can be confirmed. He says he cannot make contact right now for reasons we can't go into. Actually I should say he is not just fine, he is safe and continuing to support his teammates from an undisclosed location. Jack and Zorro are also fine, facing continued assaults by the State Department, but in good spirits and holding out while the dust settles. Rumor is that certain members of the Afghan govt are not happy about the State Department and FBI using Afghan forces for an illegal operation and attempted illegal extradition of Americans. **Kabul TV announced tonight that the Supreme Court admitted the men had been innocent all along.**

So to Marko who left a comment on [my first "Free Jack Idema" post](#) from way back when - what "Geneva Convention" violations are we left with if the Afghans themselves have declared them innocent?



[Where it stands with Jack Idema and Brent Bennett](#)

By: Cao in: [General](#), [Task Force Sabre 7](#) | [Comments (6)](#) | [Permalink](#)

**If you're looking for pieces on Jack Idema and his team, please [click on this link](#).**



*Afghan National Police stand outside Pulcharke prison's third gate the day after Iraqi, Arab and Pakistan terrorists try to kill Jack Idema, Brent Bennett and Ed Caraballo back in 2004. Four Northern Alliance soldiers were killed and five were injured protecting the Americans on December 17, 2004. This was one of over a dozen attempts by Al Qaeda and the Taleban to end their lives.*

Brent Bennett was taken during a dinner with the Pulacharke prison commandant. It took 25 soldiers to get Brent Bennett out of Pulacharke, and I can't wait to interview him to find out exactly what went down. Bennett was put in solitary confinement somewhere in Kabul by the State Department before he was taken to the airport

What is even more amazing is how Jack Idema fought off over 50 soldiers and remains alive, which SF Soldiers on the ground in Afghanistan find hysterical; a story to tell their grandchildren.

Brent Bennett was siezed by US State Department who kept him under guard until he boarded the plane. AP saw this and failed to report it.

The DOS officers stayed on the apron and had their Afghan NSD Agent escort him on to avoid photos. They threatened to arrest a photographer there. They also threatened a US soldier at the airport with obstruction charges when he went up to say "hello" to Brent. The NDS tried to arrest Banderas in the parking lot after he tried to bring Brent a shirt (because they were forcing him to leave half-dressed!). NA soldiers backed down the NDS agents outside the airport.

Brent Bennett was in DOS "custody" when it was falsely reported that he was 'unrestrained' by the Associated Press, the head of the prison saying he was 'happy' according to the AP. Truth is, he was handcuffed by the Embassy, an Afghan scarf was laid over the handcuffs and they gave his passport to the crew chief. Bennett says that the sworn statement filed in US federal court by the Embassy consul Ed Birsner is a complete lie. In Dubai, the Immigration police refused to accept custody of his passport and would not turn him over to US and Afghan agents at the airport.

Brent escaped with his 14-day passport while the Agents were calling for their supervisors at the Immigration area. According to Bennett, the Dubai Immigration Officers said it was not the US or Afghanistan, UAE was a free country, and Bennett could not be detained in Dubai. The Immigration police then slipped him his passport and ID and allowed him to exit a back area.

Bennett is now **somewhere**, but **not** on the way back to the US, at least not according to his account.


*Security outside Pulacharke February, 2006.*

Jack Idema is facing another attempt to take him from Pulacharke by the Embassy, in spite of what the press reports say; it is the Embassy which is behind the attempt by the Afghan army a few days ago to 'subdue him'. The Red Cross was at the prison just today trying to help, according to Jack.

They are still "barricaded" in at Pulacharke to keep from being taken into custody by the American embassy (presumably turned over to the State Department). He said someone in the Afghan government got the other soldiers withdrawn yesterday so it looks pretty calm there at the moment, and the Afghans are certainly not wanting anyone to see any conflict. He sounds fine and said they had no problems there at the moment but expected something to come down in the next few days.

These guys were all released a few months ago. This is still a little confusing. None of this would have come to a head if it weren't for our blue Burkha demonstration at the Afghan Embassy in DC on September 11th when we gave the Ambassador an undercover tape of the appeals court judges saying they were all innocent. Considering that evidence, why is it that the State Department wants them now?

The order to take them happened just a few hours after the Bush/Karzai meeting.

Thanks to special forces on the ground for the information. I will keep you updated as I hear more. Keep praying for their safety.

Rottweiler Puppy linked with **The Free Jack Idema Blogburst**
Christian Clarity Review :: Jack Idema and Brent Bennett :: October :: 2006 linked with **Christian Clarity Review :: Jack Idema and Brent Bennett :: October :: 2006**



9/30/2006

By: Cao in: General, Task Force Sabre 7 | Comments (5) | Permalink

**If you're looking for pieces on Jack Idema and his team, please click on this link.**



*Brent Bennett listens to his sentence at the court in Kabul, Afghanistan, in this Sept. 15, 2004 file photo. Bennett left Afghanistan late Saturday Sept. 30, 2006 following his release from an Afghan jail, officials said. (AP Photo/Emilio Morenatti, File)*

The Boston Herald

KABUL, Afghanistan - An American convicted of running a private prison in Afghanistan as part of a freelance hunt for terrorists left the country late Saturday following his release from an Afghan jail, officials said.
Court documents filed Friday in Washington, D.C., show that U.S. officials planned to help Brent Bennett secure a passport and a ticket out of the country, and an Associated Press reporter saw a man identified as Bennett board a plane for Dubai late Saturday.

Fayetteville Online

Bennett, former U.S. soldier Jonathan "Jack" Idema, both of Fayetteville, N.C., and Edward Carabello were arrested in July 2004 and convicted of running a private prison in Kabul after Afghan security forces raided a house and discovered eight Afghan men who said they had been abused.

And these eight Afghans were connected with Mulluh Omar, connected with notorious terrorist Gulbideen Hekmatyar, etc. And let's not forget; these terrorists lied about 'being hung upside down in the basement' of a building that had no basement. And after Idema and Bennett were 'convicted' of these false charges, the terrorists were set free and there was a bombing at Bagram AFB.

Abdul Qayum, the commander of the Pul-i-charki prison where Bennett had been jailed, said the American was in good spirits when he left the prison on Saturday.

An Afghan airport official showed an AP reporter a copy of the passport of the man boarding the plane in the name of Brent L. Bennett. The official asked not to be named because of the sensitivity of the issue.

Huh.

No U.S. officials in Afghanistan would comment on Bennett's case, and an American lawyer filing paperwork on his behalf said he didn't know if Bennett was free or in U.S. custody. When Bennett boarded the plane he was not wearing any restraints.

Well that's encouraging, he wasn't wearing any restraints. Something is still odd, though, I can't put my finger on it.

Fox News: American Imprisoned in Afghanistan for Running Private Jail Freed …

Here's the one Jo didn't like from CNN: Convicted U.S. freelance terrorist hunter leaves Afghan jail

These all seem to be reduxes of the same report written by Associated Press writer JASON STRAZIUSO.

