# United States District Court
# For The District Of Columbia

J. K. Idema, Brent Bennett, *et al*,

      *Petitioners,*

 *vs.*

Ambassador Ronald Neumann, *et al*.
      *Respondents.*

## AFFIDAVIT OF ELLEN JUDD

I, Ellen Judd, hereby make the following declaration with respect to the above-captioned matter.

1. My name is Ellen Judd. I have written this statement in my own words . I am the grandmother of Captain Brent Bennett. I reside in the State of California. I have been following my grandson's case and the events involving him in Afghanistan since he went there in 2004. From what I have read, my conversations with my grandson, and the letters from my grandson, and evidence I have seen, it remains my opinion that his problems were caused by, and are still caused by, the U.S. Department of State.

2. On Monday, October 2, 2006, I called Kim Richter of the United States Department of State. Her number was given to me by our District Representative, Congressman Mike Thompson. I was desperate to hear some news, any news, of our grandson Brent Bennett. No one from the State Department has ever been helpful regarding Brent's incarceration or release.

3. Ms. Richter stated that she had been trying to call me all day on Friday, September 29, 2006. I found this not just hard to believe, but clearly false. I had been home all day and received numerous calls and even spoke to attorney John Tiffany that day about Brent and the case.

4. I asked Ms. Richter where my grandson was and if he was alright. Ms. Richter told me that there was no force used to remove Brent from the prison

and that the only reason Brent was handcuffed was because he owed the United States Embassy money.

5.    Ms. Richter said that when Brent arrived in Dubai he was given a plane ticket to London and to North Carolina, which, according to her, Brent never used. Ms. Richter told me that instead, Brent walked out of the Dubai airport. I asked if someone tried to stop him and she said, "oh no, he is a free man, so they just let him go." She also said that I have been getting a lot of misinformation. I am not sure how she would know that since I did not tell her any of the information that I had been given by anyone. I asked where Brent went and she said that they could not follow him as "he is a free man." I asked if Jack was alright and Ms. Richter told me that Jack was fine and "no one is trying to use force on him."

6.    Since that time, I have read the affidavits filed by my grandson Brent, and by Jack. These statements directly contradict what Ms. Richter told me. I know my grandson, I helped raise him on a daily basis, and there is not one doubt in my mind that my grandson is telling truth and that means the State Department is not telling the truth. While I don't know Jack, I know him by his deeds, and by what my grandson says and thinks about him. Therefore, I believe that Jack's statement is also true.

7.    Finally, the State Department has told members of our family that Brent took our family off his list for information and that because of that they could not give out any information about Brent. I also found this not to be credible because last month the Embassy was contacting our family and giving us all sorts of information, almost none of which turned out to be true. The Embassy was also asking our family for money without my grandson's permission, and Brent warned the family that we should tell the State Department to go through an attorney because of what they had done to him and because he does not trust them and told us not trust them. The Court may call me at anytime to ask me questions or further details of the events. My phone number is not included in this public document,

but Mr. John Tiffany will of course supply my number to the Court upon request. I would like to know why my grandson was handcuffed by the United States Embassy, is somewhere unknown in the world, unable to come home, with a passport that expires in a few days, after being forced by the State Department to forfeit all his property, including his family photos, clothes, and personal belongs, and prevented by the United States Department of State from going where he chooses. I do not consider this being "a free man" as Ms. Richter stated to me.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 4th Day of October 2006.

_Ellen E. Judd_
Ellen Judd