# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

J. K. Idema, Brent Bennett, *et al,*

                *Petitioners,*

*vs.*

Ambassador Ronald Neumann, *et al,*
                *Respondents.*

Case # 05 CV 2064 (EGS)

Hon. Emmet G. Sullivan,
US District Judge

## AFFIDAVIT OF LIEUTENANT WAHID RASULI BANDERAS

I, Wahid Rasuli Banderas, hereby make the following affidavit with respect to the above-captioned matter, and state under oath that I have personal knowledge of all the facts stated herein, and that they are true, except to those stated as upon information and belief, to which I believe to be true, and have been confirmed by either events or other reliable sources and information;

1. My name is Wahid Rasuli Banderas. I am a citizen and resident of the Islamic State of Afghanistan. I read, write, and speak fluent English at an excellent level for an Afghan. I also speak Arabic, French, Indian (Hindustan), and Urdu.

2. I worked directly for the commander of the 7th Corps Command of the Afghan Ministry of Defence, General Atta, who has now assumed the governorship of Mazar-i-Sharif province. I was assigned to Cmdr Jack Idema by the Ministry of Defence (MOD) to act as an operational interpreter, liaison, and aide. I am also employed as an Afghan CIA agent and operative (my official ID card is attached as **Banderas Exhibit 1**). My CIA rank is Master Sergeant and my MOD rank is Lieutenant. I have worked and fought with French, British, and US Forces since the United States invaded Afghanistan in 2001. My father was killed during the Taliban resistance, and my older brother was killed while working with US Special Forces against the Taliban and al-Qaida terrorists.

3. In July 2004 we were captured ("arrested") and in August or early September 2004 I requested combatant POW status under the 1949 Geneva Convention.

1

اظهارنامه تورن وحید رسولی بندریس

AFFIDAVIT OF LIEUTENANT ZORRO WAHID RASULI BANDERAS–AFGHAN CIA
IN SUPPORT OF PETITIONERS' MOTION FOR TRO

4.      The Appeals court held a new trial in December 2004. I was found innocent of all charges by the Afghan Appeals Court and released.  I was taught by Special Forces that their motto is "leave no man behind."  That has also been true with our team.  I decided to stay with Jack and my other team members.  In March 2005 when the Appeals Court found Jack Idema, Brent Bennett, and their team completely innocent of all charges the US Consul, the US Embassy, lied and said Jack and Brent were convicted.  This was a lie.  After being found innocent, I would not help the US Consul against our Northern Alliance leaders and the Embassy began to put pressure on me.  When Jack and Brent were found innocent but not released, the Appeals Court also gave me a <u>new</u> sentence.  We were all re-categorized as political prisoners by President Karzai under the orders of the American Embassy.  I discuss this more below and explain how it occurred.

5.      I have known the American Embassy since two and half years now and they have been really awful in their actions and they have tried so many times now to separate us and destroy us.  The Embassy has prevented our visitors and even paid bribes to General Tawab at Pulacharke to give them all information on our activities, visitors, and even who our friends are.  The American Embassy paid him bribes in dollars, television equipment for his home, and even a trip to America for sightseeing and vacation (made to look like business).  General Tawab admitted all this to me.  He was fired by General Shamir as soon as Shamir arrived around February 2006.  For two years the State Department has been sending back our Red Cross packages, our mail, and our relief packages with food and medicine, even when Afghan officers offered to pick it up from the Embassy.  They even stopped our mail at the Afghan government post office. When this case started they cut off Jack and Brent's drinking water and they became very sick.  The water at Pulacharke makes everyone sick, but it can kill a foreigner who is not used to it.  Embassy officers told officers here that reported their speech as saying Jack and Brent should be sick and dieing here because they are traitors to their country.

