# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

J. K. Idema, Brent Bennett, *et al*,

      *Petitioners,*

*vs*.

Ambassador Ronald Neumann, *et al,*
      *Respondents.*

Case # 05 CV 2064 (EGS)

Hon. Emmet G. Sullivan,
US District Judge

## AFFIDAVIT OF DEPUTY COMMANDER TAWOUS NOORZAI

I, Tawous Noorzai, state under oath, that I have personal knowledge of all the facts stated herein, and that they are true, and have been confirmed by either events or other reliable sources and information;

نام من محمد طاووس میباشد. من وظیفه معاون بلاک سه را با خود دارم، جایکه  دگرمن برینت، قوماندان جک آیدیما و تورن زورو وحید رسولی بندریس در پلچرخی جایگرفته بودند. من در موقف های مختلف در طول چهار سال وزارت عدلیه بودم، مانند قوماندانی بلاک، معاونیت مخصوص، و قبلاً افسر کمسیون برای 19 سال در وزارت داخله بودم.

1.     My name is Tawous Noorzai.  I am employed as Deputy Commander of Block 3, where Captain Brent Bennett, Cmdr. Jack Idema, and Lieutenant Z. Wahid Rasuli Banderas were housed at Pulacharke Prison.   I have held various positions in the Ministry of Justice over the past four years, including, Block Commander, Special Deputy, before that I was a commissioned officer in the Ministry of Interior for 19 years.

سه نفریکه در بالا ذکر شده البته 26 ماه میشود که ایشان را من میشناسم. من ایشان را چندین بار به محکمه برده ام. من چندین بار محکمه های ایشان را شنیده هستم حتا دادرسی های مخفی ایشان را در محکمه استناف. من در جریان فیصله محکمه استناف در ماه فیبروری سال 2005، که تمام هر سه این اشخاص نظر به قوانین جرایم توسط سه ریس های قاضی و سه قاضی دیگر، که عضو بودند، و همچنان توسط دو قاضی مذهبی هم ایشان بیگناه ثابت شده که دستگیری ایشان را یک جرم سنگین وغیر عادلانه در افغانستان خوانده است. من شخصاً در ماه فیبروری یا مارچ حاضربودم، وقتیکه ریس محکمه استناف تنها واپس از امریکا از تفریح آمد که پرداخت آن توسط سفارت امریکا داده شده بود، قاضی عابد گفته بود که اگر چی ایشان بیگناه هستند باید از قونسول امریکا برای آزادی شما اجازه بیگرم پیش از اینکه ورق آزادی شما را امظإٍ کنم. باید روز بعدیش همه کار ها انجام میافتند وتمام قاضی ها باید مطبوعات را میخواستند و حکم شان را باید علان میکردند و همچنان یک معذرت خواهی را هم از ستره محکمه تهیه دیده بودند. چند روز بعد من از ریس قاضی ها محمد اسماعیل آبد  شنیده ام که به آقای جک بگوید که من نتوانستم ایشان را آزاد نمایم بخاطریکه سفارت امریکا بعضی کار های را در پشت پرده انجام داده است و بالای محکمه هم امر نمودند تا آزادی ایشان را مانع شوند.

1

2.     I have known the three men mentioned above for 26 months. I have escorted them to court on many occasions, and I have attended their court hearings and the secret trial that was conducted in the Second Court [Court of Appeals]. I was present during the decision of the Court of Appeals (February 2005 Christian calendar), where all three men were declared innocent by a panel of three Chief Judges and three visiting judges, including the two Religious Judges who called their arrest a terrible crime against justice in Afghanistan. I personally was present in February or March 2005 (Christian calendar), when the Chief Judge, who had just returned from a vacation in America paid for by the American Embassy, said that although they were innocent, he needed to get permission from the US Consul before signing their release order. It was supposed to be done the next day and the judges were to call a press conference and announce their verdict and issue an apology from the Supreme Court. Several days later, I heard the Chief Judge, Ismail Abed, tell Mr. Jack that he could not release them because the American Embassy had "worked behind the curtain" and ordered the Court to stop their release.

