## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.K. IDEMA, <u>et al.</u>, ) | |
| ) | |
| Petitioners, ) | No. 05 CV 2064 (EGS) |
| ) | |
| v. ) | |
| ) | |
| RONALD NEUMANN, <u>et al.</u>, ) | |
| ) | |
| Respondents. ) | |

## NOTICE REGARDING ADDRESS FOR PETITIONER BRENT BENNETT
## AND SUPPLEMENTAL CERTIFICATE OF SERVICE

Respondents file this Notice to inform the Court of an apparent mailing address for petitioner Brent Bennett and to concomitantly supplement the certificate of service with respect to respondents' recent jurisdictional filing.

On Friday, November 17, 2006, respondents filed their Supplemental Brief Addressing Jurisdiction, as provided for in the Court's November 6, 2006 Minute Order. That brief was not served on petitioner Brent Bennett because, since Mr. Bennett's release from Pol-e-Charkhi prison, the undersigned has not had a mailing address for Mr. Bennett. On Monday, November 20, 2006, the undersigned was provided with a copy of correspondence sent by Mr. Bennett to the United States Embassy in London. That correspondence references a case captioned <u>In Re Bennett</u>, No. 06-02537-8-RDD (Bankr. E.D.N.C.). A review of the docket in that pending bankruptcy case, which was filed by Mr. Bennett on August 18, 2006, indicates that Mr. Bennett filed a document captioned "Notice of Change of Address - Debtor Brent Bennett" in that case on October 10, 2006, providing the following address for Mr. Bennett:

1

Captain Brent Bennett, UFMF SpecOps
c/o Master Sergeant Thomas Bumback
64 Hardin Reynolds Road
Critz, VA 24082

See Notice of Change of Address - Debtor Brent Bennett, filed in In Re Bennett, No. 06-02537-8-RDD (Bankr. E.D.N.C.), attached hereto as Exh. 1.[1]  Although the Change of Address states that this address is a "temporary address" to be used until November 1, 2006, "prior to which a subsequent notice indicating the permanent United States address of debtor [i.e., Bennett] will be filed," no subsequent address change for Mr. Bennett is noted on the docket of that case.  See Docket, In Re Bennett, No. 06-02537-8-RDD (Bankr. E.D.N.C.), attached hereto as Exh. 2.[2]

In light of the above, the undersigned hereby certifies that he has, on this date, caused a copy of respondents' Supplemental Brief Addressing Jurisdiction to be served, via U.S. Mail, postage pre-paid, upon petitioner Bennett at the following address:

Brent Bennett
c/o Thomas Bumback
64 Hardin Reynolds Road
Critz, VA 24082

Dated: November 21, 2006.          Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

---

[1] Respondents presume that the acronym "UFMF" following Bennett's name stands for United Front Military Forces, alleged to be the military force of the Northern Alliance.  See, e.g., Petition at 5 (¶ 8).

[2] Respondents also note that Mr. Bennett's correspondence to the Embassy provided a telephone number at which he allegedly can be reached, a "dedicated email address" for response to his inquiry, and noted that the Embassy could "also contact attorney John Tiffany" and provided contact information for Mr. Tiffany.  As counsel for petitioner Idema, Mr. Tiffany was served with respondents' jurisdictional filing via the Court's ECF system.

2

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director


 /s/ Ori Lev
ORI LEV, DC # 452565
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
Mail:  P.O. Box 883, Washington, DC  20044
Delivery:  20 Massachusetts Ave., NW, Rm 7330
          Washington, DC 20001
Tel:  (202) 514-2395
Fax:  (202) 318-7589
Email:  ori.lev@usdoj.gov


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has, this 21st day of November 2006, caused a copy of the foregoing Notice Regarding Address for Petitioner Brent Bennett and Supplemental Certificate of Service and attached exhibits to be to be served, via U.S. mail, postage prepaid, upon the following persons at the following addresses:

Brent Bennett
c/o Thomas Bumback
64 Hardin Reynolds Road
Critz, VA 24082

Edward Caraballo
60 Erie Street
Jersey City, NJ 07302

John Tiffany, attorney for Petitioner Idema, will be served via the Court's ECF system.



_____/s/_____
Ori Lev

3