**1**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| *In re:* ) | |
| Brent Bennett, Debtor; and ) | Bankruptcy Case No. **06-02537-8-RDD** |
| J. K. Idema, and ) | |
| Counterr Group, Co-Debtors. ) | **NOTICE ADDRESS CHANGE** |
| ) | On behalf of Brent Bennett |
| Debtor is in Transit from Afghanistan ) | |
| Mail should temporarily be sent to: ) | Judge: Hon. Randy D. Doub |
| Captain Brent Bennett, UFMF SpecOps ) | **Chapter 13** |
| c/o Master Sergeant Thomas Bumback ) | Debtor's SSN:  ***-**-0903 |
| 64 Hardin Reynolds Rd, Critz,VA 24082 ) | Co-Debtor's SSN  ***-**-5452 |
| Or via email: BennettLegal@CounterrGroup.org ) | Co-Debtor's SSN  ***-**-3057 |

### NOTICE OF CHANGER OF ADDRESS – DEBTOR BRENT BENNETT

**Debtor, having just been released from Prisoner of War Status, and now returning from Afghanistan,** is currently engaged in international travel and other international matters, some of which involves the safeguarding of personal property listed with this Court as assets. Debtor is also resolving passport and travel issues, and therefore, debtor submits the following temporary address change for serving of motions, orders, and other pleadings. Debtor requests all parties use the following temporary address until November 1, 2006, prior to which a subsequent notice indicating the permanent United States address of debtor will be filed, along with employment information and the appropriate amended schedules.

> **Debtor in Transit from Afghanistan**
> **Mail should temporarily be sent to:**
> Captain Brent Bennett, UFMF SpecOps
> c/o Master Sergeant Thomas Bumback
> 64 Hardin Reynolds Road, Critz, VA  24082
> Or via email: BennettLegal@CounterrGroup.org
> Satellite Ph:   011/93-70054200
> Satellite Fax:  480/247-5626

Respectfully Submitted,
This 8th Day of October, 2006,

_[signature]_
Brent Bennett, CPT

## CERTIFICATE OF SERVICE

I do hereby certify that a courtesy copy of the foregoing NOTICE ADDRESS CHANGE, was served on all parties on or about October 10, 2006, by fax or mail, addressed as follows:

>Trawick H. Stubbs, Jr., *Trustee*
>Office Of The Ch. 13 Trustee
>P.O. Box 1618,
>New Bern, NC 28563
>
>Mr. John H. Small
>*Counsel for Columbia, et al*
>Brooks, Pierce, McLendon, Humphrey & Leonard. LLP
>PO Box 26000
>Greensboro, North Carolina, 27420
>Telephone:     336/271-3124
>Facsimile:     336/378-1001
>
>Mr. Francis C.J. Pizzulli
>Francis C. Pizzulli, Inc.
>718 Wilshire Boulevard, Santa Monica, California 90401
>Telephone:     310/451-8020
>Facsimile:     310/458-6156

Under Penalty of Perjury, DATED: October 8, 2006

By: [signature]

2