**2**

# U.S. Bankruptcy Court
## Eastern District of North Carolina (Wilson)
### Bankruptcy Petition #: 06-02537-8-RDD

*Assigned to:* Judge Randy D. Doub  *Date Filed:* 08/18/2006
Chapter 13
Voluntary
Asset

*Debtor*  represented by **Brent Bennett**
**Brent Bennett**  PRO SE
Captain Brent Bennett, UFMF SpecOps
c/o Master Sergeant Thomas Bumback
64 Hardin Reynolds Road
Critz, VA 24082
SSN: xxx-xx-0903

*Trustee*
**Trawick H. Stubbs, Jr.**
Office Of The Ch. 13 Trustee
P.O. Box 1618
New Bern, NC 28563
252 633-0103

| Filing Date | # | Docket Text |
|---|---|---|
| 08/18/2006 | 1 | Chapter 13 Voluntary Petition Filed by Brent Bennett (Bipes, Cheryl) (Entered: 08/18/2006) |
| 08/18/2006 | 2 | Statement Of Debtor(s) Social Security Number filed by Brent Bennett. (Bipes, Cheryl) (Entered: 08/18/2006) |
| 08/18/2006 | 3 | Application To Pay Filing Fee In Installments filed by Brent Bennett (Bipes, Cheryl) (Entered: 08/18/2006) |
| 08/18/2006 | 4 | Motion For Exemption From Credit Counseling filed by Brent Bennett (Bipes, Cheryl) (Entered: 08/18/2006) |
| 08/18/2006 | 5 | Meeting of Creditors 341(a) meeting to be held on 9/18/2006 at 11:00 AM at Fayetteville Courtroom. Proofs of Claims due by 12/18/2006. Last day to file complaint is 11/17/2006. (Bipes, Cheryl) (Entered: 08/18/2006) |
| 08/18/2006 | 6 | Notice Of Debtor Education Class (Bipes, Cheryl) (Entered: 08/18/2006) |
| 08/18/2006 | 7 | Order And Notice To Chapter 13 Debtor(s). |

|  |  | Order Appointing Trustee . (Bipes, Cheryl) (Entered: 08/18/2006) |
|---|---|---|
| 08/18/2006 | 8 | Deficiency Notice. Deficiency Of: Schedule J - Item #19 must be completed.; Chapter 13 Plan. Incomplete Filings due by 9/5/2006. Chapter 13 Plan due by 9/5/2006. Case Subject To Automatic Dismissal On 10/3/2006. (Bipes, Cheryl) (Entered: 08/18/2006) |
| 08/20/2006 | 9 | BNC Certificate Of Mailing - Meeting Of Creditors Service Date 08/20/2006. (Related Doc # 5) (Admin.) (Entered: 08/21/2006) |
| 08/20/2006 | 10 | BNC Certificate Of Mailing - Notice Service Date 08/20/2006. (Related Doc # 8) (Admin.) (Entered: 08/21/2006) |
| 08/20/2006 | 11 | BNC Certificate Of Mailing - Order Service Date 08/20/2006. (Related Doc # 7) (Admin.) (Entered: 08/21/2006) |
| 08/20/2006 | 12 | BNC Certificate Of Mailing - Notice Service Date 08/20/2006. (Related Doc # 6) (Admin.) (Entered: 08/21/2006) |
| 08/21/2006 | 13 | Certificate Of Mailing. (related document(s): 5 Meeting Of Creditors Chapter 13) (Fields, Shelia) (Entered: 08/21/2006) |
| 08/21/2006 | 14 | Order Granting Application To Pay Filing Fees In Installments. (Related Doc # 3). Final Installment Payment due by 9/28/2006. (Walston, Gail) (Entered: 08/21/2006) |
| 08/23/2006 | 15 | BNC Certificate Of Mailing - Order Service Date 08/23/2006. (Related Doc # 14) (Admin.) (Entered: 08/24/2006) |
| 08/24/2006 | 16 | Miscellaneous Correspondence From Court (related document(s): 4 Motion For Exemption From Credit Counseling filed by Debtor Brent Bennett) Due by 9/22/2006. (Walston, Gail) (Entered: 08/24/2006) |
| 08/29/2006 | 17 | Motion For Sanctions Against Marvin S. Putnam, Kevin Vick, O'Lveny & Meyers, LLP, Floyd Abrams, Brian Markley, Cahill Gordon & Reindel, LLP Howard Jacobson and Columbia University filed by Brent Bennett Responses due by 9/11/2006. (Attachments: # 1 Exhibits A-G# 2 Exhibits H-L# 3 Notice Of Motion & Certificate Of Service) (Harris, Donna)<br>** Amended As To Docket No.: 19 Notice of Motion Only **<br>Modified on 9/1/2006 (Payne, Lisa). (Entered: 08/29/2006) |
| 09/01/2006 | 18 | Amended/Amendment To Filing ( *Schedule J* ) filed by Brent Bennett. (Payne, Lisa) (Entered: 09/01/2006) |
| 09/01/2006 | 19 | Amended/Amendment To Filing ( *Notice of Motion* ) filed by Brent Bennett. (Payne, Lisa) |

