UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.K. Idema, *et al.*,<br>    *Petitioners*,<br><br>    *v.*<br><br>United States Department of State, *et al.*,<br>    *Respondents*. | )<br>)<br>)  CIVIL CASE NO. 05-2064 (EGS)<br>)<br>)<br>)<br>)  ECF Case<br>)<br>)<br>)<br>) |

**NOTICE OF ELECTRONIC FILING**

Please take notice that attached herewith is (1) "Petitioner Caraballo's Response To Respondents' Brief Addressing Jurisdiction."

Dated November 22, 2006

                                        Respectfully submitted,

                                        /s/
                                  _____

                                  Edward Caraballo
                                  c/o Richard Caraballo
                                  60 Erie Street
                                  Apt. 103
                                  Jersey City NJ 07302
                                  201-420-0055

                                  EdCaraballo@mac.com
                                  *or*
                                  newsmedia@salespresence.net