UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| J.K. IDEMA, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | Civil Action No. 05-2064 (EGS) |
| v. | ) ) | |
| CONDOLEEZZA RICE, *et al.*, | ) ) | |
| Respondents. | ) ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the habeas claims of petitioners Brent Bennett, Edward Caraballo, and Zorro Rasuli Banderas are **DISMISSED AS MOOT;** and it is

**FURTHER ORDERED** that the respondents shall respond to petitioners' factual allegations and show cause why this Court should not grant a writ of habeas corpus to petitioner Idema by **April 10, 2007;** and it is

**FURTHER ORDERED** that petitioners' Motion for Temporary Restraining Order and Other Relief and Rule 60 Motion [Dkt. No. 7] is **DENIED;** and it is

**FURTHER ORDERED** that petitioners' Life & Death Emergency Motion [Dkt. No. 26] is **DENIED AS MOOT;** and it is

**FURTHER ORDERED** that petitioners' Notice of Objections and Motion to Compel [Dkt. No. 12] is **DENIED AS MOOT**; and it is

**FURTHER ORDERED** that respondents' Motion for Reconsideration and Clarification of July 14 Minute Order [Dkt. No. 23] is **DENIED AS MOOT**.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            March 21, 2007**