UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| J.K. IDEMA, et al., | ) | |
| | ) | |
| Petitioners, | ) | No. 05 CV 2064 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD NEUMANN, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## NOTICE OF SUBSTITUTION OF APPEARANCE

MARCIA BERMAN, Trial Attorney, Civil Division, United States Department of Justice, hereby enters her appearance on behalf of respondents, in substitution for Ori Lev. All pleadings, correspondence, and other documents filed or served in this matter should be addressed to:

> Marcia Berman
> Trial Attorney
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue N.W.  Room 7204
> Washington, D.C.  20530
> Tel.: (202) 514-3330
> Fax: (202) 616-8470
> Email:  marcia.berman@usdoj.gov

The undersigned counsel hereby certifies pursuant to Local Rule 83.2(j) that she is personally familiar with the Local Rules of this Court.

> Respectfully Submitted,
>
> PETER D. KEISLER
> Assistant Attorney General
>
> JEFFREY A. TAYLOR
> United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

  s/ Marcia Berman
MARCIA BERMAN
Trial Attorney
(PA Bar No. 66168)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7204
Washington, D.C.  20530
Tel.: (202) 514-3330
Fax: (202) 616-8470
Email:  marcia.berman@usdoj.gov

Attorneys for Respondents.

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that she has, this 4th day of April 2007, caused a copy of the foregoing **NOTICE OF SUBSTITUTION OF APPEARANCE** to be filed via the Court's ECF system and that John Tiffany, attorney for Petitioner Idema, will be served via that system.

       s/ Marcia Berman
      MARCIA BERMAN