**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
J.K. IDEMA, <u>et al.</u>,                )
                                           )
      Petitioners,         )     No. 05 CV 2064 (EGS)
                                           )
   v.                              )
                                           )
RONALD NEUMANN, <u>et al.</u>,     )
                                           )
      Respondents.        )
_____)

**PROPOSED ORDER IN SUPPORT OF RESPONDENTS' MOTION TO DISMISS**
**ON GROUNDS OF MOOTNESS**

AND NOW, this _____ day of _____, 2007, upon consideration of Respondents' Motion to Dismiss on Grounds of Mootness, and any response and reply thereto, it is hereby ORDERED that respondents' motion is GRANTED. The Petition for Writ of Habeas Corpus is hereby DISMISSED as moot.

SO ORDERED:

DATE: _____     _____
                                                                Emmet G. Sullivan
                                                                 United States District Judge