**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
J.K. IDEMA, et al.,                             )
                                                            )
        Petitioners,                       )     No. 05 CV 2064 (EGS)
                                                            )
        v.                                           )
                                                            )
RONALD NEUMANN, et al.,              )
                                                            )
        Respondents.                     )
_____)

**PROPOSED ORDER IN SUPPORT OF RESPONDENTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONER IDEMA'S FACTUAL ALLEGATIONS IN HIS PETITION FOR WRIT OF HABEAS CORPUS**

AND NOW, this _____ day of _____, 2007, upon consideration of Respondents' Motion for Extension of Time to Respond to Petitioner Idema's Factual Allegations in His Petition for Writ of Habeas Corpus, and any response and reply thereto, it is hereby ORDERED that respondents' motion is GRANTED. The deadline for respondents to respond to petitioner Idema's factual allegations in his Petition for Writ of Habeas Corpus is hereby extended to thirty days after the Court rules on Respondents' Motion to Dismiss on Grounds of Mootness (in the event that the Court denies that motion).

SO ORDERED:

DATE: _____        _____
                                                                          Emmet G. Sullivan
                                                                          United States District Judge