# Exhibit List

| Exhibit # | Description |
| --- | --- |
| Exhibit A | Affidavit of Judge Rahim Ahmadzai Member Afghan Supreme Court |
| Exhibit A-1 | Amrullah Saleh Order |
| Exhibit A-2 | Judge Rahim Ahmadzai Certificates |
| Exhibit A-3 | Photo of Judge Ahmadzai at First Trial |
| Exhibit B | Affidavit of Afghan John Doe |
| Exhibit B-1 | Amrullah Saleh Order |
| Exhibit B-2 | Translation of Amrullah Saleh Order |
| Exhibit C | Article on NDS – Afghan Saderat |
| Exhibit D | Embassy Mail Delivery Exhibit |
| Exhibit E | Grand Jury Letter |
| Exhibit F | Commander Latif Affidavit |

**Exhibit A**

Affidavit of Judge Rahim Ahmadzai
Member Afghan Supreme Court

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

J. K. Idema, Brent Bennett, *et al*,

                      *Petitioners,*

    *vs.*

Ambassador Ronald Neumann, *et al*,
                      *Respondents.*

**Case # 05 CV 2064 (EGS)**

Hon. Emmet G. Sullivan,
US District Judge

### AFFIDAVIT OF JUDGE RAHIM AHMADZAI
### FORMER NATIONAL SECURITY DIRECTORATE JUDGE & MEMBER OF
### THE SUPREME COURT OF THE ISLAMIC STATE OF AFGHANISTAN

     I, Rahim Ahmadzai, state under oath, that I have personal knowledge of all the facts stated herein, and that they are true and correct to the best of my knowledge;

من رحیم احمدزی که منحیث عضوه  استره محکمه افغانستان و دیگر محاکم مختلف در افغانستان  ایفای وظیفه مینودم با سراحت و صداقت سوگنند یادنموده و بیان مینایم که تمام اظهارات راکه نمودم سراسر حقیقت داشته و  با داشتن دانش کافی و عالی درمورد بیان داشتم.

     1.     My name is Rahim Ahmadzai.  I am an attorney licensed to practice law in all courts of Afghanistan.  Prior to 2005, I was employed as an administrative member of the Supreme Court and by the National Security Courts of Afghanistan.   I received my degree in *Shariat* law in 1979, and my Masters Degree in Islamic Religious *Jurisprudence* in 1988, and have practiced law or been a judge since.

     2.     Over the past 25 years, I first served as a judge in the Human Rights court, then as a judge in the Family Court, then a judge in the Criminal Courts, then a Judge in the Juvenile Courts, then a judge in the National Security Court, and finally, a member of the Supreme Court of Afghanistan.  I was intimately involved in the trial of Cmdr. Jack Idema, Captain Brent Bennett, and Lieutenant Z. Wahid Rasuli Banderas.  As a point of reference, I am the man sitting on the left side of Judge Abdul Basett Bakhtyari, the Chief

اظهارنامه رحیم احمدزی ماستر شریات و
حقوق دان افغانستان
AFFIDAVIT OF RAHIM AHMADZAI, PhD, ISLAMIC LAW
IN SUPPORT OF PETITIONERS' MOTIONS

Judge of the National Security Courts, between Jack Idema and the judges, during the public first trial of these men. As such, I am very familiar with all of the details of the case, both those known, and unknown (Judge Bakhtyari has since been demoted and reassigned as a small claims judge in civilian small claims court— to my knowledge, he does not have any formal education in law or any other subject).

3.     It was because of their trial, and the way it was mishandled and illegal, that I resigned from the Court and left the government in disgust.  The entire trial and subsequent conviction was orchestrated and controlled behind the curtain by the United States Embassy in Kabul.  These men never would have been charged or prosecuted had it not been for the United States Embassy.  It was a known fact that they were officially working for the Afghan National Security Advisor and Minister of Defense.  The trial violated almost every aspect of the Afghan Penal Code, Criminal Code, and Constitution related to criminal trial conduct.  In the second trial the men were declared innocent, but again the US Embassy stopped their release.

4.     I left the government because in my opinion these were courageous champions who saved the lives of many people from terrorist attacks and were without any crime.  Their case was a political case orchestrated solely by the United States Embassy in Kabul for political and illegal reasons.

