# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.K. IDEMA, et al., )<br><br>Petitioners, )<br><br>v. )<br><br>RONALD NEUMANN, et al., )<br><br>Respondents. ) | No. 05 CV 2064 (EGS) |

## SUPPLEMENTAL DECLARATION OF EDWARD P. BIRSNER

I, Edward P. Birsner, hereby make the following supplemental declaration with respect to the above-captioned matter:

1.    This declaration supplements the declaration that I executed on April 4, 2007 and submitted in support of Respondents' Motion to Dismiss on Grounds of Mootness (my "original declaration"). In this declaration, I will update the Court on events that have transpired in this case since I executed my original declaration.

2.    I make this declaration based upon my personal knowledge and information made available to me in the performance of my official duties. If called as a witness, I could competently testify to the facts set forth herein.

3.    As I explained in my original declaration, I am the Consul at the U.S. Embassy in Kabul, Afghanistan; petitioner Jonathan Keith Idema is a U.S. national who has been incarcerated in the Pol-e-Charkhi prison in my consular district pursuant to criminal convictions by an Afghan court; Mr. Idema's sentence was commuted pursuant to a general amnesty order; and Afghan authorities have authorized Mr. Idema's release from prison. At the time I executed my original declaration, it was my understanding that Mr. Idema was being held in custody by the Afghan government pending deportation, that his release was imminent, and that his continued presence at Pol-e-Charkhi is at least in part in keeping with his own desires. That remains my understanding today.

4.    From April 4, 2007, to the present, U.S. Embassy officials have continued to attempt to facilitate Mr. Idema's release from prison and departure from Afghanistan. As detailed below, the Embassy has, inter alia, issued and delivered to Mr. Idema a replacement U.S. passport to enable him to depart Afghanistan and to travel internationally; offered to assist Mr. Idema's purchase of an airline ticket, including providing him a loan for this purpose; provided Mr. Idema with information related to the shipment of his effects and a dog under his care; requested that Afghan authorities return Mr. Idema's personal belongings to him, including his original passport, if this were to be located; and urged the Afghan government to release Mr. Idema from prison, pursuant to the amnesty order, as soon as possible. We have provided these services to Mr. Idema consistent with our responsibility to provide assistance to U.S. national prisoners who are incarcerated in our consular district in accordance with Department of State regulations

and guidance.

5.    On April 8, 2007, the U.S. Embassy received two phone calls from Mr. Idema. In those calls, Mr. Idema demanded that the Embassy retrieve his passport, which Mr. Idema alleged was either in the custody of Afghan National Directorate of Security (NDS) or the custody of the U.S. Embassy. A member of my staff, Vice Consul Jessica Simon, told Mr. Idema that the Embassy did not have his passport and agreed to call the NDS about the passport. Ms. Simon also discussed with Mr. Idema various ways in which the Embassy could issue him a replacement passport. Subsequently, another member of my staff, Bashir Mamnoon, spoke to an Afghan official at the NDS, who told him that he did not believe that the NDS had Mr. Idema's passport and gave him the name of another person at the NDS to contact about it.

6.    During the April 8 phone calls, Ms. Simon explained to Mr. Idema that to obtain a new passport he would need to sign and execute a passport application. He stated that he would not come to the Embassy to sign and execute the passport application. On April 10, 2007, Ms. Simon and Mr. Mamnoon went to Pul-e-Charkhi prison to permit Mr. Idema to execute an emergency replacement passport application there. At the prison, Mr. Idema completed the paperwork for the passport application and paid the passport fee. Ms. Simon inquired with the Warden of the prison about the standard procedure for delivery of the passport. The Warden suggested that the Embassy follow the same procedure it used for former Petitioners Bennett and Caraballo – that is, the Embassy would deliver the passport at the airport at the time Mr. Idema departs

Afghanistan, and Mr. Idema would be escorted separately to the airport.

