**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| J.K. IDEMA, et al.,   )  | |
|                       )  | |
| Petitioners,   )         | No. 05 CV 2064 (EGS) |
|                       )  | |
| v.                    )  | |
|                       )  | |
| RONALD NEUMANN, et al., ) | |
|                       )  | |
| Respondents.   )         | |

### NOTICE OF FILING OF SECOND SUPPLEMENTAL DECLARATION OF EDWARD P. BIRSNER IN SUPPORT OF RESPONDENTS' MOTION TO DISMISS ON GROUNDS OF MOOTNESS

Respondents hereby file the attached Second Supplemental Declaration of Edward P. Birsner in support of their Motion to Dismiss on Grounds of Mootness, to relate a significant factual development. As Mr. Birsner's declaration states, upon information and belief, Mr. Idema is no longer incarcerated at Pol-e-Charkhi prison and is no longer in Afghanistan. Accordingly, this case must be dismissed as moot for all of the reasons set forth in respondents' motion and reply brief.

Dated: June 11, 2007       Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

 s/ Marcia Berman
MARCIA BERMAN
Trial Attorney
(PA Bar No. 66168)
United States Department of Justice

Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W. Room 7204
Washington, D.C. 20530
Tel.: (202) 514-3330
Fax: (202) 616-8470
Email: marcia.berman@usdoj.gov

Attorneys for Respondents.

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that she has, this 11th day of June, 2007, caused a copy of the foregoing **NOTICE OF FILING OF SECOND SUPPLEMENTAL DECLARATION OF EDWARD P. BIRSNER IN SUPPORT OF RESPONDENTS' MOTION TO DISMISS ON GROUNDS OF MOOTNESS** to be filed via the Court's ECF system and that John Tiffany, attorney for Petitioner Idema, will be served via that system.

       s/ Marcia Berman
      MARCIA BERMAN