UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.K. IDEMA, et al., )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>RONALD NEUMANN, et al., )<br>)<br>Respondents. )<br>) | No. 05 CV 2064 (EGS) |

**SECOND SUPPLEMENTAL DECLARATION OF EDWARD P. BIRSNER**

I, Edward P. Birsner, hereby make the following supplemental declaration with respect to the above-captioned matter:

1. This declaration supplements the original and supplemental declarations that I submitted in support of Respondents' Motion to Dismiss on Grounds of Mootness. In this declaration, I will update the Court on recent, key events that have transpired in this case since I submitted these declarations.

2. I am the Consul at the U.S. Embassy in Kabul, Afghanistan. I make this declaration based upon my personal knowledge and information made available to me in the performance of my official duties. If called as a witness, I could competently testify to the facts set forth herein.

3. The U.S. Embassy in Kabul, Afghanistan has been informed by Afghan authorities that on June 2, 2007, petitioner Jonathan Keith Idema was released from Pol-e-Charkhi prison, was transported to Kabul airport, and departed Afghanistan for an unknown destination. Thus, on the basis of this information, the U.S. Embassy believes that Mr. Idema is no longer incarcerated at Pol-e-Charkhi prison, and is no longer in Afghanistan.

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of June, 2007 in Kabul, Afghanistan.

_____
EDWARD P. BIRSNER