**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| J.K. IDEMA, *et al.*,<br><br>       Petitioners,<br><br>       v.<br><br>CONDOLEEZZA RICE, *et al.*,<br><br>       Respondents. | Civil Action No. 05-2064 (EGS) |

### ORDER

In accordance with the Memorandum Opinion issued this same day, it is by the Court hereby

**ORDERED** that respondents' Motion to Dismiss on Grounds of Mootness is **GRANTED;** and it is

**FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE.** This is a final appealable order.  Fed. R. App. P. 4(a).

   **SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**          United States District Judge**
**          July 12, 2007**