Here's one with a little different flavor from Townhall dot com:

> He was held in a private room at the airport and journalists were prevented from talking to him.

Well isn't that interesting. No reporters.

> Idema, who is serving a five-year sentence, also told the AP that Bennett was being flown out of the country on Saturday. He said **Bennett had been forcibly removed from his cell earlier in the week during a night of violence at the prison that included a fire being set in a cell block and gunfire from guards.**

It's good to know some of this hit the airwaves.

> Bennett's mother, Debra Bennett, said she hadn't heard from her son directly and didn't know his plans, but that Tiffany had told her he had left Afghanistan.

> "We're trying to find out what's going on," said Debra Bennett of Fortuna, Calif., about 250 miles north of San Francisco. "We miss him so much."

> She said family members hadn't spoken with Bennett since December and were excited to hear about his release. "We just want to see him back here in the United States," she said.

God bless Brent's family and his grandparents, I'm sure they're relieved.

Update, this just in from Dan:

> 1. Bennett was handcuffed, his cuffs were covered by a an afghan scarf. AP is stupid.
> 2. Bennett was siezed by US State Department who kept him under guard until he boarded the plane. AP saw this and failed to report it.
> 3. The DOS officers stayed on the apron and had their Afghan NSD Agent escort him on to avoid photos. They threatened to arrest a photographer there. They also threatened a US soldier at the airport with obstruction charges when he went up to say hello to Brent. The NDS tried to arrest Banderes in the parking lot after he tried to bring Brent a shirt. NA soldiers backed down the NDS agents outside the airport.
> 4. His passport was placed in the hands of the crew chief for turnover to the UAE police.
> 5. (From a source in the UAE) The UAE Immigration police called the US and Afghanistan criminal countries and said the UAE was a country of freedom, then handed Brent his passport and told the police he really didnt like the US State Dept.
> 6. Brent was not taken out of a "cell." He was captured at dinner with the Commandant.
> 7. They tried to get Jack, but were unsuccessful, but you can get that story from another source.
> 8. Reports that Bennett were beat up were wrong, ruffed up, and put in solitary but not at the prison, somewhere in Kabul by the State Department. The people that grabbed him at the dinner were not prison officers.

So now we have another example of complete BS spread around like fertilizer by the AP about a story that we can verify with our friends on the ground in Afghanistan and Iraq who have contacts, and are themselves coming forward to set the record straight.



Brent Bennett is reportedly missing, 'sent home', says US Consul Birsner

By: Cao in: General, Task Force Sabre 7 | Comments (1) | Permalink

**If you're looking for pieces on Jack Idema and his team, please click on this link.**

Brent Bennett is reportedly missing and not at Pulacharke. Hell, according to US Consul Edward P. Birsner, he's not even in Afghanistan. So what happened? Who has him? And what's to become of Idema, if he's even still alive?

- What day was Bennett released and when did he sign an amnesty agreement?
- No one has seen the documents that, according to US Consul Ed Birsner, Brent Bennett signed.
- If these documents exist, why didn't Birsner include them in his filing in response to their TRO?



- The big dogs (Karzai and Bush) meet, and immediately afterwards the Afghan army goes into Pulacharke, removing Bennett to an undisclosed location. Does this seem the least bid odd?
- Does this have something to do with Jack's weekly Rogue Radio Live radio show on WAR Radio? He thoroughly blasts Karzai, among others, every single week on that show.
- Who do they really want now that Brent Bennett is now gone from the prison?
- Does the American government and Embassy think they're not responsible when it was Bashir Mamoon, the translator and 'assistant' for Birsner who ordered Afghan officials to do this?
- Although all police and military have now been withdrawn, where is Brent Bennett now?
- These guys are registered as prisoners of war with the Red Cross, yet the Embassy claims *Bennett flew home.*
- The Afghan Ambassador in Washington DC said they were 'political prisoners', so how could this be?
- If they were 'political prisoners' and Ed Caraballo and Brent Bennett have now been released, why is Jack still there?
- Why is Bennett's phone in the hands of someone who speaks English/Dari and doesn't identify himself?
- What agency is after Jack Idema and what American governmental agency has Brent Bennett now?
- What condition is Brent Bennett in? Reports are that he was beat up pretty badly.
- Why did Bennett leave all his possessions behind if this was just a normal 'surrender' and why did he leave the prison half-dressed?
- Can Bennett be deported or extradited from Afghanistan to somewhere else (presumably the United States) against his will- without having charges brought against him, or without signing an agreement?

Apparently the US Government does whatever the hell it wants to, regardless as to what the law reads.

"Freedom of Speech", apparently is something that is only supported by legions of terrorist-appeasing lawyers.

They say "leave no man behind". US Consul Birsner has forced them to leave Jack Idema behind. Ed Caraballo was released in April and flew home. Brent Bennett has disappeared, along with Birsner's very lame explanation for the events that just took place, which seems to raise more questions than it answers, and even more suspicion as to the American government's motives against Idema.

Who is responsible? There should be a Congressional Investigation, naming all those complicit. The US Consul be fired, members of the State Department questioned and punished, the DOJ should hold to the law and its own standards (like the habeas corpus petition that these guys filed over two years ago and was never answered), and the military should stand for its own instead of threatening court martials to anyone who lent a hand to these men.

The FBI and others should own up to what really happened here; innocent men have paid a terrible personal price for bureacratic stupidity when they thought they were going to war against the Taliban and Al Qaeda, and hunting Bin Laden. That's simple enough, isn't it? The President said in September of 2001, that all Americans were now soldiers in the War On Terror. He called upon each of us to do whatever we could to stop terror and save American lives. Jack Idema and his men have done that. But now it turns out they're fighting their own government for rights in outdated documents like the US Constitution. Instead, we've got 'international law' that doesn't recognize your right to defend yourself, and that might well declare the war in Iraq illegal, and excuses Saddam Hussein for perpetrating genocide against his own citizens because they were his own citizens. The American Constitution, Bill of Rights and Federalist Papers apparently don't apply to American citizens anymore; they're just pieces of paper that belong in a museum as a testament to a bygone era when our rules and laws were enforced for the purpose of protecting our citizens. Now we have laws that protect the criminals and indict our citizens, and nobody seems to give a damn.

There doesn't appear to be an "America" anymore, there certainly doesn't seem to be an America that fights together to support American values, or protect our nation. Instead, we have people who are working against us, even writing stories that depict terrorists as victims, and encourage those who conspire to destroy us. The 9/11 attack on our soil doesn't matter anymore. America is now fighting against itself; Idema and Bennett are just collateral damage.

Anyone sick of this yet? Well if you are, then go to one of the blogbursts and start ringing phones and writing letters and contacting the media (although I have little faith in them, consider Qana, Haditha, Abu Ghraib, Valerie Plame, Rathergate, etc.). Because if we don't shake things up to the very foundation–to the very core of these peoples' beings–then Jack Idema might well end up dead.

By the way, I don't buy the crap that Idema is an ass. So if he's 'an ass', does that mean we should turn our backs on a fellow American? I don't care if you are an ass, you don't deserve to die for stupidity, and that's what all of this is.