6.      Two times US Consul Russell Brown came to prison and asked Jack if he sign a document against Northern Alliance leaders General Qasim Fahim and Minister

Qanooni, saying then he'll release and will give back his position and all money that he lost and his reputation, if he didn't his life will be miserable like hell (others said this too). Now Your Honor, I am an Afghan and Russell Brown could speak Dari language, I have been present during several of his conversations with Commanders of the prison and his conversations with those Generals was that Jack and Brent are criminal guys, they deserve to be in prison, and he was always saying that these two guys betrayed their country and they are very bad people. Russell Brown kept saying to the generals that the situation of Jack and Brent shouldn't be better then other prisoners and they should only be allowed to walk in the sun once in a week and no visitors should ever be allowed to see them. Other prisoners go outside every day.  But American Embassy says Jack and Brent should be in small cells separated.  Every time the American Embassy spoke to the prison that I was there, the Department of State told the prison commanders to either put them both in with the terrorists, or in separate cells with the terrorists and Taliban.  Sometimes I thought, and talked with generals later, that the American Embassy was trying to get them killed.

7.	To the Point: Your Honor, on Thursday 9/28/06 I was in Ministry of Foreign Affairs and to get Captain Bennett's Afghan citizenship, then the new General Abdul Majid Sadiqi who was brought by US Embassy in Pulacharke, he called me and told me to come to prison for translation between Jack and him.  I asked the General to give me two hours because I was getting Captain Bennett's citizenship papers but the General got upset and told me that I should return to prison immediately and so I did. Only some MOJ commanders and the Ministry of Defence knew that I was being allowed to go in and out secretly to help end the political case against Jack.  We all knew that the American Embassy could not find out about this or there would be big problems.  So I think somehow they did find out and several Afghans have said this to me.  When I came to prison I saw Jack in the General's office and conversation started between Jack and him, and the General's conversation was how the US Embassy was putting big pressure on him and repeatedly demanding by US Embassy that Pulacharke must bring Captain Bennett to US Embassy or put him in solitary confinement until the Embassy could take

3

اظهارنـامـه تورن وحيد رسولی بندريس
AFFIDAVIT OF LIEUTENANT ZORRO WAHID RASULI BANDERAS–AFGHAN CIA
IN SUPPORT OF PETITIONERS' MOTION FOR TRO

him.  The US Consul was ordering that they should transfer Jack to Tawqif Prison and his stuff and property should be seized.  We all knew that meant Jack would go back to Saderat and be tortured again.  We heard all this on the phone call because the General put it on speaker.  After the call Jack respond back to General that they would have to cross over his dead body to transfer them in different custody.

       8.      Jack made it clear for every General and for the new General, Alhaj Ab Majeed Sadiqi, too that Captain Bennett was sitting with him willingly not by any kind of force, because the Embassy told the General that Jack had Brent hostage and had a private jail in the prison.  All of the generals were very close to Jack (**Banderas Exhibit 2**- pictures of Jack at Generals dinner) and he never would have done this without orders from Embassy.  Then the General said to Jack that we had three or four days more to take Captain Bennett's citizenship, and then we came back to our rooms and Jack sent me out to work on some issues that night.  Next thing, the same day that General gave us time Captain Bennett called me and said, Zorro I have been surrounded by many soldiers that I never seen before and then his phone cut off, and after that I received a phone call from Shaq (a guy who works for us) and he said that the brother-in-law of the new General and soldiers that were not from Pulacharke before were attacking Jack and they were smashing the doors and gates down and pulled their Kalashnikov and their pistols on Jack's face and at the same time I was talking with Shaq I heard Jack in the background yell "Cowboy Up…," and he was yelling, you want to shoot me, then do it *padanalats* (a swear word in Dari) and we all dies together. Then Shaq's phone cut off.

       9.      After what I heard from these phone calls I knew there were big problems at prison and I went very fast to see Northern Alliance Generals and to an Afghan Ambassador's house to stop what the American Embassy did.  And I was in a top Northern Alliance General's house and I was talking about this problem, that I received a phone call from the General Sidiqi at Pulacharke and that he was asking me to come down there to solve the problems and also saying what they did to Captain Bennett and what they are doing over Jack is ordered by US Embassy people Bashir Mamnoon and Mr.