برای همیشه در پلچرخی این سه اشخاص دایماً خوش داشته ترین اشخاص بودند و هر شخص به این اشخاص احترام داشتند که حتا افسر ها را دربرمیگرند. ایشان هیچ وقت مانند بندی ملاحظه نشده اند، هیچ وقت مانند بندی همرای ایشان رفتار نشده است، و هیچ وقت ایشان بنام بندی یاد یا صدا زده نشده است. مجاهیدین از تمام افغانستان ایشان را قهرمانان کشور ما ملاحظه نموده هستند. و ما تماماً باور داریم که بالای این اشخاص ظلم شده است بیدون کدام جرم بجز از حفظ نمودن جان های رهبران مجاهید ما. جبهه متحد قوماندان احمد شاه مسعود همیشه دولت داخلی افغانستان دایماً شناخته شده است. همیگی در پلچرخی میفهمند که کیس این ها سیاسی میباشد، در راستر اینجا هم ایشان را در لیست بندی های سیاسی گرفته شده است توسط وزارت عدلیه. ایشان کارت های بندی های جنگی را دارند و تمام پنج جنرال که در پلچرخی بودند این اشخاص را حقوق بندی های جنگی را داده هستند. ایشان میتوانستند هر وقت بیگریزند، مگر حتا یکبار هم ایشان این کوشش را ننمودند. در جریان سه بار اخیر که در محبس مظاهره صورت گرفته بود این سه شخص ضد بندی ها و ترورستان و همرای افسران بودند. قوماندان جک، دگرمن برینت بینیت و تورن بندریس رهبری مینمودند و یک تورن دیگر هم در مظاهره در سال قبلی بودند. که تمام ارشد ها در نزد این اشخاص خواب نموده و کمک شده اند، تمام وسایط مخابراتی ما از همین جا تعمین شده تا مظاهره را ختم نمایم.

3.     For all of the time here at Pulacharke these three men have been the most liked and respected men ever at this prison, and this includes officers. They have never been considered prisoners, they have never been treated as prisoners, and they have never been called prisoners. Mujahadeen all over Afghanistan consider these men heroes of our

2

اظهارنامه محمد طاووس نورزی معاون قوماندان
AFFIDAVIT OF DEPUTY COMMANDER TAWOUS – PULACHARKE PRISON
IN SUPPORT OF PETITIONERS' MOTION FOR TRO

country, and we all believe that they were oppressed without any crime except saving the lives of our Mujahadeen leaders (United Front) [Commander Massoud's UN recognized government prior to the interim government]. Everyone at Pulacharke knows that their case is political. On the roster here they have been listed as political prisoners by the Minister of Justice. They have Prisoner of War Identification cards, and all five generals who have been Commandants at Pulacharke have given them all full Prisoner of War rights here. They could escape at any time, but they have never once even attempted this. During the last three prison uprisings, these three men have been against the prisoners and terrorists, and with the officers. Cmdr Jack ran a command post, with Captain Brent, Lieutenant Banderas, and another Lieutenant during the riot early this year, where all of the senior officers slept and where he helped keep our communications working and other things that helped stop the riot.

دگرمن برینت بینت و تورن بندریس چندین بار آزاد شدند مگر در مقابل ریس پارلمان خط را امظاً ننمودند. به قوماندان جک فرمان پشنهاد شد اگر او اقرار کند و در مقابل اشخاص رسمی جبهه متحد خط امظاً نماید. او مسترد نمود من حاضر بودم در جریان تمام همین ملاقات ها و وقتیکه همین چیز های صورت گرفت. من فکر کردم او باید امظاً کند و خانه برود، مگر همیشه او میگفت که این آزادی شرافت نمیبخشد که اگر او امظاً کند.

4. Captain Brent and Lieutenant Banderas were released several times, but would not sign papers against the Chief of Parliament. Cmdr Jack was offered amnesty if he confessed and also signed papers against United Front officials. He refused. I was present during these meetings and when these things occurred. I thought he should sign and go home, but he always said that it was his honor that he would trade for freedom if he signed.

از زمان ماه جولای یا آگست سال 2006، تورن بندریس و دگرمن برینت مکمل آزاد شدند، بخاطریکه ریس صاحب جمهور امر نموده هستند تا فوراً آزاد شوند و قید هایشان ختم شود. مطابق آمر ریژیم ما قید قوماندان جک هم ختم است مگر سفارت امریکا از این خبر شدند و دوباره در خط امر نموده که دوباره آقای جک را در بندی خانه نگاه داشته باشند. تمام این سه شخص یکجا اینجا را ترک نمیکردند در زیر این فشار ها. وزیر عدلیه وقوماندان محبس به این موافق بودند لیکن ایشان آزاد بودند که رفت وآمد داشته باشند.

5. Since July or August 2006, Lieutenant Banderas and Captain Brent have been completely free, because the President sent an order that just immediately ended their sentences. According to our Chief of Regime, Cmdr Jack had his sentenced ended too, but then the American Embassy found out and the order was written again to keep

him in prison. All three would not leave under those pressure [circumstances]. The Minister and Chief of Prisons agreed with this but they were free to come and go.