| | | |
|---|---|---|
| | | **Corrective Entry: Amended/Amendment To Filing (*Notice of Motion*) (Related Document(s): 17 Motion For Sanctions)** Modified on 9/11/2006 (Skinner, Donna). (Entered: 09/01/2006) |
| 09/08/2006 | 20 | Joint Motion To Extend Time *to Respond* filed by John H. Small on behalf of Cahill Gordon & Reindel LLP, Howard A Jacobson, Columbia University, Floyd Abrams, Brian Markley, O'Melveny & Myers, LLP, Marvin S. Putnam, Kevin L. Vick (related document no.17 Motion For Sanctions For Creditor Misconduct, ) (Small, John) (Entered: 09/08/2006) |
| 09/11/2006 | | Corrective Entry Notification (related document(s): 19 Amended/Amendment To Filing ( *Notice of Motion* ) filed by Brent Bennett. (Payne, Lisa) **Corrective Entry: Amended/Amendment To Filing (*Notice of Motion*) (Related Document(s): 17 Motion For Sanctions)** (Entered: 09/11/2006) |
| 09/12/2006 | 21 | Order Granting Motion To Extend Time (Related Doc # 20) Due by 9/18/2006. (Fields, Shelia) (Entered: 09/12/2006) |
| 09/14/2006 | 22 | BNC Certificate Of Mailing - PDF Document Service Date 09/14/2006. (Related Doc # 21) (Admin.) (Entered: 09/15/2006) |
| 09/15/2006 | 23 | Motion For Relief From Stay (Fee Paid) filed by John H. Small on behalf of Columbia University Responses due by 10/3/2006. (Attachments: # 1 Notice Of Motion & Certificate Of Service) (Small, John) **Corrective Entry: Motion For Relief From Stay & Co-Debtor Stay (Fee Paid) filed by John H. Small on behelf of Columbia University** Modified on 9/19/2006 (Skinner, Donna). (Entered: 09/15/2006) |
| 09/15/2006 | | Receipt Of Filing Fee For Motion For Relief From Stay(06-02537-8-RDD) [motion,mrlfsty] ( 150.00), Receipt Number 1413256, Amount $ 150.00. (U.S. Treasury) (Entered: 09/15/2006) |
| 09/15/2006 | 24 | Response to (related document(s): 17 Motion For Sanctions For Creditor Misconduct, filed by Debtor Brent Bennett, 23 Motion For Relief From Stay filed by Creditor Columbia University) filed by John H. Small on behalf of Floyd Abrams, Cahill Gordon & Reindel LLP, Columbia University, Howard A Jacobson, Brian Markley, O'Melveny & Myers, LLP, Marvin S. Putnam, Kevin L. Vick (Attachments: # 1 Unreported Cases Cited) (Small, John) (Entered: 09/15/2006) |
| 09/15/2006 | 25 | Affidavit Of Brian T. Markley filed by John H. Small on behalf of Floyd Abrams, Cahill Gordon & Reindel LLP, Columbia University, |