5.     Jack Idema has been held illegally, in violation of law, since July 2004.  He has been declared innocent by the Second Court, found innocent by a Justice Commission at Parliament, and given both amnesty and pardons on repeated occasions.  Yet, he still remains imprisoned.  Jack Idema was again released in January 2007, in a complicated set of events I am not at liberty to divulge.  The problems delaying his actual release are completely orchestrated by the United States Embassy.  His passport was ordered returned by National Security Directorate Chief Amrullah Saleh, who has expressed regret that he allowed this case to proceed.  His Excellency Saleh, who holds a position similar to the

2

اظهارنامه رحیم احمدزی ماستر شریات و
حقوق دان افغانستان

AFFIDAVIT OF RAHIM AHMADZAI, PhD, ISLAMIC LAW
IN SUPPORT OF PETITIONERS' MOTIONS

American Director of the CIA, has also ordered all of his property returned to Mr. Jack.  A copy of that Order is attached hereto as Exhibit A.

6.      In March 2007, I visited Jack Idema and volunteered to represent him against certain Afghan officials, who, acting under the orders of the United States Embassy, violated his rights.  I also volunteered to represent Captain Brent Bennett, who has been illegally denied a visa to return to Afghanistan for his property.  That visa was blocked at the direction of the United States Embassy in Kabul, which exercises extensive, if not full control, over the government agencies involved in the Bennett and Idema case.  I also volunteered, at Jack Idema's request, to represent, for the first time in my legal career, their dog, Nina Natasha Nikita, in an effort to also secure the release of the dog from Afghanistan.

7.      The United States Embassy has since blocked the return of Jack Idema's original passport, which is *prima facie* evidence of his innocence on several of the accusations made.  Additionally, the United States Embassy has blocked the return of Jack Idema's documents and property from the National Security Directorate (NDS).  I was at NDS approximately three weeks ago, after the Saleh Order was signed, when US government agents were there requesting NDS withhold the property, passport, and evidence and not follow the Saleh Order.  After the US Embassy met with the 17th Division of the NDS, Director Modafi, who worked with (and for) the US Embassy in the original trial against these men, he refused to return Jack Idema's and Brent Bennett's property, documents, and evidence.

8.      Contrary to what appears on the surface, in Afghanistan in this country the American Embassy controls this government, completely.  If you are employed by the Afghan government, you simply do not refuse the orders of the US Embassy unless you are ready to be fired or arrested.

3

اظهارنامه رحیم احمدزی ماستر شریات و
حقوق دان افغانستان

AFFIDAVIT OF RAHIM AHMADZAI, PhD, ISLAMIC LAW
IN SUPPORT OF PETITIONERS' MOTIONS

9.     Captain Brent was forcibly deported at the direction of the United States Embassy, allowed only to take the clothes he was wearing, in violation of Afghan law and was forced to leave his property behind.

10.     Contrary to what is being said or how it appears, I assure this Court that it is the American Embassy which is blocking the return of Jack Idema property and his in complete violation of Afghan law. Bassir Mamoon at the United States Embassy has refused to discuss the case with me, or the return of Jack Idema's property and evidence, even though I have a signed document, filed in the Supreme Court, authorizing me to act on Jack Idema. Brent Bennett's, and Nina the dogs' behalf.  I am prepared to personally testify to this esteemed United States Court at all future hearings.

سوگند یاد مینمایم و نظر به قوانین افغانستان ودین مقدس اسلام   1386/1/27 ، اپریل 17 سال 2007.

11.     This is the truth under the Koran and in accordance with the laws of Afghanistan and the Islamic religion.  13 day of 7th month, 1385 [17 April 2007 – Christian calendar].

رحیم احمدزی حقوق ماستر
Rahim Ahmadzai
Kabul, Afghanistan

4

**Exhibit A-1**

Amrullah Saleh Order



**Exhibit A-2**
Judge Rahim Ahmadzai Certificates





**This is to certify that**

**Judge:** Gul Rahim Ahmad Zal    S/O Sayeed Rahim

**Completed the IDLO Specialized Training Program for Judges in Criminal and Criminal Procedure Law, Civil and Civil Procedure Law, and Commercial and Commercial Procedure Law**