7.    During the same April 10 meeting at the prison, Mr. Idema again asked about the whereabouts of his old passport, and Ms. Simon told him that the Embassy had called NDS in the past in order to locate the passport but had been unsuccessful. Ms. Simon said the Embassy would keep trying to find the old passport. The Embassy personnel then discussed with Mr. Idema his plans for leaving Afghanistan. Mr. Idema said that he planned to transit New Delhi, since that was his preferred routing. At Mr. Idema's request, the Embassy personnel agreed to assist Mr. Idema with his travel plans to New Delhi, including assisting him to apply for an Indian visa. Mr. Idema expressed an interest in departing on either April 25, 2007 or May 2, 2007, claiming that he needed this amount of time to pack and try to get his personal belongings back from the NDS, and that these were the dates that coordinated with the dog's onward flight, which, according to Mr. Idema, would be on Singapore Airlines. In a subsequent phone call with Ms. Simon later that day, Mr. Idema reiterated his desire to retrieve his personal belongings and further discussed his travel plans.

8.    On April 11, 2007, Embassy staff spoke to an Afghan official at the NDS, General Modafei, whom Mr. Idema identified as having his original passport. General Modafei denied to Embassy staff that he or anyone else at the NDS had Mr. Idema's passport.

9.     On April 12, 2007, Ms. Simon called Mr. Idema to relay the following

information: the Embassy would require a signed Privacy Act Waiver before speaking

with an individual, Rahim Ahmadzai, who had contacted the Embassy regarding Mr.

Idema and who purported to be Mr. Idema's attorney; information about an airline

(Singapore Airlines) that would transport a dog as well as a point of contact at the

airline's Kabul office; the Indian Embassy's requirements for obtaining an Indian visa;

the fact that the NDS official identified by Mr. Idema denied having his passport; and the

fact that Mr. Idema's new passport was ready.  Mr. Idema asked if he could send

someone to the Embassy to pick up the passport, and Ms. Simon responded that she

wanted to coordinate first with the Warden of the prison.  Mr. Idema also indicated that

the dog had received the required shots and paperwork to leave the country.


10.     On April 15, 2007, Mr. Mamnoon called the Deputy Minister of Justice to inform

him that Mr. Idema's passport was ready.  The Deputy Minister of Justice inquired about

the provision of a plane ticket to Mr. Idema and mentioned the possibility that a victims'

rights complaint against Mr. Idema in the Afghan courts might delay Mr. Idema's

departure.  Mr. Mamnoon replied that the Embassy would not be providing Mr. Idema

with a plane ticket because it was an Afghan government decision whether or not to

deport him and because Mr. Idema was not destitute.


11.     On April 24, 2007, Mr. Mamnoon called the Warden to ask him for any

information he had regarding the court's review of the victims' rights case.  Mr.

Mamnoon was told that that the alleged victim went to the prison to discuss the case with

Mr. Idema, but Mr. Idema refused to see him.

12.     On May 3, 2007, the Embassy further communicated to Afghanistan's Ministry of

Foreign Affairs (MFA) that it knows of no legal or practical impediments to Mr. Idema's

departure from Afghanistan and is willing to take action to facilitate his departure and to

support the Afghan government's deportation efforts, consistent with U.S. law,

regulations and procedures.  The Embassy summarized the steps that it has taken to

facilitate Mr. Idema's departure, at both his and the Afghan government's request, since

it learned of the amnesty decree, including issuing Mr. Idema a new passport, offering to

assist in the logistics of and, if necessary, providing a loan toward Mr. Idema's purchase

of an airline ticket, asking Mr. Idema to make a list of his personal belongings in order to

help facilitate their return to him, and providing Mr. Idema with information regarding

the requirements for leaving Afghanistan with his belongings and the dog.

13.     Also on May 3, 2007, Ms. Simon called Mr. Idema and inquired about the status

of his plans to leave Afghanistan.  Mr. Idema informed Ms. Simon that he believed there

is a letter in an NDS file, signed by a Robert Kelley (or Klee) who, Mr. Idema claimed,

worked under former Ambassador Khalilzad, stating that Mr. Idema is not to receive his

belongings or original passport, or be allowed to leave Afghanistan, without the express

permission of the U.S. Embassy.  Mr. Idema stated that if the Embassy would put in

writing a statement to the effect that the Embassy requests that the NDS release Mr.