Jo's Cafe linked with **Where is Jack?**



9/28/2006
 Jack and Brent may not make it through the night
By: Cao in: General, Task Force Sabre 7 | Comments (8) | Permalink

**If you're looking for pieces on Jack Idema and his team, please click on this link.**

As of 11:30 a.m. Eastern Standard Time, Idema's compound in Pulacharke is burning. Bennett has been taken by forces loyal to Karzai to the Al-Qaeda portion of the prison, where rumor has it and it is reasonable to presume he is being tortured.

Back in February, these men filed for a TRO and nothing happened. Upon orders of the US Consul, who I didn't realize was a reigning political force in Afghanistan but apparently is, the Afghan national army is 'to subdue Idema dead or alive'. Might this have something to do with the complaints and demands from a certain editor at Columbia University? It certainly is a possibility.

A few weeks ago, the Afghan Ambassador, Said Jawad, in Washington DC, claimed that Idema's detention is a 'political problem' which can only be resolved by the US Embassy.

So now we know how the American Embassy in Afghanistan resolves 'political problems'–the US Counsel orders their capture and or deaths after they've been declared innocent, Karzai's army follows. Is this really the United States, or did I take a step back in time to Soviet Russia and the KGB?

**Letter of the Afghan Ambassador- Jack Idema is Innocent**



In Afghanistan, the most important messages and letters between high powered officials are written in longhand if they are expected to be honored.

**Translation Starts:**

Date: 13/5/85   [4 August 2006][36]

### *Embassy of the State of Afghanistan – Abu Dhabi*

To Excellency Honorable Azimi Saheb,[37]
Presidency of Honorable Supreme Court of Islamic State of Afghanistan:

Honorably!  Bearer[38] of this letter is closest friend of us.[39]  Him along with the great people with the white beards[40] [the elders of our nation] will come there to congratulate you and in same time he [implies "they"] will talk about an American officer who has been living for long time in prison without any kind of crime and sin.

I am expectant about [literal translation; which can also be "expecting"] the release of this officer because it is necessitated by our Afghan hospitality, that you order and command generous attention[41] to this.

His Excellency Zekria Farid[42]
Ambassador to the United Arab Emirates[43]

**Translation Ends.**


So tell me, you idiots who say that Jack is a fraud and all that other crap. Tell me he deserves to die….because that's what may very well happened in short order after over 2 years of the US Government not responding to their habeas corpus petition, even while three republican senators are arguing about Geneva Convention rights for terrorists. Anyone else see something wrong with this picture, or is it perfectly okay for Americans being held illegally in a foreign land which signed agreements to uphold our laws to be killed on top of it all?

And for what reason? For politics? Because the Americans struck up a secret deal with the Taliban and switched the rules of the game after we'd already won? And now, years later, we're supposed to just 'fohgeddaboudid' and 'give peace a chance'?

Notice Newsweek's headlines across the world…except in America where the journalists are making sure they don't tell that same story.

Americans' rights are being ignored to the point where they might well die at the hands of forces ordered by the US Consul of the American Embassy in Afghanistan…an entity which is supposed to protect the Geneva Conventions and the rights of American citizens. This entity has ordered their captures and/or deaths!

Will update when I find out more.

_____Idema Quote a few hours ago_____

"This is it, Karzai and the US has finally ordered them to use weapons against us, the new General Sadiqi , has said that he was given orders to shoot to kill if we resisted. We may not make it through the night. if not, bye. At least you know what finally went down. They are going to cut all the phones off in this area soon if they do come in. My block is on fire, surrounded, and they already got brent, I will hold out to the end.

goodbye friends,
Jack"

Thursday, Washington, DC 3:38PM
United States Federal Judge Orders government to respond in Court by 12 NOON Friday and answer for siege on Americans in Afghanistan, assaults against Captain Brent Bennett, and an attempt to murder former US Special Forces soldier Jack Idema

Update:

From Rotty Pup: Jack And Brent Are In Serious Trouble

While two-faced, Taliban-appeasing Afghan President Karzai spends a week in the U.S. lecturing everyone on how to deal with terrorism, back in Afghanistan, Jack Idema and Brent Bennett are fighting for their lives:

> As of 11:30 a.m. Eastern Standard Time [Thursday], Idema's compound in Pulacharke is burning. Bennett has been taken by forces loyal to Karzai to the Al-Qaeda portion of the prison, where rumor has it and it is reasonable to presume he is being tortured.

Well, yes, we have been here before — Jack and Brent have survived more than a dozen assassination attempts in the past. This time, however, they're under direct attack from forces loyal to Karzai, who have already captured Brent and handed him over to Al-Qaeda prisoners in their section of the prison.

Before his communications were cut-off, Jack Idema had the following to say late Thursday:

> "This is it, Karzai and the US has finally ordered them to use weapons against us, the new General Sadiqi, has said that he was given orders to shoot to kill if we resisted. We may not make it through the night. if not, bye. At least you know what finally went down. They are going to cut all the phones off in this area soon if they do come in. My block is on fire, surrounded, and they already got Brent, I will hold out to the end.
> goodbye friends,
> Jack"

This does not look good, not good at all.

Jo's Cafe linked with **Where is Jack?**
Rottweiler Puppy linked with **Jack And Brent Are In Serious Trouble**
Jack Idema is in trouble « Voice of the Pacific linked with **Jack Idema is in trouble « Voice of the Pacific**
Crystal Clear linked with **Will Tomorrow Come for Jack Idema?**
The Voice linked with **Jack Idema may be killed**

9/27/2006

**Free Jack Idema Blogburst**

By: Cao in: General, Task Force Sabre 7 | Comments (1) | Permalink

**If you're looking for pieces on Jack Idema and his team, please click on this link.**

One of the things worth stressing about the case of Jack Idema and Brent Bennett, the two US Special Forces soldiers held illegally in Afghanistan, is that the injustices they've suffered weren't aberrations. All across Afghanistan, right now, the freedoms men like Idema, Bennett and the Northern Alliance won for the Afghan people are being rolled back in an effort to appease Islamists and 'former' Taliban members.

A case in point is the reintroduction of the infamous Office for the Prevention of Vice and Promotion of Virtue, a move which prompted the following objection from the Afghan Bar Association [pdf]:

> The Afghan Bar Association seriously and completely opposes the establishment of a new Afghan Government Office for the Prevention of Vice and Promotion of Virtue. This Office, which was established by the Taliban terrorist government was known as Amrer Bil Maroof Wa Nahee Anil Monka, Prevention of Vice and Promotion of Virtue. This office, under our Taliban oppressors, became infamous for corruption, abuse of power, terrorism, torture, and murder. Under the Taliban, this office was responsible for countless deaths of innocent Afghans for crimes ranging from wearing nail polish, to failing to pray or shaving beards. The Afghan people, after 25 years of war and struggle, know this office as the face of terror and oppression, a terrorist operation, which struck fear in the hearts of all Afghans and imposed their vicious and brutal will upon our people with the whip, the braided cable, and the machinegun.