4

اظهارنامه تورن وحید رسولی بندریس
AFFIDAVIT OF LIEUTENANT ZORRO WAHID RASULI BANDERAS–AFGHAN CIA
IN SUPPORT OF PETITIONERS' MOTION FOR TRO

Edward who are in charge. The General made it clear as the sky that the orders came from Mr. Edward the US Consul and Bashir Mamnoon of the US Consul Office and sent the orders through the Ministry of Justice and they were being threatened by the Embassy if they did not follow the orders. After what I heard from the General I told Jack that their plan is to use me somehow to take him but I did not care I was coming back with Northern Alliance soldiers to help. Jack told me to stay back and not come and he would fight them alone, and also before I hang up that time I told Jack to "barricade the doors," and "fill up, ruck up, and ring up," which is what I always say to Captain Bennett before a fight. Later I found out from General's deputy that the reason he was asking me to come down there was to send me beside Jack and the minute Jack opened the gates for me they were going to attack Jack and take him down. I was told if that did not work these new soldiers were going to take me hostage and beat me in front of Jack until he finally came out to help me, because they knew he would do that.

      10.    The next day I met at the important mosque in Kabul and after prayers I was waiting for some top generals and Northern Alliance diplomats. When I told them what had happened there was big trouble more and they started making calls. Within a very short time they said that the soldiers around Jack were being ordered away and that Karzai was a traitor to our country and the US Ambassador thinks Afghanistan is his own village. So they sent me back to prison to see the situation and went to prison with an American named Max who was friend of Jacks. The old officers were back at the gate and they let us in and Jack let us through his barricade and defence position and we sat together along with Jack and we could see that Jack had not slept all night. Then I was given full information and report from commanders at the prison that the US embassy put Captain Bennett in Tawqif Prison and ordered Jack brought there to and put in a solitary cell. Jack gave me Captain Bennett's shirt and socks and his uniform jacket and family pictures to take to him and I went there. The Commander of Tawqif Prison is very good friend, but he would not allow me to see Captain Bennett and I asked him why. He told me "it is direct order from American Embassy that there is no permission for anybody to

meet Captain Bennett" and I was really surprised that even American Embassy runs that prison too. Then I found another Colonel there that I knew from before and he told me the American Embassy made ready and empty two rooms for Jack and Captain Bennett, #2 and #10 at Tawqif Prison. He told me Brent was in room #2 but Jack is not there yet, and that the Embassy wanted them far apart so they could not pass messages or talk.

    11.    Then I came to back Pulacharke. Later that day I received a phone call from one of our intelligence sources that they were about to take Captain Bennett to US Embassy and from there along with US Embassy's guys they will take him to the airport in a white Corolla vehicle. So I told Jack and Jack told me that I should take Captain Bennett's shirt and stuff to the airport. One of Jack's commanders asked if they should attack on top of the Corolla and Jack ordered them not to do anything. When I arrived at the airport I met Max and we started looking for Captain Bennett. About 30 or 35 minutes later an NDS agent (National Department of Security), who actually works for American Embassy showed up and started asking us why we were there and why I brought Max with me and why I wanted to see Brent. I said I brought Brent his clothes and he told us that Brent was there along with eight American State Department agents and Brent's flight was canceled. He said we should leave the airport otherwise we will be arrested by the American Embassy and they will put us in Sedarat where we had been tortured before by Amrullah Saleh (Chief of NDS) and I asked why? He said that his order is from Bashir Mamnoon at American Embassy, and we knew that Captain Bennett was there and unfortunately we couldn't see our brother before they took him away by force.