در روز اول سپتمبر سفارت امریکا در این باره خبر شدند. برای دوسال من دیدام وشنیده ام که سفارت امریکا کوشیدن تا این اشخاص را خراب بسازند. من این را میفهمم که چندین بار مقامات رسمی سفارت امریکا بما گفته تا با این اشخاص رفتار بد کنیم، مگر ما هیچ وقت این کار را نکردیم و نمیکنیم. ایشان آب این ها را مانع شدند، جنس های شان را مانع شدند، و به ما گفتند که ملاقاتی های این اشخاص را ایجازه نباید بدهیم. این به من واضع شده که سفارت امریکا از این اشخاص نفرت دارند مگر من این را نفهمیدم که چرا.

6.  In the first days of September the American Embassy found out about this. For two years I have seen and heard the American Embassy try to hurt these men. I know that many times American Embassy officials have told us to treat them badly, but we never would. They stopped their water, their mail, and told us to stop their visitors. It has been clear to me that the American Embassy hates them although I could never understand why.

اگر چی در ماه سپتمبر این سال سفارت امریکا بالای ما خیلی فشار انداخته اند تا یک چیز در ضد این ها بکنیم. در چند هفته گذشته سفارت امریکا امر نموده تا افسر ها از وظیفه برطرف شوند ویا انتقال به جا های دیگری شوند. و این واضع بوده که این امر را سفارت امریکا نموده است. سفارت امریکا جنرال شامیر را امر نمودند که بالای این اشخاص حمله نمایند تا به دیگر اطاق یا بندی خانه ایشان را بگذارند ویا به سفارت بیاورند. تورن جنرال شامیر مسترد نمود از اینکار ویک گفتگو بدی هم همرای قونسول امریکا بشیر ممنون و یک آمریکایی که صدایش در سپیکر تیلفون بود (اید). سفارت امریکا بالای جنرال شامیر امر نموده بود که بالای این اشخاص امر نمایند، سفارت امریکا از این خبر نبودند که قوماندان جک وتورن بندریس با شش از دیگران افسر ها در دفتر به مکالمه ایشان گوش میدادند. دوروز بعداز اینکه جنرال شامیر مسترد کرد که بالای جک و افرادش حمله نماید، ایشان را به هرات انتقال داده اند که دیگر طرف کشور ما میباشد. مگر برید جنرال صادقی را موقت به این جاآوردند که چند روز بعد.

7.  All through the month of September this year, the American Embassy has been putting pressure on us to do something against them. In the past few weeks the Embassy has ordered officers fired or transferred and it has been clear that they are making this orders. The American Embassy ordered General Shamir to attack on top of them and put them in another cell or prison or bring them to the Embassy. Major General Shamir refused to do this and had an argument with the Embassy Consuls Bashir Mamoon and another American man on speaker phone [Mr. Ed]. The Embassy was ordering General Shamir to attack them. The Embassy did not know that Jack and Lieutenant Banderas were in the office listening to the conversation with six other officers. Two days after General Shamir refused the American Embassy's orders to attack Jack and his men,

4

اظهارنامه محمد طاووس نورزی معاون قوماندان
AFFIDAVIT OF DEPUTY COMMANDER TAWOUS – PULACHARKE PRISON
IN SUPPORT OF PETITIONERS' MOTION FOR TRO

he was transferred to Herat on the other side of the country.  Brigadier General Sadiqi was brought in as a temporary commander a few days later.

هفته گذشته، سفارت امریکا جنرال نو را امر نمود تا بالای جک، بالای دگرمن برینت و بالای تورن بندریس حمله کنند. ایشان بالای این اشخاص حمله نموده و ایشان را از بلاک سه به بیرون آورده است و به سفارت امریکا ببرند. در گذشته افسر های وزارت عدلیه دایماً مسترد مینمودند که کدام عمل در مقابل این ها کنند. افسر ها برای این اشخاص مردند. وبیشتر از این افسر ها خواهند مرد برایش. وقتیکه دگرمن برینت به نان شب رفته بود همرای قوماندان امنیتی یا کندک در هفته گذشته، سفارت امریکا زنگ خود را زدند یکنفریکه افسر نبوده و شروع به پلان هایشان نمودند. دگرمن برینت را معاصره نموده وبالای قوماندان جک حمله نموده است. افسر های که در این دخالت داشتند افسر های سابقه ما نبوده و بسیار ایشان به خانه های شان رفته بودند. من در آنجا نبودم وقتیکه حمله صورت گرفته بود. وبسیار افسر های بلند رتبه هم به خانه روان شده بودند تا در ماه رمضان یکجا با فامیل هایشان باشد.