| | | |
|---|---|---|
| | | Howard A Jacobson, Brian Markley, O'Melveny & Myers, LLP, Marvin S. Putnam, Kevin L. Vick (RE: related document(s)17 Motion For Sanctions Against Marvin S. Putnam, Kevin Vick, O'Lveny & Meyers, LLP, Floyd Abrams, Brian Markley, Cahill Gordon & Reindel, LLP Howard Jacobson and Columbia University, 23 Motion For Relief From Stay (Fee Paid)). (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14) (Small, John) (Entered: 09/15/2006) |
| 09/15/2006 | 26 | Affidavit Of Marvin S. Putnam filed by John H. Small on behalf of Floyd Abrams, Cahill Gordon & Reindel LLP, Columbia University, Howard A Jacobson, Brian Markley, O'Melveny & Myers, LLP, Marvin S. Putnam, Kevin L. Vick (RE: related document(s)17 Motion For Sanctions Against Marvin S. Putnam, Kevin Vick, O'Lveny & Meyers, LLP, Floyd Abrams, Brian Markley, Cahill Gordon & Reindel, LLP Howard Jacobson and Columbia University, 23 Motion For Relief From Stay (Fee Paid)). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G) (Small, John) (Entered: 09/15/2006) |
| 09/19/2006 | | Corrective Entry Notification (related document(s): 23 Motion For Relief From Stay (Fee Paid) filed by John H. Small on behalf of Columbia University Responses due by 10/3/2006. (Attachments: # (1) Notice Of Motion & Certificate Of Service) (Small, John) **Corrective Entry: Motion For Relief From Stay & Co-Debtor Stay (Fee Paid) filed by John H. Small on behelf of Columbia University** (Entered: 09/19/2006) |
| 09/25/2006 | 27 | Motion To Extend Time *To File Reply to Columbia, et al Response* filed by Brent Bennett (related document no.24 Response, ) Responses due by 9/25/2006. (Artis, Teresa) (Entered: 09/26/2006) |
| 09/26/2006 | 28 | Miscellaneous Correspondence From Brent Bennett (related document no. 27) (Boyette, Julie) (Entered: 09/26/2006) |
| 09/26/2006 | 29 | Response to (related document(s): 27 Motion To Extend Time filed by Debtor Brent Bennett) filed by John H. Small on behalf of Floyd Abrams, Cahill Gordon & Reindel LLP, Columbia University, Howard A Jacobson, Brian Markley, O'Melveny & Myers, LLP, Marvin S. Putnam, Kevin L. Vick (Small, John) (Entered: 09/26/2006) |
| 09/27/2006 | 30 | Order Granting Motion To Extend Time (Related Doc # 27) Due by 10/10/2006. (Fields, Shelia) (Entered: 09/27/2006) |
| 09/28/2006 | 31 | Miscellaneous Correspondence filed by Brent Bennett. (Fields, |

| | | |
|---|---|---|
| | | Shelia) (Entered: 09/28/2006) |
| 09/28/2006 | | Receipt of Chapter 13 installment fee - $100.00 by DB. Receipt number 00185628. (admin) (Entered: 09/28/2006) |
| 09/29/2006 | 32 | BNC Certificate Of Mailing - PDF Document Service Date 09/29/2006. (Related Doc # 30) (Admin.) (Entered: 09/30/2006) |
| 10/02/2006 | 34 | Motion For Exemption From Credit Counseling filed by Brent Bennett (Fields, Shelia) (Entered: 10/03/2006) |
| 10/02/2006 | 35 | Motion To Allow ECF Filing By Debtor, Motion To Attend 341 Meeting Telephonically Filed By Brent Bennett. Motion To Continue Meeting Of Creditors, Motion To Extend Time To Pay Filing Fees filed by Brent Bennett Motion To Extend Time To File Plan filed by Brent Bennett (Fields, Shelia). (Entered: 10/03/2006) |
| 10/02/2006 | 36 | Chapter 13 Plan Filed by Brent Bennett. Motion To Assume Executory Contract Of Richard Martins And Counterr Group, Motion To Avoid Lien Of Columbia University filed by Brent Bennett (Fields, Shelia) (Entered: 10/03/2006) |
| 10/03/2006 | 33 | Trustee's Motion to Dismiss & Certificate of Mailing. (EPI) (Entered: 10/03/2006) |
| 10/10/2006 | 37 | Motion To Extend Time *To Respond To Columbia And The Trustee's Motion To Dismiss.* filed by Brent Bennett (Fields, Shelia) (Entered: 10/11/2006) |
| 10/10/2006 | 38 | Notice Of Motion filed by Brent Bennett (RE: related document(s)37 Motion To Extend Time *To Respond To Columbia And The Trustee's Motion To Dismiss.*). Responses due by 10/17/2006. (Fields, Shelia) (Entered: 10/11/2006) |
| 10/10/2006 | 39 | Notice Of Address Change For Debtor(s) *Captain Brent Bennett, UFMF SpecOps, c/o Master Sergeant Thomas Bumback, 64 Hardin Reynolds Road, Critz, VA 24082.* filed by Brent Bennett. (Fields, Shelia) (Entered: 10/11/2006) |
| 10/10/2006 | 46 | Affidavit Of Banderas filed by Brent Bennett. (Fields, Shelia) (Entered: 10/16/2006) |
| 10/13/2006 | 40 | Order Denying Motion For Exemption From Credit Counseling (Related Doc # 34), Denying Motion To Allow Debtor to File by ECF; Denying Motion to Schedule 341 Telephonically; Denying Motion to Extend Time to File Plan; Granting Motion to Continue |