March 26, 2006 to June 13, 2006

William T. Loris
Director of the International
Development Law Organization
IDLO

H.E Fazel Hadi Sherwan Chief Justice of the
Islamic Republic of Afghanistan



# CERTIFICATE

## شهادت نامه

It is hereby confirmed that _Gull Rahim Ahmad_ has attended the course for

### defence counsels in Afghanistan

The subjects of the seminar have been:

1 Basic legislation within the area of criminal law and working techniques for the defence counsels with particular focus on
- the accused's fundamental rights in the criminal procedure
- the defence counsel's role during investigation and trial
2 The Counter Narcotics Act with particular focus on the criminal procedure

**Kabul**

Date:12/02/2007

**TOROLV GROSETH**
Head of Mission/NORLAAF
Signature:

**KJELL M. BRYGFJELD**
Defence Counsel Mentor at CITF
Signature:



Gesellschaft fur Technische Zusammenarbeit (GTZ) on collaboration with ISRA International Afghanistan

Training workshop on Drug Abuse Prevention
for Afghan People

# Certificate of Completion

is awarded to

Mr. /Mrs / Ms. _Gull rahim_ _____ S/o/ D/o _S. rahim_

_Judge_

For having successfully completed the training workshop on drug abuse prevention for

Held from 16 Aug 2003 to 21 Aug 2003 in Kabul City.

Country Director
ISRA International

Health Director
ISRA International

Project Coordinator
GTZ



IDLO

This is to certify that

**Judge Mr.** Gul Rahim Ahmad Zai S/O Saed Rahim

Participated in a Mock Trial exercise as part of the judicial training
program of the IDLO/CIDA Project

February 11, 2007

Charles Jakosa
Chief of Party
International Development Law
Organization

Prof. Abdul Salam Azimi
Chief Justice of the Supreme Court
Islamic Republic of Afghanistan

**Exhibit A-3**
Photos of Judge Ahmadzai at First Trial



**Judge Ahmadzai 3rd from left as Idema takes oath on Koran during First Trial**



**Judge Ahmadzai far left as NDS Prosecutor makes statement during First Trial**



**Judge Ahmadzai far left as during testimony at First Trial**

**Exhibit B**
Affidavit of Afghan John Doe

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

J. K. Idema, Brent Bennett, *et al,*

                *Petitioners,*

*vs.*

Ambassador Ronald Neumann, *et al,*
                *Respondents.*

**Case # 05 CV 2064 (EGS)**

Hon. Emmet G. Sullivan,
US District Judge

## AFFIDAVIT OF JOHN DOE
## OF THE ISLAMIC STATE OF AFGHANISTAN

I, John Doe, state under oath, that I have personal knowledge of all the facts stated herein, and that they are true and correct to the best of my knowledge;

1.    My name cannot be revealed in this statement under oath. I have authorized Jack Idema's lawyer, Mr. John Tiffany, to provide the Court with my name and identity under the agreement that only the presiding judge and his staff would know my true identity. The reason for this is that if my name were known by the American government, or the American Embassy, or the Afghan NDS, both myself and my family would be arrested or murdered. I have no doubt at all about this fact.

2.    I speak fluent Dari, Urdu, and English. For the last few months I have been involved in situation and events related to Cmdr. Jack Idema and Captain Brent Bennett, in Afghanistan.

3.    Their case is completely controlled by the American Embassy in Kabul. The Embassy controls every facet of their case. The case was made by the American Embassy in Kabul for illegal reasons. Over the past year many people in the highest levels of the Afghan government have worked secretly to free Jack Idema and take him out of the country secretly without the knowledge of the American government. In the last five months even more people have been involved in this, mostly from the United Front who were at one time

1



AFFIDAVIT OF AFGHAN NATIONAL JOHN DOE
IN SUPPORT OF PETITIONERS' MOTIONS

America's allies before the kingdom of Khalilzad (how we refer to the time of Zalmay Khalilzad in Afghanistan). Those were the times when Americans were loved and honored; before the Afghan people started burning American flags in the streets of our cities, before the Taliban was taking back over provinces and when there was security and peace. We are not a free people, our country is completely controlled by America the same way were occupied and controlled by the Russians, except that the Russians used only force, and the American Embassy uses force and money. In Afghanistan, Jack Idema is a hero of extraordinary nature. Almost every day I hear a high official say they are ready to die for Jack Idema and to protect him from the Americans. I do not believe this Court can possibly understand the significance of Afghan people willing to die for an American. I also do not think this Court understands how many lives and careers of top ranking generals, colonels, and diplomats have been destroyed by the American Embassy in retaliation for their support and friendship to Jack.