Idema's belongings and passport and that the Embassy has no objection to Mr. Idema's

leaving Afghanistan, his belongings would be released to him, and he would leave tomorrow. Ms. Simon asked Mr. Idema to make a list of his belongings that the Embassy could use if it decided to make such a written statement to NDS. Mr. Idema responded that he did not want to identify the items. Mr. Idema further indicated in this conversation that the dog was ready to leave Afghanistan. Ms. Simon and Mr. Idema discussed again the issue of the Embassy needing a Privacy Act Waiver in order to speak to Mr. Idema's local attorney, Mr. Ahmadzai.

14.    Shortly after this phone conversation ended, Mr. Ahmadzai called Ms. Simon saying (as translated by Mr. Mamnoon) that he had a signed statement from Mr. Idema authorizing the Embassy to speak with Mr. Ahmadzai. Ms. Simon stated that the Embassy needed the actual Privacy Act Waiver form. Mr. Idema called Ms. Simon shortly thereafter to complain about this requirement. At the conclusion of this conversation, Ms. Simon said that she would look into the possibility of the Embassy drafting the letter to NDS as requested by Mr. Idema, and Mr. Idema said that he would check his files for a Privacy Act Waiver form and send it back to the Embassy through his attorney.

15.    On May 6, 2007, Mr. Ahmadzai came to the U.S. Embassy with a signed Privacy Act Waiver form from Mr. Idema and discussed Mr. Idema's case with Embassy personnel. Among the issues discussed were the alleged letter in the NDS file to which Mr. Idema referred on May 3; the status of the victims' rights case; and whether the Embassy could help introduce Mr. Ahmadzai to NDS officials.

16.    On May 8, 2007, I spoke to Mr. Idema on the phone. He demanded immediate possession of his new passport. Mr. Idema added that he did not want any further assistance from the U.S. Embassy, specifically stating that he did not want Embassy personnel to show up at the airport on the day of his departure, and that he would handle all of his departure plans going forward without the Embassy's help.

17.    On May 8, 2007, an Afghan NDS official, General Fatah, informed Mr. Mamnoon that the victims' rights case was likely to be resolved informally.

18.    On May 9, 2007, Mr. Mamnoon traveled to Pol-e-Charkhi prison and personally delivered Mr. Idema's new passport to Mr. Idema, and returned to him the local currency equivalent of approximately US$23, which represented funds advanced to us by Mr. Idema for the purpose of applying for an Indian visa, as well as change from the U.S. passport fee. Mr. Mamnoon obtained receipts from Mr. Idema for the passport and for the returned money.

19.    On May 14, 2007, I wrote to the NDS regarding Mr. Idema's case (a copy of this letter is attached hereto as Exhibit A). The letter was delivered to the NDS on May 15, 2007. I requested, on behalf of the U.S. Embassy, the return of any of Mr. Idema's personal belongings in the possession of the NDS, including his original passport, if this were located, and described the steps taken by the Embassy to facilitate Mr. Idema's departure. I noted that it was our understanding that Mr. Idema would require no further

assistance from the Embassy. I further stated that "[t]he U.S. Embassy urges that Mr.

Idema's release from prison, pursuant to the Amnesty declaration of President Karzai, be

completed as soon as possible, and is willing to take any additional action necessary to

support Mr. Idema's departure, including assistance to facilitate any decision of the

Government of Afghanistan to deport Mr. Idema, consistent with U.S. law, regulations

and procedures." On May 15, 2007, I delivered a similar letter to the Afghan Ministry of

Justice (a copy of which is attached hereto as Exhibit B).


20.    To the best of my knowledge, the U.S. Embassy has not blocked the return of Mr.

Idema's property, including his original passport; has not ordered the NDS to retain Mr.

Idema's property, including his original passport; and has not blocked Mr. Idema's

release from prison. The U.S. Embassy has in fact, as detailed above, recently requested

the return of Mr. Idema's property, including his original passport (if it were to be

located), and urged the Afghan government to release Mr. Idema as soon as possible

pursuant to the amnesty order.


I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.


Executed on this 16th day of May, 2007 in Kabul, Afghanistan.