Those of us who've followed the Idema case for some time now shouldn't find this, latest move of President Karzai's surprising — It was with his blessing that Jack, Brent and the rest of Task Force Sabre were subjected to a trial under Taliban 'law', presided over by a Taliban judge, and this only a few months into Karzai's Presidency. Two years down the line, it seems as though the re-Islamisation of Afghanistan is gathering pace.

These two issues — the campaign to free Jack and Brent and the campaign to keep Afghanistan free of Taliban-style religious police — came together in Washington recently, when a group of American and Afghan women, dressed in burkas, handcuffed themselves to railings outside the Afghan embassy:

> The Taliban executed women for wearing nail polish. A FREE THEM NOW spokeswoman said, "Mr. Hamid Karzai simply tortures them and imprisons them, not for nail polish, but for speaking out, divorce, adultery, sex outside of marriage, and many other things. Americans must never fear exercising the Constitutional rights paid for with American blood for more than 200 years." The women remained anonymous under the Burkas throughout the protest.
> […]
> "We demand justice, and if it takes a dozen Burkas surrounding the Afghan Embassy on September 11th 2006, then 300 Burkas surrounding the Afghan Embassy on October 12th, the anniversary of the first bomb being dropped on the Taliban in the war of liberation, and then 1000 more Burkas surrounding the Afghan Embassy on November 12, 2006, the anniversary of the American liberation of Kabul, then we will do it. But the terror and oppression must be stopped."

The protesters handed the Afghan Ambassador, Sayed Jawad Tayeb, a videotape of Afghan Supreme Court Judges discussing the Idema case and stating that Jack is completely innocent. Further protests are planned in Washington, New York and London for October 16th. For more information, readers should visit the Free Them Now homepage.

So what else can we do? Well, anyone reading this with their own blog can sign up for the weekly **Free Jack Idema Blogburst** by emailing Cao or Rottweiler Puppy for details. I'd urge everyone to do this, as we're still terribly short on takers. If you want to know more about the story, Cao's Blog has a large section devoted to Jack Idema. There's also a timeline here, and, of course, a huge amount of information is available over at

SuperPatriots, without whose work none of us would have learned about Jack's story.

You can also contact the following people and make your feelings known:

Secret US EMBASSY Fax: - 301-560-5729
(Local US Fax: Goes RIGHT TO Ambassador)
c/o US Ambassador Ronald Neuman
US Embassy- Afghanistan
6180 Kabul Place
Dulles, VA 20189-6180

US Consul Russell Brown - 011-93-70201908 (Fired)
US Consul Addie Harchik- 011-93-70201908
(denied them water and mail at Thanksgiving- Gone)
US Consul Edward Birsner- number yet unknown
US Embassy Translator Wahid - 011-93-70201902
US Embassy Asst Consul Bashir Momman- 011-93-70201923
US Consul (friend) Dawn Schrepel- 011-93-70201908 (Fired)

Ambassador Massoud Khalili
(wounded with Massoud)
(Great and Kind man)
Islamic State of Afghanistan
Embassy of Afghanistan
Ankara, Turkey

H.E. Said Tayeb JAWAD (Afghan Ambassador- powerful in US)
(Northern Alliance Good Guy Fired- New Pro Taliban Ambassador)
Embassy of Afghanistan in Washington
2341 Wyoming Avenue, N.W.
Washington, D.C. 20008
Tel: (202) 483-6414
Fax: (202) 483-9523

Mr. Jahed Hamrah, Consul General (pro-Taliban)
CONSULATE GENERAL OF
AFGHANISTAN IN NEW YORK
360 Lexington Avenue,
11th Floor New York,
New, York, NY 10017
Tel.: (212) 972-2276 or 972-2277
Fax: (212) 972-9046

Chairman Peter Hoekstra
Permanent Select Committee on Intelligence
H-405, U.S. Capitol
Washington, DC 20515-6415;
Office: 202-225-4121 / Fax: 202-225-1991
Toll Free: (877) 858-9040

M. Cherif BASSIOUNI
Independent Expert of the Commission on Human Rights
On the Situation of Human Rights in Afghanistan
Office of the High Commissioner for Human Rights
UNOG-OHCHR
CH-1211 Geneva 10
Ph: +41(0)22 917 97 27 Fax: +41(0)22 917 90 18

Senator Steven Saland (Jack's Rep and Neighbor)
9 Jonathan Lane

NIF
Rottweiler Puppy
Making Headlines
Right For Scotland
Freedom Folks
The City Troll
Sacramento Boxing
Causes of Interest
Concatenation of Events
Hyscience
Stuck On Stupid
The Daily Blogster
You Don't Know Jack

Causes of Interest linked with **Free Jack Idema Blogburst 9/27/2006**



9/24/2006

Compromise?

By: Cao in: General, Task Force Sabre 7 | No Comments Yet | Permalink



Or Dhimmitude?

The above image is Amy Proctor's Picture of the Week, and it really says it all. Within the past week or so, John McCain, Lindsey Graham and John Warner led the campaign that challenged the Bush Administration's bizarre proposal to the Senate to redefine how the US would apply the Geneva Conventions to terrorist prisoners, like those being held at Gitmo.

What is devastatingly stupid to me is the fact that these 'negotiations' took place at all. Terrorists have not signed the Geneva Conventions, don't adhere to them, don't represent a country, don't wear uniforms so they can be identified, target women and children, hide behind women and children, etc., all of which are prohibited by those rules of war. To now enter into an agreement defining how the US will apply these rules to terrorists-specifically Article 3, which prohibits 'degrading' or 'cruel' treatment, is ridiculous. Let's call it out close and personal-that this was done by the administration in spite of the fact that terrorists themselves don't even recognize when they torture our men and women at arms. Terrorists

themselves haven't signed the Geneva Conventions. So this row, brought on presumably by leftist caterwauling about terrorist prisoners at Gitmo and allegations of mistreatment that have fallen flat- is indeed baffling and even appalling.

On the one hand, you have the U.S. government, State Department, DOJ and the rest-completely ignoring the Geneva Conventions for our own American Citizens (Jack Idema and Brent Bennett) in Afghanistan, for the past two years. Idema and Bennett have been completely denied their Habeas Corpus rights and the American government itself has completely ignored the rules. The DOJ has not answered their Habeas petition in over two years; and then you have in stark contrast, the recognition of rules that the terrorists themselves don't apply in their war of deception.

Supposedly, the Senators' reasoning for going to the bargaining table with these ideas was foreign countries could reinterpret the Geneva Conventions in the event they capture American soldiers overseas and want to interrogate them using harsh methods. Terrorists, like the Communist Sandinistas or the Vietcong NEVER recognized or adhered to these rules, for the treatment of American prisoners, neither do the Islamofascist head hackers, but facts never bother leftists. And for the record, although technically these three Senators are 'republicans', to me, they are merely 'rinos'. (Republicans In Name Only.)