    12.    Before all this, in mid-September 2006, when General Shamir Amirpoor, was in Pulacharke, the US Embassy tried several times to take Captain Bennett to their solitary confinement but General Shamir refused to do that. Jack and I were present in his office when Embassy official Bashir Mamnoon told him on speaker phone that, "You are a Major General and why can't you do what the US Embassy says, are you afraid of him?" General Shamir told Bashir Mamnoon that they are facing lots of problems from the human rights commission and he also said we cannot touch them because they are under

Geneva Convention and the Red Cross has them registered.  But Bashir Mamnoon and his chief who you could also hear over the phone, Mr. Ed, was saying that this was an order and that they would call the Minister of Justice if he refused.  So then General Shamir hung up and asked Jack what he wanted to do, and Jack said that General Shamir should not let the Embassy use his soldiers to fight Americans.  Then General Shamir called Bashir Mamnoon back and said since they kept repeatedly demanding and ordering him to do something wrong that Bashir along with the US Embassy's soldiers could come to take Brent and seize Jack's stuff if they wanted but his soldiers would not do it.  General Shamir said it was illegal and he would not be responsible for what the Embassy did and the General hung up the phone.  Five minutes later Bashir Mamnoon called again and tried to put more pressure on him and General Shamir told Bashir if he put it in writing and the American Ambassador signed his name to the paper, then he will use weapons and forces against Jack and Brent as ordered by the US Embassy.  Bashir Mamnoon said I will call you right back and he never did.  Then after a few minutes General Shamir called back Bashir again and asked him about writing and Bashir said that they couldn't do that, they could not put it in writing because it would be a problem in America.  General Shamir told Bashir "if you or your embassy have the strength come yourselves, come to take them and I'll open the door for you," and Bashir refused to do that.   That is what happened before General Shamir was fired and then the Embassy attacked Jack and Brent the next week.  If this was not true I would never be able to face these generals again, and it is exactly true.  I know they are going to attack Jack again because the cell in Tawqif Prison is ready for him, and the General says the Embassy is even madder now they did not get Jack. My family worked for the American Army and my brother died with them, but if the Embassy comes after me again we are going to fight them.

    This 2nd day of October 2006,

اظهارنامه تورن وحید رسولی بندریس

_____
Wahid Rasuli Banderas
Lieutenant, Islamic State of Afghanistan

اظهارنامه تورن وحید رسولی بندریس
AFFIDAVIT OF LIEUTENANT ZORRO WAHID RASULI BANDERAS–AFGHAN CIA
IN SUPPORT OF PETITIONERS' MOTION FOR TRO

# EXHIBIT 1 – AMNIAT/AFGHAN INTELLIGENCE AGENT ID CARD
## COPY OF AFGHANISTAN GOVERNMENT CIA ID CARD





8

اظهارنامه تورن وحید رسولی بندریس

AFFIDAVIT OF LIEUTENANT ZORRO WAHID RASULI BANDERAS–AFGHAN CIA
IN SUPPORT OF PETITIONERS' MOTION FOR TRO

# EXHIBIT 2 – PICTURES OF JACK WITH GENERAL SIDIQI
## 9/ 2006 THE GENERALS AND COLONELS DINNER FOR NEW COMMANDANT



**Above:** No general would come to Pulacharke without inviting Jack to his first dinner out of respect for their Northern Alliance leaders. The new General Sidiqi in corner, Cmdr Jack to right, then General's son, then me, Lieutenant Rasuli Banderas, the Nabi-Gul, then Logistics Colonel.



**Above:** Captain Bennett with the new Mullah Commander on his right, and the Deputy Commander Tawous on Captain Bennett's left. All the others in picture are Colonels and Commanders. No prisoners are allowed at the Commandant's dinners. This is the respect Afghans officers have for them. They could never have been hurt or touched without the orders and pressure of the US Embassy.

9

اظهارنامه تورن وحید رسولی بندریس
AFFIDAVIT OF LIEUTENANT ZORRO WAHID RASULI BANDERAS–AFGHAN CIA
IN SUPPORT OF PETITIONERS' MOTION FOR TRO