8.     Last week, the American Embassy ordered the new general to attack Jack, Captain Brent and Lieutenant Banderas.  They were to attack them, drag them out of their compound at Block 3, and turn them over to the American Embassy.  In the recent past, Ministry of Justice officers at Pulacharke Prison had refused to take any action against them, officers have died for them, and most officers here would die for them again.  When Captain Brent went to dinner with the Security Commandant last week, the American Embassy made their call to a man here who is not an officer, and started their plan against them.  They surrounded Captain Brent and attacked on top of Cmdr Jack.  The officers involved were not our past regular officers, and most of us were home.  I was not there when the attack happened, and almost all of the longtime senior officers had been given that night off to spend Ramadan with their families.

بخاطریکه من آنجا نبودم، من گفته نمیتوانم که چی واقعه بعد از 5 بجه رخ داده است. مگر افسر های من به من راپور دادند که به سربازان امر شدند که بالای قوماندان جک حمله بکنند حتا نفر هایشان هم از بین بروند. در صباح چندین رهبران که در دولت ماست خبر شدند، وایشان از حمله بالای جک دستکشی نمودند. مگر بد بختانه سفارت امرکرده بودند که دگرمن برینت باید انتقال شود پیش ازاینکه کسی در مقابل ایشان شکایت نماید.

9.     Because I was not there, I cannot say what happened after 5pm, but my officers reported to me that the soldiers were ordered to keep attacking Cmdr. Jack, even if they lost their men.  By morning, certain leaders in our government found out, and stopped the operation against Jack.  Unfortunately, the Embassy ordered Captain Brent removed before anyone could complain against them.

این برای مردم مشکل است که بفهمند مگر در این کشور دولت را سفارت امریکا کانترول مینماید بیشتراز دوران روسها. اگر شما از امر سفارت دوری نماید یا شما از وظیفه برطرف خواهید شد ویا در بندیخانه روان خواهید شد.

5

اظهـارنـامـه محمد طـاووس نـورزی معـاون قـومـانـدان
AFFIDAVIT OF DEPUTY COMMANDER TAWOUS – PULACHARKE PRISON
IN SUPPORT OF PETITIONERS' MOTION FOR TRO

این مستقیم صورت نگرفته و این از طریق مقامات ما صورت گرفته است. این چیز است که چی واقعه در اینجا صورت گرفته است. وقتیکه جنرال شامیر سفارت را مسترد کرد، ایشان بالای وزیر فشار انداختند و بعداً وزیر فشار را بالای جنرال نو انداخت. قوماندان نو امر حمله را بالای جک، برینت مستقیم از سفارت امریکا گرفته بود، مگر نمیخواست در زیر شکایت بیاید بهمان خاطر همان شب به خانه رفته بود.

10. This is hard for people to understand, but in this country the American Embassy controls this government, more than the Russians ever did. If you refuse the orders of the US Embassy you can be fired or put in jail. This is not done directly, it is done through our high levels "behind the curtain" [the Afghan phrase used for this]. This is what happened here. When General Shamir refused the Embassy, they put pressure on the Minister who passed the threat to the new Brigadier General. The new Commandant took his direct orders for the attack on Jack and Captain Brent from the Embassy, but did not want to be blamed, so he went home that night.

قوماندان جک حمله نماند که زیاد تر شود، او و هنوز هم درها را بالای خود قفل نموده تا مانع شود که سفارت او را نگیرد. من خلاف این نیستم، او و اشخاصش در امنیت ملی شکنجه شده بودند پیش از اینکه در اینجا بیایند. افسران هنوز هم مسترد مینمایند که بالای قوماندان جک حمله کند. او هنوز هم در داخل خود را قفل نموده و افسران هم این را میفهمند که سفارت امریکا یکبار دیگر چنین امر خواهند نمود. زور بعدیش سفارت امریکا مقامات محبس را امرکرده بوده که دگرمن برینت را اجازه ندیهند تا جنس های خویش را با خود بیگیرد. سفارت چنین امر کرده بوده هر چیزیکه دگرمن برینت پوشیده است همان باشد بخاطریکه مقامات سفارت جنس های این اشخاص را تلاشی خواهند نمود.