| | | |
|---|---|---|
| | | 341 Meeting; Granting Motion to Extend Time to Pay Filing Fee (Related Doc # 35), and Granting Motion To Extend Time To Reply to Columbia's Response Regarding Debtor's Motion For Sanctions and Extending Time for Debtor to Respond to Trustee's Motion to Dismiss (Related Doc # 37) Due by 10/31/2006. (Barnes, Dawn) (Entered: 10/13/2006) |
| 10/13/2006 | 41 | Certificate Of Mailing. (related document(s): 40 Order on Motions.) (Barnes, Dawn) (Entered: 10/13/2006) |
| 10/13/2006 | 42 | Meeting of Creditors Rescheduled 341(a) meeting to be held on 11/30/2006 at 11:00 AM at Fayetteville Courtroom. (Barnes, Dawn) (Entered: 10/13/2006) |
| 10/13/2006 | 43 | Notice Of Debtor Education Class (Barnes, Dawn) (Entered: 10/13/2006) |
| 10/15/2006 | 47 | BNC Certificate Of Mailing - PDF Document Service Date 10/15/2006. (Related Doc # 40) (Admin.) (Entered: 10/17/2006) |
| 10/15/2006 | 48 | BNC Certificate Of Mailing - Meeting Of Creditors Service Date 10/15/2006. (Related Doc # 42) (Admin.) (Entered: 10/17/2006) |
| 10/15/2006 | 49 | BNC Certificate Of Mailing - Notice Service Date 10/15/2006. (Related Doc # 43) (Admin.) (Entered: 10/17/2006) |
| 10/16/2006 | 44 | Deficiency Notice. (related document no.36 Chapter 13 Plan filed by Debtor Brent Bennett) Due by 10/26/2006. (Fields, Shelia) (Entered: 10/16/2006) |
| 10/16/2006 | 45 | Certificate Of Mailing. (related document(s): 44 Deficiency Notice) (Fields, Shelia) (Entered: 10/16/2006) |
| 10/18/2006 | 50 | BNC Certificate Of Mailing - Notice Service Date 10/18/2006. (Related Doc # 44) (Admin.) (Entered: 10/19/2006) |
| 10/24/2006 | | Request For Clerk To Schedule Continued Meeting Of Creditors . (Stubbs, Trawick) (Entered: 10/24/2006) |
| 10/24/2006 | | Withdrawal filed by Trustee Trawick H. Stubbs Jr.. (RE: related document(s) Request For Clerk To Schedule Continued Meeting Of Creditors) (Stubbs, Trawick) (Entered: 10/24/2006) |
| 10/30/2006 | | Receipt of Chapter 13 installment fee - $174.00 by AB. Receipt number 00185757. (admin) (Entered: 10/30/2006) |
| | | |

| | | |
|---|---|---|
| 10/30/2006 | | Final Installment Paid. (McKeel, Terry) (Entered: 11/01/2006) |
| 10/31/2006 | 51 | Response Filed by Debtor Brent Bennett (related document(s): 40 Order (Artis, Teresa) (Entered: 11/01/2006) |
| 10/31/2006 | 52 | Response to (related document(s): 33 Motion To Dismiss Case) filed by Brent Bennett (Gurgone, Christy) (Entered: 11/02/2006) |
| 11/01/2006 | | Deadline(s) Terminated/Expired (related document no.40 Order, , , Order on Motion for Exemption from Credit Counseling, , , Order On Generic Motion, , , Order On Motion To Extend Time, , ) (Gurgone, Christy) (Entered: 11/01/2006) |
| 11/01/2006 | 53 | Notice Of Address Change For Jack Idema, Cahill, Gordon & Reindel LLP, Howard Johnson, Columbia University filed by Brent Bennett. (Barnes, Dawn) (Entered: 11/02/2006) |
| 11/01/2006 | 54 | Miscellaneous Correspondence From Brent Bennett (Barnes, Dawn) (Entered: 11/02/2006) |
| 11/01/2006 | 55 | Miscellaneous Correspondence From Brent Bennett (Fields, Shelia) (Entered: 11/06/2006) |
| 11/02/2006 | | Receipt of Amendment Filing Fee - $26.00 by AB. Receipt Number 00185767. (admin) (Entered: 11/02/2006) |
| 11/09/2006 | 56 | Response to (related document(s): 51 Miscellaneous filed by Debtor Brent Bennett) filed by John H. Small on behalf of Columbia University (Small, John) (Entered: 11/09/2006) |
| 11/09/2006 | 57 | Motion To Extend Time To Object To Dischargebility Of Debts filed by John H. Small on behalf of Columbia University (Small, John) (Entered: 11/09/2006) |
| 11/15/2006 | 58 | Order Granting Motion To Extend Time (Related Doc # 57) Last day to file complaint is 1/29/2007. (Fields, Shelia) (Entered: 11/15/2006) |
| 11/17/2006 | 59 | BNC Certificate Of Mailing - PDF Document Service Date 11/17/2006. (Related Doc # 58) (Admin.) (Entered: 11/18/2006) |

| **PACER Service Center** |
|---|
| **Transaction Receipt** |