4.      I want to make it clear, that these facts are from conversations and events I have been directly involved with at the vice-presidential and ministerial level. My conversations are with General officer rank and above, and occasionally Colonels. The only reason that Jack Idema is not on a plane with his dog and his property is because of the American Embassy. His original passport was ordered returned by National Security Directorate Chief Amrullah Saleh, the order is attached as Exhibit B-1 and the translation of that Order is attached as Exhibit B-2. Right now it is at the 17th Division where it the order to release it was sent by General Mustamadi.

5.      From dealing with the Ministry of Foreign Affairs and Afghan Embassies, I know that Captain Bennett applied for a visa in England to return to Afghanistan and recover his property, dog, and vehicles. The visa was authorized by then Ambassador Wali Massoud, brother of Commander Ahmad Shah Massoud, assassinated by Osama bin Laden on September 9, 2001. The Massoud family; including the Vice-President, Zia Massoud, and Commander Massoud's brothers-in-law, have a special relationship with Jack Idema, they consider him part of that family. That visa was blocked at the direction of the American Embassy in Kabul, which exercises what I consider complete control over the Afghan government agencies involved in Jack Idema's case.

2



AFFIDAVIT OF AFGHAN NATIONAL JOHN DOE
IN SUPPORT OF PETITIONERS' MOTIONS

6.     General Mustamandi, of the National Security Directorate High Prosecution Office, ordered Jack's passport and property returned, sending the Saleh Order to the 17th Division.  The American Embassy went to NDS and ordered them not to return his passport or property.  The American Embassy placed a letter in Jack Idema's NDS file, signed by a man which I recall as being Robert Kelly of the American Embassy, which basically states that Jack Idema is in the custody of the American government and that no documents or property, including Jack's passport from the National Security Directorate (NDS) can be returned to him ever without the official involvement and approval of the American Embassy.  Further, the Embassy has stated to NDS and other agencies that Jack Idema is not to be allowed to remain in Afghanistan when he completes his ten year sentence and is to be turned over to the Americans.  This document is classified equivalent to Top Secret by the NDS.

7.     Several weeks ago, American government agents ordered NDS to hold Jack Idema's property, passport, and evidence and not follow the Saleh Order.  Director Modafi, of the 17th Division of the NDS, who freely admits he works for the American Embassy has threatened to arrest Jack's representative, Judge Ahmadzai, and repeatedly threatened to kill anyone who attempts to help Jack.  He has done this at the direct orders of the American Embassy.  Further, Modafi feels as though he is now untouchable because he has the backing of the American Ambassador and the American Consul.  In fact, he feels so powerful that he has even threatened to "destroy" the advisor to the Vice-President.  This Court must try to understand that the NDS is America's secret police in Afghanistan.  They have full authority, without oversight, to arrest, torture, and kill anyone, anytime, anywhere upon the orders of their American handlers.  They use this power on a regular basis without fear of reprisal or legal ramifications.

8.     American Embassy agent and employee, Bassir Mamoon will not even allow Jack's lawyers or representatives to enter the Embassy to discuss the matter.  They say it is an Afghan problem, America has no control.  This is a curtain that is held up to hide the reality of Afghanistan.  It is a lie, they control the events of Jack Idema's case, and every attempt to assist Jack Idema by a large group of Afghan officials, is met with retaliation and in many cases their firing.  Elected officials are simply threatened to stop them.

اظهارنامهٔ( چآندوهٔ)، ماستر شرعیات و
حقوق دان، درافغانستان
AFFIDAVIT OF AFGHAN NATIONAL JOHN DOE
IN SUPPORT OF PETITIONERS' MOTIONS

9.     I was involved in stopping the NDS attack on Jack Idema, as were senior officials and diplomats in the Afghan government. It was made clear to Jack Idema by certain officials, and I also had conversations with these officials, that the NDS was prepared to use "rockets, weapons, and gas" to gain access to Idema's area at Pulacharke and seize both him and all of his property.  The Embassy and NDS abandoned this plan after it became known to Jack Idema and after many high-level Afghan diplomats and generals got involved to stop it.