EDWARD P. BIRSNER

# EXHIBIT A



Embassy of the United States of America

سفارت ایالات متحده امریکا مقیم افغانستان

۱٤ می سال ۲۰۰۷ میلادی

قابل توجه محترم امرالله صالح

رئیس عمومی امنیت ملی

جمهوری اسلامی افغانستـــــــــــــــان

با اظهار تعارفات به مقام محترم در رابطه به موضوع نسبتی اقای جک ادیما (Jack Idema) و نامه که به همین رابطه به وزارت محترم امور خارجه جمهوری اسلامی افغانستان ارسال شده که در ان مسئله سفر اقای ادیما از افغانستان و همکاری سفارت ایالات متحده امریکا در زمینه ذکر گردیده ذیلا مینگاریم .

سفارت امریکا از ریاست عمومی امنیت ملی افغانستان تقاضا مینماید که تا حد امکان اجناس شخصی اقای ادیما بشمول پاسپورت امریکائی وی اگر در نزد ان اداره محترم موجود باشد به شخص وی مسترد نماید ، نظر به معلومات داده شده از طرف اقای ادیما ایشان لست اجناس شخصی خود را در دست ندارد و همچنان اظهار نموده اندکه بمجرد بدست اوردن اجناس شخصی بشمول پاسپورت قبلی اش ، افغانستان را ترک خواهد کرد .

سفارت ایالات متحده امریکا برای اقای ادیما پاسپورت مثنی صادر نموده و پاسپورت مذکور را به اقای ادیما تسلیم نموده که وی را قادر به ترک افغانستان و سفر های بین المللی مینماید ، بر علاوه برای اقای ادیما پیشنهاد کمک در زمینه خرید تکت سفر هوائی شان را نمودیم ، ضمنا سفارت ایالات متحده امریکا قادر به پرداخت وام به اقای ادیما برای خرید تکت سفر ایشان به ایالات متحده امریکا در صورت میباشدکه اقای ادیما قادر به پرداخت هزینه تکت سفر شان نباشد ، نظر به معلومات دریافت شده از اقای ادیما ایشان خواهان کمک از سفارت ایالات متحده امریکا در کابل نیستند .

سفارت ایالات متحده امریکا تقاضا رهائی اقای ادیما را از زندان به اساس فرمان عفو رئیس جمهور کرزی به زودترین فرصت ممکنه مینماید و پیشنهاد هرگونه کمک ممکنه در تصمیم دولت افغانستان در زمینه سفر اقای ادیما از افغانستان ویا اخراج وی از افغانستان را مطابق قوانین ایالات متحده امریکا مینماید . لطفا بخاطر داشته باشید که موقف سفارت امریکا در زمینه طوری میباشد که صلاحیت عام و تام اخراج اقای ادیما از افغانستان و موعد تعین شده خروج وی از افغانستان کاملا متعلق به مقامات دولت افغانستان و صلاحدید شخص اقای ادیما میباشد .

با احترام

Edward P. Birsner

Consul

کاپی بریاست محترم قونسلی وزارت جلیله امور خارجه

 *Embassy of the United States of America*

Mr. Amrullah Salih
General Director of National Security
Islamic Republic of Afghanistan

May 14, 2007

Dear General Director Salih:

I am writing to you to inform you that the U.S. Embassy has recently advised the
Ministry of Foreign Affairs of the Islamic Republic of Afghanistan of its position on the
status of Mr. Jonathan K. ("Jack") Idema, and communicated its offer to facilitate as
necessary his departure from Afghanistan.

In this regard, the Embassy requests that the National Directorate of Security of the
Islamic Republic of Afghanistan return to Mr. Idema as many of his personal belongings
as possible that may still be in its possession. This should include Mr. Idema's previous
U.S. passport, if this is located among his belongings. Mr. Idema has informed the
Embassy that he will not be able to provide a list of his personal belongings. He has,
however, represented to us that if his belongings are returned, including his passport (if
located), he will depart Afghanistan as soon as possible.

The Embassy has issued Mr. Idema a replacement U.S. passport to enable him to depart
Afghanistan and to travel internationally, and has already delivered it to him. In addition,
we have offered to assist Mr. Idema's purchase of an airline ticket and have authority to
provide him a loan to pay for his travel to the United States if he does not have sufficient
funds; however, we understand from Mr. Idema that he will require no further assistance
from our office.