Waterboarding has been stricken from the approved methods of interrogation as a result of this agreement, but 'waterboarding' to my knowledge has never resulted in the death of a terrorist; and it was used on the most despicable criminals; such as Khalid Shaikh Mohammed, the mastermind of the 9/11 attacks. So in essence, what we've done here is further prohibit tools that our people can use, while the terrorists themselves are not restricted at all.

Putting a terrorist in a cold room, and slapping him are also considered extreme by human rights lawyers, who have petitioned that terrorists have their prayer caps, 24-hour access to an imam, a sign that points to mecca in their cell, and even halal meals and halal-butchered meat specially prepared by a nutritionist that cost over $12.00 a plate to prepare, in comparison to our soldiers, who eat meals that cost on average about $3.00.

The language of the agreement changes the U.S. criminal code to ban "serious and non-transitory mental harm (which need not be prolonged)."

I'm sure the terrorists are happy about this one.

Now many of us are unhappy that Bush proposed this and that this trio of Senators stood in opposition to it; but some are saying the agreement didn't go far enough.

The LA Times says neither the compromise or the argument are enough. The LA Times agrees with the trio's and Colin Powell's assistance to oppose Bush's proposal which they construe as undermining the 60-year old Geneva Convention Article 3 which prohibits 'cruel' and 'degrading' treatment.

I am certain that terrorists don't even have 'cruel' and 'degrading' in their vocabulary where our own people, humanitarians, women and children are concerned; they feel it's their religious duty to carry out the jihad against the infidel, and that killing women and children is allowed under sharia law.

The LA Times complains that the CIA and the American Military are being held to different standards and definitions of the 'cruel' and 'degrading' verbiage, which still haven't been defined.

I think the American government should be applying the same rules across the board and be consistent; and should work on behalf of Americans fighting the WoT instead of against them. It doesn't make sense that you would send people to war and then legally construct a strait jacket to prevent them from fighting it or using the tools available to them to prevent future attacks on Americans.

The UK Observer has an article up that claims Bush strikes a deal that lets him keep fighting dirty .

'The agreement clears the way to do what the American people expect us to do: to capture terrorists, to detain terrorists, to question terrorists and then to try them.' President Bush said. White House counsel Dan Bartlett said it slightly differently: 'We proposed a more direct approach to bringing clarification. This one is more of the scenic route, but it gets us there.'

What I'd like to see is more support of our own citizens and less attention paid to people who hate us and have been caught on the battlefield trying to kill Americans. In the case of Jack Idema and Brent Bennett, the Geneva Conventions have been totally ignored by all parties; including the American Embassy. The Geneva Conventions were written to protect our guys; not the terrorists who don't even recognize them.

— [Next Entries »](#)

October 2006

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| « Sep | | | | Dec » | | |
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

Enter your Email

Powered by [FeedBlitz](#)

[Who's diss?](#)

[amish schoolgirls murdered](#)

[Jack Idema and Brent Bennett](#)

[Mid-Week Open Trackbacks](#)

[For Brent](#)

[Cindy Sheehan and Tom Hayden, our mufsidoon](#)

[Brent Bennett's account -continued-](#)

[Free Jack Idema Blogburst](#)

[Brent Bennett's story; from the man himself](#)

[cell #10](#)

[Political Correctness allows Gitmo prisoners to spit at us in defiance](#)

[Despicable; Foley, CREW and Jason Leopold](#)

[Wide Awakes is a google news source](#)

[Where's Brent Bennett?](#)



Other Articles
About Brent Bennett

To Brent's family, particularly his mom

Heroes

Where it stands with Jack Idema and Brent Bennett

Sunday OTB

I will remember you…

Reports starting to come in of Bennett leaving Afghanistan

**Cao:** Liberals kill me. I mean they're supposed to be...

**Cao:** Actually, I think you're not looking at the links. ...

**Jadegold:** ???? What this is supposed to demonstrate is unknown. Basically,...

**Cao:** Wow, Wild Bill has an interesting 'find' here....

**Cao:** UM...I think you misunderstand what it is I'm trying to...

**Blue Star Chronicles:** Westboro Hate Cult to Protest Amish Funeral The English are causing...

**Cao:** Actually, my point is in the case of Jack Idema,...



**Raging Rightwing Republican:** The Convention doesn't even apply to the terrorists. It's meant...

**Ogre:** This is just one of many reasons why I think...

**Cao:** What does any of this have to do with W?...

**Cao:** The Geneva Conventions weren't set up to be a two-party...

**Patriot:** Cao you are a piece of work, saying you don't...

**Jo's Cafe:** Man Without A Country ......

**Jo's Cafe:** Man Without A Country ......

**The Wide Awakes:** Brent Bennett's story; from the man himself On September 28, 2006,...

**Lauri (Brent's Aunt):** For those of you responsible for putting togeather the new...

**Right Wing Nation » Blog Archive » Free Jack Idema Blogburst:** [...] So, yes, it's been one hell of a week....

**Right Wing Nation » Blog Archive » Free Jack Idema Blogburst:** [...] Linked from Cao's Blog. [...]...

**Othello Orson:** Cao, You highlight the fact God made us in his image....

**Rottweiler Puppy » Blog Archive » The Free Jack Idema Blogburst:** [...] When Brent and his handlers arrived in Dubai, however,...

October 2006
September 2006
August 2006
July 2006
June 2006
May 2006
April 2006
March 2006
February 2006

**ABA** Afghan Bar Association انجمن وكيلان افغان
Defending Liberty, Pursuing Justice دفاع از آزادی، دنبال کردن عدالت

# Emergency Press Release

**In the name of Allah, the most Gracious and Merciful,**

The Afghan Bar Association seriously and completely opposes the establishment of a new Afghan Government Office for the Prevention of Vice and Promotion of Virtue.

This Office, which was established by the Taliban terrorist government was known as *Amrer BilMaroof Wa Nahee AnilMonka*, Prevention of Vice and Promotion of Virtue. This office, under our Taliban oppressors, became infamous for corruption, abuse of power, terrorism, torture, and murder. Under the Taliban, this office was responsible for countless deaths of innocent Afghans for crimes ranging from wearing nail polish, to failing to pray or shaving beards. The Afghan people, after 25 years of war and struggle, know this office as the face of terror and oppression, a terrorist operation, which struck fear in the hearts of all Afghans and imposed their vicious and brutal will upon our people with the whip, the braided cable, and the machinegun.

This new office, proposed by President Hamid Karzai, stands against everything Commander Ahmad Shah Massoud, our national hero of liberation stood for. This new office again raises the specter of the Taliban and a regime to be feared not followed.

This new enforcement agency will have the power to take away the freedom and liberation of our country, and will without doubt use this power for evil not good.

معلومات عاجل برای مطبوعات

بنام خداوند(ع) بخشاهنده و مهربان

انجمن وكيلان افغان جدياً و مكملاً خلاف چنين دپارتمنت كه توسط دولت افغانستان درست شده البته بنام امربلمعروف ميباشند.