11. Cmdr Jack held the attack off, and he is still barricaded in to prevent the American Embassy from taking him. I am not against this. He and his men were tortured when they were at NDS before getting here. I would not want to leave here either and face that again either. The officers still here are refusing to attack him again. He is still barricaded in and the officers here know that the Embassy will try to order an attack against him again. The next day the Embassy ordered the prison not to allow Captain Brent to take his clothes and other property. They ordered that he could only leave with what he was wearing because American officials wanted to search their property.

این به تمام قوماندان اینجا معلوم است و ما همگی چندین بار در این باره صبحت هم نمودیم. که سفارت امریکا هرچی که از دست شان بیاید در حق این شخص میکنند تا این مرد را خراب بکند. وقدرت شان را استفاده خواهند نمود تا قوماندان جک را خراب بسازند. دوست هایش کوشش میکنند تا او را حفظ داشته باشند. مگر چی زیاد کرده خواهند توانست در مقابل یک کشور پر قدرت مانند امریکا. ما نمیخواستیم که ایشان اینجا را ترک کنند و مانمیخواستیم که دگرمن برینت گرفته شود. همگی در محبس تقویت کرده دگرمن برینت را تا همرای جک باقی بماند بخاطریکه وزن برینت بالای شانه های مانبوده است. جنرال ها در وزارت عدلیه دگرمن برینت را کمک میکردند تا پاسپورت افغانیت خویش را بیگیرد و آزادانه رفت وآمد داشته باشد. ما همگی میفهمیم که دگرمن برینت

6

اظهارنامه محمد طاووس نورزی معاون قوماندان
AFFIDAVIT OF DEPUTY COMMANDER TAWOUS – PULACHARKE PRISON
IN SUPPORT OF PETITIONERS' MOTION FOR TRO

<div dir="rtl">
خودش میخواست که همرای قوماندان جک بنشیند من یک نفر را در وزارت عدلیه نمیشناسم که کدام عتراض در این مورد داشته باشد. او دوست مردم ما بود وبعداً افسرهای محبس را تعلیم وتمرین میداد ویگناه کسانیکه  مسول به این اشخاص بودند به عمل های که صورت گرفته بود بالای دگرمن برینت و قوماندان جک عبارت از سفارت امریکا میباشد که مسول به همه چیز هستند. سفارت چنین امر ننموده بودند، نه کدام افغان ونه کدام مقامات رسمی افغان چنین چیز را میخواستند. برای نوشتن این چیز ها من شاید دستگیر ویا بندی خواهم شد لیکن هم این که نوشته ام حقیقت است. من تنها این را میپرسم که اگر من دستگیر شوم سفارت امریکا فامیل من را اذیت نکنند.
</div>

12. It is very clear to every commander here, and all of us have talked about it many times, that the American Embassy will keep doing everything they can to hurt this man, and using their power to order actions on top of him.  His friends can keep trying to protect him, but they can only do so much against a powerful country like America.  We did not want them to leave, we did not want Captain Brent taken.  Everyone at the prison supported Captain Brent staying with Jack because it was no weight on our shoulders.  Generals in the Ministry of Justice were helping Captain Brent get his Afghan passport so he could travel freely here.  We all knew that Captain Brent wanted to stay with Jack and I do not know a single person in the Ministry who objected.  He was the friend of our people and he was going to work with us to help train and rebuild Pulacharke.  The only people responsible for the action against Captain Brent and Cmdr Jack were the Americans at the Embassy.  They ordered this.  No Afghan officer or official ordered this or wanted this.  For writing this I will probably be fired or arrested and I say these things because it is truth, I just ask that if am arrested the American Embassy not hurt my family and not order anyone to hurt my family or bribe anyone to hurt my family.

<div dir="rtl">
من قسم یاد مینمایم و نظر قوانین افغانستان و مذهب مسلمانیتم. ۱۳۸۵/۷/۱۳ ، اکتوبر 5 سال 2006.
</div>

13. This is the truth under the Koran and in the laws of Afghanistan and the Muslim religion.  13 day of 7th month, 1385 [5 October 2006 – Christian calendar].



<div dir="rtl">
طاووس نورزی
معاون قوماندان بلاک سوم پلچرخی
</div>

Tawous Noorzai
Deputy Commander
Block 3, Pulacharke

<div dir="rtl">
اظهارنامه محمد طاووس نورزی معاون قوماندان
</div>

AFFIDAVIT OF DEPUTY COMMANDER TAWOUS – PULACHARKE PRISON
IN SUPPORT OF PETITIONERS' MOTION FOR TRO