10.     In the last few weeks, the special advisor to the Vice-President, the advisor to the Minister of Justice, at least five generals, and four Afghan diplomats have become involved in helping Jack Idema with the return of his passport and property from NDS.  Two high level officials have confirmed that the American Embassy ordered NDS to keep Jack Idema's passport and property and that they should stop he release and find a way to transfer him back to NDS.  It is my understanding that the American Embassy told NDS to block his release no matter what you have do.   Even though the Vice President's office and the Ministry of Justice was involved, NDS (Modafi) has said very strongly that until they receive a written order from the American Ambassador allowing them to release Idema and his property, Jack Idema will not be allowed to leave Afghanistan or take have his property or passport.

11.     I am prepared to personally testify at the Honorable American Court at all future hearings.  This is the truth under the Koran and laws of Afghanistan and America and the Islamic religion. This 26 day of 7th month, 1385 [30 April 2007 – American calendar].

( جآندوﺓ )

John Doe
Afghan National
Kabul, Afghanistan

4

اظهارنامﮥ( جآندوﺓ)،  ﻣﺎستر شرعيات و
حقوق دان، درافغانستان

AFFIDAVIT OF AFGHAN NATIONAL JOHN DOE
IN SUPPORT OF PETITIONERS' MOTIONS

**Exhibit B-1**
Amrullah Saleh Order



**Exhibit B-1 Saleh/NDS Order to
return property and passport**

**Exhibit B-2**
Translation of Amrullah Saleh Order

[PERSONALLY ENDORSED AT TOP]
To Detection and Inquiry (investigation-research)
5.1.86 [Islamic calendar]
[March 25, 2007]

About Mr. Jack's personal property and especially his passport; return to him and carry out and perform according to law.
[Signed]
Amrullah Saleh
[National Director]
[National Security Directorate (NDS *aka* NSD)]


To Dear Chief Director of 17th Division of NDS

We are sending Jack's requisition paper to you.  If his personal property was not seized by order of the court judgment [return/perform/carryout] the return according to rules.

6.1.86 [Islamic calendar]
[March 26, 2007]
Chief Officer Discovery and Investigation


[Carried by General Mustamandi [Chief of High Prosecutory of NDS]

**Exhibit B-2 Saleh/NDS Order
Translation**

**Exhibit C**
Article on NDS – Afghan Saderat



Part of the canada.com Network     Jump to: Newspapers, TV, Radio     Log in | Register today

local classifieds   working   driving   obituaries   celebrating   shopping   renting   dating

See today's Digital Edition
Subscribe to email newsletter
Subscriber Services

**The StarPhoenix**

Star Phoenix Home     Search for [          ] in the Star Phoenix     find ▸

http://www.canada.com/saskatoonstarphoenix/news/national/story.html?id=fc6ef495-2994-472e-b0fb-3c0ad4a0f9d2

# Letter outlines torture allegations in Afghanistan

**Opposition continues to call for O'Connor's resignation**

**Mike Blanchfield, CanWest News Service**

Published: Tuesday, May 01, 2007

OTTAWA -- The Conservative government continued to deny the existence of torture in Afghan prisons despite the emergence Monday of a letter to Foreign Affairs Minister Peter MacKay last year that asked NATO to curb such abuses.

The New York-based Human Rights Watch gave copies to MacKay and other NATO foreign ministers of a letter dated Nov. 28, 2006, on the eve of the alliance's summit at Riga, Latvia, that cited "credible reports" of torture and abuse in Afghan prisons.

The letter identified Afghanistan's National Directorate of Security, or NDS, which Defence Minister Gordon O'Connor said last week had agreed to grant full access to Canadian officials to monitor the well-being of detainees transferred there by Canadian troops. O'Connor's announcement of the NDS "arrangement" turned out to be premature; it caught MacKay off guard, and was later found to be a deal that was still being negotiated.



**"We understand that in practice, most NATO detainees are transferred to the National Directorate of Security (NDS), an opaque, unaccountable and abusive institution still governed by classified laws promulgated during Afghanistan's communist era," wrote Brad Adams, director of the organization's Asia division.**

Public Safety Minister Stockwell Day
Canadian Press

**"Human Rights Watch has received credible reports of detainees being mistreated by the NDS; in some cases the treatment amounted to torture."**

Human Rights Watch urged NATO leaders to come up with a common policy that would ensure detainees were not abused after their transfer to Afghan authority.