The U.S. Embassy urges that Mr. Idema's release from prison, pursuant to the Amnesty
declaration of President Karzai, be completed as soon as possible, and is willing to take
any additional action necessary to support Mr. Idema's departure, including assistance to
facilitate any decision of the Government of Afghanistan to deport Mr. Idema, consistent
with U.S. law, regulations and procedures. However, please be aware of the U.S.
Embassy's position that the sole responsibility for the timing and conditions of Mr.
Idema's departure lies with the Government of Afghanistan or, at its discretion, Mr.
Idema himself.

Sincerely,

Edward P. Birsner
Consul, U.S. Embassy

cc: Ministry of Foreign Affairs, Republic of Afghanistan

# EXHIBIT B



*Embassy of the United States of America*

سفارت ایالات متحده امریکا مقیم افغانستان

۱۴ می سال ۲۰۰۷ میلادی

قابل توجه محترم محمد قاسم هاشمزی

معین مسلکی وزارت عدلیه جمهوری

اسلامی افغانس_____ـتان

با اظهار تعارفات به مقام محترم در رابطه به موضوع نسبتی آقای جک ادیما (Jack Idema) و نامه که به همین رابطه به وزارت محترم امور خارجه جمهوری
اسلامی افغانستان ارسال شده که در ان مسئله سفر آقای ادیما از افغانستان و همکاری سفارت ایالات متحده امریکا در زمینه ذکر گردیده که کاپی ان ضم هذا
میباشد ذیلا مینگاریم.

سفارت امریکا در این زمینه یادداشت عنوانی ریاست محترم امنیت ملی صادر نموده که در ان درخواست استرداد اجناس شخصی وی بشمول پاسپورت آقای ادیما
را نموده که شاید در نزد ریاست محترم امنیت ملی موجود باشد . آقای ادیما سفارت امریکا در کابل را مطلع ساختند که وی قادر به تهیه لست اجناس شخصی
خویش نمیباشد . نامبرده اظهار داشته که بمجرد دریافت اجناس شخصی و پاسپورت سابقه وی که شاید موجود باشد، افغانستان را ترک خواهد کرد.

سفارت ایالات متحده امریکا در کابل قبلا پاسپورت مثنی برای آقای ادیما صادر نموده تا وی بتواند افغانستان را ترک وقادر به مسافرت بین المللی گردد . بر علاوه
ما برای آقای ادیما پیشنهاد خریداری تکت طیاره وی را نمودیم و صلاحیت پرداخت قرضه را برای آقای ادیما در صورتیکه او شان قادر به پرداخت هزینه سفر شان
نباشند, داریم . آقای ادیما برای ما خاطر نشان نموده که وی قادر به پرداخت هزینه سفر خود از افغانستان میباشد و خواهان کدام کمک از سفارت امریکا
نمیباشد.

سفارت ایالات متحده امریکا به ریاست محترم امنیت ملی اظهار نموده که رهائی آقای ادیما از زندان به اساس فرمان عفو رئیس جمهور کرزی به زودترین فرصت ممکنه
صورت گیرد و پیشنهاد هرگونه کمک ممکنه در تصمیم دولت افغانستان را در زمینه سفر آقای ادیما از افغانستان بشمول اخراج وی از افغانستان را مطابق
قوانیـــــــــن ایـــالات متـــــــــحده امـــــریـــــکا را مـــینمـــــــــاییـــــــــم.

با احترام



Edward P. Birsner

Consul

کاپی بریاست محترم قونسلی وزارت امور خارجه





*Embassy of the United States of America*

Mr. Mohammed Qasim Hashimzai
Deputy Minister of Justice
Islamic Republic of Afghanistan

May 14, 2007

Dear Deputy Minister Hashimzai:

I am writing to you to inform you that the U.S. Embassy has recently advised the Ministry of Foreign Affairs of the Islamic Republic of Afghanistan of its position on the status of Mr. Jonathan K. ("Jack") Idema, and communicated its offer to facilitate as necessary his departure from Afghanistan.

In this regard, the Embassy has also sent a request to the National Directorate of Security of the Islamic Republic of Afghanistan that it return to Mr. Idema as many of his personal belongings as possible that may still be in its possession. This should include Mr. Idema's previous U.S. passport, if this is located among his belongings. Mr. Idema has informed the Embassy that he will not be able to provide a list of his personal belongings. He has, however, represented to us that if his belongings are returned, including his passport (if located), he will depart Afghanistan as soon as possible.