اين دفتر كه قبلاً توسط حكومت طالبان ترورست تهيه وددرست شده بود مشهور به امربلمعروف ونهى انلمنكر ياد ميشد. اين دفتر كه در زير دست طالبان به ظالمى، و غلطى، استعمال قدرت بشكل زشت، تررزم، شكنجه، وبه قتل مشهور شده بود. در دوران طالبان اين دفتر مسول به قتل بسيار افغان هاى بيگناه بوده اند كه كسانيكه رنگ ناخن مانده بودند، يا از نماز خواندن پس مانده بودند، ويا ريش خويش را تراش كرده بودند بايد كشته ميشدند، مردم افغانستان بعد از 25 سال جنگ وخشونت اين دفتر را بنام ترور، ظلميت وشكنجه و فعاليت هاى ترورستى ميشناسند كه ترس را در بين قلب هاى مردم ما انداخته بودند، بدكارى و جانورخويهاى خويش را بالاى مردم ما تحميل نمودند همراى شلاق، كيبل هاى قيطان و سلاح هاى ماشيندار.

اين دفتر جديد توسط ريس جمهور كرزى پيشنهاد شده در ضد تمام خواسته هاى احمد شاه مسعود، قهرمان ملى ما كه برايش ايستاد شده بود. اين دفتر جديد يكبار ديگر روح طالبان را وريجيم كه بايد ازش ترسيد بلند نموده كه تعقيب نبايد شد.

اين دفتر جديد قدرت اين را دارد كه دوباره آزادى ها وآزادى كشور مارا دورنمايد، وبيدون

I

Rhonda Shirley EXHIBIT 2a

It will bring shame and humiliation upon our hero and liberator Commander Massoud, Amir Saheb as we call him.  It will cause great embarrassment to our country, and shames the memory of our hero and the brave Mujahadeen who died fighting the Soviets and the terrorists.

This Taliban office was against the ideals of Massoud, and Commander Massoud hated them with his entire body, fighting their oppression and giving his life to stop the cable and whip in Afghanistan, to defend the rights of women, and to stop the daily murders and executions.

President Karzai's new office of Vice & Virtue will completely destroy Afghanistan's rebuilding process, and stop foreign investment and aid.  The former Vice & Virtue even executed foreign aid workers and beat journalists, sometimes executing them just for photographing an Afghan woman, or an Afghan wedding.  To be caught with a camera, a television, a radio, or even a kite, was to face prison, possibly execution, and inevitable beatings and torture.

How can we expect foreign companies and foreign aid to assist us in rebuilding our nation when they are in fear that the Taliban will return, and Taliban practices such as Vice & Virtue have already returned to our streets?  It is only a matter of time before we are plunged into civil war again by those that seek liberty standing against those that wish to oppress our people with secret police, Vice & Virtue militias, and illegal courts.

Since the fall of the Taliban, several actions by this government have destroyed our reputation and standing in the free world's eyes, and in the eyes of our liberators, the

شک که این دفتر آن قدرت را استفاده خواهند نموده که شیطان باشند نبلکه خوب.

این دفتر یک شرم وتحقیر را بالای قهرمان و آزاد کننده ما قوماندان احمد شاه مسعود خواهد آورد که بنام آمر صاحب هم یاد میشدند. یک شرمساری بزرگ را خواهد بالای کشور ما خواهد آورد، ویک شرمساری بزرگ که بالای یاداشت های قهرمانان و مجاهیدین شجاع ما خواهد آورد که ایشان شهید شدند در جنگ درمقابل شوروی وترورستان.

این دفتر طالبان ضد نظریات مسعود بود، واحمد شاه مسعود همرای تمام بدنش از ایشان نفرت داشت، در مقابل ظلم ایشان جنگیده جان خویش را فدا نمود تا مانع شلاق وکیبل های شان درافغانستان شود، تا از حق خانمان دفاع نماید ومانع قتل روزمره شوند.

دفتر جدید ریس جمهور کرزی امربلمعروف پروسه آبادی و ساختمانی افغانستان را خواهد خراب نمود، ومانع کمک هاو سرمایه گذاری خاریجیها خواهند شد. امربلمعروف و نهی انلمنکر گذشته حتا کارمندان خاریجیها را بقتل رساندند وجورنالیستان را لت وکوب مینمودند، بعضی وقت جورنالیست ها را هم کشته هستند بخاطر گرفتن یک تصویر از خانمان افغان ویا از یک عروسی افغانها. ویا همرای کمره دستگیر میشدند، همرای یک تلیویزیون، یک رادیو وحتا یک گودی پران باید به بندی خانه روان میشدند ویا باید کشته میشدند، ویا غیر قابل اجتناب باید لت وکوب ویا شکنجه میشدند.

ما چطور توقع نمایم که کمپنی های خاریجی وکمک های خاریجی ما را در آبادی ملت ما کمک نمایند وقتیکه ایشان در ترس باشند که طالبان دوباره واپس میآیند، وعملکرد های طالبان مانند امربلمعروف قبلاً در سرک های

II

American people.  Some of those most notable have been the illegal and wrongful trial by a Taliban judge of three American heroes and their *Mujahideen* soldiers who were fighting against the terrorists and saved many innocent lives.  Their continued imprisonment by the government even though they were found innocent in the second court is a disgrace upon Islam and the Afghan President.

Another, was the death sentence threatened by a Taliban influenced court to Mohaqeq Nasab, editor of *Huquq-e-Zan*, (Women's Rights), for writing an article about women's' rights in his newspaper.  Nasab's offence included publishing articles that, among other things, questioned the Islamic precept that a women's testimony in court carries only half as much weight as a man's, and complained about harsh punishments meted out for adultery, theft and heresy.  He was sentenced to hard labour.

And a third, which was most shameful, and showed this governments' intolerance for freedom, was the death sentence imposed upon, Abdul Rahman, an Afghan man who converted to Christianity sixteen years ago while traveling abroad.  It is not liberty to force our religion upon people.  It violates the Koran, and the principles of the Muslim religion.  Tolerance, freedom, and education is how we convert others to our religion and our cause.

Just one month ago, riots occurred in Kabul.  *Amniat* arrested those that the government claimed were guilty.  ABA members in the Afghan courts and National Police have made clear that NDS arrested not the guilty parties, but children between the age of 12 and 17, and claimed they were the instigators.  200 of those children now sit in

مایان آمده است؟ این نظر به زمان است که ما دوباره فرو به یک جنگ دیگر برویم توسط آن تعداد که آزادی را آوردند و درمقابل آن اشخاص خواهند ایستاد شد که بالای مردم ما ظلم کردند همرای پولیس های مخفی شان، رفاتر امربلمعروف شان، و همرای محمکمات غیر قانونی شان.

اززمان شکست طالبان، چندین حرکت های این دولت باعث بدنامگی ما شده  وایستاد شدن در چشم جهان آزاد، ودرچشمان آزاد کمک کننده های ما، مردم امریکا. بعضی از مهمترین حرکت هایشان مانند دادرسی غیر عادلانه سه قهرمانان امریکای وسربازان مجاهیدین شان توسط قاضیان طالبان که ایشان در مقابل ترورستان جنگیده هستند و چندین جان مردم های بیگناه را حفظ نموده هستند. و ایشان ادامه به بندیگری شدند توسط این دولت بعداز این که ایشان هم درمحکمه دوم بیگناه ثابت شدند.