MacKay was in China, and not able to respond to the letter, when the Liberals raised it in the Commons Monday.

But MacKay's parliamentary secretary, Helena Guergis, replied: "We have yet to receive any specific allegations."

Guergis also accused the Liberals of being willing to "take the word of Taliban detainees over our Canadian brave men and women."

Public Safety Minister Stockwell Day told reporters Monday that Corrections Canada officials have visited some detention centres and had spoken to two inmates who made unsubstantiated allegations of torture.

"The two correctional officers assured the minister that they had seen no evidence of torture," said Day's spokesperson Melisa Leclerc.

Last week, Day dismissed complaints of torture as coming from Taliban prisoners who were trained to make up stories of abuse.

As the calls for his resignation entered a second week, O'Connor avoided another noisy question period altogether, but his spokesperson denied rumours he is planning to step down.

"It is not true," spokesperson Isabelle Bouchard said in an e-mail. "He will not resign."

She explained O'Connor's absence from the House of Commons, saying he had "to take care of work that needs to be done" at National Defence headquarters and would return to the Commons today.

A senior Conservative insider also said that Harper had no plans to fire O'Connor, who has been accused by the opposition of mismanaging the Afghan detainee transfer issue.

The insider said O'Connor has the confidence of the prime minister.

But Harper himself remained silent again Monday when asked directly by Liberal Leader Stephane Dion and his deputy Michael Ignatieff whether he still had confidence in his defence minister.

Both times Harper deflected the question.

(Ottawa Citizen)

© The StarPhoenix (Saskatoon) 2007

**Exhibit D**
Embassy Mail Delivery Exhibit



**US Embassy Receipt.  And Mail received by Idema below**





**Exhibit E**
Grand Jury Letter

**Law Offices of John E. Tiffany P.C.**
The Robert Treat Center
50 Park Place, 10th Floor, Newark, New Jersey 07102
Tel: (973) 242-3700 ● Fax: (973) 242-3799

**URGENT LEGAL COMMUNICATION**                                    April 8, 2007

The Honorable Grand Jury Foreman
Grand Jury for the Eastern District of North Carolina
United States Courthouse Grand Jury Room
Copied to: James A. Candelmo, Assistant United States Attorney
310 New Bern Avenue, Raleigh, NC 27661

Reference:   *US vs. Idema, et al.* in the matter captioned # 2005R00044
Subject:      Request to Exercise Right to Testify Before the Grand Jury Proceeding

**Greetings to the Grand Jury for the Eastern District of North Carolina,**

By and through this letter, my client, J. Keith Idema, *aka* Jack Idema, hereby requests to be called as a
witness in his own behalf, and allowed to testify at any Federal Grand Jury Proceeding, in any
jurisdiction or venue, and present testimony and evidence to the Grand Jury in accordance with his
rights guaranteed under the United States Constitution and Bill of Rights.

As you know, Mr. Idema's right to testify is a right guaranteed by the most fundamental concepts of
law as expressed in the United States Constitution, and its Amendments. Therefore, you must not only
allow Mr. Idema to testify in any proceeding whether it be related to him personally, any business he is
or has been associated with, his family, or his associates, but you must also allow him to present
evidence in a proffer to the Grand Jury on his behalf.

Mr. Idema respectfully makes this proffer and demand knowing full well the consequences of such an
act and his 5th Amendment Rights. Mr. Idema will sign a waiver of immunity and will gladly
entertain questions from the members of the Grand Jury. Mr. Idema also wishes to deliver a statement
to the Grand Jury under oath in his behalf. Further, this Grand Jury should be aware that several
witnesses we have reason to believe will be called, or have been called buy the US Attorney's Office,
are currently being prosecuted by Mr. Idema in both civil and criminal actions, and have a significant
financial motive to testify against my client. Furthermore, we believe that these witnesses have
significant ulterior motives for providing false testimony against Mr. Idema, and that this fact has been,
or will be, withheld from the Grand Jury by the Assistant US Attorney presenting evidence to you.
Although Mr. Idema is currently in Afghanistan, he should be available to testify after May 5th.