The Embassy has issued Mr. Idema a replacement U.S. passport to enable him to depart Afghanistan and to travel internationally, and has already delivered it to him. In addition, we have offered to assist Mr. Idema's purchase of an airline ticket and have authority to provide him a loan to pay for his travel to the United States if he does not have sufficient funds; however, we understand from Mr. Idema that he will require no further assistance from our office.

The U.S. Embassy has advised the NDS that it urges Mr. Idema's release from prison, pursuant to the Amnesty declaration of President Karzai, be completed as soon as possible, and has stated its willingness to take any additional action necessary to support Mr. Idema's departure, including assistance to facilitate any decision of the Government of Afghanistan to deport Mr. Idema, consistent with U.S. law, regulations and procedures.

Sincerely,

Edward P. Birsner
Consul
U.S. Embassy

cc: Ministry of Foreign Affairs, Republic of Afghanistan

# EXHIBIT 2

News | About Us | Contact Us | News Archive  ::          [search]      User:          Pass:          [Login]  Subscribe!

Advertisements


Hundreds join anti-Pakistan demo in Kabul   Feature: Grishk dwellers haunted by Taliban threat   Six civilian

Seeking seized equipment, Idema wont quit jail

Advertisements


KABUL, May 9 (Pajhwok Afghan News): Jack Idema, an American citizen convicted on the charge of running a private jail in Kabul, expects to be released in a couple of weeks. However, the man says will stay in prison as long as intelligence operatives do not return $0.5 million equipment seized from him.

Qazi Rahim Ahmadzai, defence lawyer for Edema, told Pajhwok Afghan News on Wednesday his client claimed the National Intelligence Department staff had snatched from him tools worth 500,000 dollars and a diplomatic passport.

Edema will not mind staying in the Pul-i-Charkhi Prison on the eastern outskirts of Kabul for a decade if the intelligence agents dont return his belongings, according to the lawyer, who argued his client had every right to seek his gears.

In a telephonic chat with this news agency from his prison cell, Idema said the intelligence officials had snatched from four satellite fax machines, 15 combat waistcoats, four surgery kits, as many laptops, Sony video-cameras, tape-recorders, laser printers, TV and VCR sets, a Rolex wristwatch, target-pointing lasers, shipping boxes, secret documents, 28 radio sets, cell phones, 15 pistols, 24 machineguns, etc.

Ahmadzai contended the court that ordered the American jailed for five years did not allow the seizure of his gadgets. The defence counsel, however, would not elaborate on the equipment grabbed from the American.

Captured with the former US soldier in Karte Parwan area in 2004, two other Americans - Brent Bennett and Edward Caraballo - were released after two years in jail in compliance with a decree issued by President Hamid Karzai.

Idema, who also saw the exoneration of three Afghans detained along with him, had already served more than three years of the jail term awarded to him, the Pul-i-Charkhi Jail superintendent informed this scribe. He was one of the beneficiaries of remission granted by President Karzai on the birth anniversary of Prophet Hazrat Muhammad (PBUH), explained Major Gen. Shah Amir Amirpur.

The prison warden revealed Muhammad Sadiq Muslim - allegedly tortured at the private jail, had accused Idema of violating his fundamental rights.

Meanwhile, National Intelligence Department authorities declined commenting on the claim with regard to the seizure of equipment from the convict, who has now embraced Islam.

With a view to dousing doubts that the decision is aimed at getting a pardon, the lawyer said, Idema wanted to reiterate his conversion vow in the Supreme Court of Afghanistan.

A resident of Fayetteville, Idema once charged US counter-terrorism officials with tacitly supporting him in running the private jail to hold terrorists. But the US has spurned the accusation as groundless.

Reported By Habib Rehman Ibrahimi

Translated & edited by S. Mudassir Ali Shah









Your Ads Here

Job Opportunity

Afghan Astozgar


Download the first Pashto Messenger

Pajhwok Survery

Most Afghans favour govt control over foreign aid

د اسعارو بيې
دافغانۍ پر وړاندې دبهرنيو اسعارو بيې

نرخ اسعار
نرخ پول افغانى در مقابل اسعار خارجى

-----