یکی دیگری بنام محقق نصب که ازمجله حقوق زن بوده بخاطر نوشتن یک مقاله درباره زنان توسط چنین قاضیان طالب به قتل محکوم شده بود، و سوم آن که بسیار شرم آور و تعصب دولت را در آزادی نشان میدهد محکوم شدند یک افغان به قتل که به دین عسوی رفته وقتیکه خارجی از کشور بوده است. این آزادی نبوده که مذهب ما را بالای مردم فشار بدهم.  این خلاف قران اعظیم شان بوده وخلاف پرنسیب های مذهب مسلمانی ما بوده است.

تعصب، آزادی، وتعلیم چیزی است که چطور ما میتوانیم دیگران را تعسیر به مذهب و تصادف های ما نمایم.
تنها یکماه قبل، یک مظاهره در کابل انجام یافت. امنیت ملی آن تعداد را دستگیر نمودند که دولت میگوید مجرمین میباشند. عضوهای

III

prison after having their rights violated, their liberty unjustly denied, tortured, and convicted in secret trials.  This occurred because our government wanted the world to think we had done something about the riots.  We had not.  This is not what our vision for this country was five years ago when we defeated the Taliban with our American allies.  This is not what our vision should be.

Just weeks ago, the Afghan government imposed media restrictions upon the Afghan press.  Afghan press are no longer allowed to report problems in the Afghan Army, nor allow stories of terrorist attacks to lead the news.  Criticism of the government has been ordered ceased by the Director of the National Directorate of Security.  This is the same tactic taken by the Soviet KGB against our people when we were oppressed by the USSR.  Any reporter or editor deemed responsible will be taken into custody, interrogated at *Sadarat*, and tried for treason.

This illegal document, written by Armullah Saleh, Chief of NDS, also required that the press show respect for former *Mujahideen* commanders who fought the Soviets.  This reference was to the United Front (Northern Alliance).  Unfortunately, this propaganda was to lead the press and coalition forces to believe that these revered freedom fighters were behind this horrible act designed to shut down the thriving free press in Afghanistan.  Our investigation shows this was not remotely true, and was simply disinformation to deflect the current administration's hand in the policy.

Where are the Americans that liberated us and gave their promise they would not desert us?  Americans are funding these atrocious acts of illegality and violence against our people.  They are putting American citizen

انجمن وکیلان افغان به محکمه های افغان وپولیس ملی واضع نموده هستند که امنیت ملی گروپ های غیر مجرمین را دستگیر نموده هستند.  اطفال بین سند 12 و 17 سال میباشند. و دولت ادعا مینمایند که ایشان تحریک کننده ها هستند. 200 از آن اطفال هنوز هم در بندی خانه نشسته هستند بعداز این که حقوق ایشان زیر پا قرار گرفته است. آزادی ایشان غیر عادلانه نادیده گرفته شده است، شکنجه شده هستند، ودردادرسی های مخفی محکوم شده هستند. این کار های را که دولت ما نموده است بدلیل بوده تا مردم جهان فکر کنند که ما یک کار را در باره مظاهره انجام داده هستیم، بلکه ما هیچ چیزی را انجام ندادیم. ما پنج سال قبل این فکر را نداشتیم وقتیکه ما طالبان را شکست دادیم همرای اتفاق های امریکایی خویش. وفعلاً این نباید دیدگاه ما باشد.

تنها یک هفته قبل دولت افغانستان بلای مطبوعات یک فشاری وارد نموده است. مطبوعات افغان از این به بعد اجازه ندارند که مشکلات اردوی ملی را بیان نمایند، وهمچنان معلومات درباره ترورستان هم بیان کردن به ایشان ممنوع میباشد. همه این کار ها توسط ریس امنیت ملی امر شده است. همین تخنیک ها توسط کی جی بی روسا هم در در مقابل مردم ما استفاده نموده بود. وقتیکه ما توسط روسها مظلوم قرار گرفته بودیم. حتا اگر یک خبررسان ویا تهیه کننده بکوشد مسول مسول دانسته به توقیف خانه برود. در صدارت باید تحقیق شود، وبنام خیانت جزا خواهد دید.

این نامه غیر قانونی توسط امراله صالیح ریس امنیت ملی نوشته شده است و هم گفته است که مردم باید به قوماندان های مجاهیدین اسبق احترام داشته باشند که در مقابل روسها جنگیده هستند، بدبختانه بدلیل نام از مجاهیدین یا جبهه

IV

Ministers and Security Chiefs in all positions of power, and they are endorsing this oppression from behind the curtain.

Now, the Office of Vice & Virtue returns to bring our nation into submission with the Taliban cable. This is bad for our people, and the personality and image of our country. If the Office of Vice & Virtue is allowed to be formed and gain power that comes with it, make no mistake, that power will be abused, liberty destroyed, and many more lives lost. We call upon our Afghan Parliament to stop this illegal and violent oppression of liberty and human rights, and we call upon the American Congress and Senate to demand that the government you fund not be allowed to re-establish the Taliban's Office of Vice & Virtue in any form, under any name, anywhere in Afghanistan.

Endorsed
5, 5th Month, 1385
August 5, 2006

Afghan Bar Association
Executive Committee
www.AfghanBar.org

All Dari/Farsi email is now answered through:
DariEmail@AfghanBar.org

All English email is now answered through:
EnglishEmail@AfghanBar.org

All Italian email is now answered through:
ItalianEmail@AfghanBar.org

www.afghanbarassociation.com
www.afghanbarassociation.org
www.afghanbar.org
www.afghanbar.com
www.afghanlawyers.com

متحده برده است تا مطبوعات وقوایی ایتلاف را تلقین نمایند که آزاد کننده گان به چنین کار دست دارند. وتا مطبوعات آزاد را در افغانستان بسته نمایند. تحقیقات ما نشان میدهد که این حقیقت ندارد وحقیقت آسان دیده میشود که دست کابینه فعلی دولت میباشد. کجاست آن تعداد امریکایی های که در آزادی کشور ما کمک نموده بودند، ووعده کرده بودند که هیچ وقت ما را نادیده نمیگیرند؟ امریکایی ها این عملکرد ودفتر غیرقانونی را بودیجه گذاری میکنند که خلاف وضد مردم ما است. ایشان امریکایی ها را مانند وزیر وریس ها به موقف های قدرت نشستانده هستند. وایشان این ظلم را از پشت پرده تقویت مینمایند.