The FBI and Department of Justice have engaged in a vendetta and wrongful persecution, and
therefore, Mr. Idema is exercising his rights to testify at any and all Grand Juries whether they be
contemplated, currently convened, or concluded (in which case we ask that they be re-opened for
further testimony), and will provide extensive evidence of these claims. A Grand Jury is not a rubber
stamp on injustice and you have the power to call any witness you choose, and investigate any avenue
or direction of the case. You also have an obligation to our country to hear all evidence that is
available in this matter. It is our sincere hope that you will consider the testimony of Mr. Idema.

Respectfully,

John Tiffany, *Esquire*

**Exhibit F**
Commander Latif Affidavit

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

J. K. Idema, Brent Bennett, *et al*,

Petitioners,

**Case # 05 CV 2064 (EGS)**

vs.

Hon. Emmet G. Sullivan,
US District Judge

Ambassador Ronald Neumann, *et al*,
Respondents.

## AFFIDAVIT OF COMMANDER ABDUL LATIF

I, Abdul Latif, state under oath, that I have personal knowledge of all the facts stated herein, and that they are true, and have been confirmed by either events or other reliable sources and information;

1.      My name is Abdul Latif. I am a citizen and resident of the Islamic State of Afghanistan. I read, write, and speak Pashtu and Dari.

2.      I have worked for different government ministry departments. I was also in the resistance against the Russians, the Taliban, and the al-Qaida terrorists. I now work for the Ministry of Justice as the senior Block Commander of the most dangerous area of Pulacharke. After my good friend Colonel Sherzaman was killed protecting Jack two years ago, I was chosen to take his place to protect Jack. I was Block commander in that area until the riots this year, and then took over Block 2. I control about 10 Colonels and another 100 officers beneath them. I have 1460 prisoners in my control, many are very violent terrorists who have killed many people. They are not allowed to have any relation with me because they are very bad criminals. But I eat dinner with Jack many times, and I feel Jack, Brent and Wahid are very good men and very good friends. I always know they were innocent and I myself heard our highest judges say they were innocent to my face.

3.      I have worked with the US Embassy for almost two years now. I have seen US Embassy officials treat the Americans at Pulacharke very bad, and consider the treatment from their own country as human rights violations. These men are refused

1

اظهارنامه قومـاندان عبدالطیف

AFFIDAVIT OF COMMANDER ABDUL LATIF – PULACHARKE PRISON
IN SUPPORT OF PETITIONERS' MOTION FOR TRO

water, food packages, medical packages, all mail, and any support or help for two years. The Embassy has bribed officers to spy on them, to stop their visitors, to report on their activities, and to take away their privileges they receive as officers in Commander Massoud's resistance.

4.    I was also present when the Embassy Consul came to prison and asked Jack to sign a document against General Fahim and Minister Qanooni. He told Jack it was the only way he would get released. It is clear and all of the senior officers here that Jack cannot be released only because of his own Embassy. The Embassy tried to stop the release of Captain Brent and Lieutenant Banderas, but were not able to because of some help they received from Afghan Mujahadeen. I have heard the American Embassy say very bad things about Jack and his team to the Commanders of prison and that Jack and Brent are criminal guys, and must stay in prison as long as possible.

5.    I had the statements of Cmdr Jack, Captain Brent, Lieutenant Banderas, and of Deputy Commander Tawous, read to me by two translators who I trust and can state that these statements are true. I was also read the statement of American Consul Mr. Edward Birsner. I do not know him, but I know that the things he wrote about Captain Brent and Jack and how the Embassy has tried to help and assist them are completely lies.

6.    Everyone at Pulacharke knows the US Embassy in Kabul ordered the action on top of Captain Brent and Cmdr Jack. If the American Embassy give orders to our high officials or our soldiers you cannot stand against them or you get fired or put in jail. I am signing this statement because of two reasons. It is the truth, and because Jack saved my family once long time ago. I have to tell this truth because of that, even if I do get fired or arrested.

This 12th day of November 2006

اظهارنامه تورن وحيد رسولى بندريس

Abdul Latif, Commander,
Islamic State of Afghanistan

2

اظهارنامه قومائدان عبدالطيف

AFFIDAVIT OF COMMANDER ABDUL LATIF – PULACHARKE PRISON
IN SUPPORT OF PETITIONERS' MOTION FOR TRO