این برای مردم ما بد است، وبرای شخصیت وتصویر کشور ما بد است. اگر دفتر امربلمعروف ونهی انلمنکر اجازه داده شده که قدرت دارند وهر کار کرده میتوانند، هیچ غلطی ننمایید که آن قدرت سو استفاده قرار میگیرد، آزادی خراب شده، وچندین جانهای دیگر هم از بین رفته است. ما بلای پارلمان افغان خویش صدا میزنیم تا این ظلمیت را وخلافت آزادی را مانع شوند ودفاع از حقوق بشر نمایند و ما بلای کنگره وسینوتر های امریکا صدا میکشیم واز ایشان میخواهیم که آن حکومت که شما بدیجه گذاری مینماید نباید اجازه داده شود که دفتر امربلمعروف ونهی انلمنکر را درست نماید در هیچ شرایط، در زیر هیچ نوع نام، در هیچ نقطه افغانستان.

پیشرفت وغیرت
۱٤\۵\۱۳۸۵
٦ آگست سال ۲۰۰٦

انجمن وکیلان افغان



# DEFEND AMERICA
### U.S. Department of Defense News About the War on Terrorism

**US Government**
  FirstGov
  Homeland Security
  War on Terror Sites
  White House

**Transcripts**
  Defense
Department
   State Department
   White House



Afghan National Army Brig. Gen. Shir Mohammad Zazi, head of the General Staff Legal Department (left), and Maj. Gen. Mohammad Amin Nooristani, head of the Ministry of Defense Legal Department (second from left), listen during a session of the conference Sept. 13-15. U.S. Army photo by Col. Randy Pullen

# Re-Posted by Afghan Bar Association: Legal Seminar Helps New Afghan Leaders

## Afghan constitution highlights importance of the legal system and mandates a National Courts Reorganization Law be signed by next year.

By U.S. Army
Col. Randy Pullen Office of Military Cooperation -
Afghanistan

**KABUL, Afghanistan, Oct. 28, 2004** —
Representatives from the Afghan Ministry of Defense and General Staff legal departments gathered in Kabul last month for a three-day legal seminar.

This was the second such seminar held - the first one was held in June. Both were organized and conducted by the Defense Institute of International Legal Studies from Newport, R.I.

Attendees at the June seminar heard delegates from

**Rhonda Shirley EXHIBIT 2b**

Malaysia and the Czech Republic speak about how an Islamic democratic government blended Islamic law with secular law and how a former Communist state transformed to a democracy. These were topics of keen interest to the Afghan legal representatives.

The second seminar, held Sept. 13-15 and hosted by the Afghan Ministry of Defense and the Office of Military Cooperation-Afghanistan, focused on ethics in government and government contracting. Specific topics included ethical concerns in public agencies -- fraud, waste and abuse, standards of conduct, contracting basics, ethics in contracting, environmental law, and inspector general investigations.

[It is unfortunate that while this seminar was being conducted on of Afghanistan's biggest legal tragedies was occurring. Three Americans and three Afghan military officers were being tried by a former Taliban judge. No evidence was presented, no witnesses sworn in on the Koran, and all basic rights guaranteed by the Afghan Criminal Code were ignored during the trial. Not a single aid organization or human rights group spoke up about the illegal trial. Those attending this seminar also turned a blind eye. Until people lose their fear to speak out and defend truth and liberty Afghanistan will have no justice. While General Weston had an experienced translator for his seminar, the Americans sentenced to 10 years in prison, without any evidence against them, had several different translators, none of which properly translated the proceedings for them.]

Plenary and small group discussions and case studies of specific issues allowed the attendees to examine these topics in more detail.

> **"We're starting from square one and working on developing the core concepts of each of the legal departments in the Ministry of Defense and General Staff," Navy Cmdr. Chris Jung, Office of Military Cooperation-Afghanistan's Special Staff Directorate.**

These quarterly institute seminars are very important for the future of the Afghan military justice system, according to Navy Cmdr. Chris Jung of Office of Military Cooperation-Afghanistan's Special Staff Directorate.

"We're starting from square one and working on developing the core concepts of each of the legal departments in the Ministry of Defense and General Staff," said Jung, who came to Office of Military Cooperation-Afghanistan from an assignment as the Deputy Fleet Judge Advocate General, Fleet Forces Command, Norfolk, Va.

"There is no resident legal expertise," said Jung. "They're still working on understanding the scope of their authority in those departments."

Complicating the establishment of the military justice system is the state of legal affairs that exists in



U.S. Air Force Maj. Gen. Craig P. Weston, chief of the Office of Military Cooperation-Afghanistan, waits for the interpreter to finish before continuing with his welcoming remarks to the attendees of the second Defense Institute of International Legal Studies Seminar. U.S. Army photo by Sgt. 1st Class Mack Davis

There is no bar association to regulate the standards for legal training or the qualifications for lawyers.

[Actually this was an incorrect statement, there is a National Lawyers Association, which is a small group of law professors, and the Afghan Bar Association, which is Afghanistan's largest and most influential lawyer's group. The Afghan Bar has been unable to get any support from the American military or any aid organizations, because most of these organizations have little or no idea about Afghanistan's actual legal system and crisis]

Further confusing things is a hodgepodge of legal systems in place, ranging from tribal law to alternative dispute resolution to vestiges of the Soviet-style legal system of armed forces courts.

Straightening out the Afghan legal situation is an item of national importance, so much so that the 2004 Afghan constitution mandates that a National Courts Reorganization Law be signed no later than January 2005.

The Special Staff of Office of Military Cooperation-Afghanistan is working to untangle the confusion and put in place a modern military justice system. Because it is an Afghan justice system, it will be a meld of Islamic law and modern secular law, said Jung

Training is a major part of developing this system.

"The U.S. Navy, Army and Air Force JAG schools are helping us with primers or basic handbooks on specific areas of law, such as standards of conduct, acquisition law and so on," said Jung.

"They give this material to us, we have them translated, and we bring in subject matter experts to lead the discussion and the teaching of these core competencies

Afghanistan.

Those who practice law in Afghanistan receive their legal training primarily in two ways. One way is based on Sharia law from the Quaran. The other is based on attending the Kabul Faculty of Law, which despite its name, has more of a political science or government type of curriculum than a law school curriculum that one would find in the United States.

[There are only approximately 162 defense lawyers at most in the entire country of Afghanistan.  Few have more than a high-school education, many have not even completed high school.  Most prosecutors have no formal training in law and until the system of bribery for justice is eliminated by reconstruction funds assisting the pay of defense lawyers and prosecutors, justice will never be found in Afghanistan.]

in hands-on seminars like those being conducted at the institute seminar.

"Each school will provide us with two areas, taken down to the basic components of the subject," he added.

The challenges in developing a military legal system that is fair and just, and one that is faithful to the Afghan culture and the needs of its army and its soldiers, are many.

The main factor in favor of this being done lies with the determination and passion to succeed of the members of the Ministry of Defense and General Staff legal departments.

The Afghans intend to reform their legal establishment to one that has a good standing and level of respect comparable with other nations. In their path toward this goal, they will be helped and encouraged at every step by their friends in the Coalition and the international community.

---

**The international community must assign proper resources and financial aid to the legal system of Afghanistan if the west wants to see reform and basic liberty interests protected in our country.**

---



Printer-friendly Version

Email A Copy